# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| EARL S. WAGNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM BRANDS LEGACY, INC. f/k/a SPECTRUM BRANDS HOLDINGS, INC., ANDREAS R. ROUVÉ, and DOUGLAS L. MARTIN,<br><br>Defendants. | No. 3:19-cv-00178-jdp<br><br>Hon. James D. Peterson<br><br><u>CLASS ACTION</u> |

*Captions continued on next page.*

**MOTION OF THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO AND THE CAMBRIDGE RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION <u>OF COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS</u>**

WEST PALM BEACH FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

SPECTRUM BRANDS LEGACY, INC. f/k/a SPECTRUM BRANDS HOLDINGS, INC., ANDREAS R. ROUVÉ, DAVID M. MAURA, and DOUGLAS L. MARTIN,

        Defendants.

No. 3:19-cv-00347-jdp

Hon. James D. Peterson

CLASS ACTION

The Public School Teachers' Pension & Retirement Fund of Chicago ("Chicago Teachers") and the Cambridge Retirement System ("Cambridge") respectfully move this Court for the entry of an order:  (i) appointing Chicago Teachers and Cambridge as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (ii) approving Chicago Teachers' and Cambridge's selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel for the Class and Rathje Woodward LLC ("Rathje Woodward") as Liaison Counsel for the Class; (iii) consolidating the above-captioned actions and any related securities class actions (the "Related Actions") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (iv) granting any such further relief as the Court may deem just and proper.

This Motion is made on the grounds that Chicago Teachers and Cambridge believe that they are the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff.  Specifically, Chicago Teachers and Cambridge believe they have the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the approximately $3.5 million in losses they suffered on their investments in Spectrum Brands Legacy, Inc. (f/k/a Spectrum Brands Holdings, Inc.) securities.  Chicago Teachers and Cambridge also otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims and because they will fairly and adequately represent the interests of the Class.  Moreover, Chicago Teachers and Cambridge are a paradigmatic Lead Plaintiff under the PSLRA because they are sophisticated institutional investors with a substantial financial stake in the litigation, which guarantees effective monitoring and supervision of counsel.

Chicago Teachers and Cambridge respectfully request oral argument.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Douglas M. Poland and exhibits annexed thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Chicago Teachers and Cambridge respectfully request that the Court: (i) appoint them to serve as Lead Plaintiff; (ii) approve their selection of Bernstein Litowitz as Lead Counsel for the Class and Rathje Woodward as Liaison Counsel for the Class; (iii) consolidate the Related Actions; and (iv) grant any such further relief as the Court may deem just and proper.

Dated:  May 6, 2019

Respectfully submitted,

**RATHJE WOODWARD LLC**

*/s/ Douglas M. Poland*
Douglas M. Poland
State Bar No. 1055189
Alison E. Stites
State Bar No. 1104819
10 E. Doty Street, Suite 507
Madison, WI 53703
Telephone:  (608) 960-7430
Facsimile:  (608) 960-7460
dpoland@rathjewoodward.com
astites@rathjewoodward.com

*Liaison Counsel for Proposed Lead Plaintiff the Public School Teachers' Pension & Retirement Fund of Chicago and the Cambridge Retirement System, and Proposed Liaison Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**

Avi Josefson

(*pro hac vice* application forthcoming)
875 North Michigan Avenue, Suite 3100
Chicago, IL 60611
Telephone:  (312) 373-3880
Facsimile:  (312) 794-7801
avi@blbglaw.com

-and-

Michael D. Blatchley
(*pro hac vice* application forthcoming)
Edward G. Timlin
(*pro hac vice* application forthcoming)
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444
michaelb@blbglaw.com
edward.timlin@blbglaw.com

*Counsel for Proposed Lead Plaintiff the Public
School Teachers' Pension & Retirement Fund
of Chicago and the Cambridge Retirement
System, and Proposed Lead Counsel for the
Class*

3