**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

|  |  |
|---|---|
| EARL S. WAGNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM BRANDS LEGACY, INC. f/k/a SPECTRUM BRANDS HOLDINGS, INC., ANDREAS R. ROUVÉ, and DOUGLAS L. MARTIN,<br><br>Defendants. | No. 3:19-cv-00178-jdp<br><br>Hon. James D. Peterson<br><br><u>CLASS ACTION</u> |

*Captions continued on next page.*

**ORDER APPOINTING THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO AND THE CAMBRIDGE RETIREMENT SYSTEM AS LEAD PLAINTIFF, APPROVING THEIR SELECTION OF COUNSEL, <u>AND CONSOLIDATING RELATED ACTIONS</u>**

WEST PALM BEACH FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

SPECTRUM BRANDS LEGACY, INC. f/k/a SPECTRUM BRANDS HOLDINGS, INC., ANDREAS R. ROUVÉ, DAVID M. MAURA, and DOUGLAS L. MARTIN,

Defendants.

No. 3:19-cv-00347-jdp

Hon. James D. Peterson

CLASS ACTION

Upon consideration of: (i) the Motion of Public School Teachers' Pension & Retirement Fund of Chicago ("Chicago Teachers") and the Cambridge Retirement System ("Cambridge") for appointment as Lead Plaintiff, approval of their selection of Counsel, and consolidation of related actions; (ii) the Memorandum of Law in support thereof; (iii) the Declaration of Douglas M. Poland; and (iv) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1.      Chicago Teachers' and Cambridge's Motion is **GRANTED**.

2.      Chicago Teachers and Cambridge are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraphs 5 and 6 of this Order.

3.      Chicago Teachers' and Cambridge's selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class.

4.      Chicago Teachers' and Cambridge's selection of Liaison Counsel is **APPROVED**, and Rathje Woodward LLC is **APPOINTED** as Liaison Counsel for the Class.

5.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *West Palm Beach Firefighters' Pension Fund v. Spectrum Brands Legacy, Inc.*, No. 3:19-cv-00347-jdp (W.D. Wis.), is consolidated with *Wagner v. Spectrum Brands Legacy, Inc.*, No. 3:19-cv-00178-jdp (W.D. Wis.) (collectively, the "Consolidated Action").

6.      Pursuant to Rule 42(a), any subsequently filed, removed, or transferred actions that are related to the claims asserted in the Consolidated Action are **CONSOLIDATED** for all purposes.

2

7.      The Consolidated Action shall be captioned "*In re Spectrum Brands Holdings, Inc.*

*Securities Litigation*," and the file shall be maintained under Master File No. 3:19-cv-00178-jdp.

**IT IS SO ORDERED**.

Dated: _____, 2019

_____
HON. JAMES D. PETERSON
UNITED STATES DISTRICT JUDGE

2