## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EARL S. WAGNER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM BRANDS LEGACY, INC. f/k/a SPECTRUM BRANDS HOLDINGS, INC., ANDREAS R. ROUVÉ, and DOUGLAS L. MARTIN, <br><br> Defendants. | No. 3:19-cv-00178-jdp <br><br> Hon. James D. Peterson <br><br> <u>CLASS ACTION</u> |

*Captions continued on next page.*

**DECLARATION OF DOUGLAS M. POLAND IN SUPPORT OF THE MOTION OF THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO AND THE CAMBRIDGE RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF COUNSEL, <u>AND CONSOLIDATION OF RELATED ACTIONS</u>**

| | |
|---|---|
| WEST PALM BEACH FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | No. 3:19-cv-00347-jdp |
| | Hon. James D. Peterson |
| Plaintiff, | CLASS ACTION |
| v. | |
| SPECTRUM BRANDS LEGACY, INC. f/k/a SPECTRUM BRANDS HOLDINGS, INC., ANDREAS R. ROUVÉ, DAVID M. MAURA, and DOUGLAS L. MARTIN, | |
| Defendants. | |

I, Douglas M. Poland, declare as follows:

1.      I am a member in good standing of the bars of the State of Wisconsin and of this Court.  I am a member in the law firm of Rathje Woodward LLC ("Rathje Woodward").  I submit this declaration in support of the Motion of the Public School Teachers' Pension & Retirement Fund of Chicago ("Chicago Teachers") and the Cambridge Retirement System ("Cambridge") for the entry of an order:  (i) appointing Chicago Teachers and Cambridge as Lead Plaintiff; (ii) approving their selection of Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel for the Class and Rathje Woodward as Liaison Counsel for the Class; (iii) consolidating the above-captioned actions and all related securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (iv) granting any such further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Certifications of Chicago Teachers and Cambridge; |
| EXHIBIT B: | Charts setting forth calculations of Chicago Teachers' and Cambridge's losses; |
| EXHIBIT C: | Joint Declaration in Support of the Motion of the Public School Teachers' Pension & Retirement Fund of Chicago and the Cambridge Retirement System for Appointment as Lead Plaintiff, Approval of Their Selection of Counsel, and Consolidation of Related Actions; |
| EXHIBIT D: | Notice of the pendency of *Wagner v. Spectrum Brands Legacy, Inc.*, No. 19-cv-178 (W.D. Wis.), published March 7, 2019; |
| EXHIBIT E: | Notice of the pendency of *West Palm Beach Firefighters' Pension Fund v. Spectrum Brands Legacy, Inc.*, No. 19-cv-347 (W.D. Wis.), published April 30, 2019; and |
| EXHIBIT F: | Firm Resume of Bernstein Litowitz. |

2

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  May 6, 2019                                         */s/ Douglas M. Poland*
                                                            Douglas M. Poland

2