# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Charles A. Burbridge, on behalf of Public School Teachers' Pension & Retirement Fund of Chicago ("Chicago Teachers"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Chicago Teachers. I have reviewed a complaint filed in this matter. Chicago Teachers has authorized the filing of this motion for appointment as lead plaintiff.

2. Chicago Teachers did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Chicago Teachers is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Chicago Teachers fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Chicago Teachers' transactions in the Spectrum Brands Holdings, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Chicago Teachers has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *In re: RH, Inc. Securities Litigation,* No. 17-cv-554 (N.D. Cal.)

6. Chicago Teachers has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motions for lead plaintiff or was not appointed lead plaintiff:

   *Galmi v. Teva Pharmaceutical Industries Limited,* No. 16-cv-8259 (C.D. Cal.)
   *In re: Banco Bradesco S.A. Securities Litigation,* No. 16-cv-4155 (S.D.N.Y.)
   *Boynton Beach General Employees' Pension Plan v. Dentsply Sirona, Inc.,*
   No. 18-cv-07253 (E.D.N.Y.)

7.  Chicago Teachers will not accept any payment for serving as a representative party on behalf of the Class beyond Chicago Teachers' *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6ᵗʰ day of May, 2019.

Charles A. Burbridge
Executive Director
*Public School Teachers' Pension &*
*Retirement Fund of Chicago*

**Public School Teachers Pension & Retirement Fund of Chicago**
**Transactions in Spectrum Brands Holdings, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 7/5/2016 | 244 | 115.3400 |
| Purchase | 6/23/2017 | 13 | 126.5300 |
| Purchase | 8/24/2017 | 21,251 | 108.2893 |
| Purchase | 8/30/2017 | 6,223 | 107.4344 |
| Purchase | 8/31/2017 | 3,212 | 109.7185 |
| Purchase | 9/1/2017 | 2,583 | 110.7630 |
| Purchase | 9/6/2017 | 2,299 | 106.2805 |
| Purchase | 9/7/2017 | 2,451 | 104.9985 |
| Purchase | 9/11/2017 | 2,115 | 104.5530 |
| Purchase | 9/20/2017 | 1,775 | 104.6340 |
| Purchase | 9/27/2017 | 645 | 105.2648 |
| Purchase | 11/2/2017 | 4,488 | 99.1948 |
| Purchase | 2/21/2018 | 3,480 | 100.9898 |
| Purchase | 3/19/2018 | 4,674 | 95.4932 |
| Purchase | 6/11/2018 | 100 | 80.6015 |
| Merger shares | 7/16/2018 | 1,371.796 | |
| Purchase | 7/18/2018 | 1,300 | 76.5689 |
| Purchase | 7/18/2018 | 500 | 76.5689 |
| Purchase | 10/24/2018 | 8,089 | 64.2281 |
| Purchase | 11/6/2018 | 7,014 | 66.2032 |
| | | | |
| Sale | 6/24/2016 | (9) | 117.1300 |
| Sale | 11/17/2017 | (6,374) | 112.6729 |
| Sale | 12/7/2017 | (3,288) | 115.1156 |
| Sale | 6/22/2018 | (150) | 83.3500 |
| Sale | 6/22/2018 | (745) | 83.3500 |
| Sale | 7/12/2018 | (2,950) | 84.1321 |
| Sale | 7/13/2018 | (1,664) | 84.4074 |
| Sale | 7/18/2018 | (1,961) | 77.7470 |
| Fractional Sale | 7/23/2018 | (0.796) | |
| Sale | 8/8/2018 | (1,987) | 88.8829 |
| Sale | 8/13/2018 | (2,469) | 85.5450 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Francis E. Murphy, III, on behalf of Cambridge Retirement System ("Cambridge"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Board Chairman of Cambridge. I have reviewed a complaint filed in this matter. Cambridge has authorized the filing of this motion for appointment as lead plaintiff.

2. Cambridge did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Cambridge is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Cambridge fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Cambridge's transactions in the Spectrum Brands Holdings, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Cambridge has served as a representative party on behalf of a class in the following action filed under the federal securities laws during the three years preceding the date of this Certification:

   *In re Willis Towers Watson plc Proxy Litigation*, No. 17-cv-1338 (E.D. Va.)

6. Cambridge has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motions for lead plaintiff or was not appointed lead plaintiff:

   *French v. CBL & Associates Properties, Inc.*, No. 16-cv-165 (E.D. Tenn.)
   *Cambridge Retirement System v. Mednax, Inc.*, No. 18-cv-61572 (S.D. Fla.)

7. Cambridge will not accept any payment for serving as a representative party on behalf of the Class beyond Cambridge's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of May, 2019.

Francis E. Murphy, III
Board Chairman
*Cambridge Retirement System*

**Cambridge Retirement System**
**Transactions in Spectrum Brands Holdings, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/15/2017 | 100 | 139.9083 |
| Purchase | 4/12/2018 | 6,373 | 97.9493 |
| Purchase | 4/13/2018 | 1,156 | 97.8243 |
| Purchase | 4/16/2018 | 896 | 99.0036 |
| Purchase | 4/17/2018 | 3,132 | 99.0597 |
| Purchase | 4/18/2018 | 1,660 | 98.0543 |
| Purchase | 4/19/2018 | 483 | 99.6358 |
| Purchase | 4/26/2018 | 5,582 | 74.3412 |
| Purchase | 5/31/2018 | 858 | 79.7527 |
| Purchase | 6/15/2018 | 873 | 78.4153 |
| Purchase | 6/18/2018 | 175 | 78.4099 |
| Merger shares | 7/16/2018 | 526.659 | |
| Purchase | 7/18/2018 | 1,300 | 78.1813 |
| Purchase | 7/19/2018 | 1,543 | 77.9049 |
| Purchase | 10/1/2018 | 214 | 74.2984 |
| Purchase | 10/1/2018 | 214 | 74.2804 |
| Purchase | 10/1/2018 | 214 | 74.3411 |
| Purchase | 10/2/2018 | 214 | 74.6649 |
| Purchase | 10/2/2018 | 214 | 74.0210 |
| Purchase | 10/2/2018 | 214 | 74.7882 |
| Purchase | 10/2/2018 | 198 | 74.4029 |
| Purchase | 10/2/2018 | 24 | 74.2983 |
| Purchase | 10/2/2018 | 214 | 74.2430 |
| Purchase | 10/3/2018 | 214 | 74.4382 |
| Purchase | 10/3/2018 | 186 | 74.4736 |
| Purchase | 10/3/2018 | 214 | 74.6351 |
| Purchase | 10/3/2018 | 172 | 74.3055 |
| Purchase | 10/8/2018 | 516 | 72.0954 |
| Purchase | 10/9/2018 | 1,457 | 71.7833 |
| Purchase | 10/10/2018 | 545 | 69.3349 |
| | | | |
| Sale | 6/27/2016 | (100) | 111.7300 |
| Sale | 8/29/2017 | (100) | 107.5200 |
| Sale | 2/23/2018 | (130) | 103.6100 |
| Sale | 6/7/2018 | (100) | 80.8200 |
| Sale | 6/22/2018 | (670) | 83.3420 |
| Fractional Sale | 7/23/2018 | (0.659) | 76.3278 |
| Sale | 9/26/2018 | (1,835) | 77.2785 |