# EXHIBIT B

**Chicago Teachers**
**FIFO Loss in Spectrum**
Class Period: 06/14/16 - 11/16/18
Cusip: 84763R101 / 84790A105
Retained share price: $49.3507 (11/19/18 - 02/15/19)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 1,321 | | | Sale | 6/24/2016 | (9) | 117.1300 | ($1,054.17) |
| | | | | | Sale | 11/17/2017 | (1,312) | 112.6729 | ($147,826.84) |
| | | | | | | | (1,321) | | ($148,881.01) |
| | | | | | | | | | |
| Purchase | 7/5/2016 | 244 | 115.3400 | $28,142.96 | | | | | |
| Purchase | 6/23/2017 | 13 | 126.5300 | $1,644.89 | | | | | |
| Purchase | 8/24/2017 | 21,251 | 108.2893 | $2,301,255.89 | | | | | |
| Purchase | 8/30/2017 | 6,223 | 107.4344 | $668,564.26 | | | | | |
| Purchase | 8/31/2017 | 3,212 | 109.7185 | $352,415.82 | | | | | |
| Purchase | 9/1/2017 | 2,583 | 110.7630 | $286,100.83 | | | | | |
| Purchase | 9/6/2017 | 2,299 | 106.2805 | $244,338.87 | | | | | |
| Purchase | 9/7/2017 | 2,451 | 104.9985 | $257,351.32 | | | | | |
| Purchase | 9/11/2017 | 2,115 | 104.5530 | $221,129.60 | Sale | 11/17/2017 | (5,062) | 112.6729 | ($570,350.21) |
| Purchase | 9/20/2017 | 1,775 | 104.6340 | $185,725.35 | Sale | 12/7/2017 | (3,288) | 115.1156 | ($378,500.09) |
| Purchase | 9/27/2017 | 645 | 105.2648 | $67,895.80 | Sale | 6/22/2018 | (150) | 83.3500 | ($12,502.50) |
| Purchase | 11/2/2017 | 4,488 | 99.1948 | $445,186.26 | Sale | 6/22/2018 | (745) | 83.3500 | ($62,095.75) |
| Purchase | 2/21/2018 | 3,480 | 100.9898 | $351,444.50 | Sale | 7/12/2018 | (2,950) | 84.1321 | ($248,189.70) |
| Purchase | 3/19/2018 | 4,674 | 95.4932 | $446,335.22 | Sale | 7/13/2018 | (1,664) | 84.4074 | ($140,453.91) |
| Purchase | 6/11/2018 | 100 | 80.6015 | $8,060.15 | Sale | 7/18/2018 | (1,961) | 77.7470 | ($152,461.87) |
| Merger shares* | 7/16/2018 | 1,371.796 | 79.6000 | $109,194.96 | Sale (fractional) | 7/23/2018 | (0.796) | 77.3700 | ($61.59) |
| Purchase | 7/18/2018 | 1,300 | 76.5689 | $99,539.57 | Sale | 8/8/2018 | (1,987) | 88.8829 | ($176,610.32) |
| Purchase | 7/18/2018 | 500 | 76.5689 | $38,284.45 | Sale | 8/13/2018 | (2,469) | 85.5450 | ($211,210.61) |
| Purchase | 10/24/2018 | 8,089 | 64.2281 | $519,541.09 | | | | | |
| Purchase | 11/6/2018 | 7,014 | 66.2032 | $464,349.24 | Retained | | (53,551) | 49.3507 | ($2,642,777.55) |
| | | 73,827.796 | | $7,096,501.03 | | | (73,827.796) | | ($4,595,214.10) |

