# EXHIBIT D

download
Wire: GlobeNewswire, Inc. (PZM) Date: Mar 7 2019  17:14:08
SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Shareholders It Filed a Complaint
to Recover Losses Suffered by Spectrum Bran

SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Shareholders It Filed a
Complaint to Recover Losses Suffered by Spectrum Brands Legacy, Inc. (f/k/a
Spectrum Brands Holdings, Inc.) Investors and Sets a Lead Plaintiff Deadline
of May 6, 2019

NEW YORK, March 07, 2019 (GLOBE NEWSWIRE) -- The following statement is  being
issued by Levi & Korsinsky, LLP:

To: All persons or entities who purchased or otherwise acquired securities  of
Spectrum Brands Legacy, Inc. (f/k/a Spectrum Brands Holdings, Inc.) (NYSE:SPB)
between June 14, 2016 and April 25, 2018, inclusive (the "Class Period").  You
are hereby  notified that  Levi &  Korsinsky has  commenced the  class  action
Wagner v. Spectrum Brands Holdings, Inc. (3:19-cv-00178) in the United  States
District Court for the Western District of Wisconsin. To get more  information
go to:

       https://www.zlk.com/pslra-1/spectrum-brands-holdings-inc-loss-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or
by telephone at (212) 363-7500, toll-free: (877) 363-5972. There is no cost or
obligation to you.

The complaint  alleges that  Spectrum misrepresented  and failed  to  disclose
that: (i) Spectrum had been self-inflicting the operational issues at its Ohio
and Kansas facilities; (ii) these operational issues were, in fact,  recurring
in  nature; (iii)  these  operational issues  would  continuously  impact
production, shipping levels and sales; and (iv) as a result of the  foregoing,
the Company's financial statements were materially false and misleading at all
relevant times.

On April 26, 2018,  Spectrum issued a press  release announcing its  financial
and operating  results for  the second  fiscal quarter  ended April  1,  2018,
reporting a net income of $0.8 million compared to net income of $39.9 million
in the previous year's  comparable quarter. The  same day, Spectrum  announced
that its CEO was  stepping down, effective  immediately. Following this  news,
shares of Spectrum fell from a close of $94.23 per share on April 24, 2018, to
a close of $75.01 per share the following day.

If you suffered a  loss in connection with  a purchase of Spectrum  securities
during the Class Period, you have until May 6, 2019 to request that the  Court
appoint you as lead plaintiff. You need not seek to serve as a lead  plaintiff
to share in any recovery.

Levi & Korsinsky  is a  national firm with  offices in  New York,  California,

download

Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Toll Free:  (877) 363-5972
Fax: (212) 363-7171
www.zlk.com

250x148_zlk.jpg

-0- Mar/07/2019 22:14 GMT

------------------------------=====================------------------------------
Copyright (c) 2019

############################## END OF STORY 1 ##############################