# EXHIBIT E

download
Wire: PR Newswire (PRN) Date: Apr 30 2019  18:43:48
Bernstein Litowitz Berger & Grossmann LLP Announces Securities Class Action Suit
Filed Against Spectrum Brands Holdings, Inc. a

 Bernstein Litowitz Berger & Grossmann LLP Announces Securities Class Action
Suit Filed Against Spectrum Brands Holdings, Inc. and Certain of its Officers
       and Directors, Expanding Class Period Alleged in Related Action

PR Newswire

NEW YORK, April 30, 2019

NEW YORK, April 30, 2019 /PRNewswire/ -- Bernstein Litowitz Berger & Grossmann
LLP ("BLB&G") today announced that it has filed a securities class action
lawsuit on behalf of West Palm Beach Firefighters' Pension Fund against
Spectrum Brands Holdings, Inc. ("Spectrum" or the "Company") (NYSE: SPB), and
certain of the Company's current and former senior executives (collectively,
"Defendants") in the federal district court for the Western District of
Wisconsin.  The action, which is captioned West Palm Beach Firefighters'
Pension Fund v. Spectrum Brands Holdings, Inc., et al., No. 19-CV-347 (W.D.
Wis.), asserts claims under Sections 10(b) and 20(a) of the Securities
Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78j(b) and 78t(a), and
SEC Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, on behalf of
investors who purchased Spectrum's publicly traded securities from June 14,
2016 to November 16, 2018, inclusive (the "Class Period").  A copy of the
Complaint filed in the action is available on BLB&G's website at
www.blbglaw.com.

The Complaint expands the class period that was asserted in a related action
against Spectrum – Wagner v. Spectrum Brands Legacy, Inc., et al., No.
19-CV-178 (W.D. Wis.) ("Wagner") – the first-filed securities class action in
this matter, which is presently pending before the Honorable James D.
Peterson.  Per the notice published on March 7, 2019 in connection with the
filing of the Wagner action pursuant to the Private Securities Litigation
Reform Act of 1995, investors wishing to serve as Lead Plaintiff are required
to file a motion for appointment as Lead Plaintiff by no later than May 6,
2019.  BLB&G's filing of the West Palm Beach Firefighters' Pension Fund
complaint (the "Complaint") does not alter that deadline.

The Complaint alleges that during the Class Period, Defendants falsely stated
that Spectrum was successfully executing on two major capital projects
consolidating the operations of its critical Global Auto Care ("GAC") and Home
& Hardware Improvement ("HHI") divisions.  The Complaint alleges that
Defendants repeatedly told the market that the GAC and HHI consolidations were
progressing effectively and on schedule, and any issues were merely temporary,
transitory, and being quickly corrected.  In truth, Defendants knew that the
GAC and HHI consolidations were suffering from fundamental execution problems
that were far more serious than disclosed to investors.

download

On April 26, 2018, Spectrum disclosed disappointing financial results for the second quarter of 2018 based on the poorly executed consolidation projects. Former CEO Andreas Rouvé resigned.  Spectrum's stock price declined about 22.1%, from $93.14 to $72.56 per share.  Defendants immediately represented that the problems at the GAC and HHI facilities were being swiftly corrected.

Then, on November 16, 2018, the Company disclosed another disastrous quarter driven by a $92.5 million goodwill write down for GAC, again because of the poorly executed consolidations.  Spectrum's stock price declined another 19%, from $59.35 to $48.05 per share.

West Palm Beach Firefighters' Pension Fund is represented by BLB&G, a firm of over 100 attorneys with offices in New York, California, Louisiana, and Illinois.  If you wish to discuss this Action or have any questions concerning this notice or your rights or interests, please contact Avi Josefson of BLB&G at 212-554-1493, or via email at avi@blbglaw.com.

Since its founding in 1983, BLB&G has built an international reputation for excellence and integrity.  Specializing in securities fraud, corporate governance, shareholders' rights, employment discrimination, and civil rights litigation, among other practice areas, BLB&G prosecutes class and private actions on behalf of institutional and individual clients worldwide. Unique among its peers, BLB&G has obtained several of the largest and most significant securities recoveries in history, recovering billions of dollars on behalf of defrauded investors. More information about BLB&G can be found online at www.blbglaw.com.

CONTACT:
Avi Josefson
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of Americas, 44th Floor
New York, New York 10020
Telephone: (212) 554-1493

Cision View original
content:http://www.prnewswire.com/news-releases/bernstein-litowitz-berger--grossmann-llp-announces-securities-class-action-suit-filed-against-spectrum-brands-holdings-inc-and-certain-of-its-officers-and-directors-expanding-class-period-alleged-in-related-action-300841372.html

SOURCE Bernstein Litowitz Berger & Grossmann LLP

Website: http://www.blbglaw.com
-0- Apr/30/2019 22:43 GMT

-----------------------------========================-----------------------------
Copyright (c) 2019

Page 2

download

############################## END OF STORY 1 ##############################