## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

---

EARL S. WAGNER, Individually and on
Behalf of All Others Similarly Situated,

          Plaintiff,

vs.

SPECTRUM BRANDS LEGACY, INC. f/k/a
SPECTRUM BRANDS HOLDINGS, INC., et
al.,

          Defendants.

Civil No. 3:19-cv-00178-jdp

<u>CLASS ACTION</u>

---

## DECLARATION OF ANNE M. PLICHTA IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL

---

1560461_1

1.      I am an attorney licensed to practice before all of the courts of the State of Wisconsin.  I was admitted to practice in the U.S. District Court for the Western District of Wisconsin on February 24, 2016.  I am a member of Mallery & Zimmerman S.C., proposed local counsel for proposed lead plaintiff Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust (the "Retirement Trust") in the above-entitled action.  I make this declaration in support of the Retirement Trust's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published in *Globe Newswire* on March 7, 2019;

Exhibit B:      The Retirement Trust's Certification;

Exhibit C:      The Retirement Trust's loss estimate, prepared by counsel; and

Exhibit D:      Robbins Geller Rudman & Dowd LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 6, 2019, at Milwaukee, Wisconsin.

_____
ANNE M. PLICHTA

- 1 -