# EXHIBIT C

Movant's Purchases and Losses                                                                                                        Spectrum Brands Legacy, Inc.

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust** | 04/17/2018 | 2,025 | $99.04 | $200,547.29 | 07/13/2018^M | 24,400 | $79.62 | $1,942,662.12 | |
| | 04/18/2018 | 600 | $97.40 | $58,441.50 | | | | | |
| | 04/18/2018 | 3,700 | $97.97 | $362,497.14 | | | | | |
| | 04/19/2018 | 1,675 | $99.05 | $165,912.44 | | | | | |
| | 04/20/2018 | 400 | $97.25 | $38,898.08 | | | | | |
| | 04/20/2018 | 1,250 | $97.35 | $121,687.00 | | | | | |
| | 04/20/2018 | 1,300 | $97.48 | $126,721.92 | | | | | |
| | 04/20/2018 | 5,550 | $98.26 | $545,363.54 | | | | | |
| | 04/23/2018 | 2,450 | $96.37 | $236,117.77 | | | | | |
| | 04/24/2018 | 225 | $94.66 | $21,299.51 | | | | | |
| | 04/24/2018 | 725 | $94.40 | $68,440.00 | | | | | |
| | 04/24/2018 | 2,800 | $95.04 | $266,106.68 | | | | | |
| | 04/25/2018 | 1,700 | $94.71 | $161,006.83 | | | | | |
| **Movant's Total** | | **24,400** | | **$2,373,039.70** | | **24,400** | | **$1,942,662.12** | **($430,377.58)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $79.62 as of July 13, 2018 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

^M Shares delivered out in the 07/13/2018 Merger.

Movant's Purchases and Losses

Class Period: 06/14/2016 - 11/16/2018

Spectrum Brands Legacy, Inc.

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|-----------------|-------|-----------|------|-------------|-------|----------------|--------------------|
| **Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust** | 04/17/2018 | 2,025 | $99.04 | $200,547.29 | held | 43,203 | $49.27 | $2,128,509.29 | |
| | 04/18/2018 | 600 | $97.40 | $58,441.50 | | | | | |
| | 04/18/2018 | 3,700 | $97.97 | $362,497.14 | | | | | |
| | 04/19/2018 | 1,675 | $99.05 | $165,912.44 | | | | | |
| | 04/20/2018 | 400 | $97.25 | $38,898.08 | | | | | |
| | 04/20/2018 | 1,250 | $97.35 | $121,687.00 | | | | | |
| | 04/20/2018 | 1,300 | $97.48 | $126,721.92 | | | | | |
| | 04/20/2018 | 5,550 | $98.26 | $545,363.54 | | | | | |
| | 04/23/2018 | 2,450 | $96.37 | $236,117.77 | | | | | |
| | 04/24/2018 | 225 | $94.66 | $21,299.51 | | | | | |
| | 04/24/2018 | 725 | $94.40 | $68,440.00 | | | | | |
| | 04/24/2018 | 2,800 | $95.04 | $266,106.68 | | | | | |
| | 04/25/2018 | 1,700 | $94.71 | $161,006.83 | | | | | |
| | 04/26/2018 | 100 | $65.60 | $6,560.11 | | | | | |
| | 04/26/2018 | 2,840 | $74.72 | $212,205.94 | | | | | |
| | 04/26/2018 | 6,800 | $63.43 | $431,314.48 | | | | | |
| | 04/27/2018 | 2,960 | $72.45 | $214,464.73 | | | | | |
| | 05/09/2018 | 150 | $71.86 | $10,778.60 | | | | | |
| | 05/15/2018 | 600 | $71.86 | $43,118.82 | | | | | |
| | 11/13/2018 | 2,141 | $64.11 | $137,255.66 | | | | | |
| | 11/14/2018 | 3,212 | $64.79 | $208,108.69 | | | | | |
| **Movant's Total** | | **43,203** | | **$3,636,846.71** | | **43,203** | | **$2,128,509.29** | **($1,508,337.42)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $49.27 as of February 14, 2019 for common stock.