# Exhibit 1
# Summary Chart of Alleged Misstatements

## STATEMENTS AS TO WHICH PLAINTIFFS FAIL TO ALLEGE FALSITY[1]
### (*See* Defendants' Brief at 24 to 26)

| Am. Compl. ¶ | Statement |
|---|---|
| ¶ 186 | A. Rouvé stated: "As such, our Global Auto Care team is making good progress to complete the major simplification of its U.S. production, distribution and R&D footprint by consolidating in Dayton, Ohio. Production has started already on the first line, and we expect to complete this project within this fiscal year." |
| ¶ 190 | D. Martin stated: "[W]e are actually receiving product there this week and we'll be fully shipping out of that DC by the end of August. And that will provide additional good productivity for this business and also help serve our customers better." |
| ¶ 197 | In an investor presentation, Spectrum stated that the GAC project was "progressing smoothly with completion in FY17" and that the HHI distribution center would have a "[n]ew site operational in May 2017 and current sites fully exited by end of calendar 2017." |
| ¶ 201 | A. Rouvé stated: "At the same time, we experienced temporary, transitional supply chain challenges with our HHI U.S. distribution center consolidation in Kansas and the GAC U.S. operating consolidation in Ohio that affected shipping levels in the short-term and impacted sales by approximately $24 million . . . . However, both projects remain on schedule and the issues are being quickly addressed with delayed shipments shifted into our fourth quarter." |
| ¶ 202 | A. Rouvé stated: "[I]n the transition from the old to the new facilities, we did experience temporary supply chain challenges, which impacted our sales in the third quarter by about $24 million or 1.8%. Both projects remain on schedule, and we are making good progress in clearing the much higher than usual order book in our fourth quarter." |
| ¶ 203 | D. Martin told investors: "Temporary shipping startup issues at GAC's new Dayton facility also impacted Q3 results, including sales by about $4 million. Overall, the Dayton facility consolidation is on schedule and will deliver meaningful cost savings and improved working capital in fiscal 2018." |
| ¶ 204 | D. Martin told investors: "HHI's first quarterly top line decline since it was acquired in late 2012, was a result of temporary operating startup issues connected with the U.S. distribution center consolidation project." |
| ¶ 204 | D. Martin stated: "[W]e broke ground [on the Dayton facility] about 13 months ago and [are] really up and running from production perspective, we have a 1 |

---

[1] Only where necessary to enhance readability and this Court's review, we have included phrasing from Spectrum's public disclosures that was omitted from the Amended Complaint.

**STATEMENTS AS TO WHICH PLAINTIFFS FAIL TO ALLEGE FALSITY[1]**
(*See* Defendants' Brief at 24 to 26)

| Am. Compl. ¶ | Statement |
| --- | --- |
| | little line to bring in yet but things are running really well there. And the DC is functioning better and better every day, I would say, it's about 98% right now. So it's in a good shape . . . ." |
| ¶ 205 | A. Rouvé stated:  "[W]e're also making good progress in clearing the backlog in our HHI and also in our Auto Care division, where we had those DC moves because now the efficiency continues to ramp up every day, and we are getting better on that." |
| ¶ 205 | A. Rouvé told investors that HHI's "order book" was higher than usual because the Company had "orders on hand, which we could not ship in time. And therefore, basically, those orders are being shipped with slight delay." |
| ¶ 206 | "Both [distribution centers] are up and running, but temporary supply chain challenges impacted sales by about $24 million, or 1.8%" and "[b]oth projects are on schedule and making progress in clearing the much higher than usual order book in Q4." |
| ¶ 207 | Spectrum stated that the GAC project was "progressing smoothly with completion in FY17" and the HHI project was "operational in May 2017" and "current sites [will be] fully exited by end of calendar 2017." |
| ¶ 208 | D. Martin told investors:  "We also have a couple self-inflicted wounds. The DC moves, the -- 2 of them for us. We, on the Global Auto Care side, consolidated several manufacturing, several distribution sites and our R&D organization into Dayton, Ohio this year. And I would say that one went really well, and the team executed really well. And there was a minor impact to the top line in the quarter as we ramped up manufacturing and distribution in this new facility. But I would call that a fairly normal start-up situation for us." |
| ¶ 213 | D. Martin told investors:  "our HHI business is in the process of consolidating an East Coast and a West Coast DC. And in that process, which we kicked off in late April and early May, we have not been able to bring up our distribution capabilities as fast as we had planned to. And some of the processes that we moved into the facility were different in the other 2 DCs that we have. So training was a little bit of an issue, and honestly, we've executed below what our traditional standard is. And if you've been following us for a number of years, you know that we've done a lot of this type of integration activity, footprint consolidation activity, and this is the first one where we've stumbled in a meaningful way. And it impacted the quarter by about $20 million, we believe. The impact of this was a pretty goodsized backlog at the end of June. And we |

