# Exhibit 3
# March 27, 2019 Shareholder Alert

Case 3:19-cv-00178-jdp  Document #: 48-3  Filed: 08/26/19  Page 2 of 4



# SHAREHOLDER ALERT: Rigrodsky & Long, P.A. Announces A Securities Fraud Class Action Lawsuit Has Been Filed Against Spectrum Brands Legacy, Inc. f/k/a Spectrum Brands Holdings, Inc.



f   🐦   in   G+   ⓟ   |   @ Email   |   🖶 Print Friendly   |   ◅ Share

March 27, 2019 18:44 ET | **Source:** Rigrodsky & Long, P.A.

WILMINGTON, Del., March 27, 2019 (GLOBE NEWSWIRE) -- Rigrodsky & Long, P.A.:

- **Do you, or did you, own shares of Spectrum Brands Legacy, Inc. f/k/a Spectrum Brands Holdings, Inc. (NYSE: SPB)?**

- **Did you purchase your shares between June 14, 2016 and April 25, 2018, inclusive?**

- **Did you lose money in your investment?**

**Rigrodsky & Long, P.A.** announces that a complaint has been filed in the United States District Court for the Western District of Wisconsin on behalf of all persons or entities that purchased the common stock of Spectrum Brands Legacy, Inc. f/k/a Spectrum Brands Holdings, Inc. ("Spectrum" or the "Company") (NYSE: SPB) between June 14, 2016 and April 25, 2018, inclusive (the "Class Period"), alleging violations of the Securities Exchange Act of 1934 against the Company and certain of its officers (the "Complaint").

If you purchased shares of Spectrum during the Class Period, or purchased shares prior to the Class Period <u>and</u> still hold Spectrum, and wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact Seth D. Rigrodsky or Timothy J. MacFall at Rigrodsky & Long, P.A., 300 Delaware Avenue, Suite 1220, Wilmington, DE 19801, by telephone at (888) 969-4242, by e-mail at **info@rl-legal.com**, or at **http://rigrodskylong.com/contact-us/**.

The Complaint alleges that throughout the Class Period, defendants made materially false and misleading statements, and omitted materially adverse facts, about the Company's business, operations and prospects. Specifically, the Complaint alleges that the defendants concealed from the investing public that: (1) Spectrum was facing operational issues with the

Case 3:19-cv-00178-jdp   Document #: 48-3   Filed: 08/26/19   Page 3 of 4

development of its Ohio and Kansas facilities; (2) these issues were negatively impacting production, shipping levels and sales; and (3) as a result of the foregoing, the Company's financial statements were materially false and misleading at all relevant times.  As a result of defendants' alleged false and misleading statements, the Company's stock traded at artificially inflated prices during the Class Period.

According to the Complaint, on April 26, 2018, Spectrum issued a press release, also attached as exhibit 99.1 to the Form 8-K filed with the SEC announcing the Company's financial and operating results for the second fiscal quarter ended April 1, 2018 ("Q2 2018 Press Release").  For the quarter, the Company reported net income of $0.8 million, or $0.02 per diluted share, compared to net income of $39.9 million, or $0.68 per diluted share in the previous year's comparable quarter.  The same day, Spectrum also announced that Andreas R. Rouvé had stepped down as Spectrum's Chief Executive Officer ("CEO") and Director and that David M. Maura had been named CEO, effectively immediately.

On this news, shares of Spectrum declined over 22%, closing at $72.22 per share on April 26, 2018, on heavy trading volume.

If you wish to serve as lead plaintiff, you must move the Court no later than **May 6, 2019**.  A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.  Any member of the proposed class may move the court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

**Rigrodsky & Long, P.A.**, with offices in Delaware, New York, and California, has recovered hundreds of millions of dollars on behalf of investors and achieved substantial corporate governance reforms in numerous cases nationwide, including **federal securities fraud actions, shareholder class actions, and shareholder derivative actions**.

Attorney advertising.  Prior results do not guarantee a similar outcome.

Rigrodsky & Long, P.A.
Seth D. Rigrodsky
Timothy J. MacFall
(888) 969-4242
(516) 683-3516
Fax: (302) 654-7530
info@rl-legal.com
http://www.rigrodskylong.com

---

Newswire Distribution Network & Management

- Home
- Newsroom

- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.