# Exhibit 4
## April 30, 2019 Shareholder Alert

# Bernstein Litowitz Berger & Grossmann LLP Announces Securities Class Action Suit Filed Against Spectrum Brands Holdings, Inc. and Certain of its Officers and Directors, Expanding Class Period Alleged in Related Action

NEWS PROVIDED BY
**Bernstein Litowitz Berger & Grossmann LLP** →
Apr 30, 2019, 18:43 ET

NEW YORK, April 30, 2019 /PRNewswire/ -- Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") today announced that it has filed a securities class action lawsuit on behalf of West Palm Beach Firefighters' Pension Fund against Spectrum Brands Holdings, Inc. ("Spectrum" or the "Company") (NYSE: SPB), and certain of the Company's current and former senior executives (collectively, "Defendants") in the federal district court for the Western District of Wisconsin.  The action, which is captioned *West Palm Beach Firefighters' Pension Fund v. Spectrum Brands Holdings, Inc., et al.*, No. 19-CV-347 (W.D. Wis.), asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78j(b) and 78t(a), and SEC Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, on behalf of investors who purchased Spectrum's publicly traded securities from June 14, 2016 to November 16, 2018, inclusive (the "Class Period").  A copy of the Complaint filed in the action is available on BLB&G's website at www.blbglaw.com.

The Complaint expands the class period that was asserted in a related action against Spectrum – *Wagner v. Spectrum Brands Legacy, Inc., et al.*, No. 19-CV-178 (W.D. Wis.) ("*Wagner*") – the first-filed securities class action in this matter, which is presently pending before the Honorable James D. Peterson.  Per the notice published on March 7, 2019 in connection with the filing of

the *Wagner* action pursuant to the Private Securities Litigation Reform Act of 1995, investors wishing to serve as Lead Plaintiff are required to file a motion for appointment as Lead Plaintiff by no later than May 6, 2019. BLB&G's filing of the *West Palm Beach Firefighters' Pension Fund* complaint (the "Complaint") does not alter that deadline.

The Complaint alleges that during the Class Period, Defendants falsely stated that Spectrum was successfully executing on two major capital projects consolidating the operations of its critical Global Auto Care ("GAC") and Home & Hardware Improvement ("HHI") divisions. The Complaint alleges that Defendants repeatedly told the market that the GAC and HHI consolidations were progressing effectively and on schedule, and any issues were merely temporary, transitory, and being quickly corrected. In truth, Defendants knew that the GAC and HHI consolidations were suffering from fundamental execution problems that were far more serious than disclosed to investors.

On April 26, 2018, Spectrum disclosed disappointing financial results for the second quarter of 2018 based on the poorly executed consolidation projects. Former CEO Andreas Rouvé resigned. Spectrum's stock price declined about 22.1%, from $93.14 to $72.56 per share. Defendants immediately represented that the problems at the GAC and HHI facilities were being swiftly corrected.

Then, on November 16, 2018, the Company disclosed another disastrous quarter driven by a $92.5 million goodwill write down for GAC, again because of the poorly executed consolidations. Spectrum's stock price declined another 19%, from $59.35 to $48.05 per share.

West Palm Beach Firefighters' Pension Fund is represented by BLB&G, a firm of over 100 attorneys with offices in New York, California, Louisiana, and Illinois. If you wish to discuss this Action or have any questions concerning this notice or your rights or interests, please contact Avi Josefson of BLB&G at 212-554-1493, or via email at avi@blbglaw.com.

Since its founding in 1983, BLB&G has built an international reputation for excellence and integrity. Specializing in securities fraud, corporate governance, shareholders' rights, employment discrimination, and civil rights litigation, among other practice areas, BLB&G prosecutes class and private actions on behalf of institutional and individual clients worldwide.

Unique among its peers, BLB&G has obtained several of the largest and most significant securities recoveries in history, recovering billions of dollars on behalf of defrauded investors. More information about BLB&G can be found online at www.blbglaw.com.

CONTACT:

Avi Josefson

Bernstein Litowitz Berger & Grossmann LLP

1251 Avenue of Americas, 44th Floor

New York, New York 10020

Telephone: (212) 554-1493

SOURCE Bernstein Litowitz Berger & Grossmann LLP

Related Links

http://www.blbglaw.com