# Exhibit 5

# July 28, 2016 Earnings Call Transcript

**S&P Global**
Market Intelligence

# Spectrum Brands Legacy, Inc.
# FQ3 2016 Earnings Call Transcripts

## Thursday, July 28, 2016 1:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2016- | | | -FQ4 2016- | -FY 2016- | -FY 2017- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS Normalized | 1.69 | 1.73 | ▲2.37 | 1.30 | 5.14 | 5.68 |
| Revenue (mm) | 1356.86 | 1361.50 | ▲0.34 | 1333.18 | 5120.05 | 5284.86 |

Currency: USD
Consensus as of Jul-28-2016 1:09 PM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ4 2015 | 1.17 | 1.13 | ▼(3.42 %) |
| FQ1 2016 | 1.06 | 1.01 | ▼(4.72 %) |
| FQ2 2016 | 0.91 | 1.16 | ▲27.47 % |
| FQ3 2016 | 1.69 | 1.73 | ▲2.37 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

## EXECUTIVES

**Andreas Rouvé**
*Former CEO & Director*

**David A. Prichard**
*Vice President of Investor Relations & Corporate Communications*

**Douglas L. Martin**
*Executive VP & CFO*

## ANALYSTS

**Faiza Alwy**
*Deutsche Bank AG, Research Division*

**Ian Alton Zaffino**
*Oppenheimer & Co. Inc., Research Division*

**Jason Matthew Gere**
*KeyBanc Capital Markets Inc., Research Division*

**Joseph Nicholas Altobello**
*Raymond James & Associates, Inc., Research Division*

**Karru Martinson**
*Jefferies LLC, Research Division*

**Kevin Laytin Ziets**
*Citigroup Inc, Research Division*

**Kevin Michael Grundy**
*Jefferies LLC, Research Division*

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

**Unknown Analyst**

**Zachary Robert Fadem**
*Wells Fargo Securities, LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our performance in Q3 was marked by solid organic sales growth of 3.7% despite mixed weather in the U.S. and also in Europe that impacted POS and triggered retailer inventory adjustment program. Nevertheless, Home and Garden and Hardware & Home Improvement turned in record results. We also saw excellent battery growth in the U.S. as well as in Europe and Latin America on a constant currency basis. However, our personal care and small appliance sales fell on a constant currency basis from intense competition, category softness and retailer inventory tightening. Also, our pet results were challenged in Q3 by lower sales in Europe. At there, the outdoor aquatic business suffered from the poor weather, we changed our go-to-market approach and exited a nonstrategic private label contract. But we are making good progress in the turnaround of our pet business to position it for long-term profitable growth in its core category.

In this context, I would like to reiterate that our primary objective is long-term EBITDA growth. And a key component to achieve this target is our focus on driving sales. However, as you have seen in the past quarter, we will not chase sales growth just for the sake of gaining market share or boosting the top line. In opposite, we will either fix or exit any product lines in which we do not generate long-term healthy returns, even if this leads to a short-term decline in net sales.

Our decision to exit unprofitable and nonstrategic business caused the sales decline in the third quarter of over $3 million in our hardware business in China, Canada and Mexico and another $2 million in pet Europe and North America. If we look at our regional results, we are pleased with a solid quarter in the U.S. as well as in Europe, Latin America and Canada despite the currency challenges. The reorganization of our Canada region we discussed on our last call is starting to pay off with improving performance.

Turning now to Slide 7. As we enter Q4, we know that weather conditions will have an impact, especially on Home and Garden and Global Auto Care, as this trend and timing of POS takeaway will affect the timing and magnitude of retailer replenishment activity, as all major retailers are managing their inventory levels tighter than ever before.

However, we have some important new products launching in Q4, especially in appliances, and we continue to see progress with our more, more, more sales growth strategy around the world.

