# Exhibit 7

# January 26, 2017 Earnings Call Transcript

**S&P Global**
Market Intelligence

# Spectrum Brands Legacy, Inc.
# FQ1 2017 Earnings Call Transcripts
## Thursday, January 26, 2017 2:00 PM GMT
### S&P Global Market Intelligence Estimates

| | -FQ1 2017- | | | -FQ2 2017- | -FY 2017- | -FY 2018- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 1.14 | 1.21 | ▲6.14 | 1.26 | 5.81 | 6.51 |
| **Revenue (mm)** | 1221.12 | 1211.80 | ▼(0.76 %) | 1230.68 | 5139.47 | 5298.55 |

Currency: USD
Consensus as of Jan-19-2017 10:22 PM GMT



| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ2 2016** | 0.91 | 1.16 | ▲1 27.47 % |
| **FQ3 2016** | 1.69 | 1.73 | ▲2 2.37 % |
| **FQ4 2016** | 1.29 | 1.31 | ▲3 1.55 % |
| **FQ1 2017** | 1.14 | 1.21 | ▲4 6.14 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

## EXECUTIVES

**Andreas Rouvé**
*Former CEO & Director*

**David A. Prichard**
*Vice President of Investor Relations & Corporate Communications*

**Douglas L. Martin**
*Executive VP & CFO*

## ANALYSTS

**Ian Alton Zaffino**
*Oppenheimer & Co. Inc., Research Division*

**Jason Matthew Gere**
*KeyBanc Capital Markets Inc., Research Division*

**Joseph Bernard Lachky**
*Wells Fargo Securities, LLC, Research Division*

**Joseph Nicholas Altobello**
*Raymond James & Associates, Inc., Research Division*

**Karru Martinson**
*Jefferies LLC, Research Division*

**Kevin Laytin Ziets**
*Citigroup Inc, Research Division*

**Kevin Michael Grundy**
*Jefferies LLC, Research Division*

**Lauren Anne Migliori Wolff**
*Piper Jaffray Companies, Research Division*

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

**Robert James Labick**
*CJS Securities, Inc.*

**William Gerald Schmitz**
*Deutsche Bank AG, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

## Operator

Good morning. My name is Lindsay, and I will be your conference operator today. At this time, I would like to welcome everyone to the Spectrum Brands Fiscal 2017 First Quarter Earnings Conference Call. [Operator Instructions] As a reminder, ladies and gentlemen, this conference is being recorded today, Thursday, January 26. Thank you.

I would now like to introduce Mr. David Prichard, Vice President of Investor Relations for Spectrum Brands. Mr. Prichard, you may begin your conference.

## David A. Prichard
*Vice President of Investor Relations & Corporate Communications*

Good morning, and welcome to Spectrum Brands Holdings Fiscal 2017 First Quarter Earnings Conference Call and Webcast. I'm Dave Prichard, Vice President of Investor Relations for Spectrum Brands, and I'll be your moderator for our call today.

Now to help you follow our comments, we have placed a slide presentation on the event calendar page in the Investor Relations section of our website at www.spectrumbrands.com. This document will remain there following our call.

So now if we start with Slide 2 of the presentation, you'll see that our call will be led again today by Andreas Rouvé, our Chief Executive Officer; and Doug Martin, Chief Financial Officer. Andreas and Doug will deliver opening remarks, and then they will conduct the Q&A session.

Let's turn now to Slides 3 and 4. Our comments today include forward-looking statements, including our outlook for fiscal 2017 and beyond. These statements are based upon management's current expectations, projections and assumptions and are, by nature, uncertain. Actual results may differ materially. Due to that risk, Spectrum Brands encourages you to review the risk factors and cautionary statements outlined in our press release dated January 26, 2017, and our most recent SEC filings and Spectrum Brands Holdings' most recent 10-K. We assume no obligation to update any forward-looking statement.

Also, please note that we will discuss certain non-GAAP financial measures in this call. Reconciliations on a GAAP basis for these measures are included in today's press release and 8-K filing, which are both available on our website in the Investor Relations section.

With that, I am now very pleased to turn the call over to our Chief Executive Officer, Andreas Rouvé.

