# Exhibit 8

## March 7, 2017 Company Conference Call Transcript

**S&P Global**
Market Intelligence

# Spectrum Brands Legacy, Inc.
# Company Conference Presentation

## Tuesday, March 07, 2017 1:05 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

# Call Participants

## EXECUTIVES

**Douglas L. Martin**
*Executive VP & CFO*

## ANALYSTS

**Joseph Nicholas Altobello**
*Raymond James & Associates, Inc., Research Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Joseph Nicholas Altobello**
*Raymond James & Associates, Inc., Research Division*

Okay. Good morning, everyone. Thanks for joining us for Day 2. My name is Joe Altobello. I'm the Senior Research Analyst covering the Household, Personal Care and Leisure space here at Raymond James. I'm very pleased to introduce our next presenter, Spectrum Brands. For those of you who don't know, over the past decade, the company has undergone quite a transformation, areas like small appliances, lawn and garden, home hardware, pet supplies and auto care. Importantly, Spectrum appears to have a new strategic direction in place and a senior management team focused intently on organic growth. Here to tell us all about it is the company's CFO, Doug Martin. Also in attendance is the Head of Investor Relations, Dave Prichard.

And with that, I will hand it over to Doug.

**Douglas L. Martin**
*Executive VP & CFO*

Good morning, everyone, and appreciate you joining us this morning. As Joe said -- Joe, thanks for inviting us. We appreciate the opportunity to get in front of all the investor base we can possibly get in front of and tell our part of the story and hopefully help you better understand Spectrum Brands, who we are, what -- where we're headed and who we want to be. Thanks to Dave Prichard for being here as well and really all the employees of Spectrum Brands who have delivered so nicely over the last 5, 6, 7, 8 years.

Of course, we have the forward-looking statements that you're all very familiar with, and we do give some additional non-GAAP measures and reconciliations to help you better understand the business.

But this is how we like to think of the company. When you think of Spectrum Brands, we hope you -- that the name isn't necessarily what's important, it's our products and our brands. And we hope that we're in every house -- every room in your house, including your garage when you pull in with our Armor All and SAP and A/C pro products. We hope that our Rayovac batteries are in your garage door openers. We hope that our Spectracide, TRIAZICIDE, outdoor control products are in your garage. We hope that when you enter your home that we're in your laundry room, we're in your kitchen, we're in your bathroom with our plumbing products and our security products or Kwikset branded locks. We hope that we're in your kitchen, we're in small appliances, our George Foreman Grills, our Black & Decker small appliances, our Juiceman appliances. We hope that in the rest of your house, we're in your aquariums with our Tetra products, and we are the treats that you provide to your dogs and cats.

So that's really our objective. And if you think about our company and how our brands play and why they make sense together, that's really it. There is someone in your home and used in your home by an end consumer. We have very little OEM business. We do a little bit in the hearing aid battery part of our business, but very little OEM, and we sell through retailers. We don't sell direct to consumers.

Here are the 4 business units. This is how we manage the company across the whole portfolio. We report in 5 segments. So you see the Global Batteries & Appliances business on the left-hand side here is made up of our Rayovac and Varta battery brands, they're consumer batteries as long -- as well as our Rayovac hearing aid batteries. We're the #1 global provider of hearing aid batteries.

In the kitchen, we've got Russell Hobbs in Europe, George Foreman, Black & Decker that I already mentioned in -- largely in the Americas. And our Remington brand is probably our most global brand in that category. That's about a $2 billion business, little over $300 million of EBITDA.

The next is our Pet, Home and Garden business, and that is reported in 2 segments, Pet and Home and Garden. It's managed by one team. And the Home and Garden business has been doing really well for quite a number of years. They've been taking share, it's almost exclusively a U.S. business. There are

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

high barriers to entry here because of the registrations required in many of the chemical formulations in our products. And because there are high barriers to entry and because we have a very good pipeline in innovation, this business has been growing very, very nicely for us. The Pet business has been a bit of more of a challenge for us over the last couple years. That's why we put an end to this management team a couple years ago. Because quite honestly, it wasn't managed as well as the other parts of the business were, and its innovation pipeline was -- wasn't very full, wasn't very robust. And the new team has been in place now for a couple of years, the innovation pipeline is full. There are things beginning to come out of the commercial end of that pipeline right now, and that business is in very solid shape from an earnings perspective. We're exiting some businesses that weren't profitable or that were strictly private label. And as a result, the top line growth hasn't been very robust over the last couple of years, but the profitability is expanding very, very nicely, and that will happen -- that will occur through the first part of this year. So -- we're a September 30 company. March 31, the end of this month, will be the end of our first half. And that business will be flat to slightly down still as we continue this exit activity, but the profitability expansion continues to be very, very nice. And that's productivity through supply chain, and it is mix improvement across the entire portfolio.

