# Exhibit 9

# May 2, 2017 Earnings Call Transcript

**S&P Global**
Market Intelligence

# Spectrum Brands Legacy, Inc.
# FQ2 2017 Earnings Call Transcripts

## Tuesday, May 02, 2017 1:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2017- | | | -FQ3 2017- | -FY 2017- | -FY 2018- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 1.26 | 1.19 | ▼ (5.56 %) | 1.95 | 5.90 | 6.57 |
| **Revenue (mm)** | 1224.13 | 1169.90 | ▼ (4.43 %) | 1390.75 | 5116.99 | 5275.80 |

Currency: USD
Consensus as of May-01-2017 9:00 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- ▲ Positive EPS Normalized surprise
- ▼ Negative EPS Normalized surprise
- ● Neutral EPS Normalized surprise

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2016** | 1.69 | 1.73 | ▲ 2.37 % |
| **FQ4 2016** | 1.29 | 1.31 | ▲ 1.55 % |
| **FQ1 2017** | 1.14 | 1.21 | ▲ 6.14 % |
| **FQ2 2017** | 1.26 | 1.19 | ▼ (5.56 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

## EXECUTIVES

**Andreas Rouvé**
*Former CEO & Director*

**David A. Prichard**
*Vice President of Investor
Relations & Corporate
Communications*

**Douglas L. Martin**
*Executive VP & CFO*

## ANALYSTS

**Faiza Alwy**
*Deutsche Bank AG, Research
Division*

**Ian Alton Zaffino**
*Oppenheimer & Co. Inc., Research
Division*

**James Andrew Chartier**
*Monness, Crespi, Hardt & Co.,
Inc., Research Division*

**Jason Matthew Gere**
*KeyBanc Capital Markets Inc.,
Research Division*

**Joseph Nicholas Altobello**
*Raymond James & Associates,
Inc., Research Division*

**Kevin Michael Grundy**
*Jefferies LLC, Research Division*

**Olivia Tong**
*BofA Merrill Lynch, Research
Division*

**Robert James Labick**
*CJS Securities, Inc.*

**Shannon Elizabeth Coyne**
*BMO Capital Markets Equity
Research*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

## Operator

Good morning. My name is Matthew, and I will be your conference operator today. At this time, I would like to welcome everyone to the Spectrum Brands Fiscal 2017 Second Quarter Earnings Conference Call. [Operator Instructions]

As a reminder, ladies and gentlemen, this conference is being recorded today, Tuesday, May 2. Thank you.

I would now like to introduce Mr. David Prichard, Vice President of Investor Relations for Spectrum Brands. Mr. Prichard, you may begin your conference.

## David A. Prichard
*Vice President of Investor Relations & Corporate Communications*

Good morning, and welcome to Spectrum Brands Holdings Fiscal 2017 Second Quarter Earnings Conference Call and Webcast. I'm Dave Prichard, Vice President of Investor Relations for Spectrum Brands, and I'll be your moderator for this morning's call.

To help you follow our comments, we have placed a slide presentation on the Event Calendar page in the Investor Relations section of our website at spectrumbrands.com. This document will remain there following our call.

Now if we start with Slide 2 of the presentation, you will see that our call will be led by Andreas Rouvé, our Chief Executive Officer; and Doug Martin, our Chief Financial Officer. Andreas and Doug will deliver opening remarks, and then conduct the Q&A session.

If we turn now to slides 3 and 4. Our comments today include forward-looking statements, including our outlook for fiscal 2017 and beyond. These statements are based upon management's current expectations, projections and assumptions and are, by nature, uncertain. Actual results may differ materially. Now due to that risks, Spectrum Brands encourages you to review the risk factors and the cautionary statements outlined in our press release dated today, May 2, 2017, and our most recent SEC filings and Spectrum Brands Holdings' most recent 10-K. We assume no obligation to update any forward-looking statement.

Also, please note that we will discuss certain non-GAAP financial measures in this call. Reconciliations on a GAAP basis for these measures are included in today's press release and 8-K filing, which are both available on our website in the Investor Relations section.

With that, I am very pleased now to turn the call over to our Chief Executive Officer, Andreas Rouvé.

## Andreas Rouvé
*Former CEO & Director*

Thanks, Dave, and thank you all for joining us.

Turning to Slide 6. Overall, our second quarter performance was below our expectations with sales down 3.3% despite strong growth in Hardware & Home Improvement and Global Batteries. The most important factor for the sales decline was the improved inventory management of major U.S. retailers, which, combined with a cold March, led to a delayed intake of our seasonal Home & Garden and Global Auto Care products as retailers are pulling inventory later than last year. About 70% of the full year POS is recurring between April and September for these 2 categories. We estimate the impact of this delay to be between $25 million and $30 million.

The sales decline of our Home & Garden product is also directly linked to the fact that we are comping an exceptional second quarter in 2016 as the Zika press coverage and warm March led to an unusual early pull of retailers in our Home & Garden division recorded last year: 25% growth in the second quarter compared to 2015.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

If we compare our second quarter 2017 with the more normal year 2015, then our Home & Garden sales are up $8 million or 6.5%, well above category growth rate, and we continue to expect a strong season given our POS trend.

The second reason for the sales decline is the planned exit of nonstrategic, low-margin business of $11 million or 0.9%. While this obviously reduces our sales, it actually has a direct benefit to our EBITDA.

Finally, unfavorable currency was again a headwind and caused $10 million or 0.8% of the decline. However, it is important to note that the headwind is getting weaker, and in parts of Latin America, we're already starting to enjoy some favorable impact.

