# Exhibit 10

# May 2, 2017 Earnings Call Presentation
















# Agenda

- **Introduction**

  Dave Prichard
  Vice President, Investor Relations

- **FY17 Q2 Highlights and
  Full Year Outlook**

  Andreas Rouvé
  Chief Executive Officer

- **Financial and
  Business Unit Review**

  Doug Martin
  Chief Financial Officer

- **Q&A**

  Andreas Rouvé
  Doug Martin



2

# Forward-Looking Statements

Certain matters discussed in this presentation, with the exception of historical matters, may be forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. All statements, other than statements of historical facts, regarding our business strategy, future operations, financial condition, estimated revenues, projected costs, projected synergies, prospects, plans and objectives of management, as well as information concerning expected actions of third parties, are forward-looking statements. These statements are subject to a number of risks and uncertainties that could cause results to differ materially from those anticipated as of the date of this presentation. Important factors that could cause our actual results to differ materially from those expressed or implied herein include, without limitation: our ability to manage and otherwise comply with our covenants with respect to our significant outstanding indebtedness or maintain our credit ratings; changes and developments in external competitive market factors, such as introduction of new product features or technological developments; development of new competitors or competitive brands or competitive promotional activity or spending or industry consolidation; the cost and effect of unanticipated legal, tax or regulatory proceedings or new accounting policies, laws or regulations (including environmental, public health and consumer protection regulations); seasonality of our products and changes in consumer demand for the various types of products we offer resulting in the loss of, or a significant reduction in, sales to significant retail customers; our ability to develop and successfully introduce new products, protect our intellectual property and avoid infringing the intellectual property of third parties; public perception regarding the safety of our products, including the potential for environmental liabilities, product liability claims, litigation and other claims; unfavorable developments in the global credit markets; the impact of overall economic conditions, terrorist attacks, acts of war or other unrest in international markets on consumer spending; fluctuations in commodities prices, supply shortages, the costs or availability of raw materials or terms and conditions available from suppliers; changes in the general economic conditions in countries and regions where we do business, such as stock market prices, interest rates, currency exchange rates, inflation and consumer spending; our ability to successfully implement manufacturing, distribution and other cost efficiencies and to continue to benefit from our cost-cutting initiatives; the impact of expenses resulting from the implementation of new business strategies, divestitures or restructuring activities; our ability to integrate, and to realize synergies from acquisitions; our ability to identify, develop and retain key employees; unfavorable weather conditions or climate change and various other risks and uncertainties, including those discussed herein and those set forth in our filings with the Securities and Exchange Commission ("SEC").

We also caution the reader that undue reliance should not be placed on any forward-looking statements, which speak only as of the date of this presentation. We undertake no duty or responsibility to update any of these forward-looking statements to reflect events or circumstances after the date of this presentation or to reflect actual outcomes. Additional factors that may affect future results and conditions are described in our filings with the SEC, which are available at the SEC's web site at www.sec.gov or at Spectrum Brands' website at www.spectrumbrands.com. The information contained in this presentation is summary information that is intended to be considered in the context of our SEC filings, and other public announcements that we may make, by press release or otherwise, from time to time. In addition, information related to past performance, while helpful as an evaluative tool, is not necessarily indicative of future results, the achievement of which cannot be assured. You should not view our past performance, or information about the market, as indicative of our future results. Further, performance information respecting investment returns on portfolio transactions is not directly equivalent to returns on an investment in our common stock.



3

# Full Year Outlook

- Organic sales and adjusted EBITDA growth resumption in second half

- Delayed sales of seasonal H&G and GAC products support 3rd and 4th quarters

- Good progress on "more, more, more" strategy: global batteries winning new accounts and better placements at key existing retailers; progress in our other businesses by expanding into more categories, more channels and more countries

- Pursuing these organic growth initiatives even though they require start-up expenses

- More progress on our continuous improvement initiatives which are an important Spectrum First pillar

- Consolidations of GAC manufacturing and distribution into Dayton, Ohio and HHI distribution centers into Edgerton, Kansas on track and will reduce expenses and inventory

- Streamlining management structures to make us more cost-effective

- Agreement to acquire PetMatrix with its complementary rawhide-free alternative pet treats





Case: 3:19-cv-00178-jdp   Document #: 48-10   Filed: 08/26/19   Page 5 of 5

8