# Exhibit 11

# July 27, 2017 Earnings Call Transcript

**S&P Global**
Market Intelligence

# Spectrum Brands Legacy, Inc.
# FQ3 2017 Earnings Call Transcripts

## Thursday, July 27, 2017 1:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2017- | | | -FQ4 2017- | -FY 2017- | -FY 2018- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 1.95 | 1.71 | ▼ (12.31 %) | 1.52 | 5.85 | 6.55 |
| **Revenue (mm)** | 1382.38 | 1303.90 | ▼ (5.68 %) | 1312.72 | 5073.51 | 5254.62 |

Currency: USD
Consensus as of Jul-27-2017 1:25 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2016** | 1.29 | 1.31 | ▲ 1.55 % |
| **FQ1 2017** | 1.14 | 1.21 | ▲ 6.14 % |
| **FQ2 2017** | 1.26 | 1.19 | ▼ (5.56 %) |
| **FQ3 2017** | 1.95 | 1.71 | ▼ (12.31 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

## EXECUTIVES

**Andreas Rouvé**
*Former CEO & Director*

**David A. Prichard**
*Vice President of Investor Relations & Corporate Communications*

**Douglas L. Martin**
*Executive VP & CFO*

## ANALYSTS

**Carla Casella**
*JP Morgan Chase & Co, Research Division*

**Christopher Michael Carey**
*BofA Merrill Lynch, Research Division*

**Ian Alton Zaffino**
*Oppenheimer & Co. Inc., Research Division*

**Jason Matthew Gere**
*KeyBanc Capital Markets Inc., Research Division*

**Joseph Nicholas Altobello**
*Raymond James & Associates, Inc., Research Division*

**Majid Khan**
*Tourbillon Capital Partners, LP*

**Robert James Labick**
*CJS Securities, Inc.*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

SPECTRUM BRANDS LEGACY, INC. FQ3 2017 EARNINGS CALL | JUL 27, 2017

Turning to Slide 7. The second driver for the sales shortfall is internal. We are in the middle of 2 major transformational projects, which will allow us to operate much more efficiently in the future by consolidating our entire U.S. Hardware & Home Improvement distribution in Kansas and our Auto Care manufacturing and distribution in Ohio. Both facilities are up and running. However, in the transition from the old to the new facilities, we did experience temporary supply chain challenges, which impacted our sales in the third quarter by about $24 million or 1.8%. Both projects remain on schedule, and we are making good progress in clearing the much higher than usual order book in our fourth quarter.

In addition, our Pet sales were impacted by our voluntary safety recall of certain rawhide dog chews, which led to a reduction of sales by about $11 million or 0.8%. We have corrected the manufacturing issue, restarted production and will begin restocking retailers in August. Currencies are finally starting to turn positive, but in the third quarter, we still face some headwind, which accounted for $12 million, or 0.9% of the decline coming mainly from the British pound devaluation last June.

Another company-related issue impacting our sales was the planned exit of nonstrategic low-margin business mainly in our Pet and Hardware & Home Improvement divisions of $10 million, or 0.7%. While this obviously reduces our sales, it has a direct benefit to our EBITDA. Net of these temporary headwinds, third quarter sales were up by more than 1%.

Turning to Slide 8. We had many bright spots in Q3. Global Batteries & Appliances reported strong organic EBITDA growth and margin expansion as we were able to implement price increases, for example, in European appliances. Also our e-commerce business continued strong double-digit growth in the third quarter as we continue to increase our investment with our retail partners and expand our digital marketing resources to drive, especially our innovative and higher-priced products. We also invested more in new product development and marketing to support important launches such as our Armor All Wash and Wax Wipes, Black Flag and Nature's Miracle. And we continue to add sales specialists to pursue white space opportunities in more categories, channels and countries.

In the third quarter, we also closed 2 Pet acquisitions, PetMatrix and GloFish, which are both a strong strategic fit, immediately accretive and margin enhancing to our Pet division. We will leverage their product and market strengths and our global infrastructure to expand their reach in the same way as we expand, for example, with Pet and Home & Garden in Latin America, Global Auto Care in Europe, and hearing aid batteries in Asia.

