# Exhibit 13

# November 16, 2017 Earnings Call Transcript

**S&P Global**
Market Intelligence

# Spectrum Brands Legacy, Inc.
# FQ4 2017 Earnings Call Transcripts

## Thursday, November 16, 2017 2:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ4 2017- | | | -FQ1 2018- | -FY 2017- | | | -FY 2018- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 1.47 | 1.35 | ▼(8.16 %) | 1.31 | 5.55 | 5.46 | ▼(1.62 %) | 5.97 |
| Revenue (mm) | 1296.31 | 1321.70 | ▲1.96 | 1257.31 | 4980.72 | 5007.40 | ▲0.54 | 5169.21 |

Currency: USD
Consensus as of Nov-16-2017 1:20 PM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ1 2017 | 1.14 | 1.21 | ▲1 6.14 % |
| FQ2 2017 | 1.26 | 1.19 | ▼2 (5.56 %) |
| FQ3 2017 | 1.95 | 1.71 | ▼3 (12.31 %) |
| FQ4 2017 | 1.47 | 1.35 | ▼4 (8.16 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

## EXECUTIVES

**Andreas Rouvé**
*Former CEO & Director*

**David A. Prichard**
*Vice President of Investor Relations & Corporate Communications*

**Douglas L. Martin**
*Executive VP & CFO*

## ANALYSTS

**Christopher Michael Carey**
*BofA Merrill Lynch, Research Division*

**Faiza Alwy**
*Deutsche Bank AG, Research Division*

**James Andrew Chartier**
*Monness, Crespi, Hardt & Co., Inc., Research Division*

**Karru Martinson**
*Jefferies LLC, Research Division*

**Krystyna Metcalf**

**Majid Khan**
*Tourbillon Capital Partners, LP*

**Richard Samuel Reid**
*Wells Fargo Securities, LLC, Research Division*

**Robert James Labick**
*CJS Securities, Inc.*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

integration of our PetMatrix and GloFish acquisitions from Q3 are proceeding well, and both are delivering ahead of our expectations.

Fiscal 2017 was our eighth consecutive year of record adjusted EBITDA, adjusted EBITDA margin and adjusted free cash flow, which grew 10%, in large part, from excellent working capital improvement. Our reported EBITDA margin increased by 20 basis points to 19.1%, which was also a record annual level.

In 2017, major U.S. retailers had adjusted their inventory levels, especially in our seasonal categories. While we expect retailers to continue their focus on lower inventory levels also in the future, we believe that the inventory levels are now much healthier than a year ago. In addition, the 2-year up and down impact of the Zika virus on our repellants business in our Home & Garden division has now been completed. Also the adverse impact of exiting low-margin nonstrategic business, which reduced our top line in 2017 by approximately $42 million or 0.8%, will lessen in 2018 to approximately $25 million, which is related to the exit of a dog and cat food customer tolling agreement in Europe.

At the same time, we have increased the pace of new product development and are bringing more innovation to the market and are moving into more channels, categories and countries around the world, such as our launch of major brands through China's leading e-commerce retailer, JD.com, and the U.S. launch last month of the leading British Russell Hobbs brand of kitchen appliances. Also in battery, we are stepping up our investment to enable further international growth with the expansion of our alkaline battery plant in Germany and our hearing aid battery plant in the U.K.

We are also making good progress in our 2 transformational projects in the U.S. The consolidation of our Global Auto Care manufacturing and distribution in Dayton, Ohio is now complete, and the consolidation of our Hardware & Home Improvement distribution in Kansas is currently 65% complete, and we expect to complete this project in March 2018. Both projects streamline our supply chain and will allow us to reduce our inventory levels and improve our service levels.

Finally, our voluntary U.S. Pet rawhide recall in June continued to have an operating cost and sales impact in Q4. We have corrected the production issue and restarted the 3 South American plants and continued to restock retailers in the U.S. and Canada. However, we will still have some impact at the beginning of this fiscal year.

