# Exhibit 15

# February 8, 2018 Earnings Call Transcript

**S&P Global**
Market Intelligence

# Spectrum Brands Legacy, Inc.
# FQ1 2018 Earnings Call Transcripts

## Thursday, February 08, 2018 2:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2018- | | | -FQ2 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS Normalized | 0.26 | 0.38 | ▲ 46.15 | 1.30 | 5.53 | 6.51 |
| Revenue (mm) | 635.03 | 646.50 | ▲ 1.81 | 1159.59 | 4706.19 | 4844.56 |

Currency: USD
Consensus as of Feb-08-2018 1:01 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ2 2017 | 1.26 | 1.19 | ▼ (5.56 %) |
| FQ3 2017 | 1.95 | 1.71 | ▼ (12.31 %) |
| FQ4 2017 | 1.47 | 1.35 | ▼ (8.16 %) |
| FQ1 2018 | 0.26 | 0.38 | ▲ 46.15 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

## EXECUTIVES

**Andreas Rouvé**
*Former CEO & Director*

**David A. Prichard**
*Vice President of Investor Relations & Corporate Communications*

**Douglas L. Martin**
*Executive VP & CFO*

## ANALYSTS

**Faiza Alwy**
*Deutsche Bank AG, Research Division*

**Ian Alton Zaffino**
*Oppenheimer & Co. Inc., Research Division*

**Jason Matthew Gere**
*KeyBanc Capital Markets Inc., Research Division*

**Joseph Nicholas Altobello**
*Raymond James & Associates, Inc., Research Division*

**Kevin Michael Grundy**
*Jefferies LLC, Research Division*

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

**Richard Samuel Reid**
*Wells Fargo Securities, LLC, Research Division*

**Robert James Labick**
*CJS Securities, Inc.*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

marketing our Personal Care and Small Appliance business as the other key component of our intention to divest our Global Batteries and Appliance segment in 2018, and we are in active discussions with interested parties.

We plan to use the net proceeds from these divestitures to reduce debt, repurchase shares, but also increase our investment in organic growth initiatives as well as bolt-on acquisitions in our remaining business of Hardware & Home Improvement, Global Auto Care, Pet, Home & Garden. By refocusing in this way, we believe we will strengthen our business and drive long-term growth and shareholder value.

Let me turn it over now to Doug for the financial review and details on our performance by product category.

**Douglas L. Martin**
*Executive VP & CFO*

Thanks, Andreas, and good morning, everyone. As Andreas noted, during the quarter, we decided to sell the GBA businesses and have therefore moved them into held-for-sale and discontinued operations classifications across the financial statements. This, along with the large onetime benefit driven by U.S. tax law changes, resulted in some meaningful differences in the presentation of our financial information this quarter. Also our continuing businesses are more seasonal in nature with relatively lower sales and EBITDA in the first half of our year and higher sales and EBITDA in the second half.

Now turning to Slide 10. Let's review Q1 results from continuing operations, beginning with net sales. First quarter reported net sales of $646.5 million increased 7.3% versus last year. Excluding the impact of $7.5 million of favorable FX and acquisition sales of $24.8 million, organic net sales grew 2%. This increase included the planned negative impact of the exit of the European pet food tolling agreement of approximately $8.4 million or 1.4%.

HHI delivered a record first quarter top line performance, partially driven by reducing the backlog associated with the continued ramp-up of the new Kansas distribution center.

Reported gross margin of 37.3% decreased 240 basis points from 39.7% last year, primarily due to unfavorable mix, input cost pressure, the negative impact of the pet rawhide recall and operating startup inefficiencies, primarily in HHI's U.S. distribution consolidation project.

Reported SG&A expense of $176.1 million or 27.2% of sales compared to $166.6 million or 27.7% of sales last year, primarily due to acquisitions and increased marketing investments to support new product launches. Reported operating margin of 5.3% decreased 490 basis points versus 10.2% in the prior year, largely driven by increases in marketing investments, distribution cost and restructuring charges.

On a reported basis, Q1 diluted EPS from continuing operations of $2.07 increased compared to $0.21 last year, primarily due to lower interest expense and a net income tax benefit in Q1 attributable to the recently enacted U.S. tax reform.

Adjusted EPS from continuing operations of $0.38 increased 8.6% versus $0.35 last year, primarily due to the change in the normalized effective tax rate to a blended annual rate of 24.5% from 35% last year, again, due to the changes in U.S. corporate tax law. And we will use this rate for the balance of the fiscal year.

