# Exhibit 16
## April 26, 2018 Form 8-K

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**

# FORM 8-K

**CURRENT REPORT PURSUANT TO**
**SECTION 13 OR 15(d) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

Date of Report (Date of earliest event reported): April 26, 2018

# SPECTRUM BRANDS HOLDINGS, INC.

(Exact Name of Registrant as Specified in its Charter)

| **Delaware** | **001-34757** | **27-2166630** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**3001 Deming Way**
**Middleton, Wisconsin 53562**
(Address of principal executive offices)

**(608) 275-3340**
(Registrant's telephone number, including area code)

**Not applicable**
(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§232.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Spectrum Brands Holdings, Inc.                    ☐

If an emerging growth company, indicate by checkmark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Spectrum Brands☐
Holdings, Inc.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: April 26, 2018

**SPECTRUM BRANDS HOLDINGS, INC.**

By:     /s/ Douglas L. Martin

Name: Douglas L. Martin

Title: Executive Vice President and Chief Financial Officer

**Exhibit 99.1**

3001 Deming Way
Middleton, WI 53562-1431
P.O. Box 620992
Middleton, WI 53562-0992
(608) 275-3340



---

<u>**For Immediate Release**</u>                              **Investor/Media Contact: Dave Prichard**
                                                                          **608-278-6141**

### Spectrum Brands Holdings Reports Fiscal 2018 Second Quarter Results from Continuing Operations and Lowers Full-Year Guidance

Middleton, WI, April 26, 2018 – Spectrum Brands Holdings, Inc. (NYSE: SPB), a global consumer products company offering a portfolio of leading brands providing superior value to consumers and customers every day, today reported results from continuing operations for the second quarter of fiscal 2018 ended April 1, 2018. The Company also lowered its fiscal 2018 full-year guidance.

Separately this morning, the Company announced that Executive Chairman David M. Maura has been named Chief Executive Officer, effective immediately, replacing Andreas Rouvé, who has stepped down as CEO and a Director, and that its Board of Directors has authorized a new three-year, $1 billion share repurchase program.

Spectrum Brands announced on January 3, 2018 that it was exploring strategic options for its Global Batteries & Appliances (GBA) businesses with the intention to sell the units by December 31, 2018. As a result, effective with the Company's fiscal 2018 first quarter financial results, the GBA segment has been reclassified as held for sale and is now reported as discontinued operations for the second quarter and six months of fiscal 2018 and the comparable prior-year periods.

This press release includes non-GAAP metrics such as organic net sales, adjusted diluted earnings per share (EPS), adjusted EBITDA, adjusted EBITDA margin, organic adjusted EBITDA and adjusted free cash flow. See Other Supplemental Information for reconciliation to comparable GAAP metrics.

**Fiscal 2018 Second Quarter Highlights from Continuing Operations:**

- Net sales of $766.1 million in the second quarter of fiscal 2018 increased 1.3 percent compared to $756.5 million last year. Excluding the impact of $12.3 million of favorable foreign exchange and acquisition sales of $25.2 million, organic net sales decreased 3.7 percent versus the prior year.
- Net income from continuing operations of $0.8 million and diluted EPS from continuing operations of $0.02 in the second quarter of fiscal 2018 decreased compared to net income from continuing operations of $39.9 million and diluted EPS from continuing operations of $0.68 in fiscal 2017 primarily due to higher production costs and higher operating expenses from incremental transaction costs and restructuring expenses.

Exhibit 99.2



3001 Deming Way
Middleton, WI 53562-1431
P.O. Box 620992
Middleton, WI 53562-0992
(608) 275-3340

**For Immediate Release**                                    **Investor/Media Contact:  Dave Prichard**
                                                                                          **608-278-6141**

**Executive Chairman David Maura Named
Chief Executive Officer of Spectrum Brands Holdings**

**Company Announces $1 Billion Share Repurchase Program and New Operating Structure**

Middleton, WI, April 26, 2018 – Spectrum Brands Holdings, Inc. (NYSE: SPB), a global consumer products company offering a portfolio of leading brands providing superior value to consumers every day, announced today that Executive Chairman David M. Maura has been named Chief Executive Officer, effective immediately. Maura succeeds Andreas Rouvé, who has stepped down as CEO and a Director.

