# Exhibit 19
## May 3, 2018 Form 10-Q

Table of Contents

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
FORM 10-Q

☒ QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the quarterly period ended April 1, 2018

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the transition period from to



| Commission File No. | Name of Registrant, State of Incorporation, Address of Principal Offices, and Telephone No. | IRS Employer Identification No. |
|---|---|---|
| 001-34757 | **Spectrum Brands Holdings, Inc.** (a Delaware corporation) 3001 Deming Way Middleton, WI 53562 (608) 275-3340 www.spectrumbrands.com | 27-2166630 |
| 333-192634-03 | **SB/RH Holdings, LLC** (a Delaware limited liability company) 3001 Deming Way Middleton, WI 53562 (608) 275-3340 | 27-2812840 |

Indicate by check mark whether the registrants (1) have filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

|  |  |  |  |  |
|---|---|---|---|---|
| Spectrum Brands Holdings, Inc. | Yes | ☒ | No | ☐ |
| SB/RH Holdings, LLC | Yes | ☒ | No | ☐ |

Indicate by check mark whether the registrants have submitted electronically and posted on their corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).

|  |  |  |  |  |
|---|---|---|---|---|
| Spectrum Brands Holdings, Inc. | Yes | ☒ | No | ☐ |
| SB/RH Holdings, LLC | Yes | ☒ | No | ☐ |

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| Registrant | Large Accelerated Filer | Accelerated filer | Non-accelerated filer | Smaller reporting company |
|---|---|---|---|---|
| Spectrum Brands Holdings, Inc. | X |  |  |  |
| SB/RH Holdings, LLC |  |  | X |  |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

|  |  |  |  |  |
|---|---|---|---|---|
| Spectrum Brands Holdings, Inc. | Yes | ☐ | No | ☒ |
| SB/RH Holdings, LLC | Yes | ☐ | No | ☒ |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1993 (§232.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter

|  |  |  |  |  |
|---|---|---|---|---|
| Spectrum Brands Holdings, Inc. | Yes | ☐ | No | ☒ |
| SB/RH Holdings, LLC | Yes | ☐ | No | ☒ |

If an emerging growth company, indicate by checkmark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

|  |  |
|---|---|
| Spectrum Brands Holdings, Inc. | ☐ |
| SB/RH Holdings, LLC | ☐ |

As of May 1, 2018, there were outstanding 55,352,755 shares of Spectrum Brands Holdings, Inc.'s common stock, par value $0.01 per share.

SB/RH Holdings, LLC meets the conditions set forth in General Instruction H(1)(a) and (b) of Form 10-Q and is therefore filing this report with a reduced disclosure format as permitted by general instruction H(2).

Table of Contents

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

During the six month period ended April 1, 2018, we did not sell any equity securities that were not registered under the Securities Act. On January 24, 2017, the Board of Directors approved a $500 million common stock repurchase program. The authorization is effective for 36 months. The following table reflects all shares repurchased within the common stock repurchase program.

| | Total Number of Shares Purchased | Average Price Paid Per Share | Total Number of Shares Purchased as Part of Plan | Approximate Dollar Value of Shares that may Yet Be Purchased |
|---|---|---|---|---|
| As of September 30, 2017 | 1,216,822 | $ 122.82 | 1,216,822 | $ 350,550,095 |
| October 1, 2017 to October 29, 2017 | — | — | — | 350,550,095 |
| October 30, 2017 to November 26, 2017 | — | — | — | 350,550,095 |
| November 27, 2017 to December 31, 2017 | 69,174 | 114.88 | 69,174 | 342,603,386 |
| As of December 31, 2017 | 1,285,996 | $ 122.39 | 1,285,996 | $ 342,603,386 |
| January 1, 2018 to January 28, 2018 | — | — | — | 342,603,386 |
| January 29, 2018 to February 25, 2018 | — | — | — | 342,603,386 |
| February 26, 2018 to April 1, 2018 | 2,533,000 | 98.71 | 2,533,000 | 92,570,956 |
| As of April 1, 2018 | 3,818,996 | $ 106.68 | 3,818,996 | $ 92,570,956 |

Effective April 26, 2018, the Board of Directors approved a new three-year $1 billion common stock repurchase program, which is effective immediately and replaces the previously approved $500 million common stock repurchase program.

**Item 5.        Other Information**

The Company previously reported that it would hold its 2018 Annual Meeting of Stockholders (the "2018 Annual Meeting") on January 30, 2018. However, the Company has postponed this meeting and is in the process of determining a new date on which to hold the meeting. Because the date of the 2018 Annual Meeting has been postponed to a date that is more than 30 days after January 24, 2018 (the anniversary of the Company's 2017 Annual Meeting of Stockholders), in accordance with Rule 14a-5(f) under the Securities Exchange Act of 1934, as amended, the Company is disclosing such postponement in this report.

**Item 6. Exhibits**

Please refer to the Exhibit Index.

49

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Date: May 3, 2018

SPECTRUM BRANDS HOLDINGS, INC.
By:

/s/ Douglas L. Martin
Douglas L. Martin

*Executive Vice President and Chief Financial Officer*
*(Principal Financial Officer)*

50