# Exhibit 20
## July 26, 2018 Form 8-K

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**

## FORM 8-K

**CURRENT REPORT PURSUANT TO**
**SECTION 13 OR 15(d) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

**Date of Report (Date of earliest event reported): July 26, 2018**

# SPECTRUM BRANDS HOLDINGS, INC.

(Exact Name of Registrant as Specified in its Charter)

| **Delaware** | **001-4219** | **74-1339132** |
|---|---|---|
| (State or other Jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**3001 Deming Way**
**Middleton, Wisconsin 53562**
(Address of principal executive offices)

**(608) 275-3340**
(Registrant's telephone number, including area code)
**Not applicable**
(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§232.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Spectrum Brands Holdings, Inc.                    ☐

If an emerging growth company, indicate by checkmark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Spectrum Brands☐
Holdings, Inc.

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: July 26, 2018

**SPECTRUM BRANDS HOLDINGS, INC.**

By:          /s/ Douglas L. Martin
_____

Name: Douglas L. Martin

Title: Executive Vice President and Chief Financial Officer



## Home and Garden (H&G)

| (in millions, except %) | Three Month Periods Ended | | | | | Nine Month Periods Ended | | | |
|---|---|---|---|---|---|---|---|---|---|
| | June 30, 2018 | June 30, 2017 | Variance | | | June 30, 2018 | June 30, 2017 | Variance | |
| Net Sales | $ 203.2 | $ 192.4 | $ 10.8 | 5.6% | $ | 370.6 | $ 374.2 | $ (3.6) | (1.0%) |
| Operating Income | 52.2 | 55.3 | (3.1) | (5.6%) | | 73.3 | 88.4 | (15.1) | (17.1%) |
| Operating Income Margin | 25.7% | 28.7% | (300)bps | | | 19.8% | 23.6% | (380)bps | |
| Adjusted EBITDA | 57.0 | 59.5 | (2.5) | (4.2%) | | 87.7 | 100.8 | (13.1) | (13.0%) |
| Adjusted EBITDA Margin | 28.1% | 30.9% | (280)bps | | | 23.7% | 26.9% | (320)bps | |

Higher third quarter net sales were driven by strong growth in outdoor and household control product category revenues.

Lower operating income, adjusted EBITDA and margins decreased predominantly due to unfavorable product mix and higher input costs.

## Global Auto Care (GAC)

| (in millions, except %) | Three Month Periods Ended | | | | | Nine Month Periods Ended | | | |
|---|---|---|---|---|---|---|---|---|---|
| | June 30, 2018 | June 30, 2017 | Variance | | | June 30, 2018 | June 30, 2017 | Variance | |
| Net Sales | $ 175.2 | $ 155.8 | $ 19.4 | 12.5% | $ | 362.4 | $ 344.2 | $ 18.2 | 5.3% |
| Operating Income | 38.6 | 32.5 | 6.1 | 18.8% | | 57.3 | 80.1 | (22.8) | (28.5%) |
| Operating Income Margin | 22.0% | 20.9% | 110bps | | | 15.8% | 23.3% | (750)bps | |
| Adjusted EBITDA | 50.1 | 50.7 | (0.6) | (1.2%) | | 84.7 | 115.9 | (31.2) | (26.9%) |
| Adjusted EBITDA Margin | 28.6% | 32.5% | (390)bps | | | 23.4% | 33.7% | (1,030)bps | |

The strong increase in third quarter net sales was driven by double-digit growth in refrigerant revenues as well as improved performance chemical sales. Also contributing to the growth was the elimination of the customer order backlog at the Dayton facility. Excluding favorable foreign exchange impacts of $0.7 million, organic net sales increased 12.0 percent.

Improved operating income and margin were the result of higher volumes. The lower adjusted EBITDA margin was predominantly driven by higher refrigerant and other input costs and increased Project Alpha marketing investments.

## Fiscal 2018 Third Quarter and Nine Months Consolidated Financial Results from GBA Discontinued Operations

Spectrum Brands announced on January 3, 2018 that it was exploring strategic options for its Global Batteries & Appliances (GBA) businesses with the intention to sell the units during 2018. As a result, effective with the Company's fiscal 2018 first quarter financial results, the GBA businesses have been reclassified as held for sale and are now reported as discontinued operations for the third quarter and nine months of fiscal 2018 and the comparable prior-year periods.