# Exhibit 21

# July 26, 2018 Earnings Call Transcript

**S&P Global**
Market Intelligence

# Spectrum Brands Holdings, Inc.
# NYSE:SPB
# FQ3 2018 Earnings Call Transcripts

## Thursday, July 26, 2018 1:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2018- | | | -FQ4 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 1.60 | 1.76 | ▲10.00 | 1.39 | 3.70 | 4.77 |
| **Revenue (mm)** | 896.07 | 945.50 | ▲5.52 | 799.31 | 3109.89 | 3181.88 |

Currency: USD
Consensus as of Jul-26-2018 1:36 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ2 2018** | - | - | - |
| **FQ3 2018** | 1.60 | 1.76 | ▲1 10.00 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**David A. Prichard**
*Vice President of Investor Relations & Corporate Communications*

**David M. Maura**
*Chairman & CEO*

**Douglas L. Martin**
*Executive VP & CFO*

## ANALYSTS

**Faiza Alwy**
*Deutsche Bank AG, Research Division*

**Ian Alton Zaffino**
*Oppenheimer & Co. Inc., Research Division*

**James Andrew Chartier**
*Monness, Crespi, Hardt & Co., Inc., Research Division*

**Joseph Nicholas Altobello**
*Raymond James & Associates, Inc., Research Division*

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

**Richard Samuel Reid**
*Wells Fargo Securities, LLC, Research Division*

**Robert James Labick**
*CJS Securities, Inc.*

**William Michael Reuter**
*BofA Merrill Lynch, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

## Operator

Good morning. My name is Marianna, and I will be your conference operator today. At this time, I would like to welcome everyone to the Spectrum Brands Fiscal 2018 Third Quarter Earnings Conference Call. [Operator Instructions] As a reminder, ladies and gentlemen, this conference is being recorded today, Thursday, July 26. Thank you.

I would now like to introduce Mr. David Prichard, Vice President of Investor Relations for Spectrum Brands. Mr. Prichard, you may begin your conference.

## David A. Prichard
*Vice President of Investor Relations & Corporate Communications*

Thank you, operator, and welcome to Spectrum Brands Holdings Fiscal 2018 Third Quarter Earnings Conference Call and Webcast. I'm Dave Prichard, Vice President of Investor Relations for Spectrum Brands, and I will be moderating this morning's call.

Now to help you follow our comments, we have placed the slide presentation on the Event Calendar page in the IR section of our website at www.spectrumbrands.com. This document will remain there following our call.

So if we start with Slide 2 of the presentation, you'll see that our call will be led by David Maura, Chairman and CEO; and Doug Martin, CFO. David and Doug will deliver opening remarks, and then they'll conduct the Q&A session.

If we turn now to Slides 3 and 4, our comments today do include forward-looking statements, including our outlook for fiscal 2018 and beyond. These statements are based upon management's current expectations, projections and assumptions and are, by nature, uncertain. Actual results may differ materially. Now due to that risk, Spectrum Brands encourages you to review the risk factors and the cautionary statements outlined in our press release dated July 26, 2018, and our most recent SEC filings and Spectrum Brands Holdings' most recent 10-K. We assume no obligation to update any forward-looking statement.

Also, please note that we will discuss certain non-GAAP financial measures in this call. Reconciliations on a GAAP basis for these measures are included in today's press release and 8-K filing, which are both available on our website in the Investor Relations section.

With that, I will now turn the call over to our Chairman and CEO, David Maura.

## David M. Maura
*Chairman & CEO*

Okay. Thanks, David, and thanks, everybody, for joining us today. I'd like to start actually by welcoming the new shareholder from HRG Group to Spectrum Brands. That transaction, which is now complete, enables them to participate directly in the significant upside opportunities that I believe our company has.

When I last spoke to everyone 3 months ago, I took on a new role here, and I told you that the second quarter results would in no way define our company. However, I did mention that it would refine us and that we are starting the process of refinery. We're being refined. While we have much more progress to make, the third quarter results demonstrate that the leadership changes, a focus on restoring the ownership and accountability culture of our company, they're already beginning to read through into significantly more positive results.

I'm also pleased to report to you that we are delivering on the positive momentum and the growth that we promised you we would have in the back half of this fiscal year. I would be completely remiss not to thank all my team members and to extend my sincerest gratitude to every one of our employees worldwide,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

who have responded with determination and extreme resiliency to put our company back on a positive trajectory as we move through this transformational year that I believe will ultimately result in a much less leveraged, much more focused company with 4 streamlined operating core units with much greater growth potential and a much higher margin structure.

Our third quarter results from continuing operations rebounded strongly from Q2. We did deliver increased sales and adjusted EBITDA versus the prior year, and we achieved significant encouraging progress against the operating efficiencies that we've been experiencing in the greenfield facilities for both our Hardware & Home Improvement assets in Edgerton, Kansas and our Global Auto Care assets in Dayton, Ohio.

