# Exhibit 22

# November 19, 2018 Earnings Call Transcript

**S&P Global**
Market Intelligence

# Spectrum Brands Holdings, Inc.
# NYSE:SPB
# FQ4 2018 Earnings Call Transcripts

## Monday, November 19, 2018 2:00 PM GMT

### S&P Global Market Intelligence Estimates

|  | -FQ4 2018- | | | -FQ1 2019- | -FY 2018- | | | -FY 2019- |
|---|---|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 1.08 | 0.79 | ▼(26.85 %) | 0.31 | 3.62 | 3.54 | ▼(2.21 %) | 4.48 |
| Revenue (mm) | 803.72 | 787.80 | ▼(1.98 %) | 657.79 | 3161.82 | 3145.90 | ▼(0.50 %) | 3232.96 |

Currency: USD
Consensus as of Nov-19-2018 1:00 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

- EPS NORMALIZED -

|  | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ2 2018 | - | - | - |
| FQ3 2018 | 1.60 | 1.76 | ▲10.00 % |
| FQ4 2018 | 1.08 | 0.79 | ▼(26.85 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

## EXECUTIVES

**David A. Prichard**
*Vice President of Investor Relations & Corporate Communications*

**David M. Maura**
*Executive Chairman & CEO*

**Douglas L. Martin**
*Executive VP & CFO*

## ANALYSTS

**Carla Casella**
*JP Morgan Chase & Co, Research Division*

**Faiza Alwy**
*Deutsche Bank AG, Research Division*

**Ian Alton Zaffino**
*Oppenheimer & Co. Inc., Research Division*

**James Andrew Chartier**
*Monness, Crespi, Hardt & Co., Inc., Research Division*

**Joseph Nicholas Altobello**
*Raymond James & Associates, Inc., Research Division*

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

**Richard Samuel Reid**
*Wells Fargo Securities, LLC, Research Division*

**Robert James Labick**
*CJS Securities, Inc.*

**Sunil Harshad Modi**
*RBC Capital Markets, LLC, Research Division*

**William Michael Reuter**
*BofA Merrill Lynch, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

If I could have you turn to Slide 8, please. In my new role over the last 6 months, I have seen the power and the importance of promoting a culture that fosters inclusivity and the free flow of information and ideas. Hand-in-hand with my goal to change the culture and the focus of the company, it has been a top priority of mine to upgrade the talent of the organization and eliminate duplication. For example, Randy Lewis has been promoted to Chief Operating Officer of the company. Randy is the company's strongest operator with a deep knowledge of all of our businesses and the culture. He has appointed new leaders in several of our major business lines already. We've also introduced many new incentive structures to promote an improved, longer-term and company-wide ownership mentality on the part of all of our employees.

Before I turn it over to Doug for details on the fourth quarter and our business unit and this year's outlook, I also want to say that we have recently amended our shareholder agreement with Jefferies Financial Group. This new amendment will allow them to own up to 19.9% of the company's common stock, up from 14.9% currently. We have a constructive and supportive relationship with Jefferies, and we value their input and their confidence in us and the business going forward.

Separately, I want to mention, that many in the executive management team have been in the material blackout period for multiple years and has been granted to sell the company up to $20 million worth of stock. Our selling of these shares in no way relates to the prospects for the company, but rather relates solely to personal circumstances and liquidity needs of the management team. Once we close on the previously announced transactions and deliver the -- and delever the balance sheet, we will have the opportunity to consider substantial share repurchases.

With that, I'll turn it over to Doug.

**Douglas L. Martin**
*Executive VP & CFO*

Thanks, David, and good morning, everyone. I plan to take you through our Spectrum Brands' operating results as normal this morning, but as I did for the first time in Q3, I'd like to remind you about the form of the merger with HRG on July 13 and the impact on the presentation of our financials. Following the completion of the merger, HRG emerged as the surviving entity and was renamed Spectrum Brands with a combined shareholder group of the 2 former companies. The surviving company will continue to operate as a global consumer product company similar to legacy Spectrum Brands. The Spectrum Brands name, operations, board and management continue to run the business. As a result of this, our Q4 year-to-date and comparable period results include both Spectrum and HRG activity rather than solely Spectrum Brands.

