# Exhibit 25
## May 6, 2019 Declaration

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

EARL S. WAGNER, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

SPECTRUM BRANDS LEGACY, INC. f/k/a SPECTRUM BRANDS HOLDINGS, INC., ANDREAS R. ROUVÉ, and DOUGLAS L. MARTIN,

        Defendants.

No. 3:19-cv-00178-jdp

Hon. James D. Peterson

<u>CLASS ACTION</u>

*Captions continued on next page.*

**DECLARATION OF DOUGLAS M. POLAND IN SUPPORT OF THE MOTION OF THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO AND THE CAMBRIDGE RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF COUNSEL, <u>AND CONSOLIDATION OF RELATED ACTIONS</u>**

| | |
|---|---|
| WEST PALM BEACH FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM BRANDS LEGACY, INC. f/k/a SPECTRUM BRANDS HOLDINGS, INC., ANDREAS R. ROUVÉ, DAVID M. MAURA, and DOUGLAS L. MARTIN,<br><br>Defendants. | No. 3:19-cv-00347-jdp<br><br>Hon. James D. Peterson<br><br>CLASS ACTION |

I, Douglas M. Poland, declare as follows:

1.     I am a member in good standing of the bars of the State of Wisconsin and of this Court.  I am a member in the law firm of Rathje Woodward LLC ("Rathje Woodward").  I submit this declaration in support of the Motion of the Public School Teachers' Pension & Retirement Fund of Chicago ("Chicago Teachers") and the Cambridge Retirement System ("Cambridge") for the entry of an order:  (i) appointing Chicago Teachers and Cambridge as Lead Plaintiff; (ii) approving their selection of Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel for the Class and Rathje Woodward as Liaison Counsel for the Class; (iii) consolidating the above-captioned actions and all related securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (iv) granting any such further relief as the Court may deem just and proper.

2.     Attached as Exhibits A through F are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Certifications of Chicago Teachers and Cambridge; |
| EXHIBIT B: | Charts setting forth calculations of Chicago Teachers' and Cambridge's losses; |
| EXHIBIT C: | Joint Declaration in Support of the Motion of the Public School Teachers' Pension & Retirement Fund of Chicago and the Cambridge Retirement System for Appointment as Lead Plaintiff, Approval of Their Selection of Counsel, and Consolidation of Related Actions; |
| EXHIBIT D: | Notice of the pendency of *Wagner v. Spectrum Brands Legacy, Inc.*, No. 19-cv-178 (W.D. Wis.), published March 7, 2019; |
| EXHIBIT E: | Notice of the pendency of *West Palm Beach Firefighters' Pension Fund v. Spectrum Brands Legacy, Inc.*, No. 19-cv-347 (W.D. Wis.), published April 30, 2019; and |
| EXHIBIT F: | Firm Resume of Bernstein Litowitz. |

Case: 3:19-cv-00947-jdp Document #: 5 Filed: 05/06/19 Page 4 of 4

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 6, 2019

/s/ Douglas M. Poland

Douglas M. Poland

2

# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Charles A. Burbridge, on behalf of Public School Teachers' Pension & Retirement Fund of Chicago ("Chicago Teachers"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Chicago Teachers. I have reviewed a complaint filed in this matter. Chicago Teachers has authorized the filing of this motion for appointment as lead plaintiff.

2. Chicago Teachers did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Chicago Teachers is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Chicago Teachers fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Chicago Teachers' transactions in the Spectrum Brands Holdings, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Chicago Teachers has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *In re: RH, Inc. Securities Litigation*, No. 17-cv-554 (N.D. Cal.)

6. Chicago Teachers has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motions for lead plaintiff or was not appointed lead plaintiff:

   *Galmi v. Teva Pharmaceutical Industries Limited*, No. 16-cv-8259 (C.D. Cal.)
   *In re: Banco Bradesco S.A. Securities Litigation*, No. 16-cv-4155 (S.D.N.Y.)
   *Boynton Beach General Employees' Pension Plan v. Dentsply Sirona, Inc.*,
   No. 18-cv-07253 (E.D.N.Y.)

