# Exhibit 26
# May 6, 2019 Joint Declaration

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EARL S. WAGNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM BRANDS LEGACY, INC. f/k/a SPECTRUM BRANDS HOLDINGS, INC., ANDREAS R. ROUVÉ, and DOUGLAS L. MARTIN,<br><br>Defendants. | No. 3:19-cv-00178-jdp<br><br>Hon. James D. Peterson<br><br><u>CLASS ACTION</u> |

*Captions continued on next page.*

**JOINT DECLARATION IN SUPPORT OF THE MOTION OF THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO AND THE CAMBRIDGE RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF COUNSEL, <u>AND CONSOLIDATION OF RELATED ACTIONS</u>**

Case: 3:19-cv-00347-jdp Document #: 6 Filed: 05/07/19 Page 2 of 10

| | |
|---|---|
| EARL S. WAGNER, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>SPECTRUM BRANDS LEGACY, INC. f/k/a SPECTRUM BRANDS HOLDINGS, INC., ANDREAS R. ROUVÉ, and DOUGLAS L. MARTIN,<br><br>       Defendants. | No. 3:19-cv-00178-jdp<br><br>Hon. James D. Peterson<br><br><u>CLASS ACTION</u> |

We, Charles A. Burbridge and Francis E. Murphy, III, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We respectfully submit this Joint Declaration in support of the motion of the Public School Teachers' Pension & Retirement Fund of Chicago ("Chicago Teachers") and the Cambridge Retirement System ("Cambridge") for appointment as Lead Plaintiff in the above-captioned securities class actions pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Joint Declaration relating to the institution with which we are individually associated.

2.      I, Charles A. Burbridge, serve as Executive Director of Chicago Teachers and I am authorized to make this Joint Declaration on its behalf. Chicago Teachers is a public pension fund that provides for the financial security of a group of dedicated individuals who serve, or have served, the Chicago Public Schools/Charter Schools through a career in public service. As of June 30, 2017, Chicago Teachers oversaw approximately $11 billion in assets for more than 63,000 members. As set forth in Chicago Teachers' and Cambridge's motion for appointment as Lead Plaintiff and supporting papers, Chicago Teachers suffered substantial losses as a result of its investments in the Spectrum Brands Legacy, Inc. f/k/a Spectrum Brands Holdings, Inc. ("Spectrum") securities at issue in this case. Chicago Teachers is an institutional investor that understands that this case is governed by the PSLRA and accepts the fiduciary obligations that it will assume under the PSLRA, if appointed as Lead Plaintiff. Chicago Teachers is familiar with the PSLRA's requirements given its involvement in the securities class action captioned *In re RH, Inc. Securities Litigation*, No. 17-cv-00554-YGR (N.D. Cal.), in which it is currently serving as lead plaintiff together with another institutional investor, and in which Bernstein Litowitz Berger

2

& Grossmann LLP ("Bernstein Litowitz") serves as lead counsel. Chicago Teachers also served as lead plaintiff, jointly with Cambridge and represented by Bernstein Litowitz, in *Hughes v. Huron Consulting Group, Inc.*, No. 09-cv-4734 (N.D. Ill.) ("*Huron*") (recovering $38 million for investors), and together with several other public pension funds and represented by Bernstein Litowitz in *Eastwood Enterprises, LLC v. Farha*, No. 07-cv-1940 (M.D. Fla.) (recovering $200 million for investors).

3.      I, Francis E. Murphy, III, am the Board Chairman of Cambridge and am authorized to make this Joint Declaration on its behalf. Cambridge, one of 104 contributory retirement systems in the Commonwealth of Massachusetts, provides retirement benefits to the employees of the City of Cambridge and various city agencies. Cambridge manages approximately $1.3 billion in total assets for the benefit of its nearly 6,000 members. As set forth in Chicago Teachers' and Cambridge's motion for appointment as Lead Plaintiff and supporting papers, Cambridge suffered substantial losses as a result of its investments in the Spectrum securities at issue in this case. Cambridge is an institutional investor that understands that this case is governed by the PSLRA and accepts the fiduciary obligations that it will assume under the PSLRA, if appointed as Lead Plaintiff. Cambridge is familiar with the PSLRA's requirements given its involvement in *Huron* (recovering $38 million for investors), in which it served as lead plaintiff jointly with Chicago Teachers and was represented by Bernstein Litowitz. Cambridge is also familiar with the lead plaintiff's obligations more generally by virtue of its leadership in other types of investor class actions. For example, Cambridge served as a lead plaintiff in the Delaware Chancery Court case *In re Starz Stockholder Litigation*, C.A. No. 12584-VCG (Del. Ch. 2016), which challenged the 2016 merger of Starz Inc. and Lions Gate Entertainment and recovered $92.5 million for investors.

3