# Exhibit 1

**A chart of the Statements Defendants Claim are Forward-Looking that are Either Partly or Entirely Present Statements**

| Compl. ¶ | Statements in Context |
|---|---|
| 186 | "[C]consolidating our global auto care business into one location is going to continue to help us with better managing inventories going forward. And we've already seen a nice impact in that business." |
| 190 | "[W]e are actually receiving product there this week and we'll be fully shipping out of that DC by the end of August. And that will provide additional good productivity for this business and also help serve our customers better." |
| 194 | "Both the consolidation of [GAC] in Dayton, Ohio and the consolidation of our [HHI] distribution center in Kansas are on track and will help us reduce expenses and inventory in the back half of 2017 and in 2018." |
| 197 | "The Edgerton Center was already operational and would be totally complete by December 31, 2017." |
| 203 | Defendant Martin stated that the "Dayton facility is on schedule and will deliver meaningful cost saving and improved working capital in fiscal 2018." |
| 217 | "We finished a challenging fiscal 2017 with a strong fourth quarter performance . . . . We . . . delivered strong continuous improvement savings along with major efficiency enhancement programs in GAC and HHI that will bring important future benefits . . . ." |
| 218 | "The consolidation of our [GAC] manufacturing and distribution in Dayton, Ohio is now complete, and the consolidation of [HHI] distribution in Kansas is currently 65% complete, and we expect to complete this project in March 2018. Both projects streamline our supply chain and will allow us to reduce our inventory levels and improve our service levels." |
| 224 | Defendant Rouvé stated that the HHI consolidation was "moving toward completion in February." |
| 225 | Defendant Rouvé stated: "Also the consolidation of our Hardware & Home Improvement distribution in Kansas is moving forward to a completion as we exited our West Coast distribution center in November and will exit our East Coast distribution center in February." |
| 227 | "HHI distribution center in Kansas moving toward completion; West Coast distribution center exited in November and East coast distribution center to be closed in February." |

| Compl. ¶ | Statements in Context |
|---|---|
| 228 | "Dayton consolidation now complete in time for large spring and summer demand season; expected to deliver both cost savings and improved working capital." |
| 248 | "And looking forward, I'm confident that a strengthened leadership team, better trained and more experienced workforce, along with newly installed automated picking equipment to improve our product selection speed and accuracy will enable Kansas City–sorry, our Kansas DC to continue to work down the order backlog to an optimal level by the end of this calendar year." |
| Key: | Language in black are statements Defendants claim are forward-looking. Statements in red are the parts of the statement concern present of past facts and render the statement a mixed future/present statement. |

2