# Exhibit 1
## Feb. 7, 2019 Form 10-Q

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549
**FORM 10-Q**

☒**QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the quarterly period ended December 30, 2018

**O R**

☐**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from to

| Commission File No. | Name of Registrant, State of Incorporation, Address of Principal Offices, and Telephone No. | IRS Employer Identification No. |
|---|---|---|
| 1-4219 | **Spectrum Brands Holdings, Inc.**<br>(a Delaware corporation)<br>3001 Deming Way<br>Middleton, WI 53562<br>(608) 275-3340<br>www.spectrumbrands.com | 74-1339132 |
| 333-192634-03 | **SB/RH Holdings, LLC**<br>(a Delaware limited liability company)<br>3001 Deming Way<br>Middleton, WI 53562<br>(608) 275-3340 | 27-2812840 |

Indicate by check mark whether the registrants (1) have filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Spectrum Brands Holdings, Inc.     Yes  ☒     No  ☐
SB/RH Holdings, LLC     Yes  ☒     No  ☐

Indicate by check mark whether the registrants have submitted electronically every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).

Spectrum Brands Holdings, Inc.     Yes  ☒     No  ☐
SB/RH Holdings, LLC     Yes  ☒     No  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company.. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| Registrant | Large Accelerated Filer | Accelerated filer | Non-accelerated filer | Smaller reporting company |
|---|---|---|---|---|
| Spectrum Brands Holdings, Inc. | X | | | |
| SB/RH Holdings, LLC | | | X | |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

Spectrum Brands Holdings, Inc.     Yes  ☐     No  ☒
SB/RH Holdings, LLC     Yes  ☐     No  ☒

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§232.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter

Spectrum Brands Holdings, Inc.     Yes  ☐     No  ☒
SB/RH Holdings, LLC     Yes  ☐     No  ☒

If an emerging growth company, indicate by checkmark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Spectrum Brands Holdings, Inc.     ☐
SB/RH Holdings, LLC     ☐

As of February 4, 2019, there were outstanding 53,716,193 shares of Spectrum Brands Holdings, Inc.'s common stock, par value $0.01 per share.

SB/RH Holdings, LLC meets the conditions set forth in General Instruction H(1)(a) and (b) of Form 10-Q and is therefore filing this report with a reduced disclosure format as permitted by general instruction H(2).

Table of Contents

**SPECTRUM BRANDS HOLDINGS, INC.**
**SB/RH HOLDINGS, LLC**
**NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(in millions, unaudited)**

### NOTE 4 – ACQUISITIONS (continued)

*Acquisition and Integration Related Costs*

The following table summarizes acquisition and integration related charges incurred by the Company during the three month periods ended December 30, 2018 and December 31, 2017:

| (in millions) | Three Month Periods Ended | |
| --- | --- | --- |
| | December 30, 2018 | December 31, 2017 |
| HHI | $ 0.5 | $ 2.7 |
| PetMatrix | 0.6 | 1.6 |
| Glofish | — | 0.4 |
| Other | 0.5 | 0.6 |
| Total acquisition and integration related charges | $ 1.6 | $ 5.3 |

### NOTE 5 - RESTRUCTURING AND RELATED CHARGES

*Project Ignite* – At the start of the fiscal year ended September 30, 2018, the Company announced a company-wide, multi-year program referred to as Project Ignite which consists of various restructuring related initiatives to redirect resources and spending to drive growth, identify cost savings and pricing opportunities through standardization and optimization, develop organizational and operating optimization, and reduce overall operational complexity across the Company. Since the announcement of the project and subsequent announcement of the Company's divestitures, the project shifted its focus on the development of these initiatives within the Company's continuing operations after completion of the divestiture transactions and separation of GBL and GAC operations, including the transitioning the Company in the post-divestiture environment and transition with the Company's continuing involvement with Energizer (Refer to *Note 3 – Divestitures* for further discussion). The initiative includes consultation of global processes, opportunity spending and organization design and structures; headcount reductions and transfers; and rightsizing the Company's shared operations and commercial business strategy in certain regions and local jurisdictions; among others. Total cumulative costs incurred associated with the project were $13.6 million as of December 30, 2018; with $2.1 million forecasted in the foreseeable future.

*HHI Distribution Center Consolidation* – During the fiscal year ended September 30, 2017, the Company implemented an initiative within the HHI segment to consolidate certain operations and reduce operating costs. The initiative includes headcount reductions and the exit of certain facilities, including such incremental costs to consolidate or close facilities, relocate employees, cost to retain employees to use newly deployed assets or systems, lease termination costs, and redundant or incremental transitional operating costs and customer fines and penalties incurred during transition, among others. Total cumulative costs associated with this initiative was $83.0 million and was completed as of December 30, 2018.

