**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| IN RE SPECTRUM BRANDS LITIGATION | ) | No. 19-cv-347-jdp |
| | ) | |
| | ) | |

<u>**STIPULATION FOR SERVICE OF THE AMENDED CLASS ACTION COMPLAINT**</u>
<u>**AND SCHEDULE FOR RESPONSES THERETO**</u>

Lead Plaintiffs the Public School Teachers' Pension and Retirement Fund of Chicago and the Cambridge Retirement System (collectively, "Lead Plaintiffs") and Defendants Spectrum Brands Legacy, Inc. and HRG Group, Inc. (collectively "Defendants"), by and through their counsel, hereby submit this Stipulation for Service of the Amended Class Action Complaint and Schedule for Responses Thereto.

WHEREAS, Lead Plaintiffs filed an Amended Class Action Complaint for Violations of the Federal Securities Laws on July 12, 2019 (Dkt. 14) ("Amended Complaint");

WHEREAS, the Amended Complaint named Defendants Spectrum Brands Legacy, Inc. and HRG Group, Inc. in the above-captioned case;

WHEREAS, counsel for Defendants identified below received the Amended Complaint by ECF service on July 12, 2019;

WHEREAS, Defendants will answer or move to dismiss the Amended Complaint by August 26, 2019 (Dkt. 13); and

WHEREAS, Lead Plaintiffs and Defendants understand that the Defendants shall be subject to the deadlines in the Pretrial Conference Order entered in this case on August 15, 2019 (Dkt. 17).

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned counsel, that:

1.      The defense counsel identified below will accept service on behalf of Defendants of the Amended Complaint, and that Defendants shall not contest the sufficiency of process or service of process; provided, however, that this Stipulation does not constitute a waiver of any other defenses, all of which are preserved;

2.      The Defendants are deemed to have been validly served with the Amended Complaint; and

3.      The Defendants will answer or move to dismiss the Amended Complaint by August 26, 2019.

IT IS SO STIPULATED.

Dated: August 22, 2019

By: */s/ Katherine M. Sinderson*
**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**
Katherine M. Sinderson
Jai Chandrasekhar
Matthew Traylor
1251 Avenue of the Americas, Fl. 44
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: KatieM@blbglaw.com
Email: Jai@blbglaw.com
Email: Julia.Tebor@blbglaw.com

*Lead Counsel for Lead Plaintiffs the Public*
*School Teachers' Pension & Retirement*
*Fund of Chicago and the Cambridge*
*Retirement System and the Class*

**RATHJE WOODWARD LLC**
Douglas M. Poland

By: */s/ Richard Rosen*
**PAUL, WEISS, RIFKIND, WHARTON &**
 **GARRISON LLP**
Richard Rosen, Esq.
Andrew J. Ehrlich, Esq.
Adam Bernstein, Esq.
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3166
Fax: (212) 492-0166
rrosen@paulweiss.com
aehrlich@paulweiss.com
abernstein@paulweiss.com

**FOLEY & LARDNER LLP**
Matthew D. Lee, Esq.
Kevin M. LeRoy, Esq.
150 East Gilman Street, Suite 5000
P.O. Box 1497
Madison, WI 53701-1497
Tel: (608) 258-4203

State Bar No. 1055189
Alison E. Stites
State Bar No. 1104819
10 E. Doty Street, Suite 507
Madison, WI 53703
Telephone: (608) 960-7430
Facsimile: (608) 960-7460
dpoland@rathjewoodward.com
astites@rathjewoodward.com

*Liaison Counsel for Lead Plaintiffs
the Public School Teachers' Pension &
Retirement Fund of Chicago and
the Cambridge Retirement System and
the Class*

Fax: (608) 258-4258
mdlee@foley.com
kleroy@foley.com

*Attorneys for Defendants Spectrum
Brands Legacy, Inc., Spectrum Brands
Holdings, Inc., HRG Group, Inc., Andreas
R. Rouvé, Douglas L. Martin, and David
M. Maura*