**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| IN RE SPECTRUM BRANDS SECURITIES LITIGATION | No. 19-cv-347-jdp (consolidated with 19-cv-178-jdp)<br><br>Hon. James D. Peterson |

**DECLARATION OF RICHARD A. ROSEN**
**IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

RICHARD A. ROSEN declares as follows:

1.      I am a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019, attorneys for Defendants Spectrum Brands Holdings, Inc., Spectrum Brands Legacy, Inc., HRG Group, Inc., Andreas R. Rouvé, David M. Maura, and Douglas L. Martin (together, "Defendants").  I submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint.

2.      Attached hereto are true and correct copies of the following documents referenced in the Memorandum in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint:

Exhibit 1:      Chart summarizing Defendants' bases for dismissing claims as to each statement quoted in the Amended Complaint.

Exhibit 2:      Levi & Korsinsky, LLP, *Shareholder Alert*, Globe Newswire (Mar. 7, 2019).

Exhibit 3:      Rigrodsky & Long, P.A., *Shareholder Alert*, Globe Newswire (Mar. 27, 2019).

1

Exhibit 4:    *Bernstein Litowitz Berger & Grossmann LLP Announces Securities Class Action Suit Filed Against Spectrum Brands Holdings, Inc. and Certain of its Officers and Directors, Expanding Class Period Alleged in Related Action Notice of Class Action*, PR NewsWire (Apr. 30, 2019).

Exhibit 5:    Excerpts from Spectrum Brands Holdings, Inc., Earnings Conference Call Transcript for the Period Ended July 3, 2016 (dated July 28, 2016). Exhibit 5 is referenced in the Amended Complaint at paragraph 33, and incorporated by reference therein.

Exhibit 6:    Excerpts from Spectrum Brands Holdings, Inc., Annual Report for the Period Ended September 30, 2016 (Form 10-K) (filed Nov. 17, 2016). Exhibit 6 is referenced in the Amended Complaint at paragraph 275, and incorporated by reference therein.

Exhibit 7:    Excerpts from Spectrum Brands Holdings, Inc., Earnings Conference Call Transcript for the Period Ended January 1, 2017 (dated Jan. 26, 2017). Exhibit 7 is referenced in the Amended Complaint at paragraphs 43, 186, and 187, and incorporated by reference therein.

Exhibit 8:    Excerpts from Spectrum Brands Holdings, Inc., Company Conference Call Transcript (dated Mar. 7, 2017).  Exhibit 8 is referenced in the Amended Complaint at paragraphs 190–93, and incorporated by reference therein.

Exhibit 9:    Excerpts from Spectrum Brands Holdings, Inc., Earnings Conference Call Transcript for the Period Ended April 2, 2017 (dated May 2, 2017). Exhibit 9 is referenced in the Amended Complaint at paragraphs 194 and 195, and incorporated by reference therein.

Exhibit 10:  Excerpts from Spectrum Brands Holdings, Inc., Earnings Conference Call Presentation for the Period Ended April 2, 2017 (dated May 2, 2017). Exhibit 10 is referenced in the Amended Complaint at paragraphs 196–99, and incorporated by reference therein.

Exhibit 11:  Excerpts from Spectrum Brands Holdings, Inc., Earnings Conference Call Transcript for the Period Ended July 2, 2017 (dated July 27, 2017). Exhibit 11 is referenced in the Amended Complaint at paragraphs 46, 200–05, and 209–12, and incorporated by reference therein.

Exhibit 12:  Excerpts from Spectrum Brands Holdings, Inc., Annual Report for the Period Ended September 30, 2017 (Form 10-K) (filed Nov. 16, 2017). Exhibit 12 is referenced in the Amended Complaint at paragraph 275, and incorporated by reference therein.

Exhibit 13:  Excerpts from Spectrum Brands Holdings, Inc., Earnings Conference Call Transcript for the Period Ended September 30, 2017 (dated Nov. 16, 2017).  Exhibit 13 is referenced in the Amended Complaint at paragraphs 217–21 and 223, and incorporated by reference therein.

Exhibit 14:  Spectrum Brands Holdings, Inc., Current Report (Form 8-K) (filed Feb. 8, 2018).  Exhibit 14 is referenced in the Amended Complaint at paragraph 224, and incorporated by reference therein.

Exhibit 15:  Excerpts from Spectrum Brands Holdings, Inc., Earnings Conference Call Transcript for the Period Ended December 31, 2017 (dated Feb. 8, 2018). Exhibit 15 is referenced in the Amended Complaint at paragraphs 224–26 and 229–32, and incorporated by reference therein.

Exhibit 16:    Spectrum Brands Holdings, Inc., Current Report (Form 8-K) (filed Apr. 26, 2018).  Exhibit 16 is referenced in the Amended Complaint at paragraphs 51, 153, 154, 158, 237, 238, and 241–43, and incorporated by reference therein.

Exhibit 17:    Excerpts from Spectrum Brands Holdings, Inc., Earnings Conference Call Transcript for the Period Ended April 1, 2018 (dated Apr. 26, 2018). Exhibit 17 is referenced in the Amended Complaint at paragraphs 151–53, 156, and 157, and incorporated by reference therein.

Exhibit 18:    Excerpts from Spectrum Brands Holdings, Inc., Joint Proxy and Registration Statement (Schedule 14A / Form 424B) (filed June 12, 2018). Exhibit 18 is referenced in the Amended Complaint at paragraph 23, and incorporated by reference therein.

Exhibit 19:    Excerpts from Spectrum Brands Holdings, Inc., Quarterly Report for the Period Ended April 1, 2018 (Form 10-Q) (filed May 3, 2018).

Exhibit 20:    Spectrum Brands Holdings, Inc., Current Report (Form 8-K) (filed July 26, 2018).  Exhibit 20 is referenced in the Amended Complaint at paragraph 244, and incorporated by reference therein.

Exhibit 21:    Excerpts from Spectrum Brands Holdings, Inc., Earnings Conference Call Transcript for the Period Ended June 30, 2018 (dated July 26, 2018). Exhibit 21 is referenced in the Amended Complaint at paragraphs 169–74 and 245–50, and incorporated by reference therein.

Exhibit 22:    Excerpts from Spectrum Brands Holdings, Inc., Earnings Conference Call Transcript for the Period Ended September 30, 2018 (dated Nov. 19,

2018). Exhibit 22 is referenced in the Amended Complaint at paragraphs 181, 182, and 283–85, and incorporated by reference therein.

Exhibit 23:    Excerpt from Motion of the Public School Teachers' Pension & Retirement Fund of Chicago and the Cambridge Retirement System, ECF No. 3, No. 19-cv-347-jdp (May 6, 2019).

Exhibit 24:    Excerpts from Memorandum of Law in Support of the Motion for Appointment as Lead Plaintiff, Approval of Their Selection of Counsel, and Consolidation, ECF No. 4, No. 19-cv-347-jdp (May 6, 2019).

Exhibit 25:    Excerpts from Declaration of Douglas M. Poland in Support of the Motion for Appointment as Lead Plaintiff, Approval of Their Selection of Counsel, and Consolidation, ECF No. 5, No. 19-cv-347-jdp (May 6, 2019).

Exhibit 26:    Excerpts from Joint Declaration in Support of the Motion for Appointment as Lead Plaintiff, Approval of Their Selection of Counsel, and Consolidation, ECF No. 6, No. 19-cv-347-jdp (May 6, 2019).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2019

_____
Richard A. Rosen

5