**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| IN RE SPECTRUM BRANDS LITIGATION | ) | No. 19-cv-347-jdp |
| | ) | |
| | ) | |

---

**DECLARATION OF KATHERINE M. SINDERSON IN SUPPORT OF LEAD
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE
COMPLAINT**

---

RATHJE WOODWARD LLC
Douglas M. Poland
State Bar No. 1055189
10 E. Doty Street, Suite 507
Madison, Wisconsin 53703
Telephone: (608) 960-7430
Facsimile: (608) 960-7460
dpoland@rathjewoodward.com

*Liaison Counsel for Lead Plaintiffs The
Public School Teachers' Pension and
Retirement Fund of Chicago and the
Cambridge Retirement System
and the Class*

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
avi@blbglaw.com

-and-

Katherine M. Sinderson
Jai Chandrasekhar
Matthew Traylor
1251 Avenue of Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
KatieM@blbglaw.com
Jai@blbglaw.com
Matthew.Traylor@blbglaw.com

*Lead Counsel for Lead Plaintiffs The Public
School Teachers' Pension and Retirement
Fund of Chicago and the Cambridge
Retirement System
and the Class*

I, Katherine M. Sinderson, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a Partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"), Court-appointed Lead Counsel for Lead Plaintiffs the Public School Teachers' Pension and Retirement Fund of Chicago and the Cambridge Retirement System ("Lead Plaintiffs"). I respectfully submit this declaration in support of Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint.

2.      Attached as Exhibits 1 through 3 are true and correct copies of the following documents:

Exhibit 1:      A chart of the Statements Defendants Claim are Forward-Looking that are Either Partly or Entirely Present Statements;

Exhibit 2:      A chart of Spectrum Brands Holdings, Inc. 2013-2017 Form 10-K Risk Factors Cited by Defendants and excerpts from relevant Forms 10-K; and

Exhibit 3:      *In re HealthSouth Corp. Sec. Litig.*, CV-03-BE-1500-S (N.D. Ala. Feb. 4, 2009) - Order denying Defendants' Rule 12(c)   Motion for Judgment on Pleadings.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 11th day of October, 2019 in New York, New York.

*/s/ Katherine M. Sinderson*
**BERNSTEIN LITOWITZ BERGER**
**  & GROSSMANN LLP**
1251 Avenue of Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
KatieM@blbglaw.com