# EXHIBIT 5

**EXHIBIT 5**

*In re Spectrum Brands Securities Litigation*
No. 19-cv-347-jdp (W.D. Wis.)

**SUMMARY OF PLAINTIFFS' COUNSEL'S**
**LODESTAR AND EXPENSES**

| Ex. | FIRM | HOURS | LODESTAR | EXPENSES |
|-----|------|-------|----------|----------|
| 5A | Bernstein Litowitz Berger & Grossmann LLP | 3,671.75 | $2,005,371.25 | $229,968.26 |
| 5B | Stafford Rosenbaum LLP | 42.70 | $20,870.00 | $444.76 |
| | **TOTAL:** | **3,714.45** | **$2,026,241.25** | **$230,413.02** |