# Exhibit 9

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | |
|---|---|
| DAVID ROTH, On Behalf of Himself and All Others Similarly Situated, ) ) ) | Lead Case No. 04-C-6835 |
| Plaintiff, ) ) ) | CLASS ACTION |
| vs. ) ) ) | Judge Norgle<br>Magistrate Judge Denlow |
| AON CORPORATION, et al., ) ) ) ) | |
| Defendants. ) ) | |

## [PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES

THIS MATTER having come before the Court on November 17, 2009, on the motion of Lead Plaintiffs' counsel for an award of attorneys' fees and expenses; the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Litigation to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of August 21, 2009 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of 31% of the Settlement Fund and payment of expenses in an aggregate amount of $1,446,578.99 together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees shall be allocated by Lead Counsel in a manner which, in their good-faith judgment, reflects each counsel's contribution to the institution, prosecution, and resolution of the Litigation. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

- 1 -

4. The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid to Lead Counsel from the Settlement Fund immediately after the date this Order is executed subject to the terms, conditions, and obligations of the Stipulation, which terms, conditions, and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: _____ 11-18-09 _____

THE HONORABLE CHARLES R. NORGLE
UNITED STATES DISTRICT JUDGE

Submitted by:

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TOR GRONBORG
THOMAS E. EGLER
JEFFREY D. LIGHT
DEBRA J. WYMAN
JESSICA T. SHINNEFIELD


              s/Jeffrey D. Light
              JEFFREY D. LIGHT

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SARAH R. HOLLOWAY
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

LASKY & RIFKIND, LTD.
NORMAN RIFKIND
LEIGH LASKY
AMELIA S. NEWTON
350 North LaSalle Street, Suite 1320
Chicago, IL 60610
Telephone: 312/634-0057
312/634-0059 (fax)

Liaison Counsel

VANOVERBEKE MICHAUD &
TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiffs

S:\Settlement\Aon 04.set\ORD FEE 00062968.doc

Case: 3:19-cv-00178-jdp Document #: 79-11 Filed: 12/24/20 Page 6 of 7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| DAVID ROTH, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | Lead Case No. 04-C-6835 |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | Judge Norgle Magistrate Judge Denlow |
| AON CORPORATION, et al., | ) ) | |
| Defendants. | ) ) ) ) | |

**LEAD PLAINTIFFS' COUNSEL'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

## I.  INTRODUCTION

Lead Plaintiffs' counsel have succeeded in obtaining a $30 million cash Settlement Fund for the benefit of the Class.[1]  This is a highly favorable result in the face of great risk and is a credit to Lead Plaintiffs' counsel's vigorous, persistent and skilled efforts who now respectfully move this Court for an award of attorneys' fees in the amount of 31% of the Settlement Fund plus payment of their litigation expenses incurred in prosecuting this Litigation of $1,446,578.99, plus interest on both amounts.[2]

The requested fee is well within the range of percentages awarded in class actions in this District and Circuit, as well as numerous decisions throughout the country, and is the appropriate method of compensating counsel.[3]  The amount requested is especially warranted in light of the substantial recovery obtained for the Class, the extensive efforts of counsel in obtaining this outstanding result, and the significant risks in bringing and prosecuting this Litigation.  Moreover, Lead Plaintiffs who were actively involved in the Litigation approve of counsel's fee request.  While the Litigation had reached an advanced stage, absent this settlement, continued litigation through summary judgment, trial and appeals would have likely taken several more years at considerable expense without the Class receiving the benefits of the settlement, thus creating the very real risk that the Class would ultimately receive less, or even no recovery.

---

[1]  Submitted herewith in support of approval of the proposed settlement is Lead Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds ("Settlement Brief").

[2]  All terms used herein are defined in the Stipulation of Settlement dated as of August 21, 2009 (the "Stipulation") unless otherwise indicated.

[3]  Attached hereto as Appendix A is a listing of cases where courts in class actions in this Circuit and other circuits have awarded fees of 30% or more of the settlement amount.

- 1 -