# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

|  | ) |  |
|---|---|---|
|  | ) |  |
| IN RE SPECTRUM BRANDS SECURITIES LITIGATION | ) | No. 19-cv-347-jdp |
|  | ) |  |
|  | ) |  |

## CERTIFICATION OF SERVICE

RICHARD A. BODNAR, of full age, hereby certifies as follows:

1.      I am Senior Counsel at Rolnick Kramer Sadighi LLP and counsel to Objectors Jet Capital Master Fund LP, Jet Capital SRM Master Fund LP, and Walleye Investments Fund (collectively, the "Jet Capital Funds," and hereinafter, "Jet").

2.      On January 8, 2021, I caused a copy of (i) Jet's Objection to Plan of Allocation; and (ii) Declaration of Richard A. Bodnar in Support of Objection to Plan of Allocation and accompanying exhibits to be served on all counsel of record by filing these documents through the ECF system and via hand delivery to the following:

Bernstein Litowitz Berger & Grossmann LLP
Katherine M. Sinderson, Esq.
1251 Avenue of the Americas, 44th Floor
New York, NY 10020

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Richard A. Rosen, Esq.
1285 Avenue of the Americas
New York, NY 10019-6064

Dated: January 8, 2021

/s/ Richard A. Bodnar
Richard A. Bodnar
**ROLNICK KRAMER SADIGHI LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel. 212.597.2800