| | | |
|---|---|---|
| | **FIFO Loss** | **($2,501,286.93)** |

*Shares received through merger between Spectrum Brands and HRG Group*

**Chicago Teachers**
**LIFO Loss in Spectrum**
Class Period: 06/14/16 - 11/16/18
Cusip: 84763R101 / 84790A105
Retained share price: $49.3507 (11/19/18 - 02/15/19)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 1,321 | | | Sale | 6/24/2016 | (9) | 117.1300 | ($1,054.17) |
| | | | | | | | (9) | | ($1,054.17) |
| | | | | | | | | | |
| Purchase | 7/5/2016 | 244 | 115.3400 | $28,142.96 | | | | | |
| Purchase | 6/23/2017 | 13 | 126.5300 | $1,644.89 | | | | | |
| Purchase | 8/24/2017 | 21,251 | 108.2893 | $2,301,255.89 | | | | | |
| Purchase | 8/30/2017 | 6,223 | 107.4344 | $668,564.26 | | | | | |
| Purchase | 8/31/2017 | 3,212 | 109.7185 | $352,415.82 | | | | | |
| Purchase | 9/1/2017 | 2,583 | 110.7630 | $286,100.83 | | | | | |
| Purchase | 9/6/2017 | 2,299 | 106.2805 | $244,338.87 | | | | | |
| Purchase | 9/7/2017 | 2,451 | 104.9985 | $257,351.32 | | | | | |
| Purchase | 9/11/2017 | 2,115 | 104.5530 | $221,129.60 | Sale | 11/17/2017 | (6,374) | 112.6729 | ($718,177.06) |
| Purchase | 9/20/2017 | 1,775 | 104.6340 | $185,725.35 | Sale | 12/7/2017 | (3,288) | 115.1156 | ($378,500.09) |
| Purchase | 9/27/2017 | 645 | 105.2648 | $67,895.80 | Sale | 6/22/2018 | (150) | 83.3500 | ($12,502.50) |
| Purchase | 11/2/2017 | 4,488 | 99.1948 | $445,186.26 | Sale | 6/22/2018 | (745) | 83.3500 | ($62,095.75) |
| Purchase | 2/21/2018 | 3,480 | 100.9898 | $351,444.50 | Sale | 7/12/2018 | (2,950) | 84.1321 | ($248,189.70) |
| Purchase | 3/19/2018 | 4,674 | 95.4932 | $446,335.22 | Sale | 7/13/2018 | (1,664) | 84.4074 | ($140,453.91) |
| Purchase | 6/11/2018 | 100 | 80.6015 | $8,060.15 | Sale | 7/18/2018 | (1,961) | 77.7470 | ($152,461.87) |
| Merger shares* | 7/16/2018 | 1,371.796 | 79.6000 | $109,194.96 | Sale (fractional) | 7/23/2018 | (0.796) | 77.3700 | ($61.59) |
| Purchase | 7/18/2018 | 1,300 | 76.5689 | $99,539.57 | Sale | 8/8/2018 | (1,987) | 88.8829 | ($176,610.32) |
| Purchase | 7/18/2018 | 500 | 76.5689 | $38,284.45 | Sale | 8/13/2018 | (2,469) | 85.5450 | ($211,210.61) |
| Purchase | 10/24/2018 | 8,089 | 64.2281 | $519,541.09 | | | | | |
| Purchase | 11/6/2018 | 7,014 | 66.2032 | $464,349.24 | Retained | | (52,239) | 49.3507 | ($2,578,029.48) |
| | | 73,827.796 | | $7,096,501.03 | | | (73,827.796) | | ($4,678,292.86) |