## STATEMENTS AS TO WHICH PLAINTIFFS FAIL TO ALLEGE FALSITY[1]
### (*See* Defendants' Brief at 24 to 26)

| Am. Compl. ¶ | Statement |
|---|---|
| | began to really turn the corner on the operations in early to mid-August, and it began eating away at that backlog. So we expect to have some recovery on the backlog during this quarter, and then the remainder of the backlog, we'll pull down in the first couple quarters of our next years. That was a meaningful self-inflicted wound for us." |
| ¶ 215 | D. Martin told investors that: "The Global Auto Care business consolidated multiple manufacturing and distribution sites, along with research and development, into one facility, brand-new facility, in Dayton, Ohio. And we would do this project over and over and over again because the payback is very, very attractive, not only from a cost savings perspective, which will drive nice productivity for us next year but also because of our ability to take out meaningful amounts of working capital, especially inventory. It did though impact our third quarter a little bit on the top line. I would consider this transition to be a fairly normal one with normal startup issues associated with the consolidation of this much activity into one new location." |
| ¶ 217 | A. Rouvé stated, regarding Spectrum's fourth quarter of 2017 performance, that Spectrum "delivered strong continuous improvement savings along with major efficiency enhancement programs in GAC and HHI that will bring important future benefits." |
| ¶ 218 | A. Rouvé stated: "The consolidation of our Global Auto Care manufacturing and distribution in Dayton, Ohio is now complete, and the consolidation of our Hardware & Home Improvement distribution in Kansas is currently 65% complete, and we expect to complete this project in March 2018." |
| ¶ 224 | A. Rouvé told investors: "We've made major progress in our key strategic initiatives . . . . Our GAC U.S. footprint consolidation is now complete, which is important as we head into the peak spring and summer period. Also, our HHI distribution consolidation in Kansas is moving toward completion in February." |
| ¶ 225 | A. Rouvé reported: "We have made major progress in our key strategic initiatives. The U.S. footprint consolidation of our Auto Care division in Dayton, Ohio, is now complete, which is important as we head into the peak spring and summer period. Also the consolidation of our Hardware & Home Improvement distribution in Kansas is moving forward to a completion as we exited our West Coast distribution center in November and will exit our East Coast distribution center in February." |

## STATEMENTS AS TO WHICH PLAINTIFFS FAIL TO ALLEGE FALSITY[1]
### (*See* Defendants' Brief at 24 to 26)

| Am. Compl. ¶ | Statement |
|---|---|
| ¶ 226 | D. Martin stated: "HHI delivered a record first quarter top line performance, partially driven by reducing the backlog associated with the continued ramp-up of the new Kansas distribution center." |
| ¶ 227 | Spectrum distributed a presentation in connection with an earnings call that stated: "Major progress achieved in our key strategic initiatives    GAC U.S. footprint consolidation in Dayton, Ohio now complete which is important heading into peak spring and summer period    HHI distribution center consolidation in Kansas moving toward completion; West Coast distribution center exited in November and East Coast distribution center to be closed in February." |
| ¶ 228 | "Dayton consolidation now complete in time for large spring and summer demand season; expected to deliver both cost savings and improved working capital." |
| ¶ 228 | "Profitability [was] also impacted by operating start-up cost inefficiencies associated with HHI's U.S. distribution center consolidation in Kansas; higher than normal customer order backlog [was] beginning to ease; Kansas consolidation will result in a more streamlined footprint and lower inventory levels later in 2018 and beyond." |
| ¶ 237 | D. Martin stated: "We believe the HHI and GAC operating inefficiencies are transitory in nature . . . and the adverse margin impact is largely behind us." |
| ¶ 239 | "We believe the HHI and GAC operating inefficiencies are transitory in nature and the adverse margin impact is largely behind us," and that "given recent actions to improve operational efficiency, we are confident that HHI and GAC customer order backlogs will come down as the facilities improve their on-time shipment levels, which is expected to create a tailwind in shipments for these businesses." |
| ¶ 240 | In an Oppenheimer & Co. report discussing recent investor meetings, D. Maura stated that "Dayton's fill-rate is now in the 90% vs. 80%-82% in March and is on its way to 98%-99% in the next 12-18 months." |
| ¶ 244 | D. Maura stated: "[T]he turnaround of our HHI and GAC business units is well under way" and the Company "benefited from markedly reduced order backlogs in Kansas and Dayton," and would "continue to improve the efficiency of the Kansas and Dayton facilities." |