This is in line with our operating road map to drive Spectrum Brands to the next level of performance as embodied in our Spectrum First growth initiative and its growth accelerators around: customer, process and people. As such, we are improving our pace of new product development, delivering innovation across our categories to the market faster. Retailers and consumers are increasingly receptive to our focus on innovation, combined with the superior value, and this helps us to strengthen both our retailer relationships and our brands.

At the same time, we are working to continuously improve our processes and improve efficiencies. As such, we have started to consolidate 2 warehouses in the Global Auto Care division here in the U.S., and we are doing the same in the U.S. pet business.

We have also consolidated our Asian and Australian commercial and shared service teams under a common leadership based in Melbourne to better leverage our regional expertise, resources and partners.

With this, I would like to turn it over to Doug for a financial review and comment on our divisional performance.

**Douglas L. Martin**
*Executive VP & CFO*

Thanks, Andreas, and good morning, everyone.

Turning to Slide 9. Let's review Q3 results beginning with net sales. Third quarter reported net sales of $1.36 billion, increased 9.1% versus last year.

Excluding the negative impact of $15.8 million of foreign currency and acquisition-related net sales of $84.1 million, organic net sales increased 3.7%. Record sales in HHI and Home and Garden, strong global

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

battery results and solid regional performances in the U.S. as well as Europe, Latin America and Canada on an FX-neutral basis more than offset lower results in our small appliances and pet businesses.

Reported gross margin of 39% increased 230 basis points from 36.7% last year, primarily due to the Global Auto Care acquisition, improved mix and strong productivity, partially offset by FX.

Reported SG&A expense of $295.9 million or 21.7% of sales improved by 30 basis points versus 22% last year.

Reported operating margin of 15.2% increased by 430 basis points compared to 10.9% last year, largely driven by expanding gross margin, SG&A leverage and lower restructuring and acquisition and integration spending.

On a reported basis, higher Q3 earnings per share of $1.71 compared to $0.79 last year, primarily due to the impact of the Global Auto Care acquisition, volume, improved mix, reduced acquisition and restructuring activity, onetime debt refining costs and a change in income tax provision from the prior period.

Adjusted EPS of $1.73 increased from $1.42 last year, primarily as a result of the Global Auto Care acquisition, volume and improved mix, partially offset by higher common shares outstanding.

Turning to Slide 10. Third quarter interest expense of $60 million decreased $53 million from last year, driven by nonrecurring acquisition financing and capital structure refinancing items in 2015. Cash interest payments of $66 million were $88 million below last year. And recall that last year's payments of $154 million included $74 million of nonrecurring items related to the Armored AutoGroup acquisition financing and the refinancing of our capital structure.

The Q3 reported tax rate of 29.4% increased from a benefit of 113% a year ago. This year's quarterly rate included the tax impact of recording a contingency for exposures in Europe, while last year's quarterly rate was unusually low because of the release of a U.S. valuation allowance resulting from the Global Auto Care acquisition.

Cash taxes for the quarter of $7 million were $7 million below last year due to the timing of payments.

Q3 depreciation and amortization of $61 million was unchanged.

And cash payments for acquisition and integration and restructuring and related charges were $9.7 million and $3.4 million, respectively, in the quarter.

Now to our operating unit results beginning with Slide 11 and Global Auto Care, which, as a reminder, was acquired on May 21, 2015. Global Auto Care reported Q3 net sales of $159.8 million and adjusted EBITDA of $54.2 million, resulting in an adjusted EBITDA margin of 33.9%. Organic sales and organic adjusted EBITDA growth was strong. Solid performance was driven by warmer weather in late June and strong U.S. growth in refrigerants. First year synergies also contributed to the strong bottom line. The GAC integration is now complete, and first year savings surpassed expectations. Beyond these savings, we have identified new supply chain efficiencies that will bring GAC closer to its U.S. customer base, provide more vertical integration and reduce supply chain cost and complexity. A Texas distribution center was closed earlier this year, and additionally, aerosols are being insourced into our St. Louis Home and Garden production facility in the first half of calendar year 2017.