## Andreas Rouvé
*Former CEO & Director*

Thanks, Dave, and thank you all for joining us. Turning to Slide 6. We delivered a very solid first quarter, with improvement in all of our key financial targets. Adjusted EBITDA, free cash flow and adjusted earnings per share were up despite further currency headwinds and a strong focus of all major U.S. retailers to reduce their inventory. We grew adjusted EBITDA, as reported, by $7 million or 3.4%. If we exclude the negative currency impact of $6.6 million, our organic adjusted EBITDA increased by 6.6% over the very strong first quarter of fiscal 2016. At the same time, we improved our free cash flow in the quarter by $247 million compared to the first quarter of last year, and our adjusted EPS was up 20%.

The earnings growth was impacted by increased spending in several strategic initiatives. Despite those higher expenses, we could increase our adjusted EBITDA margin by 70 basis points to 17.7% due to our clear focus to grow our core profitable categories with the launch of more innovative products as well as the expansion into more channels and more country.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The growth in our core categories is partly offset by our strategic decision to exit unprofitable business and deemphasize low-margin promotions on Black Friday and during the holidays, as they only look great if you focus on market shares, but not if a company aims to grow EBITDA and free cash flow, as we do.

In total, our net sales were down in the quarter, as reported, by 0.6%. But if we consider the impact of currency, the business exits and the 2 fewer days in the first quarter compared to last year, we delivered on a comparable days basis organic growth in our core business of about 3.5%, which was the key driver of our earnings improvement.

We are pleased with the performance of all divisions and regions even if we had to overcome onetime headwinds in Home and Garden and Global Auto Care, which Doug will explain in more detail. Hardware & Home Improvement delivered record quarter 1 result, and also the performance of our Global Batteries & Appliances division was excellent. On a regional basis, Europe, Latin America, Canada and Asia Pacific reported solid adjusted EBITDA growth despite the currency headwinds.

The reorganization of our Asia Pacific region last year with new leadership and clear strategic focus is starting to show operating performance improvement.

Turning to Slide 7. In line with our Spectrum First strategic road map, we are focusing not only on becoming the preferred partner to our customers and employees, but we are also working to continuously improve our processes to accelerate the sustainable growth of organic adjusted EBITDA and free cash flow. As such, our Global Auto Care team is making good progress to complete the major simplification of its U.S. production, distribution and R&D footprint by consolidating in Dayton, Ohio. Production has started already on the first line, and we expect to complete this project within this fiscal year.

In addition, we have announced a few days ago a new initiative, which is the consolidation of Hardware & Home Improvement, 2 distribution centers in the U.S. which are on each coast, into one, single, centrally-located facility by the end of calendar year 2017. This will improve working capital and customer service, while providing additional capacity for growth.

At the same time, we are stepping up R&D and marketing investments and adding sales specialists to pursue white space opportunities in more categories, channels and countries.

As part of our innovation process, we are also enhancing packaging and product differentiation to allow us and our retail partners to cover multiple price points, respond better to different consumer needs and avoid channel conflicts. In parallel, we are launching several brand refreshes and 360-degree marketing program to raise the awareness and appreciation of our brand.

We expect accordingly for fiscal 2017 above-category, organic top line increases and solid bottom line growth as well as free cash flow improvement. The second half of our fiscal year will again be larger than the first half due to the seasonality of our Home and Garden and Global Auto Care business. We will be comping a strong second fiscal quarter, as retailers had ordered last year exceptionally early related to Zika concerns and a favorable early spring weather. But we are on good track. And even if Q1 is our smallest EBITDA quarter of the year, the solid results provide an excellent start to achieving our eighth consecutive year of record financial performance in fiscal 2017.

Let me turn it over now to Doug for the financial review and details on our performance by product category.

**Douglas L. Martin**
*Executive VP & CFO*

Thanks, Andreas, and good morning, everyone. Now turning to Slide 9, let's review Q1 results, beginning with net sales. First quarter reported net sales of $1.21 billion decreased 0.6% versus last year. Excluding the negative impact of $18.8 million of foreign currency, organic sales grew 1% against strong organic growth of 6.3% last year, and while also including the negative impact of unprofitable business exits of approximately $8 million and 2 fewer shipping days of approximately $20 million to $25 million. For clarity, we will get one of these days back in Q4, and the full year has 1 fewer day than fiscal 2016.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

SPECTRUM BRANDS LEGACY, INC. FQ1 2017 EARNINGS CALL | JAN 26, 2017

Reported gross margin of 37.1% increased 90 basis points from 36.2% last year, primarily due to strong productivity and improved mix, partially offset by the negative impact of foreign exchange.