Next business is our Hardware & Home Improvement business, our Kwikset and Baldwin locks. We're the #1 residential lock supplier in North America, and that too is largely a North American business. We have some business in Latin America, some in Australia, but largely a North America business. Our National Hardware business and our Pfister plumbing business. Where Kwikset is #1, Pfister is #3 or 4, depending upon which markets we're serving.

So we're kind of -- we're in the third or fourth place there, but that business has been growing nicely and similar to the Pet business, there has been nice improvement across the margin structure of that business. So we're growing that business in smart ways, where it makes sense for us and can be very profitable. And then finally Global Auto Care, which we acquired about 2 years ago. Those include the Armor All, STP and A/C Pro brands. That's about a $450 million business, very strong EBITDA margins. And our opportunity in that one is to use our global infrastructure and push that -- those product categories outside of the U.S.

Our vision is very clear. We want to be partners with our customers and partners with -- and deliver value to our consumers. Those are the 2 things that we focus on up across the top there. And in order for us to provide superior value to those 2 constituencies, we need to be very lean across our operations, and we are. We're organized as a holding company. We're proud to be a holding company, very lean corporate structure. We have the CEO, General Counsel, HR Lead and the Finance organization. So we have in our corporate functions, only those things necessary to run a public company or to leverage scale and expertise across some of those other areas. So that's what we've got on the far right-hand side there. We have very efficient shared service organizations, very efficient centers of excellence in the company and very lean operating model. And then of the businesses, they're very entrepreneurial. And they are responsible for driving their business, and then we support that with regional go-to-market organizations. That's where we drive the sales growth leg. And then, of course, we have innovation across all our categories to continue to drive organic growth and to hold our margin structure or improve our margin structure.

You can see that over the last several years, the company has performed pretty well from both a sales growth perspective and an EBITDA margin perspective. Some of this sales growth, in 2012, we acquired HHI, you saw a step up in sales growth there. We acquired, in '15, the Global Auto Care business. And you see a little step up in revenue there. But the overall businesses have been growing as well pretty nicely. We're in relatively slow growth categories. So GDP plus or above category growth rate is what we target and continue to target, and it's what we continue to deliver.

Although, what's really been encouraging for us is our EBITDA dollars have more than doubled since 2011, and our margin has expanded from 14.3% to almost 19%. And we expect to be able to continue to expand EBITDA margin as we go forward by 30 to 50 basis points a year. There's -- we're more focused on EBITDA growth than sales growth. Sales growth is the best way to do that, but we're not going to do that if we can't do it in a profitable way. And that's why you've seen us, over the last couple years, exit some businesses that hadn't been profitable.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Just quickly recap last year. A little over $5 billion company. We delivered $953 million of EBITDA. Included in that were about $350 million of revenue and a little over $100 million of EBITDA that was acquired businesses, mostly Global Auto Care, but the underlying business grew by 2.6% as well. So that's about where we had planned that it would grow.

We're fairly global. About 68% of our business is North America -- is in North America and the rest is outside of North America. And we've had real challenges from an FX perspective over the years, but we still like this footprint. We think over time, having 22% of our business in the European market and it's very profitable business, will be good for us going forward. We've seen good growth outside of the U.S. and expect to continue to see that. We think eventually exchange rates will stabilize, and we've seen that for the last several months in our major markets. And we think going forward, it's going to benefit us to continue to have this large footprint. And we have good infrastructure in Latin America and in Europe, in particular, that allows us to take major acquisitions like Global Auto Care or tuck-in and bolt-on acquisitions like Black Flag and some of our others and push them through that infrastructure because we have 26 legal entities in Europe and 12 in Latin America, and we have country general managers and we have shared service organizations that support the regions, and we have distribution centers and transportation setups. So it's relatively easy for us to add new products into those -- into that infrastructure and the cost to do that isn't the entirety of the SG&A structure. We have to hire sales -- selling specialists, and we have to -- we have transportation cost -- variable transportation cost and then, of course, we have local marketing, but it's maybe 12% SG&A instead of the entire 24% SG&A. So we can grow our business in these regions pretty efficiently.