If we exclude those 3 drivers, this means the impact of shipment delay, our planned exit and currencies, our core sales would have been up about 0.7%, which is still below our expectations. The reason for this moderate growth rate is category weakness, mainly in home appliances, but POS was also, in some other categories, off, especially at lower price points.

Our innovative and higher-priced products continued to perform well, and accordingly, we had a positive product mix, which explains our strong margin improvement, for instance in personal care and home appliances. At the same time, we are seeing strong growth in e-commerce, which is also linked to the success of our innovative products.

Turning to Slide 7. If we take now a look at expenses, it seems as if there's not much year-over-year change. However, we have some opposing trends. On one side, we are increasing our investment into R&D as well as marketing to support the development and launch of innovative products in the out quarters. In the second quarter, we have started, for example, a strong TV campaign and sampling program for Armor All to support the launch of our innovative Wash & Wax wipes, which are in stores now.

Besides those strategic investments, we were unfortunately hit in the quarter by close to $5 million in onetime operating expenses, including the bad debt write-off linked to the bankruptcy of a U.S. retailer. These higher expenses were offset by our ongoing efficiency enhancement initiatives and onetime share-based compensation last year.

Our adjusted EBITDA in the second quarter was down because of the delayed shipments in Home & Garden and Auto Care products. Our performance in the other categories was good. Hardware & Home Improvement EBITDA grew a strong 5.6%. Also, Global Batteries & Appliances grew EBITDA due to the earlier mentioned favorable product mix despite strong currency headwinds, especially from the weak British pound and about $3 million of onetime expenses. Pet increased its EBITDA as our margins improved significantly as we walked away from unprofitable, nonstrategic businesses. Also, our adjusted earnings per share were up as we were able to reduce our interest expenses significantly. The lower interest expenses are the result of our new debt arrangement and a good example of how we are strengthening the company long term.

Another example of these continued improvement initiatives is the significant year-over-year improvement in our free cash flow by $190 million.

Turning to Slide 8. Looking forward, we see a resumption of organic sales and adjusted EBITDA growth. Besides the earlier explained delayed sales of Home and Garden & Auto Care, which will support our third and fourth quarters, we continue to make good progress in our "more, more, more" strategy. We are winning, for example, with batteries globally in new accounts and better placements at existing key accounts. Due to the strong growth, we are now in the process of expanding the capacities in our alkaline and hearing aid factories in Europe as the demand exceeds our capacity even in the 24/7 mode.

But also, in all other categories we are making good progress, and let me share some examples from our Pet and Home & Garden divisions. We are expanding into more categories, for instance with Black Flag, into the outdoor controls area; into more channels, with an improved multichannel strategy in Nature's Miracle; and into more countries in Latin America with insect repellents under the RapidRepel brand.

All of these initiatives require start-up expenses, and we are fully committed to pursue such organic growth initiatives even in a quarter where it could be tempting to cut those investments to achieve a

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

higher EBITDA result. However, we are driving for long-term growth and are, therefore, stepping up our R&D, selling and marketing investments.

At the same time, we are making good progress with our continued improvement initiatives, which are also an important pillar of Spectrum First. Both the consolidation of our auto care manufacturing and distribution in Dayton, Ohio and the consolidation of our Hardware & Home Improvement distribution center in Kansas are on track and will help us reduce expenses and inventory in the back half of 2017 and in 2018.

At the same time, we are continuing to streamline our management structure to make us not only more cost effective but allow us also to take decisions faster.

Finally, as announced last Friday, we are very excited to have PetMatrix join Spectrum Brands with its complementarity portfolio of rawhide-free alternative pet treats. This transition will be immediately accretive, and our teams are readying for rapid integration and continued growth.

Let me turn it over now to Doug for the financial review and details on our performance by product category.

**Douglas L. Martin**
*Executive VP & CFO*

Thanks, Andreas, and good morning, everyone.

Turning to Slide 10, let's review Q2 results beginning with net sales.

Second quarter reported net sales of $1.17 billion decreased 3.3% versus last year. Excluding the negative impact of $9.7 million of foreign currency, organic sales declined 2.5% against strong organic growth of 4.9% last year, and also including the negative impact of planned unprofitable business exits of approximately $11 million or 0.9%.

Reported gross margin of 38.9% increased 60 basis points from 38.3% last year primarily due to improved mix and strong productivity, partially offset by the negative impact of foreign exchange.

Reported SG&A expense of $286.8 million or 24.5% of sales compared to $285.1 million or 23.6% last year.

And reported operating margin of 12.3% was unchanged compared to last year.

On a reported basis, Q2 diluted EPS of $1 decreased compared to $1.55 last year primarily due to a lower effective tax rate last year relating to the adoption of a new accounting standard for stock compensation. Adjusted EPS of $1.19 improved 2.6% versus $1.16 last year primarily as a result of lower interest cost and share count, partially offset by the negative impacts of foreign exchange.

The Q2 reported tax rate of 36.1% increased from a 2.8% benefit last year primarily due to the absence of the valuation allowance and accounting standards change benefit.

Turning to Slide 11. Our initiatives to improve working capital, not only absolute improvement year-over-year but also systemic improvement throughout the year to reduce working capital seasonality, and to continue to -- continues to show good progress. For the first half of fiscal 2017, we delivered positive adjusted free cash flow of $7 million, a $190 million improvement versus last year, driven mostly by working capital. While you should expect full year improvement, some of the first half gains would normally have occurred in Q3 and Q4, and those benefits have been pulled forward this year.

Second quarter reported interest expense of $50.6 million decreased $6.9 million from last year, driven by the benefits of our 4% euro-denominated notes issued last September and repricing of our U.S. term loans in October.

Cash interest payments of $53 million were $5 million lower than last year, largely related to major term debt reduction, the notes refinancing and term loan repricing.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.