In short, we remain confident about our prospects, and we continue to invest into our innovation pipeline and add resources to pursue our many white space opportunities even at times when we face strong headwinds and where it could be tempting to cut such investments.

We continue to expect reported sales growth above most category rates and are also reiterating our adjusted free cash flow guidance for fiscal 2017. To underscore our confidence, we completed significant share repurchases during Q3 of $63 million and $166 million for the 9 months.

Let me also update you on our discussions with HRG. In light of HRG's announcement last November of exploring strategic alternatives, our Board formed a special committee of independent directors, and this committee has hired independent financial and legal advisors. The committee is in preliminary discussions with HRG concerning its [ Street ] strategic transaction that the committee would expect to be beneficial to all Spectrum Brands' shareholders. Of course, we cannot provide any assurance that any transaction will reside from these discussions with HRG, and we do not intend to further comment on or provide update on this topic until such time as we believe that further disclosure is appropriate or required.

Let me turn it over now to Doug for the financial review and details on our performance by product category.

**Douglas L. Martin**
*Executive VP & CFO*

Thanks, Andreas, and good morning, everyone. Turning to Slide 10. Let's review Q3 results beginning with net sales. Third quarter reported net sales of $1.3 billion decreased 4.2% versus last year. Excluding the negative impact of $12 million of foreign currency and acquisition sales of $7.2 million, organic sales

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

SPECTRUM BRANDS LEGACY, INC. FQ3 2017 EARNINGS CALL | JUL 27, 2017

declined 3.9%. This decline also includes the negative impacts during the quarter of planned unprofitable business exits of approximately $10 million, HHI and GAC operating startup shipment delays of about $24 million, the U.S. rawhide dog chew recall in early June of an estimated $11 million, and retail inventory reduction programs of about $25 million. Reported gross margin of 36.3% decreased 270 basis points from 39% last year, primarily due to unfavorable mix, operating inefficiencies, the negative impact of rawhide recall and increased restructuring activities, along with a negative impact of foreign exchange.

Reported SG&A expense of $285.3 million, or 21.9% of sales compared to $295.9 million last year, or 21.7%. Reported operating margin of 12.1% decreased 310 basis points versus 15.2% in the prior year.

On a reported basis, Q3 diluted EPS of $1.31 decreased compared to $1.71 last year, primarily due to reduced volume, partially offset by lower interest expense. Adjusted EPS of $1.71 decreased 1.2% versus $1.73 last year, primarily as a result of lower volume, unfavorable productivity and a negative impact of foreign exchange, partially offset by reduced interest expense and lower average shares outstanding.

The Q3 reported tax rate of 23.9% decreased from 29.4% last year, primarily due to federal tax credit claims for prior years that were recognized during the quarter.

Turning to Slide 11. Our initiatives to improve working capital, not only absolute improvement year-over-year but also systemic improvement throughout the year to reduce working capital seasonality continued to show progress. For the first 9 months of fiscal 2017, we delivered positive adjusted free cash flow of $114 million, a $56 million improvement versus last year, driven mostly by working capital and lower cash interest. Third quarter reported interest expense of $52.4 million decreased $7.5 million from last year driven by the benefits of our 4% euro-denominated notes issued last September and repricing of the U.S. term loans in October and again in April, partially offset by interest related acquisitions and share repurchases.

Cash interest payments of $42 million were $25 million lower than last year. Cash taxes of $10 million compared to $7 million last year.

Depreciation, amortization and share-based compensation were $55 million in the quarter compared to $61 million last year. And cash payments for acquisition and integration and restructuring and related charges were $3 million and $13 million, respectively, versus $10 million and $3 million, respectively, last year.

Now to our operating unit results, beginning with Slide 12 in Global Auto Care. Q3 reported net sales of $155.8 million fell 2.5% against solid growth last year, driven by mass and auto retailer destocking estimated at nearly $8 million combined with cooler and wet weather conditions in the quarter versus last year. This slowed store traffic and hurt POS, was partially offset by the successful launch of our Armor All Wash and Wax Wipes, which contributed significant incremental sales and strong sales during the quarter. A 6.5% decline in adjusted EBITDA to $50.7 million and resulting margin decrease of 140 basis points to 32.5%, was due to lower volume, continuing input cost inflation in refrigerants and higher planned marketing expenses supporting new product launches.