Turning to Slide 7. Looking forward, we are optimistic about delivering organic net sales and adjusted EBITDA growth in fiscal 2018. As many of you have seen, we also guided this morning to another year of record adjusted free cash flow with an increase of as much as 9%. This growth is driven by our focus to have Spectrum Brands present with our superior quality and superior value products wherever and however the consumer chooses to shop. This is why we place such an emphasis on strengthening our retailer relations around the world. This also implies the need to accelerate product innovation, selectively increase marketing and add more digital resources to better educate today's mobile consumer on the superior value proposition of our broad portfolio of everyday, nondiscretionary products. Therefore, we are launching 2 important and complementary initiatives, Project Alpha and Project Ignite, which are designed to accelerate our multiyear growth ambitions.

In the case of Project Alpha, we plan to spend up to an additional $20 million this year to expand into adjacent market segments through selective investment in new product development and strong market launches using new digital and social media marketing campaigns. This will help us to leverage our strong brand and retailer relations to launch innovations with key brands such as Armor All, Russell Hobbs and Nature's Miracle. Project Ignite is an initiative to ensure that our organization adapts to rapidly changing consumer preferences and retail channels and that resources are allocated to our best growth opportunities. Both of these projects are expected to be multiyear in duration, and we expect Project Ignite to partly fund the increased investments made through Project Alpha in fiscal 2018.

Let me turn it over now to Doug for the financial review and details on our performance by product category.

**Douglas L. Martin**
*Executive VP & CFO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thanks, Andreas, and good morning, everyone.

Turning to Slide 9. Let's review Q4 results beginning with net sales. Fourth quarter reported net sales of $1.32 billion increased 5.8% versus last year. Excluding the favorable impact of $12.4 million of foreign currency and acquisition sales of $20.8 million, organic net sales grew 3.1%, our best quarterly result in 2017. This increase included the negative impacts of planned unprofitable business exits of approximately $14 million or 1.1%.

HHI and Home & Garden delivered record fourth quarter performances along with strong performances from Global Auto Care and Personal Care. Reported gross margin of 37.5% decreased 140 basis points from 38.9% last year, primarily due to unfavorable mix, the negative impact of the rawhide recall and operating startup inefficiencies primarily in Edgerton, Kansas.

Reported SG&A expense of $322.1 million or 24.4% of revenue compared to $294.4 million last year or 23.6%, primarily due to acquisitions, higher share-based compensation expense and increased marketing investments to support new product launches.

Reported operating margin of 8.2% decreased 450 basis points versus 12.7% in the prior year, largely driven by increased marketing investment, restructuring charges and impairments.

On a reported basis, Q4 diluted earnings per share of $1.63 increased compared to $1.49 last year, primarily due to reduced interest expense, a larger income tax benefit and lower average shares outstanding.

Adjusted EPS of $1.35 improved 3.1% versus $1.31 last year.

Q4 reported a tax benefit of 77.7%, which has improved from an 8.4% benefit last year, primarily due to a discrete tax benefit recorded in the quarter to reverse a previously recorded tax liability for the anticipated repatriation of non-U.S. earnings.

Turning to Slide 10. Reported interest expense in fiscal 2017 of $211 million decreased $39 million from $250 million last year, driven by the benefits of our 4% euro-denominated notes and repricing of our U.S. term loans in October and April of this year, partially offset by interest related to acquisitions and share repurchases. Cash interest payments of $183 million were $55 million lower than last year. The full year tax rate of 13.8% increased from 10.1% last year due to a nonrecurring release of a U.S. valuation allowance in 2016 net of the impact of the current year benefit described previously. Cash taxes of $37.5 million were comparable to $35 million in 2016. Depreciation, amortization and share-based compensation were $256 million compared to $247 million last year. Cash payments for acquisition and integration and restructuring and related charges for 2017 were $44.3 million and $22.3 million, respectively.

Now to our operating unit results, beginning with Slide 11 and Global Auto Care. Global Auto Care ended fiscal 2017 with a good Q4. Reported net sales of $102.6 million increased 1.9% against solid growth last year, driven by Europe and Asia Pacific while U.S. revenues were essentially unchanged with higher U.S. appearance product sales being offset by lower refrigerant revenues, primarily due to cooler weather conditions in the prior year and tighter auto retailer inventory levels. Adjusted EBITDA increased 3.5% with a margin improvement of 50 basis points, primarily driven by lower expenses.