Turning to Slide 11. Reported interest expense from continuing operations in the first quarter of fiscal 2018 of $38.6 million decreased $4.4 million from last year. Cash interest payments of $57.5 million were $13 million higher than last year, driven by the timing of payments on our euro-denominated notes.

Cash taxes of $10 million were comparable to 2017. And during the quarter, we recorded a net tax benefit of $127.9 million related to recently enacted U.S. tax law changes.

Depreciation, amortization and share-based compensation from continuing operations were $38.9 million, essentially flat to last year.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Cash payments for acquisition and integration and restructuring and related charges for Q1 were $7 million and $25 million, respectively; versus $4 million and $3 million, respectively, last year. Restructuring charge increases were primarily the result of the operating inefficiencies in the HHI distribution center consolidation project and the continuing impact of the U.S. pet rawhide recall initiated last June.

Now turning to business unit results from continuing operations, beginning with Slide 12 in Global Auto Care. Q1 reported net sales of $68.9 million decreased 0.9%. Excluding favorable FX of $0.6 million, organic net sales decreased 1.7%. International growth, especially in Europe, was more than offset by lower revenues -- lower U.S. revenues, driven primarily by the timing of refrigerant shipments.

Reported adjusted EBITDA decreased 25.3% to $14.8 million with a margin decline of 700 basis points to 21.5%, driven by lower volumes, unfavorable product mix and operating inefficiencies. And as a reminder, Q1 is typically about 15% or less of GAC's full year and not a meaningful indicator of performance for the balance of the year.

As Global Auto Care moves into its much larger spring and summer periods, its focus is on accelerating organic growth by share gains, adjacency expansions in the U.S. and an improved vitality rate with larger investments behind new product launches and faster international growth as we saw in Q1.

GAC expects further benefits from the second year of its Armor All Ultra Shine Wash and Wax Wipes, which was successfully launched in 2017; and the introduction of a full line of Armor All automotive air fresheners in the U.S. market. The full line includes clips and sticks, gel cans, fabric refreshener, paper cards and odor eliminator aerosols. This is one of our 2018 Project Alpha programs, and we're excited by its acceptance in the trade and its overall prospects.

Turning to operations. Global Auto Care has officially completed its new Dayton facility a little more than a year after it began consolidation of multiple U.S. manufacturing, distribution and R&D locations and comfortably in time for GAC's 2018 large spring and summer demand seasons. The Dayton facility is expected to deliver both cost savings and improve working capital as we move through fiscal 2018.

Turning to Slide 13. Hardware & Home Improvement recorded record Q1 net sales of $325.9 million, an increase of 12.8% versus last year. This solid performance was driven once again by strong growth in residential security and plumbing in the U.S. and Canada. Excluding favorable FX of $2.1 million, organic sales increased 12.1%.

Reported adjusted EBITDA growth was 1.4% to $60 million due to higher volumes, while margins fell 210 basis points to 18.4%. Impacting HHI profitability in the quarter were product mix, higher commodity costs and FX. Starting this quarter, HHI is pricing to help offset inflation.

Also impacting profitability in Q1 were costs associated with HHI's continuing work to complete its U.S. distribution center consolidation into a single, new and larger facility in Kansas. This project, which began in April of 2017, has experienced operating startup cost inefficiencies and a higher-than-normal customer backlog which is beginning to ease. HHI's West Coast DC was closed a few months ago and the East Coast facility is expected to be shut down this month. Once completed, the consolidation will result in a more streamlined footprint and lower inventory levels later in 2018 and beyond.

HHI's multiyear new product road map is delivering steady innovation, including a line of smart locks unveiled recently at the Consumer Electronics and International Builders' Shows, again confirming our innovation leadership in the rapidly growing U.S. residential smart lock market. HHI has also seen encouraging initial sales for its 2 Kwikset smart locks that are part of the Amazon Key secure in-home delivery system for Prime members.

Now to Global Pet, which is Slide 14. Global Pet continues its transition to a stronger-branded and higher-margin business in 2018. Q1 reported net sales of $202.4 million increased 4.2% as a result of $24.8 million of revenue from the PetMatrix and GloFish acquisitions completed last spring. Excluding acquisition revenues and favorable FX of $4.8 million, organic net sales decreased 11%. Negatively impacting revenues was a decline in European dog and cat food sales of $8.4 million or 4.3% from the planned exit of a customer tolling agreement.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.