The Company also announced that its Board of Directors has authorized a new three-year, $1 billion common stock repurchase program. The common stock repurchase authorization is effective immediately and replaces an existing three-year program, which had a remaining available authorization of $93 million. Purchases under the program may be made in the open market or in privately negotiated transactions from time to time at management's discretion. The repurchase program may be suspended or discontinued at any time.

In addition, the Company announced that it will organize globally around two divisions focused on consumer products and home improvement. Randal D. Lewis has been named to the position of President of a new Consumer Products group while Philip S. Szuba will continue to lead the Hardware & Home Improvement (HHI) division. The Consumer Products group will be comprised of the Pet Supplies, Home & Garden and Auto Care businesses while the Hardware & Home Improvement division will be comprised of the security, plumbing and builders' hardware businesses. Lewis had been President, Pet, Home & Garden at Spectrum Brands. Both Lewis and Szuba will report directly to Maura. As part of this reorganization, Guy J. Andrysick, President, Global Auto Care, has left the Company.

"We believe that our recent results do not reflect Spectrum Brands' long-term potential," said Maura. "The planned sale of our Global Batteries & Lighting and Small Appliances & Personal Care businesses will create a higher-growth, higher-margin and more focused portfolio, and our pending transaction with HRG Group will bring us independence, increased trading liquidity and significant tax attributes. The rest of our management team and I will focus on delivering on the many opportunities in our continuing businesses, including Hardware & Home Improvement, and a new, more efficient and focused Consumer Products group, which brings together three businesses sharing similar

EXHIBIT 99.2



manufacturing and distribution capabilities under Randy's leadership. We intend to drive growth and increased cash flow through improved operational execution, innovation and new product development as well as strategic investments in organic growth initiatives and value-enhancing bolt-on acquisitions."

Maura continued, "The Board's approval of a new $1 billion share repurchase program underscores our confidence in the business and long-term outlook."

Maura concluded, "On behalf of the Board, I thank Andreas for his contributions as CEO and in previous positions he has held since joining our Company as Chief Financial Officer of the European Battery division in 2002. We wish Andreas and Guy the best in their future endeavors."

**Biographical Information**

Maura, 45, has served as Executive Chairman of Spectrum Brands since January 2016. He joined Spectrum Brands' Board in June 2010 and served as interim Chairman of the Board before being named Chairman in July 2011. He was a Managing Director and Executive Vice President of Investments at HRG from October 2011 until November 2016, and was a member of HRG's Board of Directors from May 2011 through December 2017. Maura previously was Vice President and Director of Investments of Harbinger Capital from 2006 until 2012, where he was responsible for investments in the consumer products, agriculture and retail sectors. Maura has been Chairman and CEO of Mosaic Acquisition Corp. since October 2017. He received a bachelor of science degree in business administration from Stetson University and is a CFA charterholder.

Lewis, 51, has led the Pet, Home & Garden Division of Spectrum Brands since November 2014. Previously, he was Senior Vice President and General Manager of Home & Garden since January 2011, where he led the restructuring of the business. From 2005-2011, Lewis served as Home & Garden's Vice President, Manufacturing and Vice President, Operations upon the acquisition of the business by Spectrum Brands. Lewis earned a bachelor of science degree in mechanical engineering from the University of Illinois, Urbana-Champaign in 1988.

Szuba, 50, has led the Hardware & Home Improvement (HHI) Division of Spectrum Brands since September 2015. Szuba previously served as Senior Vice President, Global Technology and Operations since January 2014. He joined HHI in May 2008 as Vice President, Engineering. During the merger of Stanley and Black & Decker, Szuba was the integration team leader for HHI and was responsible for the functional integration as well as the Stanley & National Hardware business integration into HHI. Before joining HHI, Szuba was Director and General Manager of Avdel North America for Avdel Fastening Systems, a business unit of Acument Global Technologies, formerly Textron Fastening Systems. Szuba earned a bachelor of science degree and master's degree in

2