Highlighted by double-digit growth, our HHI and Auto Care businesses and top line -- strong top line in our Home & Garden, we reported our highest quarterly organic sales growth rate of 3 -- sorry, 7.3% in many, many years this quarter. This quarter is also our largest quarter.

The market demand for our products and brands is solid. New product introductions were launched across our portfolio, and e-commerce growth was exceedingly strong. Perhaps most importantly, customer order backlogs were markedly reduced in the Edgerton, Kansas and Dayton, Ohio facilities, which confirms that our new approach to culture and our new efficiency measures are taking hold and are working.

Our adjusted EBITDA of $206 million did grow about 4%, even as we continue to be significantly impacted by increased commodity input and freight costs, unfavorable product mix, higher operating costs, to name a few, even as we improve the efficiency in the Kansas and Ohio facilities. However, I remain confident that the long-term strategic merits of these consolidations will result in improved operating efficiencies and lower inventories going forward.

As such, today, we reiterate our fiscal '18 adjusted EBITDA guidance from our continuing ops of $600 million to $617 million, and our adjusted free cash flow of about $485 million to $505 million.

We're now anniversary-ing the rawhide recall we experienced in our pet unit last year. I continue to be bullish on the outlook for this business. To be honest, I thought it would turn over a year ago, but we did have this rawhide reset. And this quarter's pet segments were negatively impacted by some short-term start-up issues in late April and May as the consolidation of our European aquatics and pet food distribution centers in the Netherlands had some issues.

But these ramp-up issues are now largely behind us, and we expect to ship the small temporary customer order backlog that was built as we return to efficient operation in the fourth quarter.

In the U.S., the pet business delivered encouraging results in the third quarter and PetMatrix and the GloFish acquisitions are leading the way. And now that the rawhide recall from last year is essentially behind us, I'm looking forward to reporting improved results in pet as we move forward here.

If I turn to Slide 7, if I can get you to turn to Slide 7, I want to highlight some of the aspects of our strong progress in Q3 and the ability we've had to correct some of these operating efficiencies (sic) [ inefficiencies ] in Kansas and Dayton. First, in Kansas, our order backlog was reduced by about $20 million this quarter, which essentially got rid of the backlog that was created in the month of March. The facility achieved -- this is remarkable. The facility achieved its highest network shipments in the history of our company. And we did it with a single DC model versus the actual -- we had a 3-DC model before and moved to 2. So it proves actually that this one DC facility is going to work. It just wasn't underwritten properly at the outset.

The DC management team has been strengthened, process improvement teams are in place, and they continue to drive down our cycle times. We have brought improvements to help to expand our shipping capacity. And looking forward, I'm confident that a strengthened leadership team, better trained and more experienced workforce, along with newly installed automated picking equipment to improve our product selection speed and accuracy will enable Kansas City -- sorry, our Kansas DC to continue to work down the order backlog to an optimal level by the end of this calendar year. And we're going to continue to drive improvement in our customer service levels as we move forward, which is the most important part of this.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**SPECTRUM BRANDS HOLDINGS, INC. FQ3 2018 EARNINGS CALL | JUL 26, 2018**

In summary, HHI sales growth of 14.7% in the third quarter was remarkable. As I sit here today reporting these numbers to you, I couldn't be more pleased given the logistic bottlenecks that we found in the month of March. So a real round of applause for the HHI team and all our employees there. Thank you very much. It's been a lot of hard work, and I thank you.

In Dayton, we saw improved and impressive results in the third quarter under the new leadership in that facility. That team did make a number of short-term and tactical fixes in the third quarter, and the clear focus is on servicing the customer. I can't emphasize enough the cultural shift there. There's an absolute maniacal focus on serving the customer. That team shipped its entire $9 million March backlog, ending the third quarter with a modest and normal backlog and meaningful improvement, which is exceedingly important to me. Our on-time shipment rates are now acceptable and I'm very pleased with that.

Dayton employees rose to the challenge. They did an excellent job of what we call shipping the season, given the solid market demand for our products during this peak demand period in the Global Auto Care's seasonal calendar. And as the seasonal demand actually naturally winds down as we get into the fall, we're going to make more significant improvements, and we've already scheduled them for the Dayton facility, especially in the manufacturing production areas.

Under the new leadership team there, we believe Dayton will be operating in a much more efficient and lower cost per unit basis by the start of next year's spring season. And I really -- I have to extend my sincerest gratitude and thanks to Randy Lewis, to Steve Keller and Rob DeRidder. All 3 of these guys exemplified the new culture here at Spectrum Brands: ownership, accountability and bringing their teams together to do whatever it takes to take care of our customers. And the entire GAC team, they really pulled out all the stops to make this turnaround possible and I'm forever grateful for that.

We have much more work to do here, however, but we're off to a great start in turning around the business, and I'm extremely excited about the future prospects for our Auto Care unit.

If I could ask you to turn to Slide 8, please. At this time, the tax-free merger with HRG Group was completed on July 13. The transaction was overwhelmingly approved by shareholders of both companies, and this does result in a much more widely distributed shareholder base. It meaningfully increases the trading liquidity in the company's stock, and it now has provided us a truly independent government structure at the Board of Directors, while additionally bringing us significant tax attributes.