For Q4 and fiscal 2018, I will be speaking primarily to Spectrum Brands-only performance from an adjusted EBITDA and adjusted free cash flow perspective. Reported numbers will include both Spectrum and HRG. You can find additional details relating to this in our 10-K.

In addition, complete separate company historical financial information and filings for both businesses can be found in the Investor Relations section on our website.

Now turning to Slide 10 and a review of Q4 results from continuing operations, beginning with net sales. Fourth quarter reported net sales of $787.8 million were unchanged with prior year, and excluding unfavorable FX of $3.1 million, organic net sales grew 0.4%.

Reported gross margin of 36.8% decreased 250 basis points from 39.3% last year, primarily due to operating inefficiencies at the HHI Kansas and GAC Dayton facilities, higher input costs and unfavorable mix.

Reported SG&A expense of $225.5 million or 28.6% of sales compared to $210.1 million or 26% of sales last year, primarily due to higher shipping costs, increased marketing investments and transaction costs associated with the HRG merger. Reported negative operating margin of negative 10% compared to a margin of 5.8% in the prior year predominantly driven by the write-off from the impairment of goodwill in the GAC business of approximately $92.5 million.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

On a reported basis, Q4 diluted loss per share from continuing operations of $3 decreased compared to a loss per share of $1.1 last year, primarily due to the write-off from our impairment of goodwill, HRG merger transaction costs, lower gross profit and higher distribution costs.

Spectrum adjusted diluted EPS from continuing operations of $0.79 decreased 7.1% versus $0.85 last year, primarily due to lower gross profit and higher distribution costs. For adjusted tax, we used a 24.5% blended rate for fiscal 2018 versus 35% in prior years due to changes in the U.S. corporate tax rate. In fiscal 2019, we'll use an annual rate of 25%, which now includes estimated state taxes.

Turning to Slide 11. Reported interest expense from continuing operations in fiscal 2018 of $163 million increased $2.1 million from last year. Spectrum cash interest expense payments of $208.4 million were $25.3 million higher than last year, driven by the timing of payments on our euro-denominated notes as well as higher debt and rates.

Spectrum cash taxes of $49.6 million increased compared to $37.5 million in 2017, primarily due to nonrepeating refunds received last year and the timing of other worldwide tax payments.

Spectrum depreciation, amortization and share-based compensation from continuing operations of $141.1 million decreased from $179.3 million last year due to significantly lower share-based compensation.

Spectrum cash payments for acquisition and integration and restructuring and related charges for 2018, including discontinued operations, were $79.4 million and $98.5 million, respectively, versus $22.3 million and $44.3 million, in the prior year.

Restructuring charge increases were primarily the result of operating inefficiencies in the HHI Kansas and Global Auto Care Dayton consolidation projects, higher acquisition costs related to our Battery and Appliance divestiture processes and HRG merger costs.

Now to our business unit results from continuing operations beginning with Slide 12 on Global Auto Care. Q4 reported net sales of $103.1 million, increased 0.5% versus the prior year, driven by growth in performance chemicals and refrigerants. Excluding unfavorable FX of $0.6 million, organic net sales grew 1.1%. Reported adjusted EBITDA of $14.6 million decreased 55.1% with a reported margin decline of 1,750 basis points, driven by Dayton operating inefficiencies, higher input costs, increased distribution, E&O liquidation mix, a multiyear duty catch-up accrual and higher marketing investments as we continue to support the Global Auto Care brands. We've made significant progress fixing the Dayton facility, improving the quality of inventory on hand and preparing for a successful 2019. We announced on November 14 that Spectrum Brands had entered into a definitive agreement to sell the Global Auto Care business to Energizer Holdings in a transaction valued at $1.25 billion. This transaction is subject to customary closing conditions, including regulatory approvals, and is expected to close in the second fiscal quarter of 2019. The transaction value is comprised of $938 million of cash and $313 million of Energizer Holdings equity.