7. Chicago Teachers will not accept any payment for serving as a representative party on behalf of the Class beyond Chicago Teachers' *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ⌒ day of May, 2019.

Charles A. Burbridge
Executive Director
*Public School Teachers' Pension &*
*Retirement Fund of Chicago*

**Public School Teachers Pension & Retirement Fund of Chicago**
**Transactions in Spectrum Brands Holdings, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 7/5/2016 | 244 | 115.3400 |
| Purchase | 6/23/2017 | 13 | 126.5300 |
| Purchase | 8/24/2017 | 21,251 | 108.2893 |
| Purchase | 8/30/2017 | 6,223 | 107.4344 |
| Purchase | 8/31/2017 | 3,212 | 109.7185 |
| Purchase | 9/1/2017 | 2,583 | 110.7630 |
| Purchase | 9/6/2017 | 2,299 | 106.2805 |
| Purchase | 9/7/2017 | 2,451 | 104.9985 |
| Purchase | 9/11/2017 | 2,115 | 104.5530 |
| Purchase | 9/20/2017 | 1,775 | 104.6340 |
| Purchase | 9/27/2017 | 645 | 105.2648 |
| Purchase | 11/2/2017 | 4,488 | 99.1948 |
| Purchase | 2/21/2018 | 3,480 | 100.9898 |
| Purchase | 3/19/2018 | 4,674 | 95.4932 |
| Purchase | 6/11/2018 | 100 | 80.6015 |
| Merger shares | 7/16/2018 | 1,371.796 | |
| Purchase | 7/18/2018 | 1,300 | 76.5689 |
| Purchase | 7/18/2018 | 500 | 76.5689 |
| Purchase | 10/24/2018 | 8,089 | 64.2281 |
| Purchase | 11/6/2018 | 7,014 | 66.2032 |
| | | | |
| Sale | 6/24/2016 | (9) | 117.1300 |
| Sale | 11/17/2017 | (6,374) | 112.6729 |
| Sale | 12/7/2017 | (3,288) | 115.1156 |
| Sale | 6/22/2018 | (150) | 83.3500 |
| Sale | 6/22/2018 | (745) | 83.3500 |
| Sale | 7/12/2018 | (2,950) | 84.1321 |
| Sale | 7/13/2018 | (1,664) | 84.4074 |
| Sale | 7/18/2018 | (1,961) | 77.7470 |
| Fractional Sale | 7/23/2018 | (0.796) | |
| Sale | 8/8/2018 | (1,987) | 88.8829 |
| Sale | 8/13/2018 | (2,469) | 85.5450 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Francis E. Murphy, III, on behalf of Cambridge Retirement System ("Cambridge"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Board Chairman of Cambridge. I have reviewed a complaint filed in this matter. Cambridge has authorized the filing of this motion for appointment as lead plaintiff.

2. Cambridge did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Cambridge is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Cambridge fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Cambridge's transactions in the Spectrum Brands Holdings, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Cambridge has served as a representative party on behalf of a class in the following action filed under the federal securities laws during the three years preceding the date of this Certification:

   *In re Willis Towers Watson plc Proxy Litigation*, No. 17-cv-1338 (E.D. Va.)

6. Cambridge has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motions for lead plaintiff or was not appointed lead plaintiff:

   *French v. CBL & Associates Properties, Inc.*, No. 16-cv-165 (E.D. Tenn.)
   *Cambridge Retirement System v. Mednax, Inc.*, No. 18-cv-61572 (S.D. Fla.)

7. Cambridge will not accept any payment for serving as a representative party on behalf of the Class beyond Cambridge's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of May, 2019.