*Other Restructuring Activities* – The Company may enter into small, less significant initiatives and restructuring related activities to reduce costs and improve margins throughout the organization. Individually these activities are not substantial and occur over a shorter time period (generally less than 12 months).

The following summarizes restructuring and related charges for the three month periods ended December 30, 2018 and December 31, 2017:

| (in millions) | Three Month Periods Ended | |
| --- | --- | --- |
| | December 30, 2018 | December 31, 2017 |
| Project Ignite | $ 5.9 | $ 1.1 |
| HHI distribution center consolidation | 2.4 | 15.2 |
| PET rightsizing initiative | — | 0.6 |
| Other restructuring activities | 0.8 | 0.2 |
| Total restructuring and related charges | $ 9.1 | $ 17.1 |
| Reported as: | | |
| Cost of goods sold | $ 0.9 | $ 0.3 |
| Operating expense | 8.2 | 16.8 |

The following is a summary of restructuring and related charges for the three month periods ended December 30, 2018 and December 31, 2017 and cumulative costs for current restructuring initiatives as of December 30, 2018, by cost type.

| (in millions) | Termination Benefits | Other Costs | Total |
| --- | --- | --- | --- |
| For the three month period ended December 30, 2018 | $ 1.6 | $ 7.5 | $ 9.1 |
| For the three month period ended December 31, 2017 | 1.6 | 15.5 | 17.1 |
| Cumulative costs through December 30, 2018 | 4.9 | 93.6 | 98.5 |
| Future costs to be incurred | 0.9 | 1.2 | 2.1 |

The following is a rollforward of the accrual related to all restructuring and related activities, included within Other Current Liabilities, by cost type for the three month period ended December 30, 2018.

| (in millions) | Termination Benefits | Other Costs | Total |
| --- | --- | --- | --- |
| Accrual balance at September 30, 2018 | $ 3.1 | $ 4.7 | $ 7.8 |
| Provisions | 0.9 | 2.0 | 2.9 |
| Cash expenditures | (0.8) | (0.9) | (1.7) |
| Non-cash items | (0.3) | (0.1) | (0.4) |
| Accrual balance at December 30, 2018 | $ 2.9 | $ 5.7 | $ 8.6 |

20

Table of Contents

**PART II. OTHER INFORMATION**

**Item 1. Legal Proceedings**

**Litigation**

We are a defendant in various matters of litigation generally arising out of the ordinary course of business. We do not believe that any matters or proceedings presently pending will have a material adverse effect on our results of operations, financial condition, liquidity or cash flows.

**Item 1A. Risk Factors**

Information about our risk factors is contained in Item 1A of our Annual Report on Form 10-K for the fiscal year ended September 30, 2018. We believe that at December 30, 2018, there have been no material changes in our risk factors from those disclosed in Item 1A of our Annual Report on Form 10-K for the year ended September 30, 2018.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

On July 24, 2018, the Board of Directors approved a $1 billion common stock repurchase program. The authorization is effective for 36 months. The following summarizes the activity of common stock repurchases under the program for the three-month period ended December 30, 2018:

| | Total Number of Shares Purchased | Average Price Paid Per Share | Total Number of Shares Purchased as Part of Plan | Approximate Dollar Value of Shares that may Yet Be Purchased |
|---|---|---|---|---|
| As of September 30, 2018 | — | $ — | — | $ 1,000,000,000 |
| October 1, 2018 to October 28, 2018 | — | — | — | 1,000,000,000 |
| October 29, 2018 to November 25, 2018 | 79,809 | 50.12 | 79,809 | 995,999,973 |
| November 26, 2018 to December 30, 2018 | 251,255 | 57.90 | 251,255 | 981,453,209 |
| As of December 30, 2018 | 331,064 | $ 56.02 | 331,064 | $ 981,453,209 |

**Item 5. Other Information**

None

**Item 6. Exhibits**

Please refer to the Exhibit Index.

45

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Date: February 7, 2019

SPECTRUM BRANDS HOLDINGS, INC.
By:

/s/ **Douglas L. Martin**
**Douglas L. Martin**

*Executive Vice President and Chief Financial Officer*
*(Principal Financial Officer)*

46

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.


Date: February 7, 2019

SB/RH HOLDINGS, LLC

By:

**/s/ Douglas L. Martin**
**Douglas L. Martin**

*Executive Vice President and Chief Financial Officer*
*(Principal Financial Officer)*


47