|  |  |
|---|---|
| **LIFO Loss** | **($2,418,208.16)** |

*Shares received through merger between Spectrum Brands and HRG Group*

**Cambridge**
**FIFO Loss in Spectrum**
Class Period: 06/14/16 - 11/16/18
Cusip: 84763R101 / 84790A105
Retained share price: $49.3507 (11/19/18 - 02/15/19)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 1,000 | | | Sale | 6/27/2016 | (100) | 111.7300 | ($11,173.00) |
| | | | | | Sale | 8/29/2017 | (100) | 107.5200 | ($10,752.00) |
| | | | | | Sale | 2/23/2018 | (130) | 103.6100 | ($13,469.30) |
| | | | | | Sale | 6/7/2018 | (100) | 80.8200 | ($8,082.00) |
| | | | | | Sale | 6/22/2018 | (570) | 83.3420 | ($47,504.94) |
| | | | | | | | (1,000) | | ($90,981.24) |
| Purchase | 3/15/2017 | 100 | 139.9083 | $13,990.83 | | | | | |
| Purchase | 4/12/2018 | 6,373 | 97.9493 | $624,230.89 | | | | | |
| Purchase | 4/13/2018 | 1,156 | 97.8243 | $113,084.89 | | | | | |
| Purchase | 4/16/2018 | 896 | 99.0036 | $88,707.23 | | | | | |
| Purchase | 4/17/2018 | 3,132 | 99.0597 | $310,254.98 | | | | | |
| Purchase | 4/18/2018 | 1,660 | 98.0543 | $162,770.14 | | | | | |
| Purchase | 4/19/2018 | 483 | 99.6358 | $48,124.09 | | | | | |
| Purchase | 4/26/2018 | 5,582 | 74.3412 | $414,972.58 | | | | | |
| Purchase | 5/31/2018 | 858 | 79.7527 | $68,427.82 | | | | | |
| Purchase | 6/15/2018 | 873 | 78.4153 | $68,456.56 | | | | | |
| Purchase | 6/18/2018 | 175 | 78.4099 | $13,721.73 | | | | | |
| Merger shares | 7/16/2018 | 526.659 | 79.6000 | $41,922.06 | | | | | |
| Purchase | 7/18/2018 | 1,300 | 78.1813 | $101,635.69 | | | | | |
| Purchase | 7/19/2018 | 1,543 | 77.9049 | $120,207.26 | | | | | |
| Purchase | 10/1/2018 | 214 | 74.2984 | $15,899.86 | | | | | |
| Purchase | 10/1/2018 | 214 | 74.2804 | $15,896.01 | | | | | |
| Purchase | 10/1/2018 | 214 | 74.3411 | $15,909.00 | | | | | |
| Purchase | 10/2/2018 | 214 | 74.6649 | $15,978.29 | | | | | |
| Purchase | 10/2/2018 | 214 | 74.0210 | $15,840.49 | Sale | 6/22/2018 | (100) | 83.3420 | ($8,334.20) |
| Purchase | 10/2/2018 | 214 | 74.7882 | $16,004.67 | Sale (fractional) | 7/23/2018 | (0.659) | 76.3278 | ($50.30) |
| Purchase | 10/2/2018 | 198 | 74.4029 | $14,731.77 | Sale | 9/26/2018 | (1,835) | 77.2785 | ($141,806.05) |
| Purchase | 10/2/2018 | 24 | 74.2983 | $1,783.16 | | | | | |
| Purchase | 10/2/2018 | 214 | 74.2430 | $15,888.00 | Sale** | 2/11/2019 | (2,593) | 49.1571 | ($127,464.47) |
| Purchase | 10/3/2018 | 214 | 74.4382 | $15,929.77 | Sale** | 2/12/2019 | (1,571) | 49.1581 | ($77,227.33) |
| Purchase | 10/3/2018 | 186 | 74.4736 | $13,852.09 | Sale** | 2/12/2019 | (3,142) | 49.1581 | ($154,454.66) |
| Purchase | 10/3/2018 | 214 | 74.6351 | $15,971.91 | Sale** | 2/12/2019 | (3,928) | 49.1581 | ($193,092.90) |
| Purchase | 10/3/2018 | 172 | 74.3055 | $12,780.55 | Sale** | 2/13/2019 | (3,470) | 51.1029 | ($177,327.06) |
| Purchase | 10/8/2018 | 516 | 72.0954 | $37,201.23 | Sale** | 2/14/2019 | (674) | 52.7539 | ($35,556.13) |
| Purchase | 10/9/2018 | 1,457 | 71.7833 | $104,588.27 | | | | | |
| Purchase | 10/10/2018 | 545 | 69.3349 | $37,787.52 | Retained | | (12,368) | 49.3507 | ($610,369.05) |
| | | 29,681.659 | | $2,556,549.32 | | | (29,681.659) | | ($1,525,682.14) |

|  |  |
|---|---|
| **FIFO Loss** | **($1,030,867.19)** |

**Cambridge**
**FIFO Loss in Spectrum**
Class Period: 06/14/16 - 11/16/18
Cusip: 84763R101 / 84790A105
Retained share price: $49.3507 (11/19/18 - 02/15/19)

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|

*Shares received through merger between Spectrum Brands and HRG Group*
**Shares sold within 90 days after the end of the class period are calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