4

## STATEMENTS AS TO WHICH PLAINTIFFS FAIL TO ALLEGE FALSITY[1]
### (*See* Defendants' Brief at 24 to 26)

| Am. Compl. ¶ | Statement |
|---|---|
| ¶ 244 | Regarding the GAC project, D. Maura stated: "[W]e are on our way and the business is rebounding, proving the issues we faced were indeed largely transitory." |
| ¶ 244 | With regard to GAC, the Company stated that "[a]lso contributing to the growth was the elimination of the customer order backlog at the Dayton facility." |
| ¶ 246 | D. Maura told investors that: "[C]ustomer order backlogs were markedly reduced in the Edgerton, Kansas and Dayton, Ohio facilities . . . .  However, I remain confident that the long-term strategic merits of these consolidations will result in improved operating efficiencies and lower inventories going forward." |
| ¶ 247 | Referring to the HHI project, D. Maura reported that in "Kansas, our order backlog was reduced by about $20 million this quarter, which essentially got rid of the backlog that was created in the month of March." |
| ¶ 248 | D. Maura stated:  "The DC management team has been strengthened, process improvement teams are in place, and they continue to drive down our cycle times. We have brought improvements to help to expand our shipping capacity." |
| ¶ 249 | Referring to the GAC project, D. Maura stated:  "[W]e saw improved and impressive results in the third quarter under the new leadership in that facility . . . .  That team shipped its entire $9 million March backlog, ending the third quarter with a modest and normal backlog and meaningful improvement, which is exceedingly important to me." |
| ¶ 250 | D. Maura stated:  "I'm pleased we got the backlog down by $20 million . . . .  And we basically went from a standstill in the month of March with 350 trailers blocking, not only inbound, but outbound. And we don't have any aged trailers in that parking lot today." |
| ¶ 251 | "Highest quarterly organic sales growth rate   7.3%   in many years in Q3, also our largest fiscal quarter, was led by double-digit growth in our HHI and GAC businesses and a strong top line in Home & Garden driven by solid market demand, new product introductions across the portfolio, strong e-commerce growth, and markedly reduced customer order backlogs at the Kansas and Dayton facilities." |
| ¶ 252 | "Highlights of solid progress at HHI Kansas site include: Order backlog reduced by about $20 million, which was essentially all of the increased backlog created |

5

**STATEMENTS AS TO WHICH PLAINTIFFS FAIL TO ALLEGE FALSITY[1]**
(*See* Defendants' Brief at 24 to 26)

| Am. Compl. ¶ | Statement |
|---|---|
|  | in March, and achieved highest network shipments in the history of HHI in Q3 through the single DC model versus HHI's historical 2 DC model." |
| ¶ 252 | "Highlights of impressive improvement at GAC Dayton site include . . . $9 million order backlog from March was shipped and Q3 ended with modest, normal backlog and meaningful improvement in on-time shipping rates; employees did excellent job of 'shipping the season' given solid market demand during peak season." |

**STATEMENTS THAT ARE PROTECTED UNDER THE PSLRA SAFE HARBOR FOR
FORWARD-LOOKING STATEMENTS**
(*See* **Defendants' Brief at 26 to 32**)