In mid-June, we also announced plans to build a major new manufacturing and logistics facility in Dayton, Ohio. Opening in early 2017, that will include refrigerants currently produced in Texas and a warehousing and packaging operation currently in Mentor, Ohio. The site will also service Global Auto Care's global research and development center. With more than half the country's population within 600 miles of Dayton, this consolidation will bring cost efficiencies and simplify GAC's U.S. footprint.

Work also continues on international growth plans and cross-selling opportunities. While early wins are small, they have come in all major regions and give us confidence for significant international new business wins into fiscal 2017 and beyond.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Turning now to Slide 12, Hardware & Home improvement. HHI reported record Q3 results driven by solid growth in its U.S. residential security, builders' hardware and plumbing businesses. Reported net sales increased 4.8% and 5.8%, excluding negative FX of $3.3 million.

Our planned exits from unprofitable businesses and the expiration of a customer tolling arrangement negatively impacted sales by 0.9% in the quarter.

Adjusted EBITDA grew 4.2%, with a reported margin of 19.8%, down 20 basis points from last year as we made incremental investments during the quarter in selling and marketing to drive future revenue. This was HHI's 14th consecutive quarter of year-over-year sales and adjusted EBITDA increase since its December 2012 acquisition.

We are pleased with HHI's continuing momentum in core categories as it closes in on another record year. Key to this performance is robust innovation and a 2016 new product road map highlighted by launches in every quarter in electronic locks, regular locks, plumbing and builders' hardware.

Turning to operations. Cost improvement continue to help offset pricing pressure and foreign exchange. HHI is progressing nicely on its smart chassis lock simplification initiative and a 3-year global transformation program that will lower costs, increase capacity and insourcing and improve automation by the end of fiscal 2018.

Now to Global Pet, which is Slide 13. Q3 reported net sales of $207.1 million fell slightly versus $208.3 million last year and nearly 1%, excluding favorable FX. Lower aquatics revenues in Europe were primarily due to a wet and cool outdoor pond season and in North America from our planned exit of certain glass and kit systems businesses with little margin. Solid North American companion animal increases from rawhide growth and distribution gains were offset by lower European results from a distributor change and reduced private label business.

Reported adjusted EBITDA fell 1.8%, with a 20 basis point margin decline to 18.2%. The turnaround on our legacy pet business continues as we make operational and process improvements, rationalize SKUs, improve product and customer mix and consolidate distributors. Some of these actions and shifts create short-term choppiness, but we'll provide for consistent longer-term improvement across the segment.

Pet continues to innovate and launch new products worldwide. In Europe, for example, we have introduced IAMS rawhide dog treats and chews, which are sourced from our South American rawhide supply chain, IAMS naturally wet and dry dog and cat food portfolio, an 8-in-1 dog and cat food portfolio for the mid-tier segment and new distributor channels.

In North American aquatics, we launched the Tetra-branded My Aquarium app designed to make consumers new to the fishkeeping category more successful. The new app makes water testing and water care significantly easier and offers the consumer reminders for key maintenance test like water changes and filter cartridge replacement.

Moving to Slide 14. Home and Garden delivered record results in its largest quarter of the year, remaining on track for a record fiscal 2016. Net sales increased 4.8% due to continued growth in repellants as well as higher sales in the lawn and garden and household insect control categories. Distribution gains, the impact of the Zika virus, innovation and effective merchandising and marketing programs contributed to the improvement.

Adjusted EBITDA of $67 million increased 7.4%, resulting in a record Q3 EBITDA margin of 31.6%, an 80 basis point increase from last year.

Earlier this month, Home and Garden announced an exclusive, multi-year agreement for our Cutter brand to be the official insect repellent of U.S. soccer, including the U.S. women's and men's national teams, the national women's soccer league.