Reported SG&A expense of $278.4 million or 23% of sales compared to $273.4 million last year or 22.4%.

Reported operating margin of 12.5% increased 80 basis points compared to 11.7% last year, largely driven by expanding gross margin and lower acquisition and integration spending.

On a reported basis, Q1 diluted earnings per share of $1.10 decreased compared to $1.24 last year, primarily due to an increase in our reported effective tax rate. Adjusted EPS of $1.21 increased 19.8% from $1.01 last year, primarily as a result of volume, favorable mix, operating efficiencies and lower interest costs, partially offset by the negative impact of foreign exchange.

The Q1 reported tax rate of 32.3% increased from 9% last year, primarily due to the absence of a valuation allowance benefit in the prior year.

Turning to Slide 10. As I have noted over the last several quarters, and also mentioned by Andreas, the company continues to be focused on improving working capital, not only absolute improvement year-over-year, but also systemic improvement throughout the year to reduce some of our working capital seasonality. And these initiatives are bearing fruit. In the first quarter, we delivered positive adjusted free cash flow of $6 million, a $247 million improvement over a year ago, mostly driven by working capital. Remember, this is both better working capital management and efforts to reduce intra-year volatility. So while you should expect full year improvement, some of the gains in Q1 would normally have occurred in Q3 and Q4. First quarter reported interest expense of $55.8 million decreased $2.6 million from $58.4 million last year, driven by the benefit of our 4% euro-denominated notes issued last September and repricing of our U.S. term loans in October.

Cash interest payments of $44 million were $18 million lower than last year, largely related to major term debt reduction, the notes refinancing and term loan repricing. Cash taxes of $10 million were unchanged from last year. Depreciation, amortization and share-based compensation were $55 million compared to $57 million last year. And cash payments for acquisition and integration and restructuring and related charges were $4 million and $3 million, respectively, this year versus $12 million and $6 million last year.

Now onto our operating unit results, beginning on Slide 11 with Global Auto Care. Q1 reported net sales of $69.5 million decreased 5.7%. Solid U.S. growth in refrigerants, primarily A/C PRO, was more than offset by lower appearance and performance chemicals revenues, primarily due to the timing of shipments ahead of GAC's North American SAP go-live last year and U.S. retailer inventory adjustments. We also saw lower European region distributor revenues due to order shipment timing versus last year. Reported adjusted EBITDA of $19.8 million grew 3.1%, with margin improving 240 basis points to 28.5%.

This year, GAC is supporting the core Armor All, STP and A/C PRO brands with new innovation, educational initiatives and increased category awareness. Extending Armor All and STP into adjacencies is a focus. And one exciting example is the launch of our time-saving Armor All Ultra Shine Wash & Wax wipes, which provide 1-step wash and waxing with no waiting or buffing and no need for a bucket or hose. International growth, most notably in Europe, is also a priority, along with cross-selling in white space wins.

Turning to Slide 12. Hardware & Home Improvement is continuing its momentum from a record 2016 with a record Q1 results, driven by growth in its core U.S. residential security business. Q1 reported net sales of $288.8 million increased 2.2%, including the impact of planned exits from unprofitable businesses in Mexico of about 1.5%. Adjusted EBITDA of $59.2 million improved 10.2%, with reported margin of 20.5%, up 150 basis points from last year.

Organic adjusted EBITDA of $55.9 million grew 4.1%, excluding favorable FX of $3.3 million. A key driver of HHI's momentum in its core U.S. categories is coming from a robust new product road map, with strong innovation every quarter across all product categories.

At the Consumer Electronics Show in early January, HHI unveiled several new smart locks to strengthen its industry leadership in the fast-growing residential electronics security category. This included Obsidian, a key-free smart lock with a low-profile design, target at homeowners seeking modern decor looks. This

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

latest smart lock and quick set will be available as a stand-alone deadbolt or as a home automation connected device. HHI seeks to sustain and further scale its strong do-it-yourself, homebuilder channels, distributors and showroom businesses, pursue more growth in home automation and further establish its patented SmartKey technology as the industry standard.