Our strategy is pretty clear. It's very straightforward. We focus on customer process and people, and we call this our Spectrum Brands 3x3 Accelerators. Our CEO, Andreas Rouvé put this in place a couple of years ago. It's something that he put in place in our international operations when he was leading our international businesses. And you've seen the results, especially from our European operation over the years. So just beginning to get traction on this in North America. And what we call that, that area we focus on is, more, more, more. We throw it in the process bucket, but it's really about driving more of our brands through current customers, current channels and new geographies, and I'll spend a little bit of time talking about that.

So more, more, more. More categories to existing retailers, more channels to existing markets, more countries for those brands that will travel nicely. And you see in the more countries, we've called out our Black Flag example, there are opportunities for us with our repellents and with our insecticides to move, especially in the Latin America and parts of -- other parts of the world, with those businesses. It's taken a little time. We got to get registrations, I told you that's a high barrier-to-entry business. But once you're in with your formulations and our value proposition, we can grow those businesses.

So there are a couple examples, more categories. The Armor All and STP businesses have historically been in fuel additives, oil treatments, functional fluids for STP and protectants and wipes and wheel care for the Armor All business. We're launching now this spring Armor All Wash and Wax Wipes. That's a new category for us. That allows you to wash your car, as long as it's not a heavy wash. If your car is covered with mud, you need a hose and you need to spray it down, but if you have light cleaning to do on your car or touchup or detailing in between major washes, our product will do that in a way that won't scratch your car and doesn't require a bucket or a hose. It's very, very efficient and quick to do. So we're launching that right now. It's got great receptivity, great sell-in, and we expect it to sell nicely off the shelf as well.

Our battery business, the Rayovac business. In the U.S., for the last -- everything except the last 1.5 years or so, we were largely focused on only the mass channel and the do-it-yourself channel. And breaking into do-it-yourself actually began about 3 years ago and a lot of our battery growth over the last couple of years has come in that new channel, but we've also begun hiring selling specialists to attack some of those other channels where we haven't been present before. And that's particularly important in the battery category because a battery is almost never a destination purchase. People almost always throw that in their cart as they're walking through a store and the retailers like to place those items throughout the store. So it's important for us to be where our consumer is when they're ready to buy a battery. So broader distribution is really important, and that's why our North America battery business has shown some growth over the last couple of years.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our Varta battery business in Europe. This one is all about more geographies. That business has been growing mid-single digits for 5 or 6 years now, but you can see there are a lot of white space opportunities for us, Sweden, Benelux. In the U.K., we don't do very much business. We're very strong in the northern parts of Western Europe and in the Eastern Europe. We're not as strong in Southern Europe or in the U.K. So continued opportunity to expand from a country perspective with our battery business.

And then I mentioned innovation. And I'm not going to spend a lot of time on these slides. I'll touch on a couple items, but every one of our businesses has good innovation coming out this year. In the personal care part of our business, we just launched a Verso, what we call the Verso multipurpose shaving tool. So it's shaving -- it's men's shaving and it's also cleaning brushes and other accessories for you.

In Europe, we've launched a cordless iron, and that's a really nice innovation because the #1 consumer complaint about irons is that the cord gets in your way. And in most of Europe, where you have got 220 volt applications, you can set the iron on our pad. It warms up in about 20 seconds, and then you're ready to iron for a couple of minutes, and then you can go back to that. It's a really nice innovation, and it's doing well. We also launched WiFi-enabled crock-pots -- slow cookers in the U.S. this year at a major retailer, and that's done really, really well.

In the Pet, Home & Garden business, similarly good innovation. We've taken our Nature's Miracle brand in Pet, which was largely a Pet Super Store brand. We've improved the formulations and broadened the distribution. So that is now selling in the mass too. And so it's a new category opportunity and new performance across that business. And in outdoor, we're moving Black Flag, which plays really well inside to out -- to the outdoor space. That launch is going on this spring as well.

And in Hardware & Home Improvement, our premise lock systems, electronic lock systems are our fastest growing category in locks. And this is a very sleek design and, more importantly, it's very safe. It's very safe. So rather than just hit your 4-digit code when you enter your home, which leaves by the way 4 smudges on your lock, you have to hit a random one to activate our lock. So you can hit it anywhere. And in fact, it will tell you where to hit it. So it randomly selects that first number for you to activate the lock and then you put your code in, so that somebody can't easily pick your lock when you enter.

Good innovation in plumbing as well with our Spot Defense, which prevents spotting of faucets, another big consumer complaint is that watermarks are left on your plumbing fixtures. And then Microban technology on our plumbing and handle sets to keep the antimicrobial protection for those categories.