Temporary shipping startup issues at GAC's new Dayton facility also impacted Q3 results, including sales by about $4 million. Overall, the Dayton facility consolidation is on schedule and will deliver meaningful cost savings and improved working capital in fiscal 2018.

GAC continues to focus on accelerating organic growth through increased cross-selling, share gains and adjacency expansions in the U.S., increasing its vitality rate with higher investments in new product development and international growth. We continue to expect GAC to report adjusted EBITDA margins above 30% even as the pace of innovation and international expansion increases.

Turning to Slide 13. Hardware & Home improvement, which posted to 1.2% decrease in Q3 reported net sales to $324.7 million. HHI's first quarterly top line decline since it was acquired in late 2012, was a result of temporary operating startup issues connected with the U.S. distribution center consolidation project, which we began in April and adversely impacted sales by about $20 million, along with the planned exits of unprofitable business in Mexico, which adversely impacted growth as in prior quarters by about 1%.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Andreas Rouvé**
*Former CEO & Director*

I just wanted to start the explanation. If you just take a look at our DC backlog of over $24 million, if you take a look at our -- that the retailers depleted that seasonal Home & Garden products last year in the fourth quarter. So if you take a look and compare our fourth quarter sales in F '16 versus F '15, you will see that we had last year a strong decline in the fourth quarter. And therefore, we are comping a low growth quarter in the fourth quarter. So therefore, we are feeling very confident about our growth opportunities in the fourth quarter.

**Majid Khan**
*Tourbillon Capital Partners, LP*

Right. So just to be clear, you've lost $50 million of sales in this quarter that you expect to be pushed into next quarter that by itself is, again, plus 4%. And if I ex out all the one-time stuff that you guys called out, you got plus 1% organic growth in this quarter. So if that trend holds, you should be putting up plus 5% organic growth next quarter. Is that sounds -- seems to be what you guys are communicating?

**Douglas L. Martin**
*Executive VP & CFO*

What we're guiding is really clear. We're guiding on cash flow very, very specifically in a range, and we're expecting now to grow most of our categories most of the time going forward.

**Majid Khan**
*Tourbillon Capital Partners, LP*

Okay. The math of which points to plus 5%, I'm not sure, why you guys are so shy about just walking through the math? All right. We'll move on. Could you guys talk a little bit about the cost saves from the Dayton consolidation?

**Douglas L. Martin**
*Executive VP & CFO*

Sure. We have not specifically given number on the cost savings from Dayton. And it's really a combination of a couple of things that we've done since we've bought the business. We first consolidated -- we had 1 DC program last year. They got everything into 1 place in Ohio. So our Garland, Texas, DC into Ohio and then we moved that plus manufacturing, plus R&D into Dayton this year. And that we broke ground about 13 months ago and our really up and running from production perspective, we have a 1 little line to bring in yet but things are running really well there. And the DC is functioning better and better every day, I would say, it's about 98% right now. So it's in a good shape. And while we haven't disclosed specifically what the cost savings are, it is a better than 3-year payback and also has a significant inventory reduction benefit associated with it. So it's a very attractive product despite the fact that, it's had a better than negative impact on our quarter. We would these projects like this every time they came up.

**Majid Khan**
*Tourbillon Capital Partners, LP*

No. And you guys have a very good history of being successful with that. Just a quick question on the share buyback. As you guys bought back a bunch of stock in the quarter ahead of what you must have known was a bad print view? And there is still room on your authorization to buy back more, and I was just wondering if you intend to be active on that?

**Douglas L. Martin**
*Executive VP & CFO*

Well, to be really, really clear, we didn't know this was going to be a bad, frankly, because we had a plan in place after we exited last quarter and had the earnings call and entered this quarter. So our perspective was, as we entered the last quarter, there was a range of value where we felt our stock was undervalued

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.