In fiscal 2018, Global Auto Care will continue its focus on accelerating organic growth through increased cross-selling, share gains and adjacency expansions in the U.S., improving its vitality rate with larger investments behind new product development and faster international growth. GAC expects further benefits from the second year of its Armor All Ultra Shine Wash and Wax Wipes, which were successfully launched in 2017, with 2 more items being added to the line, and also the introduction of a full line of Armor All automotive air fresheners.

Turning to Slide 12. Hardware & Home Improvement rebounded from Q3 as expected, boast a strong Q4 reported net sales and adjusted EBITDA increases of 6.3% and 10.6%, resulting in an 80 basis point adjusted EBITDA margin expansion to 21.9%. This solid performance was driven by strong growth in residential security and plumbing in our core U.S. business and, to a lesser degree, in Canada. The

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

planned exit of unprofitable businesses in Mexico adversely impacted growth by 1.6% in the quarter. HHI has now fully lapped this exit, so it will not impact fiscal 2018.

HHI's core U.S. businesses in residential security, builders' hardware and plumbing are healthy and growing, supported by a multiyear new product road map which is delivering steady innovation. Important home builder channel wins will also benefit HHI this year, and exciting recent news also includes Amazon's announcement in late October that 2 Kwikset smart locks, our Kwikset Convert and our Kwikset SmartCode, will be smart lock solutions for the new Amazon Key In-Home kit, which allows Prime members in 40 markets to receive in-home delivery and grant secure home access for guests using the Amazon Cloud Cam and our compatible smart lock, where we continue to be the innovation leader in the U.S. residential smart lock market.

Operationally, HHI continues to complete its U.S. distribution center consolidation into a single, new larger facility in Kansas. The project began in April and has experienced some operating startup issues, cost inefficiencies and higher-than-normal customer backlog, but we've now closed the West Coast distribution center successfully, and the East Coast facility will wind down soon. This consolidation will result in a more streamlined footprint and lower inventories later in 2018 and beyond.

Now to Global Pet, which is Slide 13. Global Pet continues to be a business in transition with Q4 reported net sales of $217.2 million, increasing 5.1% as a result of $20.8 million of revenue from the PetMatrix and GloFish acquisitions. Excluding acquisition revenues and favorable FX of $2.3 million, organic net sales decreased 6.1%.

Reported adjusted EBITDA increased 5.5% to $44 million due to the acquisitions with a 10 basis point margin improvement while organic adjusted EBITDA of $36.2 million declined 13.2%, excluding the acquisitions and positive FX of about $1 million.

Organic sales declined in both Europe and the U.S. The primary driver for lower European revenue was the significantly lower dog and cat food sales from the acceleration of the planned exit of a pet food customer tolling agreement, which totaled $6.4 million and negatively impacted Pet sales by 3.1%. And in the U.S., as we mentioned in the last quarter, companion animal sales were adversely impacted by the rawhide dog chew product recall in June as well as continued sluggish store traffic in certain channels.

In fiscal 2018, pet top and bottom line results will be boosted by the full year impact of PetMatrix and GloFish acquisitions, which integrations are going smoothly and ahead of schedule, and by delivering growth in our legacy businesses through new product launches, new customers, cross-selling and strong e-commerce growth. The impact of the exit of the pet food customer tolling agreement for 2018 is expected to be about $25 million.

Moving to Home & Garden, which is Slide 14. Home & Garden also rebounded from Q3 to deliver a very strong double-digit performance in Q4. Reported net sales and adjusted EBITDA increased 26% and 62%, respectively, resulting in a 590 basis point margin improvement to 27%. All categories posted solid growth driven by favorable POS, coupled with increased replenishment orders triggered by generally lower retailer inventory levels and a modest positive benefit from the Q4 hurricanes.

While fiscal 2017 could be described as a reset year with more quarterly volatility than normal, Home & Garden nevertheless achieved record POS, record household control brand sales and market share gains.