Regarding the pending asset sales, we do -- we are on track to close the sale of our Battery and Lighting business to Energizer for $2 billion. That's a cash transaction and we expect to it close at the end of this calendar year. We remain in active discussions to divest, and we're continuing to market the personal care and small appliance unit. And we intend to use significant net proceeds from these divestitures to mainly reduce debt, repurchase shares and increase our investment in organic growth initiatives. And we'll also be looking at bolt-on acquisitions as we move into the fall for the 4 remaining businesses.

In closing, although we have much to be excited about as we look ahead, I continue to believe that a year from now, Spectrum will be in its best position ever during my nearly 10-year -- during the 10 years that I've been with the company. We will significantly strengthen our balance sheet from our fiscal 2018 free cash flow and from the proceeds from the asset sales in the second half of this year. And now with the resolution of the HRG Group ownership structure, we're well on our way to building a smarter, stronger, much more focused Spectrum Brands for the future.

I'm happy to come back to you during Q&A, but let me turn it over to Doug now, and he can give you much more details on the quarter. Thanks, Doug.

**Douglas L. Martin**
*Executive VP & CFO*

Thanks, David, and good morning, everyone. I plan to take you this morning through our Spectrum Brands operating results as normal, but I want to start by commenting on the form of the merger with HRG Group and the impact on the presentation of our financials. The legal form of the merger resulted in the historic HRG legal entity being the surviving company, while Spectrum Brands' name, operations, board and management team continue on to run the business. As a result of this, however, our Q3 year-

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to-date comparable period results include both Spectrum and HRG activity rather than solely Spectrum Brands. So the Qs are going to look a little unfamiliar to you when they're filed, and that's really the difference.

So for at least the remainder of the fiscal year, I will be speaking primarily to Spectrum Brands only performance from an adjusted EBITDA and adjusted free cash flow perspective. Reported numbers will include both Spectrum and HRG. Additional details relating to the HRG activities, apart from Spectrum Brands, can be found in our 10-Q. And in addition, a complete listing of separate historical financial information and filings for both Spectrum Brands and HRG Group can be found on our Investor Relations website.

Now turning to Slide 10, let's review Q3 results from continuing operations, beginning with net sales. Third quarter reported net sales of $945.5 million increased 9.6% versus last year. Excluding the favorable impact of foreign currency of $4.9 million and acquisition sales of $4.5 million, organic net sales grew 7.3%. HHI and GAC delivered double-digit growth, driven by solid market demand and tailwinds from reduced backlogs. Home & Garden also reported solid growth as favorable weather finally broke in the latter part of the quarter.

Reported gross margin of 37.5% increased 40 basis points from 37.1% last year, primarily due to lower year-over-year supply chain restructuring costs.

Reported SG&A expense of $198.6 million or 21% of sales compared to $197.2 million or 22.9% of sales last year, primarily due to spending discipline and leverage from strong sales growth.

Reported operating margin of 13.4% increased 170 basis points versus 11.7% the prior year, largely driven by higher gross profit.

On a reported basis, Q3 diluted EPS from continuing operations was $11.51, which increased compared to a loss of $0.51 last year, primarily due to the release of HRG valuation allowances.

Spectrum adjusted diluted EPS from continuing operations of $1.76 increased 23.9% versus $1.42 last year, primarily due to higher sales volumes and changes in the U.S. corporate tax rate. We are using a 24.5% blended annual rate for fiscal 2018 versus 35% last year due to changes in the U.S. tax laws.

Turning to Slide 11. Spectrum reported interest expense from continuing operations in the third quarter of $43.6 million increased $3.8 million from last year.

Spectrum cash interest payments of $60.3 million were $18.7 million higher than last year, driven by the timing of payments on our euro-denominated notes as well as higher debt and LIBOR rates.

Spectrum cash taxes of $7.9 million decreased compared to $9.7 million in 2017.

Spectrum depreciation, amortization and share-based compensation from continuing operations of $37.1 million was equivalent to last year.

And Spectrum cash payments for acquisition and integration and restructuring and related charges were $23.1 million and $27.5 million, respectively, versus $3 million and $12.7 million, respectively, last year.

Restructuring charge increases were primarily the result of operating inefficiencies in the HHI Kansas and GAC Ohio consolidation projects. Higher acquisition costs related to our battery and appliance divestiture processes.

Now onto our business unit results from continuing operations, beginning with Slide 12 on Global Auto Care. GAC reported record quarterly net sales in Q3 of $175.2 million, an increase of 12.5% from the prior year, driven by solid growth in refrigerants and performance chemicals, along with a tailwind from reducing its customer order backlog.

Reported adjusted EBITDA of $50.1 million was slightly below $50.7 million last year, while margins declined 390 basis points, driven by operating efficiencies, inflationary pressures, especially in refrigerants, increased distribution costs and higher Project Alpha marketing investments.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.