Turning to Slide 13. Hardware & Home Improvement reported Q4 net sales of $360.9 million, an increase of 3.4% from last year, due to continued strong demand in residential security, plumbing and builders' hardware in the U.S., along with a modest tailwind from the reduction of our customer order backlog at the Kansas DC, which returned to normal historic levels by the end of Q4. Excluding unfavorable FX of $1.6 million, organic net sales grew 3.9%.

Reported adjusted EBITDA of $75.2 million fell 1.6% with a margin decrease of 110 basis points due to higher input costs, primarily for zinc, copper and steel as well as increased freight costs. New product introductions continued at a steady pace in Q4.

The current focus at the Kansas facility is further improvement in labor efficiency and HHI is planning for top and bottom line growth in fiscal 2019, highlighted by continued underlying market growth, a steady stream of new product launches, especially in the fast-growing electronic security category and e-commerce and pricing actions.

Now to Global Pet, which is Slide 14. Q4 reported net sales of $212.1 million, fell 2.3%, primarily as a result of lower U.S. aquatics revenues largely driven from a prior year business exist at a major retailer

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and in Europe from temporary customer order backlogs from the consolidation of our European DCs, which also negatively impacted branded dog and cat food sales. Also contributing to the decline was a decrease in European pet food sales, largely from the now completed planned exit of a customer tolling agreement of $4 million, which negatively affected segment sales by approximately 1.8%. Largely offsetting the decline was a strong increase in U.S. companion animal sales, predominantly dog chews and treats. Excluding unfavorable FX of $0.9 million, organic net sales decreased 1.9%.

Reported adjusted EBITDA fell 27.3% to $32 million with a 520 basis point reported margin decline, driven primarily by lower volumes, volume-related unfavorable manufacturing variances, DC operating inefficiencies and unfavorable mix. Excluding unfavorable FX of $0.5 million, organic adjusted EBITDA of $32.5 million fell 26.1%. In fiscal 2019, Pet expects a solid performance in its largest region, the U.S., as it works to improve the profitability of its European operations.

Moving to Home & Garden, which is Slide 15. Home & Garden Q4 reported net sales of $111.7 million, decreased 6.2% driven by lower-than-expected volume due to retailers' early exiting of the category and the lack of repellent and insecticide demand relating to the timing of hurricanes in the prior year, unfavorable promotional timing against a strong 2017, related unfavorable manufacturing variances as production volumes were reduced, lower vendor rebates and a reserve for a legal issue, partially offset by solid growth in household category sales.

Adjusted EBITDA of $19.8 million decreased 38.5% and reported margin of 17.7% fell 930 basis points. The declines were the result of lower volumes, unfavorable product mix and continued input cost inflation. Home & Garden expects to deliver sales and EBITDA growth in 2019 from new business, improved mix and strong continuous improvement savings.

Moving to the balance sheet on Slide 16. We ended fiscal 2018 in a very strong liquidity position, including $777 million available on our $800 million cash flow revolver and a cash balance of $553 million. Debt outstanding was $4.8 billion. Total leverage was approximately 5.8x at the end of fiscal 2018, slightly lower than 6.1x at the end of 2017, primarily as a result of the redemption of $864 million of HRG 7 7/8% senior notes in January 2018 prior to the merger with Spectrum Brands. Capital expenditures, including discontinued operations for Spectrum, were $103 million compared to $115 million in the prior year.

Turning to Slide 17 and our 2019 guidance. We expect meaningful reported net sales growth from continuing operations in 2019, driven by innovation, increased marketing investments, pricing actions, which include tariff-related increases as well as market share gains. The FX impact on sales is expected to be modestly negative based on current rates. We expect adjusted EBITDA from continuing operations to be in the $560 million to $580 million range as we stabilize operations and increase revenue-generating investments, including the anticipated impact -- also including the anticipated impact of tariffs and input cost increases, partially offset by pricing actions. Given the uncertain timing and use of proceeds, particularly as it relates to interest expense, we are not providing adjusted free cash flow guidance for fiscal 2019 at this time. For adjusted earnings, we now use a tax rate of 25%, including state taxes versus a blended rate of 24.5% in fiscal 2018.

Thank you, and now back to Dave for questions.