Francis E. Murphy, III
Board Chairman
*Cambridge Retirement System*

**Cambridge Retirement System**
**Transactions in Spectrum Brands Holdings, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/15/2017 | 100 | 139.9083 |
| Purchase | 4/12/2018 | 6,373 | 97.9493 |
| Purchase | 4/13/2018 | 1,156 | 97.8243 |
| Purchase | 4/16/2018 | 896 | 99.0036 |
| Purchase | 4/17/2018 | 3,132 | 99.0597 |
| Purchase | 4/18/2018 | 1,660 | 98.0543 |
| Purchase | 4/19/2018 | 483 | 99.6358 |
| Purchase | 4/26/2018 | 5,582 | 74.3412 |
| Purchase | 5/31/2018 | 858 | 79.7527 |
| Purchase | 6/15/2018 | 873 | 78.4153 |
| Purchase | 6/18/2018 | 175 | 78.4099 |
| Merger shares | 7/16/2018 | 526.659 | |
| Purchase | 7/18/2018 | 1,300 | 78.1813 |
| Purchase | 7/19/2018 | 1,543 | 77.9049 |
| Purchase | 10/1/2018 | 214 | 74.2984 |
| Purchase | 10/1/2018 | 214 | 74.2804 |
| Purchase | 10/1/2018 | 214 | 74.3411 |
| Purchase | 10/2/2018 | 214 | 74.6649 |
| Purchase | 10/2/2018 | 214 | 74.0210 |
| Purchase | 10/2/2018 | 214 | 74.7882 |
| Purchase | 10/2/2018 | 198 | 74.4029 |
| Purchase | 10/2/2018 | 24 | 74.2983 |
| Purchase | 10/2/2018 | 214 | 74.2430 |
| Purchase | 10/3/2018 | 214 | 74.4382 |
| Purchase | 10/3/2018 | 186 | 74.4736 |
| Purchase | 10/3/2018 | 214 | 74.6351 |
| Purchase | 10/3/2018 | 172 | 74.3055 |
| Purchase | 10/8/2018 | 516 | 72.0954 |
| Purchase | 10/9/2018 | 1,457 | 71.7833 |
| Purchase | 10/10/2018 | 545 | 69.3349 |
| | | | |
| Sale | 6/27/2016 | (100) | 111.7300 |
| Sale | 8/29/2017 | (100) | 107.5200 |
| Sale | 2/23/2018 | (130) | 103.6100 |
| Sale | 6/7/2018 | (100) | 80.8200 |
| Sale | 6/22/2018 | (670) | 83.3420 |
| Fractional Sale | 7/23/2018 | (0.659) | 76.3278 |
| Sale | 9/26/2018 | (1,835) | 77.2785 |