**Cambridge**
**LIFO Loss in Spectrum**
Class Period: 06/14/16 - 11/16/18
Cusip: 84763R101 / 84790A105
Retained share price: $49.3507 (11/19/18 - 02/15/19)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 1,000 | | | Sale | 6/27/2016 | (100) | 111.7300 | ($11,173.00) |
| | | | | | | | (100) | | ($11,173.00) |
| Purchase | 3/15/2017 | 100 | 139.9083 | $13,990.83 | | | | | |
| Purchase | 4/12/2018 | 6,373 | 97.9493 | $624,230.89 | | | | | |
| Purchase | 4/13/2018 | 1,156 | 97.8243 | $113,084.89 | | | | | |
| Purchase | 4/16/2018 | 896 | 99.0036 | $88,707.23 | | | | | |
| Purchase | 4/17/2018 | 3,132 | 99.0597 | $310,254.98 | | | | | |
| Purchase | 4/18/2018 | 1,660 | 98.0543 | $162,770.14 | | | | | |
| Purchase | 4/19/2018 | 483 | 99.6358 | $48,124.09 | | | | | |
| Purchase | 4/26/2018 | 5,582 | 74.3412 | $414,972.58 | | | | | |
| Purchase | 5/31/2018 | 858 | 79.7527 | $68,427.82 | | | | | |
| Purchase | 6/15/2018 | 873 | 78.4153 | $68,456.56 | | | | | |
| Purchase | 6/18/2018 | 175 | 78.4099 | $13,721.73 | | | | | |
| Merger shares | 7/16/2018 | 526.659 | 79.6000 | $41,922.06 | | | | | |
| Purchase | 7/18/2018 | 1,300 | 78.1813 | $101,635.69 | | | | | |
| Purchase | 7/19/2018 | 1,543 | 77.9049 | $120,207.26 | | | | | |
| Purchase | 10/1/2018 | 214 | 74.2984 | $15,899.86 | | | | | |
| Purchase | 10/1/2018 | 214 | 74.2804 | $15,896.01 | Sale | 8/29/2017 | (100) | 107.5200 | ($10,752.00) |
| Purchase | 10/1/2018 | 214 | 74.3411 | $15,909.00 | Sale | 2/23/2018 | (130) | 103.6100 | ($13,469.30) |
| Purchase | 10/2/2018 | 214 | 74.6649 | $15,978.29 | Sale | 6/7/2018 | (100) | 80.8200 | ($8,082.00) |
| Purchase | 10/2/2018 | 214 | 74.0210 | $15,840.49 | Sale | 6/22/2018 | (670) | 83.3420 | ($55,839.14) |
| Purchase | 10/2/2018 | 214 | 74.7882 | $16,004.67 | Sale (fractional) | 7/23/2018 | (0.659) | 76.3278 | ($50.30) |
| Purchase | 10/2/2018 | 198 | 74.4029 | $14,731.77 | Sale | 9/26/2018 | (1,835) | 77.2785 | ($141,806.05) |
| Purchase | 10/2/2018 | 24 | 74.2983 | $1,783.16 | | | | | |
| Purchase | 10/2/2018 | 214 | 74.2430 | $15,888.00 | Sale** | 2/11/2019 | (2,593) | 49.1571 | ($127,464.47) |
| Purchase | 10/3/2018 | 214 | 74.4382 | $15,929.77 | Sale** | 2/12/2019 | (1,571) | 49.1581 | ($77,227.33) |
| Purchase | 10/3/2018 | 186 | 74.4736 | $13,852.09 | Sale** | 2/12/2019 | (3,142) | 49.1581 | ($154,454.66) |
| Purchase | 10/3/2018 | 214 | 74.6351 | $15,971.91 | Sale** | 2/12/2019 | (3,928) | 49.1581 | ($193,092.90) |
| Purchase | 10/3/2018 | 172 | 74.3055 | $12,780.55 | Sale** | 2/13/2019 | (3,470) | 51.1029 | ($177,327.06) |
| Purchase | 10/8/2018 | 516 | 72.0954 | $37,201.23 | Sale** | 2/14/2019 | (674) | 52.7539 | ($35,556.13) |
| Purchase | 10/9/2018 | 1,457 | 71.7833 | $104,588.27 | | | | | |
| Purchase | 10/10/2018 | 545 | 69.3349 | $37,787.52 | Retained | | (11,468) | 49.3507 | ($565,953.45) |
| | | 29,682 | | $2,556,549.32 | | | (29,682) | | ($1,561,074.78) |

**LIFO Loss    ($995,474.55)**

*Shares received through merger between Spectrum Brands and HRG Group
**Shares sold within 90 days after the end of the class period are calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*