| Am. Compl. ¶ | Statement |
|---|---|
| ¶ 186 | D. Martin stated the GAC consolidation will "continue to help [Spectrum] with better managing inventories going forward." |
| ¶ 188 | A. Rouvé stated: "And here again, we are expecting a nice improvement, especially in our working capital. And this project is going to be completed in this calendar year." |
| ¶ 190 | Regarding the HHI facility, D. Martin stated: "we'll be fully shipping out of that DC by the end of August. And that will provide additional good productivity for this business and also help serve our customers better." |
| ¶ 191 | Spectrum stated the HHI consolidation would be "operation in May 2017 and current sites [would be] fully exited by end of calendar 2017." |
| ¶ 194 | A. Rouvé stated: "Both the consolidation of [GAC] in Dayton, Ohio and the consolidation of our [HHI] distribution center in Kansas . . . will help us reduce expenses and inventory in the back half of 2017 and in 2018." |
| ¶ 196 | "Consolidations of GAC manufacturing and distribution into Dayton, Ohio and HHI distribution centers into Edgerton Kansas . . . will reduce expenses and inventory." |
| ¶ 197 | "[T]he Edgerton Center was already operational and would be totally complete by December 31, 2017." |
| ¶ 201 | A. Rouvé stated: "Despite the start-up challenges, these major consolidation projects will bring a number of important productivity, efficiency, and other benefits, including reduced operating costs, lower working capital and even better service to our customers." |
| ¶ 202 | A. Rouvé stated the consolidations would "allow [Spectrum] to operate much more efficiently by consolidating our entire U.S. [HHI] distribution in Kansas and our [GAC] manufacturing and distribution in Ohio." |
| ¶ 203 | D. Martin stated that the "Dayton facility consolidation is on schedule and will deliver meaningful cost savings and improved working capital in fiscal 2018." |
| ¶ 213 | D. Martin stated: "So we expect to have some recovery on the backlog during this quarter, and then the remainder of the backlog, we'll pull down in the first couple quarters of our next year." |

7

**STATEMENTS THAT ARE PROTECTED UNDER THE PSLRA SAFE HARBOR FOR FORWARD-LOOKING STATEMENTS**
(*See* Defendants' Brief at 26 to 32)

| Am. Compl. ¶ | Statement |
|---|---|
| ¶ 215 | D. Martin told investors: "And we would do this project over and over and over again because the payback is very, very attractive, not only from a cost savings perspective, which will drive nice productivity for us next year but also because of our ability to take out meaningful amounts of working capital, especially inventory." |
| ¶ 217 | A. Rouvé told investors: "We . . . delivered strong continuous improvement savings along with major efficiency enhancement programs in GAC and HHI that will bring important future benefits . . . ." |
| ¶ 218 | A. Rouvé again represented that "we expect to complete th[e] [HHI] project in March 2018.  Both projects streamline our supply chain and will allow us to reduce our inventory levels and improve our service levels." |
| ¶ 219 | D. Martin stated:  "This consolidation will result in a more streamlined footprint and lower inventories later in 2018 and beyond." |
| ¶ 221 | "HHI distribution consolidation in Kansas expected completion is March 2018." |
| ¶ 224 | A. Rouvé stated that the HHI consolidation was "moving toward completion in February." |
| ¶ 225 | A. Rouvé stated: "Also the consolidation of our Hardware & Home Improvement distribution in Kansas is moving forward to a completion as we exited our West Coast distribution center in November and will exit our East Coast distribution center in February." |
| ¶ 226 | D. Martin told investors: "Once completed, the consolidation will result in a more streamlined footprint and lower inventory levels later in 2018 and beyond." |
| ¶ 227 | "HHI distribution center consolidation in Kansas moving toward completion; West Coast distribution center exited in November and East Coast distribution center to be closed in February." |
| ¶ 228 | "Shipment delays and lower efficiencies caused by these projects during the transition and start-up phase will give way to the benefits of cost savings, lower working capital and improved service levels later this year and beyond." |

**STATEMENTS THAT ARE PROTECTED UNDER THE PSLRA SAFE HARBOR FOR
FORWARD-LOOKING STATEMENTS**
(*See* Defendants' Brief at 26 to 32)

| Am. Compl. ¶ | Statement |
|---|---|
| ¶ 228 | "Dayton consolidation now complete in time for large spring and summer demand season; expected to deliver both cost savings and improved working capital." |
| ¶ 228 | The "Kansas consolidation will result in a more streamlined footprint and lower inventory levels later in 2018 and beyond." |
| ¶ 233 | A. Rouvé stated: "Both projects are going to deliver significant working capital improvement, but also expense reductions, once complete." |
| ¶ 239 | "[G]iven recent actions to improve operational efficiency, we are confident that HHI and GAC customer order backlogs will come down as the facilities improve their on-time shipment levels, which is expected to create a tailwind in shipments for these businesses." |
| ¶ 248 | D. Maura stated: "And looking forward, I'm confident that a strengthened leadership team, better trained and more experienced workforce, along with newly installed automated picking equipment to improve our product selection speed and accuracy will enable Kansas City  sorry, our Kansas DC to continue to work down the order backlog to an optimal level by the end of this calendar year." |