Finally, our aerosol capacity expansion remains on schedule for completion in the fall, a project that will nearly double our filling capacity and reduce inventory levels and production costs in fiscal 2017.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**SPECTRUM BRANDS LEGACY, INC. FQ3 2016 EARNINGS CALL | JUL 28, 2016**

Now to personal care, which is Slide 15. Q3 reported net sales fell 3% but were essentially unchanged, excluding unfavorable FX of $3.1 million. Adjusted EBITDA also declined as pricing and productivity were unable to offset FX. Growth in Europe, primarily in hair care appliances and hair removal and a double-digit increase in constant currency in Latin America for men shaving and grooming, were more than offset by lower North American revenues. The North American decline was predominantly due to tighter retailer inventory levels and category softness in hair care appliances against strong growth a year ago.

E-commerce growth in North America and Europe was strong in Q3, demonstrating Remington's growing online presence and use of e-commerce as a launching pad for new products such as our Verso men's grooming kit and the Thermaluxe line of hair care products. The business has important new product launches in shaving, grooming and hair care this fall to position it well for the important holiday season and help capture new business.

On the cost side, Remington's level of continuous improvement savings remains healthy and is helping to overcome negative FX impacts.

Now let's turn to small appliances on Slide 16. Q3 reported net sales decreased 6.3% and 2.7%, excluding unfavorable FX of $5.8 million. Currency headwinds were the strongest in this business in Q3. Growth in Europe on a currency-neutral basis was more than offset by lower North American sales, driven by retailer inventory reductions and soft POS, largely in food prep and beverage categories at several key retailers. Latin American revenues were unchanged on a currency-neutral basis. Adjusted EBITDA declined as continuous improvement savings and pricing were unable to offset FX and lower volumes. Small appliances plans major new product launches in Q4 in categories including coffeemakers, toaster ovens and slow cookers to gain incremental listings across the regions ahead of the key holiday season while continuing to deliver solid continuous improvement savings. Like Remington, small appliances continues to expand its e-commerce channel penetration.

Finally, the Global Batteries, which is Slide 17. Q3 reported net sales grew 5% and a very strong 7.2%, excluding negative FX of $3.9 million. Q3 adjusted EBITDA increased at a double-digit rate on both a reported and currency-neutral basis with solid margin expansion. Europe, North America and Latin America all delivered improved results. Higher North American results were primarily attributable to alkaline distribution gains, largely in non-scanned channels. Strong European growth on a reported basis was driven by alkaline and hearing aid battery gains, while higher Latin American results on a currency-neutral basis were primarily due to growth in alkaline and specialty batteries. Higher volumes and better mix offset negative FX, particularly in Latin America. Continuous improvement savings have been healthy and are more than offsetting product cost changes. A new go-to-market strategy is rolling out in North America featuring a modernized Rayovac logo, clearer price and usage segmentation icons, improved packaging and campaigns to increase brand awareness. Growth continues in the U.S. do-it-yourself channel, along with gains across broader channels as we work to serve a wider portion of the market.

Moving now to the balance sheet on Slide 18. We ended Q3 in a very strong liquidity position, with $277 million available on our $500 million cash flow revolver and a cash balance of $117 million, with debt outstanding of $3.939 billion. We expect to reduce our total leverage by approximately 0.5 turn to end fiscal 2016 at 4 turns or below. Free cash flow for the quarter was $241 million, which we utilized to make a $250 million discretionary term loan payment in June. Capital expenditures were $21 million compared to $20 million in the prior year.

Turning to Slide 19 and a review of our 2016 guidance. We expect reported net sales to increase in the high single-digit range, including acquisitions and partially offset by the anticipated negative impacts from FX of approximately 280 to 300 basis points based on current spot rates. About 35% of our annual sales are outside of the U.S. across a very broad basket of currencies.

We expect to deliver free cash flow between $505 million and $515 million. Full year interest expense is expected to be between $230 million and $240 million, including approximately $15 million of noncash items resulting in cash interest payments between $220 million and $230 million. Depreciation and amortization is expected to be between $240 million and $250 million for 2016, including approximately $60 million for the amortization of stock-based compensation. Our 2016 effective tax rate is expected to be between 10% and 15%. And recall that for adjusted earnings, we use a 35% tax rate. Cash taxes

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.