In continuous improvement, HHI has initiatives in progress to reduce costs, simplify its supply chain and reduce SKUs and inventory levels. This global transformation program begun last year will also add capacity and in-sourcing, harmonize lockset components and increase automation by the end of fiscal 2018 to strengthen HHI's position as the low-cost industry producer.

Now to Global Pet, which is Slide 13. Q1 reported net sales of $194.2 million fell 4.5%, while organic revenues decreased 3.1%, excluding negative FX of $2.8 million. Consistent with comments on our year-end call in November, Pet expects to continue profit and margin expansion in fiscal 2017, ahead of revenue growth, which is expected to reoccur in the second half of the year. To that end, Q1 reported adjusted EBITDA of $30.7 million increased a strong 5.1% and 11%, excluding negative FX of $1.7 million due to favorable product mix and favorable customer mix.

Q1 reported adjusted EBITDA margin grew 140 basis points to 15.8%. Higher aquatics revenues, primarily from double-digit growth in Europe, were more than offset by lower North American companion animal and European pet food revenues. As expected, North American companion animal sales were negatively impacted by the planned exits of low-margin private label rawhide and chicken jerky business last year and lower European pet food sales, in part from a planned exit of a customer tolling agreement. Together, these exits adversely impacted Pet's top line by about 1.1% in Q1.

As evidenced by the Q1 margin expansion, the operational and process improvements made over the past 12 to 15 months are taking hold. Pet continues to transition to higher-margin, branded companion animal products, with increased marketing support and stepped-up efforts for geographic expansion in Latin America, Canada and Asia Pacific. In North America, the expansion of Nature's Miracle to broader distribution points is underway. Dingo has been relaunched and repositioned, and innovative campaigns are also underway for FURminator and ProSense.

Moving to Slide 14, Home and Garden. In the smallest quarter of the year, Home and Garden reported record revenues, providing an encouraging start to 2017. Reported net sales increased 4.4% to $49.8 million, driven by double-digit growth in the household controls category. The 19.7% decline in adjusted EBITDA to $5.7 million and 350-basis-point decrease in reported margin to 11.4% was due to the absence of favorable manufacturing variances this year as a result of improved manufacturing scheduling and the new aerosol line startup, which will both benefit later quarters as well as investments in marketing expense to support innovation and new distribution.

To add a little clarity to the impact of manufacturing to this quarter's results, recall that in the last couple of years, we began our seasonal pre-build for aerosols before the end of our fiscal year and into Q1. This has generated favorable manufacturing variances in the last couple of years that did not repeat this year, as the new aerosol line was installed and ramp-up of production began. This project nearly doubles filling capacity and will reduce inventory levels and production costs in 2017.

The St. Louis plant also completed its first production run of Global Auto Care aerosol products, specifically Armor All Tire Foam, in December, and is increasing Global Auto Care aerosol filling in this quarter, resulting in additional cost savings versus prior year and the avoidance of using third-party co-packers.

To deliver continued strong results this year, Home and Garden plans for increased distribution and market share gains, more innovation and continued operational excellence. For example, the Black Flag brand is expanding beyond household controls into the outdoor control space with new insect products. A comprehensive plan supporting Black Flag outdoors is generating retailer excitement and driving consumer engagement. To support our Hot Shot bedbug pest management solutions, Home and Garden is employing a first-of-its-kind, integrated, multi-product solution for consumers. And Cutter's exclusive repellent sponsorship of U.S. Soccer is helping to drive important off-shelf placement and improve brand awareness.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

SPECTRUM BRANDS LEGACY, INC. FQ1 2017 EARNINGS CALL | JAN 26, 2017

Now to personal care, which is Slide 15. Reported net sales of $162.6 million fell 3.7%, while organic revenues decreased 1.5%, excluding negative FX of $3.7 million. Despite the sales shortfall, Q1 reported adjusted EBITDA was unchanged with margin improvement of 60 basis points. Organic adjusted EBITDA increased 8%. Constant currency growth in Europe and Asia Pacific was more than offset by lower North American revenues. The North America decline was largely attributable to fewer promotions and distribution adjustments at key retailers. Remington innovation will remain strong this year to drive organic growth, especially in shave and groom and in hair care, supported by a blend of traditional print and online media. In Europe, for example, Remington launched a new straight brush and unique PROluxe range in women's hair care. The focus is on expanding distribution into new white space areas as well as continuing strong double-digit, e-commerce growth.