And then in Global Auto Care, we talked about our Armor All Wash and Wax Wipes. We're really excited about that. We're also very excited about new diesel additives in the STP category, and we're also looking at oil treatments and oil in the lawn and garden section, where nobody owns a brand across that entire section, and we think we have an opportunity to play a meaningful role in that part of the store.

We also have a very strong culture of productivity in the company and the business, and we don't talk about delivering 5% productivity every year. We talk about delivering a meaningful productivity number every year on a consistent basis, that's probably closer to the 3% range, and our businesses are very good at this. It's in the culture of our operators. And here is -- I'll give you a couple examples.

The Global Auto Care business that we bought 2 years ago, we are consolidating all manufacturing and all distribution into one location in Dayton, Ohio. So that eliminates trucking goods back and forth between the existing production facilities and warehouses. It also allows us to centralize our R&D functions in Dayton, Ohio, and we'll deliver really nice productivity. And I don't actually want the EBITDA margin of this business to expand much further. It's low 30s right now. We'd rather invest that extra savings into growth in the business, but the productivity initiative allows us to free up those funds and drive those growth investments. And then Hardware & Home Improvement, just announced this one about a month ago. It's a similar activity. We're taking an East Coast and West Coast DC and some minor DCs and centralizing them in the middle part of the country and -- in Kansas, and we're actually receiving product there this week, and we'll be fully shipping out of that DC by the end of August. And that will provide additional good productivity for this business and also help us serve our customers better. We're much closer to the geographic center of our customer base after this initiative is done.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

From a cash flow perspective, we focus on 2 things as a company. I told you, we do want organic sales growth. It's very important. It's the best way for us to grow EBITDA, but it has to be profitable. And we focus on cash flow and EBITDA margin as a company. And you can see that focus on cash flow has paid off for us. Our cash flow has grown very, very nicely over the years, and our cash flow ratio as a percentage of sales is pretty attractive as a company.

And you can also see that we believe that's translated in a pretty nice total shareholder return over time too. Over this time period, our average shareholder return has been over 27% on a compounded annual growth basis. So by focusing on those levers, by paying our people, our compensation systems aligned with those measures, we've been able to drive these outcomes, and we have no intent to have any significant changes to those short-term programs, in particular.

Now we generate a lot of cash flow, and we expect to generate a couple of billion or more of operating cash flow over the next couple of years. And we'll put about $300 million of it back into CapEx in the business, and we'll put -- we'll give some back to the shareholders in the form of dividends and share repurchases, but the remainder gives us a lot of flexibility and optionality. And we have been for the last couple of years paying down debt, as we said we would have when we bought Global Auto Care, but now we have more optionality. We can continue to do bolt-on acquisitions. And every few years, you'll probably see us do a transformational acquisition like Global Auto Care or like HHI. And you can expect that from us. But if we don't find attractive prices for acquisitions, we'll pass. We haven't bought anything in 2 years because prices have just been -- they've been too expensive. So we passed on a lot of opportunities and instead given some of that back to shareholders. In fact, in our first quarter, we repurchased almost $100 million worth of shares because we thought the stock price was undervalued, and we didn't have good acquisition opportunities. And we've got a good track record of deleveraging after we do major acquisitions. And understand that there are limits to -- self-imposed limits to the use of our balance sheet. And so we're willing to lever up as long as we have very clear line of sight to quickly delevering and integrating those acquired businesses.

Our acquisition priorities are across all categories, except for appliances and batteries. Batteries is probably not really an opportunity globally and appliances and personal care are lower EBITDA margin businesses, and they also have the lowest barriers to entry. So we probably wouldn't do much in the way of M&A in those categories.

So quick takeaway, I think I'm -- I just got a couple of minutes left. I think we have a pretty good track record of delivering for shareholders against the model we've had in place for a number of years, and now we've layered on to that our 3x3 Accelerators, and we're continuing to drive value for our shareholders behind that philosophy, which again is pretty straightforward. It's EBITDA growth and cash flow growth.

We think we got a pretty good risk profile. We're largely in nondiscretionary consumer goods that consumers need. When a coffeemaker breaks, you go out and buy a coffeemaker that day. You don't put that purchase off for months at a time. And that's true with batteries, it's true with locks, it's true with our pet treats, it's true with almost everything that we sell. And we continue to focus on, and I keep emphasizing, the strong free cash flow growth. We expect to continue to pursue strong free cash flow growth as a company as we go forward.

That's it, Joe. We are -- do you want to do any questions now or move right over to -- okay. Okay, any questions? Yes?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.