Home & Garden plans measured above category growth in fiscal 2018 with quarterly phasing reverting to more traditional historic pacing based upon more normal spring and summer weather pattern expectations. Growth will be driven by innovation in spring and annualized -- annualization of 2017 innovation.

Now to Personal Care, which is Slide 15. Personal Care reported a strong Q4 with growth in nearly every region. Reported net sales of $127.3 million increased 5.6% while organic revenues climbed 3.9%, excluding favorable FX of $2 million.

The improvement was led by solid growth in the U.S. and Asia Pacific and moderate growth in Europe and Latin America. A bright spot in the quarter was strong double-digit growth in e-commerce sales where

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

these businesses have already built significant channel presence. Reported and organic adjusted EBITDA increased double digits with a reported margin improvement of 130 basis points. The increase was driven by higher volumes, favorable mix and continuous improvement savings.

Looking to fiscal 2018, Remington will continue a steady launch of impactful products in shave, groom and hair care supported by targeted marketing investments to drive volume growth and even greater awareness of the global Remington brand.

Now let's turn to Small Appliances on Slide 16. Q4 reported net sales of $171.5 million decreased 2.9%. Excluding favorable FX of $1.1 million, organic revenues fell by 3.6%.

Higher sales in Europe and Latin America, primarily from new product launches and new listings, were more than offset by lower U.S. and Canadian revenues as a result of sluggish POS, increased competitor promotions and retailer adjustments. Reported and organic adjusted EBITDA fell high single digits with a reported margin decline of 70 basis points due to unfavorable mix, reduced volumes and unfavorable FX.

Small Appliances will continue its strategy in fiscal 2018 to broaden its product portfolio and distribution points around the world with a focus on white space opportunities and continued e-commerce growth where the business has a significant percentage of its revenues today. As some of you have seen, the most prominent and recent exciting U.S. launch is our exciting Russell Hobbs brand in the U.S., which is a stylish, top-quality family of products that we launched in e-com within the last few months.

Finally, to Global Batteries, which is Slide 17. Q4 reported net sales of $235.1 million increased 5.6%, driven by strong growth in Europe, Latin America and Asia Pacific. U.S. revenues were essentially unchanged including a modest positive benefit from the hurricanes and continued strong performance from Fusion, our highest performing alkaline battery. Excluding a $4.5 million favorable FX benefit, organic sales improved 3.5%. Adjusted EBITDA and margin fell as pricing pressure and commodity cost increases more than offset higher volumes, cost savings and positive FX.

Led by the alkaline and hearing aid categories, Global Batteries will pursue growth in 2018 in underindexed channels and countries and through distribution gains. Rayovac is also launching its next-generation Active Core Technology product that gives consumers longer-lasting, high-quality hearing aid battery performance with an improved design delivering higher voltage for high-tech device applications.

Moving to the balance sheet in Slide 18. We ended fiscal 2017 in a strong liquidity position with more than $680 million available on our $700 million cash flow revolver, a cash balance of $168 million and debt outstanding of $3.9 billion. We generated record adjusted free cash flow in fiscal 2017 of $587 million, which was within our guidance range, primarily as a result of strong working capital management and surpassing 2016 free cash flow of $535 million and 2015 free cash flow of $454 million.

Total leverage was approximately 4.1x at the end of fiscal 2017, slightly higher than the 3.9x at the end of '16, primarily as a result of acquisitions and share repurchases. Capital expenditures were $115 million compared to $95 million in the prior year. And in fiscal 2017, we repurchased over 2 million shares of common stock for $253 million or about $122 a share. And in the fourth quarter, we repurchased over 700,000 shares of stock for $87 million or just under $119 million (sic) [ $119 ] a share. Clearly, we still have a lot of confidence in the value of our stock and are continuing to support it in an aggressive way.

Turning to Slide 19 and our 2018 guidance. We expect reported net sales to grow above category rates for most categories, including the anticipated positive impacts from FX of approximately 160 to 180 basis points based on current rates. We expect to deliver record adjusted free cash flow of between $620 million and $640 million. Full year interest expense is expected to be between $210 million and $220 million, including approximately $15 million of noncash items. And cash interest payments in the year are expected to be between $185 million and $195 million.