**David A. Prichard**
*Vice President of Investor Relations & Corporate Communications*
Thank you, David and Doug. Operator, with that, you may now begin the Q&A session, please.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And your first question comes from the line of Faiza Alwy with Deutsche Bank.

**Faiza Alwy**
*Deutsche Bank AG, Research Division*

So I guess, my first question is just on the quarter. Maybe if you could give us just your view on what changed from 3 months ago or when you last reported? Because it seems like a lot of the factors that you've talked about today, we knew about. So maybe if you could talk in a little bit more detail around what surprised you the most this quarter?

**David M. Maura**
*Executive Chairman & CEO*

Look, I think, and I'll go first, then I'll turn it over to Doug. When I stepped into this role in April, the first -- our attention really focused around customer service getting the backlog out, getting some consultants around both the Dayton and Edgerton facilities and stabilizing that. And we had a phenomenal June quarter. I mean, we had some of the businesses grew double-digit rates in revenue, margin structure is restored. And when we spoke to you in July, we actually had a pretty good July under our belt. I think, in my opening remarks, I talked about just -- there's a number of onetime things here and there's also a lot of intentional cleanup. The Home & Garden, that's really weather-related and a reserve, and so I don't view that as any sort of impact to the earnings power of that going forward, and in fact, I'm very bullish on Home & Garden for '19 just having completed our review and budgeting process for that unit. On the Auto Care side, that's almost half of the miss and that's effectively cleaning up the balance sheet and onetime reserves. And frankly, that Dayton facility is 75% of the way back to where it should be. The fill rates are back at 99%, and I think we are handing off a very clean business to our partners in Energizer. When I look at, Pet, yes, we had probably more challenges than we originally anticipated in the DC in Europe. We put a new leader in there, Eric Beukeboom and I think we're going to be able to run that much more efficiently in '19 than we did in '18. And HHI effectively met its EBITDA. I think we just -- what we wanted to do is be very transparent with you that based on internal guidance it was about $6 million lower, so that was, I think, I covered it all.

**Douglas L. Martin**
*Executive VP & CFO*

Yes. Pretty much covered it all. I'd say aside with the -- when you think of it in bigger categories, greater than 50% of it were unforeseen or cleanup items that David mentioned. The E&O sales across several of the business units were an affirmative action on our behalf to sell and -- sell inventory and simplify -- begin simplifying the business. The duty issue that we mentioned was a multiyear duty issue in the Global Auto Care business that was discovered in August as we were reviewing potential implications from new tariffs, and so it was a cleanup that actually preceded our ownership of the business. And the claim issue is also one that was appropriate for us to accrue for in the quarter based on other settlement activity from another manufacturer with a very similar claim. So it's those types of things that were actually not visible to us at the time of last guidance and then something less than half related to the volume. And David mentioned those indicators, the weather, the category dynamics, those types of things.

**David M. Maura**
*Executive Chairman & CEO*

Well, the only thing I did fail to mention to you is we maintained a pretty robust investment behind the businesses to make sure we entered '19 on a strong foot. So that requires a lot of discipline when you're facing these types of situations to make sure you continue to invest behind the business despite the short-term impact and that is a reasonable piece of it as well.

**Faiza Alwy**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Deutsche Bank AG, Research Division*

Okay, and then if I could just follow up on your guidance. I know you've talked about a meaningful sales growth. Maybe if you could tell us, sort of quantify what that might mean? And then you mentioned the word rebase. So I'm curious how much of that is a real sort of voluntary rebase of the business. So maybe if you could size out for us how much of it is incremental investments that you're making and how much of the rebase is, because you have to invest in the business or you have to see the impact from tariffs and you're not getting pricing or just business trends or sort of how much of it is voluntary versus how much of it is you're just experiencing?