# EXHIBIT B

**Chicago Teachers**
**FIFO Loss in Spectrum**
Class Period: 06/14/16 - 11/16/18
Cusip: 84763R101 / 84790A105
Retained share price: $49.3507 (11/19/18 - 02/15/19)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 1,321 | | | Sale | 6/24/2016 | (9) | 117.1300 | ($1,054.17) |
| | | | | | Sale | 11/17/2017 | (1,312) | 112.6729 | ($147,826.84) |
| | | | | | | | (1,321) | | ($148,881.01) |
| Purchase | 7/5/2016 | 244 | 115.3400 | $28,142.96 | | | | | |
| Purchase | 6/23/2017 | 13 | 126.5300 | $1,644.89 | | | | | |
| Purchase | 8/24/2017 | 21,251 | 108.2893 | $2,301,255.89 | | | | | |
| Purchase | 8/30/2017 | 6,223 | 107.4344 | $668,564.26 | | | | | |
| Purchase | 8/31/2017 | 3,212 | 109.7185 | $352,415.82 | | | | | |
| Purchase | 9/1/2017 | 2,583 | 110.7630 | $286,100.83 | | | | | |
| Purchase | 9/6/2017 | 2,299 | 106.2805 | $244,338.87 | | | | | |
| Purchase | 9/7/2017 | 2,451 | 104.9985 | $257,351.32 | | | | | |
| Purchase | 9/11/2017 | 2,115 | 104.5530 | $221,129.60 | Sale | 11/17/2017 | (5,062) | 112.6729 | ($570,350.21) |
| Purchase | 9/20/2017 | 1,775 | 104.6340 | $185,725.35 | Sale | 12/7/2017 | (3,288) | 115.1156 | ($378,500.09) |
| Purchase | 9/27/2017 | 645 | 105.2648 | $67,895.80 | Sale | 6/22/2018 | (150) | 83.3500 | ($12,502.50) |
| Purchase | 11/2/2017 | 4,488 | 99.1948 | $445,186.26 | Sale | 6/22/2018 | (745) | 83.3500 | ($62,095.75) |
| Purchase | 2/21/2018 | 3,480 | 100.9898 | $351,444.50 | Sale | 7/12/2018 | (2,950) | 84.1321 | ($248,189.70) |
| Purchase | 3/19/2018 | 4,674 | 95.4932 | $446,335.22 | Sale | 7/13/2018 | (1,664) | 84.4074 | ($140,453.91) |
| Purchase | 6/11/2018 | 100 | 80.6015 | $8,060.15 | Sale | 7/18/2018 | (1,961) | 77.7470 | ($152,461.87) |
| Merger shares* | 7/16/2018 | 1,371.796 | 79.6000 | $109,194.96 | Sale (fractional) | 7/23/2018 | (0.796) | 77.3700 | ($61.59) |
| Purchase | 7/18/2018 | 1,300 | 76.5689 | $99,539.57 | Sale | 8/8/2018 | (1,987) | 88.8829 | ($176,610.32) |
| Purchase | 7/18/2018 | 500 | 76.5689 | $38,284.45 | Sale | 8/13/2018 | (2,469) | 85.5450 | ($211,210.61) |
| Purchase | 10/24/2018 | 8,089 | 64.2281 | $519,541.09 | | | | | |
| Purchase | 11/6/2018 | 7,014 | 66.2032 | $464,349.24 | Retained | | (53,551) | 49.3507 | ($2,642,777.55) |
| | | 73,827.796 | | $7,096,501.03 | | | (73,827.796) | | ($4,595,214.10) |
| | | | | | | | **FIFO Loss** | | **($2,501,286.93)** |