9

**STATEMENTS THAT ARE NONACTIONABLE**
**OPINIONS (*See* Defendants' Brief at 33 to 39)**

| Am. Compl. ¶ | Statement |
|---|---|
| ¶ 186 | A. Rouvé stated: "[O]ur Global Auto Care team is making good progress to complete the major simplification of its U.S. production, distribution and R&D footprint by consolidating in Dayton, Ohio." |
| ¶ 191 | The GAC project is "progressing smoothly with completion in FY17." |
| ¶ 195 | D. Martin reported that the HHI and GAC consolidations "are going well." |
| ¶ 196 | "Consolidations of GAC manufacturing and distribution into Dayton, Ohio and HHI distribution centers into Edgerton Kansas on track and will reduce expenses and inventory." |
| ¶ 197 | GAC "[p]roject progressing smoothly with completion in FY17." |
| ¶ 201 | A. Rouvé reported that "we experienced temporary, transitional supply chain challenges with our HHI U.S. distribution center consolidation in Kansas and the GAC U.S. operating consolidation in Ohio that affected shipping levels in the short term and impacted sales by approximately $24 million . . . ." |
| ¶ 202 | A. Rouvé stated: "However, in the transition from the old to the new facilities, we did experience temporary supply chain challenges, which impacted our sales in the third quarter by about $24 million or 1.8%. Both projects remain on schedule, and we are making good progress in clearing the much higher than usual order book in our fourth quarter." |
| ¶ 203 | D. Martin told investors: "Temporary shipping startup issues at GAC's new Dayton facility also impacted Q3 results, including sales by about $4 million." |
| ¶ 204 | D. Martin told investors that "HHI's first quarterly top line decline since it was acquired in late 2012, was a result of temporary operating startup issues connected with the U.S. distribution center consolidation project . . . ." |
| ¶ 204 | D. Martin stated: "And the DC is functioning better and better every day, I would say, it's about 98% right now. So it's in a good shape." |
| ¶ 205 | A. Rouvé stated: "And again, also, we're also making good progress in clearing the backlog in our HHI and also in our Auto Care division, where we had those DC moves because now the efficiency continues to ramp up every day, and we are getting better on that." |
| ¶ 206 | "Both [consolidations] are up and running, but temporary supply chain challenges impacted sales by about $24 million, or 1.8%. . . . Both projects are |

10

**STATEMENTS THAT ARE NONACTIONABLE**
**OPINIONS (*See* Defendants' Brief at 33 to 39)**

| Am. Compl. ¶ | Statement |
|---|---|
| | on schedule and making progress in clearing the much higher than usual order book in Q4." |
| ¶ 208 | D. Martin told investors: "And I would say that one went really well, and the team executed really well. And there was a minor impact to the top line in the quarter as we ramped up manufacturing and distribution in this new facility. But I would call that a fairly normal start-up situation for us." |
| ¶ 215 | D. Martin told investors: "I would consider this transition to be a fairly normal one with normal startup issues associated with the consolidation of this much activity into one new location." |
| ¶ 218 | A. Rouvé reported: "We are also making good progress in our 2 transformational projects in the U.S. The consolidation of our Global Auto Care manufacturing and distribution in Dayton, Ohio is now complete, and the consolidation of our Hardware & Home Improvement distribution in Kansas is currently 65% complete, and we expect to complete this project in March 2018." |
| ¶ 220 | D. Martin told investors: "So you would have an expectation  and we did have an expectation of some normal startup inefficiencies there, and that had been a little bit of drag on gross margin in the year." |
| ¶ 221 | The Company was "making good progress on two U.S. transformational projects." |
| ¶ 224 | A. Rouvé reported: "We've made major progress in our key strategic initiatives . . . ." |
| ¶ 225 | A. Rouvé again reported: "We have made major progress in our key strategic initiatives." |
| ¶ 233 | A. Rouvé stated: "Both projects are going to deliver significant working capital improvement, but also expense reductions, once complete. But in the transition period, while we were running multiple sites, unfortunately, we did incur temporary inefficiencies and also our service level has suffered." |
| ¶ 236 | D. Maura stated: "We believe the U.S. facility operating inefficiencies are transitory in nature and the adverse margin impact from them is temporary." |
| ¶ 237 | D. Martin again stated: "We believe the HHI and GAC operating inefficiencies are transitory in nature . . . and the adverse margin impact is largely behind us." |