Now let's turn to small appliances on Slide 16. While reported net sales of $186.4 million decreased 1.8%, organic revenues grew 2.1% after excluding negative FX of $7.5 million. The improvement was attributable to strong growth in North America from distribution gains, incremental listings, effective promotions and strong e-commerce growth, along with modest growth on a currency-neutral basis in Europe. As an example, our Wi-Fi-enabled slow cooker was a very successful holiday product launch.

Reported adjusted EBITDA grew slightly, with a margin improvement of 40 basis points. Organic adjusted EBITDA grew more than 20%. Small appliances is working to further broaden its product portfolio and distribution points around the world, armed with strong innovation in fiscal 2017, especially in cooking and beverage.

We expect to drive top line growth through distribution wins, white space opportunities and e-commerce, which continues to see the most significant channel growth for small appliances. In Q2, George Foreman Grills are launching into Continental Europe following the success of the brand in the U.K. Cookware and bakeware innovation is also being introduced into Europe under the Russell Hobbs brand name.

Finally, to Global Batteries, which is Slide 17. Global Batteries delivered an excellent first quarter. Reported net sales of $260.5 million increased 3.1% and, excluding $4.5 million of negative FX, 4.9% organically. Reported adjusted EBITDA grew 6.5%, with margin expansion of 70 basis points, while organic-adjusted EBITDA increased more than 10%. Solid growth on a currency-neutral basis in Europe from new customers, organic increases and effective promotions, as well as in Latin America and Asia-Pacific, drove the improvement.

Alkaline battery growth in North America was strong. We expect a solid performance in North America, with increased and targeted marketing initiatives, and on a constant currency basis, in international markets as we move through fiscal 2017. Primarily in the alkaline and hearing aid categories, Global Batteries continues to pursue growth in under-indexed channels and new geographies, such as hearing aid batteries in China and through market share and distribution gains. Our expanded Rayovac go-to-market strategy has been introduced broadly now in North America as we pursue key white space opportunities in the region.

Moving to the balance sheet on Slide 18. We ended Q1 in a very strong liquidity position, with more than $300 million available on our $500 million cash flow revolver, a cash balance of about $143 million and debt outstanding of $3.7 billion. We expect to continue to reduce leverage in fiscal 2017 similar to last year. We ended fiscal 2016 with total leverage of about 3.9x.

As mentioned earlier, adjusted free cash flow for the quarter of $6 million compared to a use of $241 million in the prior year, reflecting significant progress across inventory, accounts receivable and accounts payable to sustainably improve working capital management and to begin to reduce some of the seasonal volatility in our working capital cycle.

Capital expenditures were $28 million compared to $17 million in the prior year. During the quarter, we repurchased over 802,000 shares of common stock for $97 million or about $1.21 per share. Finally, the board this week also approved a new 3-year, $500 million share repurchase program.

Turning to Slide 19 and a review of our 2017 guidance. We expect reported net sales to grow above category rates, partially offset by the anticipated negative FX impacts of approximately 100 to 150 basis

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

points. We expect to deliver free cash flow of between $575 million and $590 million. We expect full year interest expense to be between $200 million and $210 million, including approximately $15 million of noncash items. Cash interest payments are expected to be between $175 million and $185 million. Depreciation and amortization is expected to be between $245 million and $255 million for 2017, including approximately $60 million for amortization of stock-based compensation.

Our 2017 effective tax rate is expected to be between 30% and 35%. And recall, after adjusted earnings, we use a 35% tax rate. Cash taxes are expected to be approximately $50 million to $60 million, and we do not anticipate being a regular U.S. Federal taxpayer for the next few years as we continue to use net operating loss carryovers.

Cash payments for acquisition and integration and restructuring and related charges are expected to be between $30 million and $40 million. And finally, capital expenditures are expected to be between $110 million and $120 million, including the rollover spending from 2016.

Thank you, and now back to Dave for Q&A.

**David A. Prichard**
*Vice President of Investor Relations & Corporate Communications*
Thanks very much, Andreas and Doug. With that, operator, you may now begin the Q&A session, please.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.