Depreciation and amortization is expected to be between $245 million and $255 million for 2018, including approximately $50 million for amortization of stock-based compensation.

Our 2018 effective tax rate is expected to be between 30% and 35%, and recall that for adjusted earnings, we use a 35% tax rate. Cash taxes are expected to be approximately $55 million and $65

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

million, and we do not anticipate being a significant U.S. federal cash taxpayer during 2018 as we continue to use net operating loss carryforwards. Cash payments for acquisition and integration and restructuring and related charges are expected to be between $40 million and $60 million. And capital expenditures are expected to be between $110 million and $120 million.

Thank you. And now back to Dave for Q&A.

**David A. Prichard**
*Vice President of Investor Relations & Corporate Communications*
Thank you, Andreas and Doug. Operator, with that, you may now begin the Q&A session, please.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

on what that means for the total company? And maybe how you think about Project Alpha contributing to the ability to get some of those categories where you don't expect or the businesses where you don't expect them to grow in line with the category or above the category, how Project Alpha is going to help you do that?

**Douglas L. Martin**
*Executive VP & CFO*

Let me start in the beginning and then I'll turn it over to Andreas for Alpha. On the tone, Chris, we actually changed that earlier in 2017 to communicate that most of our categories will grow most quarters above category rates. That's what we're intending to communicate, which allows some volatility by category within the year. That's all we're trying to do there. And we expect every one of our businesses to -- and plan for every one of our businesses to grow faster than their categories every year.

**Andreas Rouvé**
*Former CEO & Director*

Yes. And again, I think really no dramatic change in our strategy with Project Alpha. Our core strategy to grow faster than the market is this more, more, more approach. That means expanding into more categories, expanding into more channels and expanding into more countries. And let me give you that -- some nice examples. I mentioned earlier, launching Russell Hobbs here in the U.S. to capture higher price points, different featured products. At the same time, we are expanding now with Home & Garden product into Latin America. We are going to launch Auto Care in Brazil, where we are a very strong leading brand with batteries, where we have a fantastic distribution footprints, strong retailer relations. So we are going to leverage that to launch Auto Care into Brazil. And these are the kind of initiatives where we said, yes, we are going to launch into new channels, categories and countries, and we are going to support it so that we are going to have a fast impactful growth instead of slowly marginally growing it in a self-funding way.

**Christopher Michael Carey**
*BofA Merrill Lynch, Research Division*

Okay. Understood. That makes sense. And then just one follow-up on gross margins. Can you disaggregate the impacts in Q4? And I'm specifically trying to get a sense of mix given that the gross margin trend has trended down over the course of fiscal '17, and just trying to get a sense of how to think about that going into fiscal '18.

**Douglas L. Martin**
*Executive VP & CFO*

Yes. Thank you, Chris. And I think that some of the drivers in gross margin this year, from a reported basis which is what I will speak to, include the -- some of the startup inefficiencies related to those major footprint decisions we made in Dayton, Ohio around Global Auto Care, which as you'll recall, is 5 locations into 1 between manufacturing and distribution sites as well as moving in our R&D facility into a greenfield operation. So you would have an expectation -- and we did have an expectation of some normal startup inefficiencies there, and that had been a little bit of drag on gross margin in the year. And similarly, in Kansas where we're moving 2 DCs into 1, another greenfield operation. And some consolidation and startup inefficiencies in that location as well have had an impact on gross margin this year. The pet recall is another major driver in gross margin. And then across the company and beginning in the fourth quarter, we begun to see some input cost pressures from commodities that we haven't seen for a couple of years.

**Operator**

Your next question comes from Majid Khan with Tourbillon.

**Majid Khan**
*Tourbillon Capital Partners, LP*

First of all, congratulations on the quarter. It's nice to see the fundamentals have turned a corner and you expect that strength to continue into next year, especially given the very difficult macro backdrop for the sector. I know you haven't commented on the potential HRG deal, but I just wanted to highlight that with

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.