**David M. Maura**
*Executive Chairman & CEO*

Yes, no, look, I appreciate the question, and I'll do my best to give you clarity. I believe the -- what we call the AOP internally, basically our budgets for '19 were probably the most ground up business-by-business and collective collaborative budgets we've done in, from the operators telling me over the last 3 to 5 years. So I have tremendous confidence in the underwriting of it. I don't want to give you specifics on the amount of the incremental investment, which is netted against that, but it is material. I think you guys know I had the fortune of presiding as the Chairman over 10 years in building a great company through acquisition. I think the CPG industry has changed where you can no longer just buy businesses, buy brands, you've got to materially invest behind them. You got have innovation. You got to bring news and excitement to the marketplace. And you've to tell people through digital advertising and authentic communication tools as to why your products either have better efficacy or perform better. And that's a near new strategy for Spectrum, right? We used to historically just list stuff and a point-of-sale was the only thing we pushed. And basically, what I'm trying to do is create more of a pull model where customers are demanding our products and pulling them through the retailers and that requires a greater level of vitality. So that's really the main cultural strategic investment change and that is in the AOP of the -- or sorry, in the guidance of the $560 million to $580 million EBITDA and it's material.

**Faiza Alwy**
*Deutsche Bank AG, Research Division*

Okay, just one last thing if I could just add. What was the EBITDA for the Appliance business that you're now reconsolidating?

**David M. Maura**
*Executive Chairman & CEO*

Doug, do you want to take that?

**Douglas L. Martin**
*Executive VP & CFO*

Yes, the EBITDA for the Appliance business is - was about $119 million in fiscal 2018.

**Operator**

Your next question comes from the line of Bob Labick with CJS Securities.

**Robert James Labick**
*CJS Securities, Inc.*

Wanted to talk about what you're seeing with your customers and customer relationships? And given many of the operational issues and things discussed, how are those relationships? And have you started regaining pricing and where do you stand on your ability to price going forward?

**David M. Maura**
*Executive Chairman & CEO*

Yes, listen, thanks for the question. Look, a lot of the costs of 2018 we were maintaining those customer relationships. And I think even through the ups and downs, you can see we continue to grow on HHI

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

and Global Auto Care on the top line, which had the most disruption to those units. I think our retailer relationships are very good. And again, we need -- as I said, in the last call, we need to start putting -- showing things and then talking about them. But based on some of these collaborative investments that we are actually -- we're doing co-marketing now with some of the retailers. That's why I have such bullish outlook on Home & Garden next year as we're able to partner with some of our major home centers and put ad dollars behind it and actually we're gaining traction. So I think the retailer relationships are quite good. Even in the Appliance business, this year, we've launched some new products, got some new listings in the home centers and the POS is fantastic, to be honest with you. So customer relationships are very good. We maintained those almost at all costs and it was an expensive proposition, but the book is intact. And you asked on pricing. Listen, we had a material degradation to margins as you see during the course of '18. There's always a lag effect here. We've been taking pricing. Pricing has been sticking for most of the businesses. Again, in my opening remarks, we have #1, #2 positions in most of our businesses on a continuing operations basis. We do have pricing power. Obviously, you always want to take more price than the retailer will give you, but we've been successful in passing that. We've been successful in passing some of the tariffs. But look, we would be remiss not to say we hope not all these tariff increases go through because on an absolute dollar basis, if we had to price them all, we're simply just trying to pass that on. We're not getting any sort of margin there. So it's just dollar-for-dollar, which is why we're indicating margins could be dilutive in '19, but nowhere near the extent you experienced in '18 because we are pricing, and we would expect to stabilize the margin structure in 2019 because of that. Is that helpful?

**Robert James Labick**
*CJS Securities, Inc.*

Yes, that's very helpful detail. I appreciate that. And then maybe taking a step back, obviously there has been a lot of change, even over the last few days, for us from the outside in reshuffling the deck. Can you talk to us about the long-term vision of the company? Are these the right assets that fit together as complementary businesses and what's the 3- to 5-year plan and maybe even the 3- to 5-year growth rates for these businesses?