*Shares received through merger between Spectrum Brands and HRG Group*

**Chicago Teachers**
**LIFO Loss in Spectrum**
Class Period: 06/14/16 - 11/16/18
Cusip: 84763R101 / 84790A105
Retained share price: $49.3507 (11/19/18 - 02/15/19)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 1,321 | | | Sale | 6/24/2016 | (9) | 117.1300 | ($1,054.17) |
| | | | | | | | (9) | | ($1,054.17) |
| Purchase | 7/5/2016 | 244 | 115.3400 | $28,142.96 | | | | | |
| Purchase | 6/23/2017 | 13 | 126.5300 | $1,644.89 | | | | | |
| Purchase | 8/24/2017 | 21,251 | 108.2893 | $2,301,255.89 | | | | | |
| Purchase | 8/30/2017 | 6,223 | 107.4344 | $668,564.26 | | | | | |
| Purchase | 8/31/2017 | 3,212 | 109.7185 | $352,415.82 | | | | | |
| Purchase | 9/1/2017 | 2,583 | 110.7630 | $286,100.83 | | | | | |
| Purchase | 9/6/2017 | 2,299 | 106.2805 | $244,338.87 | | | | | |
| Purchase | 9/7/2017 | 2,451 | 104.9985 | $257,351.32 | | | | | |
| Purchase | 9/11/2017 | 2,115 | 104.5530 | $221,129.60 | Sale | 11/17/2017 | (6,374) | 112.6729 | ($718,177.06) |
| Purchase | 9/20/2017 | 1,775 | 104.6340 | $185,725.35 | Sale | 12/7/2017 | (3,288) | 115.1156 | ($378,500.09) |
| Purchase | 9/27/2017 | 645 | 105.2648 | $67,895.80 | Sale | 6/22/2018 | (150) | 83.3500 | ($12,502.50) |
| Purchase | 11/2/2017 | 4,488 | 99.1948 | $445,186.26 | Sale | 6/22/2018 | (745) | 83.3500 | ($62,095.75) |
| Purchase | 2/21/2018 | 3,480 | 100.9898 | $351,444.50 | Sale | 7/12/2018 | (2,950) | 84.1321 | ($248,189.70) |
| Purchase | 3/19/2018 | 4,674 | 95.4932 | $446,335.22 | Sale | 7/13/2018 | (1,664) | 84.4074 | ($140,453.91) |
| Purchase | 6/11/2018 | 100 | 80.6015 | $8,060.15 | Sale | 7/18/2018 | (1,961) | 77.7470 | ($152,461.87) |
| Merger shares* | 7/16/2018 | 1,371.796 | 79.6000 | $109,194.96 | Sale (fractional) | 7/23/2018 | (0.796) | 77.3700 | ($61.59) |
| Purchase | 7/18/2018 | 1,300 | 76.5689 | $99,539.57 | Sale | 8/8/2018 | (1,987) | 88.8829 | ($176,610.32) |
| Purchase | 7/18/2018 | 500 | 76.5689 | $38,284.45 | Sale | 8/13/2018 | (2,469) | 85.5450 | ($211,210.61) |
| Purchase | 10/24/2018 | 8,089 | 64.2281 | $519,541.09 | | | | | |
| Purchase | 11/6/2018 | 7,014 | 66.2032 | $464,349.24 | Retained | | (52,239) | 49.3507 | ($2,578,029.48) |
| | | 73,827.796 | | $7,096,501.03 | | | (73,827.796) | | ($4,678,292.86) |

LIFO Loss    ($2,418,208.16)