11

**STATEMENTS THAT ARE NONACTIONABLE
OPINIONS (*See* Defendants' Brief at 33 to 39)**

| Am. Compl. ¶ | Statement |
|---|---|
| ¶ 239 | "We believe the HHI and GAC operating inefficiencies are transitory in nature and the adverse margin impact is largely behind us; in the short-term, however, we were unable to offset these headwinds." |
| ¶ 244 | D. Maura stated: "We have much more work to do in Dayton, but we are on our way and the business is rebounding, proving the issues we faced were indeed largely transitory." |
| ¶ 245 | D. Maura told investors that "we achieved significant encouraging progress against the operating efficiencies that we've been experiencing in the greenfield facilities for both our Hardware & Home Improvement assets in Edgerton, Kansas and our Global Auto Care assets in Dayton, Ohio." |
| ¶ 249 | D. Maura told investors that "[the Dayton] team shipped its entire $9 million March backlog, ending the third quarter with a modest and normal backlog and meaningful improvement, which is exceedingly important to me." |
| ¶ 251 | "[W]e achieved significant, encouraging progress against operating inefficiencies at our greenfield sites for HHI in Kansas and GAC in Ohio." |
| ¶ 252 | Regarding the GAC project, "Q3 ended with modest, normal backlog and meaningful improvement in on-time shipping rates." |

**STATEMENTS THAT ARE NONACTIONABLE**
**PUFFERY (*See* Defendants' Brief at 39 to 43)**

| Am. Compl. ¶ | Statement |
|---|---|
| ¶ 186 | A. Rouvé stated: "[O]ur Global Auto Care team is making good progress to complete the major simplification of its U.S. production, distribution and R&D footprint by consolidating in Dayton, Ohio." |
| ¶ 186 | D. Martin stated: "And we've already seen a nice impact in that business." |
| ¶ 191 | The GAC project is "progressing smoothly with completion in FY17." |
| ¶ 195 | D. Martin reported that the HHI and GAC consolidations "are going well." |
| ¶ 196 | "Consolidations of GAC manufacturing and distribution into Dayton, Ohio and HHI distribution centers into Edgerton Kansas on track and will reduce expenses and inventory." |
| ¶ 197 | GAC "[p]roject progressing smoothly with completion in FY17." |
| ¶ 201 | A. Rouvé reported that "we experienced temporary, transitional supply chain challenges with our HHI U.S. distribution center consolidation in Kansas and the GAC U.S. operating consolidation in Ohio that affected shipping levels in the short term and impacted sales by approximately $24 million . . . ." |
| ¶ 202 | A. Rouvé stated: "However, in the transition from the old to the new facilities, we did experience temporary supply chain challenges, which impacted our sales in the third quarter by about $24 million or 1.8%. Both projects remain on schedule, and we are making good progress in clearing the much higher than usual order book in our fourth quarter." |
| ¶ 203 | D. Martin told investors: "Temporary shipping startup issues at GAC's new Dayton facility also impacted Q3 results, including sales by about $4 million." |
| ¶ 204 | D. Martin told investors that "HHI's first quarterly top line decline since it was acquired in late 2012, was a result of temporary operating startup issues connected with the U.S. distribution center consolidation project . . . ." |
| ¶ 204 | D. Martin stated: "And the DC is functioning better and better every day, I would say, it's about 98% right now. So it's in a good shape." |
| ¶ 205 | A. Rouvé stated: "And again, also, we're also making good progress in clearing the backlog in our HHI and also in our Auto Care division, where we had those DC moves because now the efficiency continues to ramp up every day, and we are getting better on that." |