**David M. Maura**
*Executive Chairman & CEO*

Yes, look, I think, at the end of the day, we had very good indications of interest for our Appliance unit going into last fall and then we announced that we were holding it for sale. I think one of the things that gets lost on us in The Street is that when you put a business out for sale, it creates a lot of instability in the employee base. It's very disruptive, and typically, your retailer is going wait to see or the buyers at the retailers are going to wait to see where the assets end up, in whose hands they end up in. And that quite frankly caused a lot of degradation to earnings. I mean, just recently, we made investments behind Appliances. And just by putting it back on the books, I can tell you at major centers, we now -- POS is tracking plus 7%. I mean, that's in the Personal Care division. We're regaining listings. We just launched, George Foreman came out with a new copper grill and it's 60% more productive than the SKU it replaced. And so we know that with small investments, you get this tremendous stimulus. And so by putting Appliances back on the books, by reinvesting behind it, we're pretty confident we can regain listings, start to grow, and it's a tremendous free cash flow converter. We had indications of interest for it at that $1.6 billion level. Unfortunately, the instability of putting it up for sale and then some cost pressure caused the operating results of that business to deteriorate during the course of the year, and we don't want to be a price taker on any asset. And I think if you look at the divestitures we've done, we've been able to sell assets at double-digit multiples, while our conglomerate trades at a meaningful discount to that. And so I appreciate that there's been a lot of noise this year, but we think there's tremendous value in our company, and I think narrowing the focus to 4 business units from 6 and then applying meaningful investment behind those is going to allow us to restore operating momentum, not just to the top line, but also get EBITDA growing again, which is critical. And so as I stepped in here in April, given the operating volatility, my #1 priority and the board agreed with me was let's materially delever this balance sheet. And so while we were on a good trajectory with Global Auto Care, we had a fantastic June quarter, that business is honestly really cleaned up. We're at 99% fill rates out of Global Auto Care. We had an unsolicited offer from Energizer. It makes sense for them. They have the industrial logic of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

an auto business and a battery business today. They're buying similar assets from us, right, auto and battery through synergistic actions they can take there. And frankly, that gives them greater scale, greater diversity and they can invest behind those businesses and grow them. So I think, look, we have a very bullish outlook frankly for all 4 of our businesses over the next 3 to 5 years, but I think the narrowed focus of the portfolio given limited resources that we can really now invest behind, the stability of defining our 4 core businesses getting our employees to settle down and then closing these transactions and applying the proceeds to debt reduction is going to meaningfully help the company in 2019.

**Operator**

Next, we have Nik Modi with RBC Capital Markets.

**Sunil Harshad Modi**
*RBC Capital Markets, LLC, Research Division*

Just a couple of quick questions from my side. Just maybe going back to the last question, Dave, can you just address what the category growth rate now of new entity is as we stick out the next couple of years? And then I just wanted to understand kind of what inning we're in as it relates to leadership changes because there's obviously a lot of change going on right now within the company. Just want to see kind of where we are in that process?

**David M. Maura**
*Executive Chairman & CEO*

Yes, listen, I deliberately took -- I never liked kind of the category growth description in the past. Look, we're going to meaningfully grow the top line. We have distribution gains, we have a lot of new products, we have a lot of innovation. The pipelines are pretty good, customer relationships are good, and obviously, we're taking pricing, and we're pricing for commodity and we're pricing for tariffs. So you're going to see pretty good top line. The focus is really reinvesting and doing new investment programs that are meaningful. Again, I'm not giving numbers, but they're very large numbers, and they're meant to revitalize this company. And so, what was the second part of your question, I am trying to remember?

**Douglas L. Martin**
*Executive VP & CFO*

Leadership change.

**Sunil Harshad Modi**
*RBC Capital Markets, LLC, Research Division*

Leadership change.

**David M. Maura**
*Executive Chairman & CEO*

Leadership change, in terms of the inning, yes, listen, there's probably been underneath Randy, 8 different appointments across the company. You can never say never. I think -- listen, I do believe we've kind of bottomed it out. I do believe we've identified all the headwinds. But there are a lot of moving pieces, and so might I add some additional expertise in e-com, might I add some additional marketing people. We're making major investments behind selling, marketing, R&D, and so we're open for business and we're going to be hiring there. But you want an inning? Seventh inning.

**Operator**

From the line of Ian Zaffino with Oppenheimer.

**Ian Alton Zaffino**
*Oppenheimer & Co. Inc., Research Division*

Just sort of one more question about the portfolio. What are sort of the criteria that you're assigning, I guess, to each business in the portfolio to decide whether it's you are going to keep it or not keep it? And

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.