*Shares received through merger between Spectrum Brands and HRG Group*

**Cambridge**
**FIFO Loss in Spectrum**
Class Period: 06/14/16 - 11/16/18
Cusip: 84763R101 / 84790A105
Retained share price: $49.3507 (11/19/18 - 02/15/19)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 1,000 | | | Sale | 6/27/2016 | (100) | 111.7300 | ($11,173.00) |
| | | | | | Sale | 8/29/2017 | (100) | 107.5200 | ($10,752.00) |
| | | | | | Sale | 2/23/2018 | (130) | 103.6100 | ($13,469.30) |
| | | | | | Sale | 6/7/2018 | (100) | 80.8200 | ($8,082.00) |
| | | | | | Sale | 6/22/2018 | (570) | 83.3420 | ($47,504.94) |
| | | | | | | | (1,000) | | ($90,981.24) |
| Purchase | 3/15/2017 | 100 | 139.9083 | $13,990.83 | | | | | |
| Purchase | 4/12/2018 | 6,373 | 97.9493 | $624,230.89 | | | | | |
| Purchase | 4/13/2018 | 1,156 | 97.8243 | $113,084.89 | | | | | |
| Purchase | 4/16/2018 | 896 | 99.0036 | $88,707.23 | | | | | |
| Purchase | 4/17/2018 | 3,132 | 99.0597 | $310,254.98 | | | | | |
| Purchase | 4/18/2018 | 1,660 | 98.0543 | $162,770.14 | | | | | |
| Purchase | 4/19/2018 | 483 | 99.6358 | $48,124.09 | | | | | |
| Purchase | 4/26/2018 | 5,582 | 74.3412 | $414,972.58 | | | | | |
| Purchase | 5/31/2018 | 858 | 79.7527 | $68,427.82 | | | | | |
| Purchase | 6/15/2018 | 873 | 78.4153 | $68,456.56 | | | | | |
| Purchase | 6/18/2018 | 175 | 78.4099 | $13,721.73 | | | | | |
| Merger shares | 7/16/2018 | 526.659 | 79.6000 | $41,922.06 | | | | | |
| Purchase | 7/18/2018 | 1,300 | 78.1813 | $101,635.69 | | | | | |
| Purchase | 7/19/2018 | 1,543 | 77.9049 | $120,207.26 | | | | | |
| Purchase | 10/1/2018 | 214 | 74.2984 | $15,899.86 | | | | | |
| Purchase | 10/1/2018 | 214 | 74.2804 | $15,896.01 | | | | | |
| Purchase | 10/1/2018 | 214 | 74.3411 | $15,909.00 | | | | | |
| Purchase | 10/2/2018 | 214 | 74.6649 | $15,978.29 | | | | | |
| Purchase | 10/2/2018 | 214 | 74.0210 | $15,840.49 | Sale | 6/22/2018 | (100) | 83.3420 | ($8,334.20) |
| Purchase | 10/2/2018 | 214 | 74.7882 | $16,004.67 | Sale (fractional) | 7/23/2018 | (0.659) | 76.3278 | ($50.30) |
| Purchase | 10/2/2018 | 198 | 74.4029 | $14,731.77 | Sale | 9/26/2018 | (1,835) | 77.2785 | ($141,806.05) |
| Purchase | 10/2/2018 | 24 | 74.2983 | $1,783.16 | | | | | |
| Purchase | 10/2/2018 | 214 | 74.2430 | $15,888.00 | Sale** | 2/11/2019 | (2,593) | 49.1571 | ($127,464.47) |
| Purchase | 10/3/2018 | 214 | 74.4382 | $15,929.77 | Sale** | 2/12/2019 | (1,571) | 49.1581 | ($77,227.33) |
| Purchase | 10/3/2018 | 186 | 74.4736 | $13,852.09 | Sale** | 2/12/2019 | (3,142) | 49.1581 | ($154,454.66) |
| Purchase | 10/3/2018 | 214 | 74.6351 | $15,971.91 | Sale** | 2/12/2019 | (3,928) | 49.1581 | ($193,092.90) |
| Purchase | 10/3/2018 | 172 | 74.3055 | $12,780.55 | Sale** | 2/13/2019 | (3,470) | 51.1029 | ($177,327.06) |
| Purchase | 10/8/2018 | 516 | 72.0954 | $37,201.23 | Sale** | 2/14/2019 | (674) | 52.7539 | ($35,556.13) |
| Purchase | 10/9/2018 | 1,457 | 71.7833 | $104,588.27 | | | | | |
| Purchase | 10/10/2018 | 545 | 69.3349 | $37,787.52 | Retained | | (12,368) | 49.3507 | ($610,369.05) |
| | | 29,681.659 | | $2,556,549.32 | | | (29,681.659) | | ($1,525,682.14) |

**FIFO Loss** **($1,030,867.19)**

**Cambridge**
**FIFO Loss in Spectrum**
Class Period: 06/14/16 - 11/16/18
Cusip: 84763R101 / 84790A105
Retained share price: $49.3507 (11/19/18 - 02/15/19)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*Shares received through merger between Spectrum Brands and HRG Group

**Shares sold within 90 days after the end of the class period are calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.