13

**STATEMENTS THAT ARE NONACTIONABLE PUFFERY** (*See* **Defendants' Brief at 39 to 43**)

| Am. Compl. ¶ | Statement |
|---|---|
| ¶ 206 | "Both [consolidations] are up and running, but temporary supply chain challenges impacted sales by about $24 million, or 1.8%. . . . Both projects are on schedule and making progress in clearing the much higher than usual order book in Q4." |
| ¶ 208 | D. Martin told investors: "And I would say that one went really well, and the team executed really well. And there was a minor impact to the top line in the quarter as we ramped up manufacturing and distribution in this new facility. But I would call that a fairly normal start-up situation for us." |
| ¶ 218 | A. Rouvé reported: "We are also making good progress in our 2 transformational projects in the U.S. The consolidation of our Global Auto Care manufacturing and distribution in Dayton, Ohio is now complete, and the consolidation of our Hardware & Home Improvement distribution in Kansas is currently 65% complete, and we expect to complete this project in March 2018." |
| ¶ 221 | The Company was "making good progress on two U.S. transformational projects." |
| ¶ 224 | A. Rouvé reported: "We've made major progress in our key strategic initiatives . . . ." |
| ¶ 225 | A. Rouvé again reported: "We have made major progress in our key strategic initiatives." |
| ¶ 233 | A. Rouvé stated: "Both projects are going to deliver significant working capital improvement, but also expense reductions, once complete. But in the transition period, while we were running multiple sites, unfortunately, we did incur temporary inefficiencies and also our service level has suffered." |
| ¶ 236 | D. Maura stated: "We believe the U.S. facility operating inefficiencies are transitory in nature and the adverse margin impact from them is temporary." |
| ¶ 237 | D. Martin again stated: "We believe the HHI and GAC operating inefficiencies are transitory in nature . . . and the adverse margin impact is largely behind us." |
| ¶ 239 | "We believe the HHI and GAC operating inefficiencies are transitory in nature and the adverse margin impact is largely behind us; in the short-term, however, we were unable to offset these headwinds." |

15

## STATEMENTS THAT ARE NONACTIONABLE
## PUFFERY (*See* Defendants' Brief at 39 to 43)

| Am. Compl. ¶ | Statement |
|---|---|
| ¶ 244 | D. Maura stated: "We have much more work to do in Dayton, but we are on our way and the business is rebounding, proving the issues we faced were indeed largely transitory." |
| ¶ 245 | D. Maura told investors that "we achieved significant encouraging progress against the operating efficiencies that we've been experiencing in the greenfield facilities for both our Hardware & Home Improvement assets in Edgerton, Kansas and our Global Auto Care assets in Dayton, Ohio." |
| ¶ 251 | "[W]e achieved significant, encouraging progress against operating inefficiencies at our greenfield sites for HHI in Kansas and GAC in Ohio." |

## SUMMARY CHART

| Am. Compl. ¶ | Scienter | Falsity | Safe Harbor | Opinion | Puffery |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ¶ 186 | X | X | X | X | X |
| ¶ 188 | X | | X | | |
| ¶ 190 | X | X | X | | |
| ¶ 191 | X | | X | X | X |
| ¶ 194 | X | | X | | |
| ¶ 195 | X | | | X | X |
| ¶ 196 | X | | X | X | X |
| ¶ 197 | X | X | X | X | X |
| ¶ 201 | X | X | X | X | X |
| ¶ 202 | X | X | X | X | X |
| ¶ 203 | X | X | X | X | X |
| ¶ 204 | X | X | | X | X |
| ¶ 205 | X | X | | X | X |
| ¶ 206 | X | X | | X | X |
| ¶ 207 | X | X | | | |
| ¶ 208 | X | X | | X | X |
| ¶ 213 | X | X | X | | |
| ¶ 215 | X | X | X | X | |
| ¶ 217 | X | X | X | | |
| ¶ 218 | X | X | X | X | X |
| ¶ 219 | X | | X | | |
| ¶ 220 | X | | | X | |

16

| | | | | | |
|---|---|---|---|---|---|
| ¶ 221 | X | | X | X | X |
| ¶ 224 | X | X | X | X | X |
| ¶ 225 | X | X | X | X | X |
| ¶ 226 | X | X | X | | |
| ¶ 227 | X | X | X | | |
| ¶ 228 | X | X | X | | |
| ¶ 233 | X | | X | X | X |
| ¶ 236 | X | | | X | X |
| ¶ 237 | X | X | | X | X |
| ¶ 239 | X | X | X | X | X |
| ¶ 240 | X | X | | | |
| ¶ 244 | X | X | | X | X |
| ¶ 245 | X | | | X | X |
| ¶ 246 | X | X | | | |
| ¶ 247 | X | X | | | |
| ¶ 248 | X | X | X | | |
| ¶ 249 | X | X | | X | |
| ¶ 250 | X | X | | | |
| ¶ 251 | X | X | | X | X |
| ¶ 252 | X | X | | X | |