**Cambridge**
**LIFO Loss in Spectrum**
Class Period: 06/14/16 - 11/16/18
Cusip: 84763R101 / 84790A105
Retained share price: $49.3507 (11/19/18 - 02/15/19)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 1,000 | | | Sale | 6/27/2016 | (100) | 111.7300 | ($11,173.00) |
| | | | | | | | (100) | | ($11,173.00) |
| Purchase | 3/15/2017 | 100 | 139.9083 | $13,990.83 | | | | | |
| Purchase | 4/12/2018 | 6,373 | 97.9493 | $624,230.89 | | | | | |
| Purchase | 4/13/2018 | 1,156 | 97.8243 | $113,084.89 | | | | | |
| Purchase | 4/16/2018 | 896 | 99.0036 | $88,707.23 | | | | | |
| Purchase | 4/17/2018 | 3,132 | 99.0597 | $310,254.98 | | | | | |
| Purchase | 4/18/2018 | 1,660 | 98.0543 | $162,770.14 | | | | | |
| Purchase | 4/19/2018 | 483 | 99.6358 | $48,124.09 | | | | | |
| Purchase | 4/26/2018 | 5,582 | 74.3412 | $414,972.58 | | | | | |
| Purchase | 5/31/2018 | 858 | 79.7527 | $68,427.82 | | | | | |
| Purchase | 6/15/2018 | 873 | 78.4153 | $68,456.56 | | | | | |
| Purchase | 6/18/2018 | 175 | 78.4099 | $13,721.73 | | | | | |
| Merger shares | 7/16/2018 | 526.659 | 79.6000 | $41,922.06 | | | | | |
| Purchase | 7/18/2018 | 1,300 | 78.1813 | $101,635.69 | | | | | |
| Purchase | 7/19/2018 | 1,543 | 77.9049 | $120,207.26 | | | | | |
| Purchase | 10/1/2018 | 214 | 74.2984 | $15,899.86 | | | | | |
| Purchase | 10/1/2018 | 214 | 74.2804 | $15,896.01 | Sale | 8/29/2017 | (100) | 107.5200 | ($10,752.00) |
| Purchase | 10/1/2018 | 214 | 74.3411 | $15,909.00 | Sale | 2/23/2018 | (130) | 103.6100 | ($13,469.30) |
| Purchase | 10/2/2018 | 214 | 74.6649 | $15,978.29 | Sale | 6/7/2018 | (100) | 80.8200 | ($8,082.00) |
| Purchase | 10/2/2018 | 214 | 74.0210 | $15,840.49 | Sale | 6/22/2018 | (670) | 83.3420 | ($55,839.14) |
| Purchase | 10/2/2018 | 214 | 74.7882 | $16,004.67 | Sale (fractional) | 7/23/2018 | (0.659) | 76.3278 | ($50.30) |
| Purchase | 10/2/2018 | 198 | 74.4029 | $14,731.77 | Sale | 9/26/2018 | (1,835) | 77.2785 | ($141,806.05) |
| Purchase | 10/2/2018 | 24 | 74.2983 | $1,783.16 | | | | | |
| Purchase | 10/2/2018 | 214 | 74.2430 | $15,888.00 | Sale** | 2/11/2019 | (2,593) | 49.1571 | ($127,464.47) |
| Purchase | 10/3/2018 | 214 | 74.4382 | $15,929.77 | Sale** | 2/12/2019 | (1,571) | 49.1581 | ($77,227.33) |
| Purchase | 10/3/2018 | 186 | 74.4736 | $13,852.09 | Sale** | 2/12/2019 | (3,142) | 49.1581 | ($154,454.66) |
| Purchase | 10/3/2018 | 214 | 74.6351 | $15,971.91 | Sale** | 2/12/2019 | (3,928) | 49.1581 | ($193,092.90) |
| Purchase | 10/3/2018 | 172 | 74.3055 | $12,780.55 | Sale** | 2/13/2019 | (3,470) | 51.1029 | ($177,327.06) |
| Purchase | 10/8/2018 | 516 | 72.0954 | $37,201.23 | Sale** | 2/14/2019 | (674) | 52.7539 | ($35,556.13) |
| Purchase | 10/9/2018 | 1,457 | 71.7833 | $104,588.27 | | | | | |
| Purchase | 10/10/2018 | 545 | 69.3349 | $37,787.52 | Retained | | (11,468) | 49.3507 | ($565,953.45) |
| | | 29,682 | | $2,556,549.32 | | | (29,682) | | ($1,561,074.78) |

**LIFO Loss** ($995,474.55)

*Shares received through merger between Spectrum Brands and HRG Group*
**Shares sold within 90 days after the end of the class period are calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*