Jet Capital Funds

| Entity | Date | Security | Qnty | Price |
|---|---|---|---|---|
| Jet Capital Master Fund LP | 2/7/2017 | HRG | 126,241 | 17.28 |
| Jet Capital Master Fund LP | 2/8/2017 | HRG | 126,241 | 17.33 |
| Jet Capital Master Fund LP | 2/9/2017 | HRG | 126,241 | 17.38 |
| Jet Capital Master Fund LP | 2/10/2017 | HRG | 126,241 | 17.32 |
| Jet Capital Master Fund LP | 2/13/2017 | HRG | 126,241 | 17.42 |
| Jet Capital Master Fund LP | 2/14/2017 | HRG | 126,241 | 17.41 |
| Jet Capital Master Fund LP | 2/15/2017 | HRG | 126,241 | 17.64 |
| Jet Capital Master Fund LP | 2/16/2017 | HRG | 126,241 | 17.58 |
| Jet Capital Master Fund LP | 2/21/2017 | HRG | 126,241 | 18.08 |
| Jet Capital Master Fund LP | 2/23/2017 | HRG | 126,241 | 18.36 |
| Jet Capital Master Fund LP | 2/24/2017 | HRG | 126,241 | 18.32 |
| Jet Capital Master Fund LP | 2/27/2017 | HRG | 126,241 | 18.39 |
| Jet Capital Master Fund LP | 2/28/2017 | HRG | 84,161 | 18.34 |
| Jet Capital Master Fund LP | 3/7/2017 | HRG | 84,348 | 18.65 |
| Jet Capital Master Fund LP | 3/15/2017 | HRG | 84,348 | 18.95 |
| Jet Capital Master Fund LP | 3/16/2017 | HRG | 84,348 | 19.36 |
| Jet Capital Master Fund LP | 3/17/2017 | HRG | 79,986 | 19.43 |
| Jet Capital Master Fund LP | 3/17/2017 | HRG | 4,210 | 19.45 |
| Jet Capital Master Fund LP | 3/23/2017 | HRG | 84,348 | 19.09 |
| Jet Capital Master Fund LP | 3/29/2017 | HRG | 42,174 | 19.28 |
| Jet Capital Master Fund LP | 3/30/2017 | HRG | 42,310 | 19.24 |
| Jet Capital Master Fund LP | 4/3/2017 | HRG | 105,335 | 19.42 |
| Jet Capital Master Fund LP | 4/4/2017 | HRG | 41,124 | 19.44 |
| Jet Capital Master Fund LP | 4/7/2017 | HRG | 106,178 | 19.53 |
| Jet Capital Master Fund LP | 4/13/2017 | HRG | 84,268 | 19.50 |
| Jet Capital Master Fund LP | 4/18/2017 | HRG | 147,469 | 19.61 |
| Jet Capital Master Fund LP | 4/19/2017 | HRG | 42,135 | 19.61 |
| Jet Capital Master Fund LP | 4/19/2017 | HRG | 210,670 | 19.56 |
| Jet Capital Master Fund LP | 4/24/2017 | HRG | 92,696 | 19.85 |
| Jet Capital Master Fund LP | 4/24/2017 | HRG | 117,976 | 19.73 |
| Jet Capital Master Fund LP | 5/12/2017 | HRG | 84,301 | 17.85 |
| Jet Capital Master Fund LP | 5/15/2017 | HRG | 42,150 | 17.96 |
| Jet Capital Master Fund LP | 5/16/2017 | HRG | 168,601 | 17.89 |
| Jet Capital Master Fund LP | 5/30/2017 | HRG | 21,075 | 18.68 |
| Jet Capital Master Fund LP | 5/31/2017 | HRG | 5,794 | 18.88 |
| Jet Capital Master Fund LP | 5/31/2017 | HRG | 36,320 | 18.88 |
| Jet Capital Master Fund LP | 6/9/2017 | HRG | 21,050 | 19.38 |
| Jet Capital Master Fund LP | 6/13/2017 | HRG | 19,703 | 18.97 |
| Jet Capital Master Fund LP | 8/4/2017 | HRG | -24,854 | 16.29 |
| Jet Capital Master Fund LP | 8/4/2017 | HRG | -143,336 | 16.29 |
| Jet Capital Master Fund LP | 8/11/2017 | HRG | 2,854 | 15.95 |
| Jet Capital Master Fund LP | 9/11/2017 | HRG | 83,909 | 15.26 |
| Jet Capital Master Fund LP | 9/13/2017 | HRG | 22,185 | 15.40 |
| Jet Capital Master Fund LP | 9/26/2017 | HRG | 83,909 | 15.40 |
| Jet Capital Master Fund LP | 9/26/2017 | HRG | 83,909 | 15.55 |
| Jet Capital Master Fund LP | 9/27/2017 | HRG | 136,925 | 15.59 |



**EXHIBIT**

F

Jet Capital Funds

| Entity | Date | Security | Qnty | Price |
|---|---|---|---|---|
| Jet Capital Master Fund LP | 9/29/2017 | HRG | 41,954 | 15.58 |
| Jet Capital Master Fund LP | 10/2/2017 | HRG | 41,819 | 15.39 |
| Jet Capital Master Fund LP | 10/16/2017 | HRG | 90,974 | 15.98 |
| Jet Capital Master Fund LP | 10/17/2017 | HRG | 2,611 | 16.30 |
| Jet Capital Master Fund LP | 10/20/2017 | HRG | 90,974 | 16.22 |
| Jet Capital Master Fund LP | 10/23/2017 | HRG | 64,591 | 15.95 |
| Jet Capital Master Fund LP | 10/24/2017 | HRG | 12,365 | 16.01 |
| Jet Capital Master Fund LP | 10/24/2017 | HRG | 75,194 | 16.01 |
| Jet Capital Master Fund LP | 10/25/2017 | HRG | 64,591 | 15.80 |
| Jet Capital Master Fund LP | 10/26/2017 | HRG | 64,594 | 15.96 |
| Jet Capital Master Fund LP | 10/27/2017 | HRG | 64,594 | 15.87 |
| Jet Capital Master Fund LP | 10/31/2017 | HRG | 56,903 | 16.22 |
| Jet Capital Master Fund LP | 10/31/2017 | HRG | 8,871 | 16.22 |
| Jet Capital Master Fund LP | 11/8/2017 | HRG | 3,091 | 14.85 |
| Jet Capital Master Fund LP | 11/9/2017 | HRG | 12,584 | 14.87 |
| Jet Capital Master Fund LP | 11/13/2017 | HRG | 29,773 | 15.03 |
| Jet Capital Master Fund LP | 11/15/2017 | HRG | 6,248 | 14.38 |
| Jet Capital Master Fund LP | 11/15/2017 | HRG | 39,349 | 14.38 |
| Jet Capital Master Fund LP | 11/16/2017 | HRG | 45,448 | 15.52 |
| Jet Capital Master Fund LP | 11/30/2017 | HRG | -26,576 | 17.35 |
| Jet Capital Master Fund LP | 11/30/2017 | HRG | -155,808 | 17.35 |
| Jet Capital Master Fund LP | 12/1/2017 | HRG | -26,576 | 17.18 |
| Jet Capital Master Fund LP | 12/1/2017 | HRG | -155,808 | 17.18 |
| Jet Capital Master Fund LP | 12/6/2017 | HRG | -53,153 | 17.05 |
| Jet Capital Master Fund LP | 12/6/2017 | HRG | -311,615 | 17.05 |
| Jet Capital Master Fund LP | 12/14/2017 | HRG | -77,904 | 16.60 |
| Jet Capital Master Fund LP | 12/14/2017 | HRG | -13,288 | 16.60 |
| Jet Capital Master Fund LP | 12/15/2017 | HRG | -13,288 | 16.57 |
| Jet Capital Master Fund LP | 12/15/2017 | HRG | -77,904 | 16.57 |
| Jet Capital Master Fund LP | 12/18/2017 | HRG | -77,904 | 16.56 |
| Jet Capital Master Fund LP | 12/18/2017 | HRG | -13,288 | 16.56 |
| Jet Capital Master Fund LP | 12/19/2017 | HRG | -26,577 | 16.41 |
| Jet Capital Master Fund LP | 12/19/2017 | HRG | -155,807 | 16.41 |
| Jet Capital Master Fund LP | 1/22/2018 | HRG | 271,761 | 18.85 |
| Jet Capital Master Fund LP | 1/26/2018 | HRG | 45,294 | 18.63 |
| Jet Capital Master Fund LP | 2/6/2018 | HRG | 90,540 | 16.95 |
| Jet Capital Master Fund LP | 2/14/2018 | HRG | 90,540 | 15.99 |
| Jet Capital Master Fund LP | 2/16/2018 | HRG | 38,703 | 15.86 |
| Jet Capital Master Fund LP | 2/16/2018 | HRG | 6,852 | 15.86 |
| Jet Capital Master Fund LP | 2/20/2018 | HRG | 90,540 | 15.77 |
| Jet Capital Master Fund LP | 2/22/2018 | HRG | 90,540 | 15.86 |
| Jet Capital Master Fund LP | 4/26/2018 | HRG | -39,264 | 9.95 |
| Jet Capital Master Fund LP | 4/26/2018 | HRG | -233,991 | 9.95 |
| Jet Capital Master Fund LP | 4/30/2018 | HRG | -1,949,921 | 11.17 |
| Jet Capital Master Fund LP | 4/30/2018 | HRG | -327,198 | 11.17 |
| Jet Capital Master Fund LP | 5/1/2018 | HRG | -506,980 | 11.40 |

Jet Capital Funds

| Entity | Date | Security | Qnty | Price |
|---|---|---|---|---|
| Jet Capital Master Fund LP | 5/1/2018 | HRG | -85,072 | 11.40 |
| Jet Capital Master Fund LP | 5/3/2018 | HRG | -77,997 | 11.26 |
| Jet Capital Master Fund LP | 5/3/2018 | HRG | -13,088 | 11.26 |
| Jet Capital Master Fund LP | 5/8/2018 | HRG | -155,994 | 11.25 |
| Jet Capital Master Fund LP | 5/8/2018 | HRG | -26,176 | 11.25 |
| Jet Capital Master Fund LP | 5/14/2018 | HRG | -58,498 | 11.78 |
| Jet Capital Master Fund LP | 5/14/2018 | HRG | -9,816 | 11.78 |
| Jet Capital Master Fund LP | 5/15/2018 | HRG | -194,992 | 11.49 |
| Jet Capital Master Fund LP | 5/15/2018 | HRG | -32,720 | 11.49 |
| Jet Capital Master Fund LP | 5/16/2018 | HRG | -292,487 | 11.87 |
| Jet Capital Master Fund LP | 5/16/2018 | HRG | -49,079 | 11.87 |
| JET CAPITAL SRM MASTER FUND LP | 2/7/2017 | HRG | 11,538 | 17.28 |
| JET CAPITAL SRM MASTER FUND LP | 2/8/2017 | HRG | 11,538 | 17.33 |
| JET CAPITAL SRM MASTER FUND LP | 2/9/2017 | HRG | 11,538 | 17.38 |
| JET CAPITAL SRM MASTER FUND LP | 2/10/2017 | HRG | 11,538 | 17.32 |
| JET CAPITAL SRM MASTER FUND LP | 2/13/2017 | HRG | 11,538 | 17.42 |
| JET CAPITAL SRM MASTER FUND LP | 2/14/2017 | HRG | 11,538 | 17.41 |
| JET CAPITAL SRM MASTER FUND LP | 2/15/2017 | HRG | 11,538 | 17.64 |
| JET CAPITAL SRM MASTER FUND LP | 2/16/2017 | HRG | 11,538 | 17.58 |
| JET CAPITAL SRM MASTER FUND LP | 2/21/2017 | HRG | 11,538 | 18.08 |
| JET CAPITAL SRM MASTER FUND LP | 2/23/2017 | HRG | 11,538 | 18.36 |
| JET CAPITAL SRM MASTER FUND LP | 2/24/2017 | HRG | 11,538 | 18.32 |
| JET CAPITAL SRM MASTER FUND LP | 2/27/2017 | HRG | 11,538 | 18.39 |
| JET CAPITAL SRM MASTER FUND LP | 2/28/2017 | HRG | 7,692 | 18.34 |
| JET CAPITAL SRM MASTER FUND LP | 3/1/2017 | HRG | -246 | 18.39 |
| JET CAPITAL SRM MASTER FUND LP | 3/7/2017 | HRG | 7,696 | 18.65 |
| JET CAPITAL SRM MASTER FUND LP | 3/15/2017 | HRG | 7,696 | 18.95 |
| JET CAPITAL SRM MASTER FUND LP | 3/16/2017 | HRG | 7,696 | 19.36 |
| JET CAPITAL SRM MASTER FUND LP | 3/17/2017 | HRG | 7,298 | 19.43 |
| JET CAPITAL SRM MASTER FUND LP | 3/17/2017 | HRG | 384 | 19.45 |
| JET CAPITAL SRM MASTER FUND LP | 3/23/2017 | HRG | 7,696 | 19.09 |
| JET CAPITAL SRM MASTER FUND LP | 3/29/2017 | HRG | 3,848 | 19.28 |
| JET CAPITAL SRM MASTER FUND LP | 3/30/2017 | HRG | 3,860 | 19.24 |
| JET CAPITAL SRM MASTER FUND LP | 4/3/2017 | HRG | 199 | 19.40 |
| JET CAPITAL SRM MASTER FUND LP | 4/3/2017 | HRG | 9,621 | 19.42 |
| JET CAPITAL SRM MASTER FUND LP | 4/4/2017 | HRG | 3,756 | 19.44 |
| JET CAPITAL SRM MASTER FUND LP | 4/7/2017 | HRG | 9,698 | 19.53 |
| JET CAPITAL SRM MASTER FUND LP | 4/13/2017 | HRG | 7,697 | 19.50 |
| JET CAPITAL SRM MASTER FUND LP | 4/18/2017 | HRG | 13,469 | 19.61 |
| JET CAPITAL SRM MASTER FUND LP | 4/19/2017 | HRG | 19,242 | 19.56 |
| JET CAPITAL SRM MASTER FUND LP | 4/19/2017 | HRG | 3,848 | 19.61 |
| JET CAPITAL SRM MASTER FUND LP | 4/24/2017 | HRG | 10,775 | 19.73 |
| JET CAPITAL SRM MASTER FUND LP | 4/24/2017 | HRG | 8,466 | 19.85 |
| JET CAPITAL SRM MASTER FUND LP | 5/12/2017 | HRG | 7,700 | 17.85 |
| JET CAPITAL SRM MASTER FUND LP | 5/15/2017 | HRG | 3,850 | 17.96 |
| JET CAPITAL SRM MASTER FUND LP | 5/16/2017 | HRG | 15,399 | 17.89 |

Jet Capital Funds

| Entity | Date | Security | Qnty | Price |
|---|---|---|---|---|
| JET CAPITAL SRM MASTER FUND LP | 5/30/2017 | HRG | 1,925 | 18.68 |
| JET CAPITAL SRM MASTER FUND LP | 5/31/2017 | HRG | 3,847 | 18.88 |
| JET CAPITAL SRM MASTER FUND LP | 6/1/2017 | HRG | 1,600 | 18.98 |
| JET CAPITAL SRM MASTER FUND LP | 6/9/2017 | HRG | 1,933 | 19.38 |
| JET CAPITAL SRM MASTER FUND LP | 6/13/2017 | HRG | 1,809 | 18.97 |
| JET CAPITAL SRM MASTER FUND LP | 7/5/2017 | HRG | 4,852 | 17.74 |
| JET CAPITAL SRM MASTER FUND LP | 8/4/2017 | HRG | -15,677 | 16.29 |
| JET CAPITAL SRM MASTER FUND LP | 8/11/2017 | HRG | 266 | 15.95 |
| JET CAPITAL SRM MASTER FUND LP | 9/1/2017 | HRG | 2,124 | 15.84 |
| JET CAPITAL SRM MASTER FUND LP | 9/11/2017 | HRG | 7,875 | 15.26 |
| JET CAPITAL SRM MASTER FUND LP | 9/13/2017 | HRG | 2,082 | 15.40 |
| JET CAPITAL SRM MASTER FUND LP | 9/26/2017 | HRG | 7,875 | 15.40 |
| JET CAPITAL SRM MASTER FUND LP | 9/26/2017 | HRG | 7,875 | 15.55 |
| JET CAPITAL SRM MASTER FUND LP | 9/27/2017 | HRG | 12,851 | 15.59 |
| JET CAPITAL SRM MASTER FUND LP | 9/29/2017 | HRG | 3,938 | 15.58 |
| JET CAPITAL SRM MASTER FUND LP | 10/2/2017 | HRG | 4,022 | 15.39 |
| JET CAPITAL SRM MASTER FUND LP | 10/23/2017 | HRG | -70,999 | 15.96 |
| JET CAPITAL SRM MASTER FUND LP | 10/24/2017 | HRG | -70,998 | 15.96 |
| JET CAPITAL SRM MASTER FUND LP | 10/25/2017 | HRG | -70,992 | 15.79 |
| JET CAPITAL SRM MASTER FUND LP | 10/26/2017 | HRG | -71,002 | 15.95 |
| JET CAPITAL SRM MASTER FUND LP | 10/27/2017 | HRG | -71,002 | 15.86 |
| WALLEYE INVESTMENTS FUND | 2/7/2017 | HRG | 5,032 | 17.28 |
| WALLEYE INVESTMENTS FUND | 2/8/2017 | HRG | 5,032 | 17.33 |
| WALLEYE INVESTMENTS FUND | 2/9/2017 | HRG | 5,032 | 17.38 |
| WALLEYE INVESTMENTS FUND | 2/10/2017 | HRG | 5,032 | 17.32 |
| WALLEYE INVESTMENTS FUND | 2/13/2017 | HRG | 5,032 | 17.42 |
| WALLEYE INVESTMENTS FUND | 2/14/2017 | HRG | 5,032 | 17.41 |
| WALLEYE INVESTMENTS FUND | 2/15/2017 | HRG | 5,032 | 17.64 |
| WALLEYE INVESTMENTS FUND | 2/16/2017 | HRG | 5,032 | 17.58 |
| WALLEYE INVESTMENTS FUND | 2/21/2017 | HRG | 5,032 | 18.08 |
| WALLEYE INVESTMENTS FUND | 2/23/2017 | HRG | 5,032 | 18.36 |
| WALLEYE INVESTMENTS FUND | 2/24/2017 | HRG | 5,032 | 18.32 |
| WALLEYE INVESTMENTS FUND | 2/27/2017 | HRG | 5,032 | 18.39 |
| WALLEYE INVESTMENTS FUND | 2/28/2017 | HRG | 3,354 | 18.34 |
| WALLEYE INVESTMENTS FUND | 3/7/2017 | HRG | 3,276 | 18.65 |
| WALLEYE INVESTMENTS FUND | 3/15/2017 | HRG | 3,276 | 18.95 |
| WALLEYE INVESTMENTS FUND | 3/16/2017 | HRG | 3,276 | 19.36 |
| WALLEYE INVESTMENTS FUND | 3/17/2017 | HRG | 3,177 | 19.43 |
| WALLEYE INVESTMENTS FUND | 3/17/2017 | HRG | 167 | 19.45 |
| WALLEYE INVESTMENTS FUND | 3/23/2017 | HRG | 3,276 | 19.09 |
| WALLEYE INVESTMENTS FUND | 3/29/2017 | HRG | 1,638 | 19.28 |
| WALLEYE INVESTMENTS FUND | 3/30/2017 | HRG | 1,678 | 19.24 |
| WALLEYE INVESTMENTS FUND | 4/3/2017 | HRG | 4,136 | 19.42 |
| WALLEYE INVESTMENTS FUND | 4/4/2017 | HRG | 1,614 | 19.44 |
| WALLEYE INVESTMENTS FUND | 4/7/2017 | HRG | 4,168 | 19.53 |
| WALLEYE INVESTMENTS FUND | 4/13/2017 | HRG | 3,308 | 19.50 |

Jet Capital Funds

| Entity | Date | Security | Qnty | Price |
|---|---|---|---|---|
| WALLEYE INVESTMENTS FUND | 4/18/2017 | HRG | 5,790 | 19.61 |
| WALLEYE INVESTMENTS FUND | 4/19/2017 | HRG | 8,271 | 19.56 |
| WALLEYE INVESTMENTS FUND | 4/19/2017 | HRG | 1,654 | 19.61 |
| WALLEYE INVESTMENTS FUND | 4/24/2017 | HRG | 4,632 | 19.73 |
| WALLEYE INVESTMENTS FUND | 4/24/2017 | HRG | 3,639 | 19.85 |
| WALLEYE INVESTMENTS FUND | 5/12/2017 | HRG | 3,293 | 17.85 |
| WALLEYE INVESTMENTS FUND | 5/15/2017 | HRG | 1,647 | 17.96 |
| WALLEYE INVESTMENTS FUND | 5/16/2017 | HRG | 6,588 | 17.89 |
| WALLEYE INVESTMENTS FUND | 5/30/2017 | HRG | 824 | 18.68 |
| WALLEYE INVESTMENTS FUND | 5/31/2017 | HRG | 1,663 | 18.88 |
| WALLEYE INVESTMENTS FUND | 6/9/2017 | HRG | 830 | 19.38 |
| WALLEYE INVESTMENTS FUND | 6/13/2017 | HRG | 777 | 18.97 |
| WALLEYE INVESTMENTS FUND | 8/4/2017 | HRG | -6,643 | 16.29 |
| WALLEYE INVESTMENTS FUND | 8/11/2017 | HRG | 115 | 15.95 |
| WALLEYE INVESTMENTS FUND | 9/11/2017 | HRG | 3,383 | 15.26 |
| WALLEYE INVESTMENTS FUND | 9/13/2017 | HRG | 895 | 15.40 |
| WALLEYE INVESTMENTS FUND | 9/26/2017 | HRG | 3,383 | 15.40 |
| WALLEYE INVESTMENTS FUND | 9/26/2017 | HRG | 3,383 | 15.55 |
| WALLEYE INVESTMENTS FUND | 9/27/2017 | HRG | 5,521 | 15.59 |
| WALLEYE INVESTMENTS FUND | 9/29/2017 | HRG | 1,691 | 15.58 |
| WALLEYE INVESTMENTS FUND | 10/2/2017 | HRG | 1,712 | 15.39 |
| WALLEYE INVESTMENTS FUND | 10/16/2017 | HRG | 3,716 | 15.98 |
| WALLEYE INVESTMENTS FUND | 10/17/2017 | HRG | 107 | 16.30 |
| WALLEYE INVESTMENTS FUND | 10/20/2017 | HRG | 3,716 | 16.22 |
| WALLEYE INVESTMENTS FUND | 10/23/2017 | HRG | 2,638 | 15.95 |
| WALLEYE INVESTMENTS FUND | 10/24/2017 | HRG | 3,475 | 16.01 |
| WALLEYE INVESTMENTS FUND | 10/25/2017 | HRG | 2,638 | 15.80 |
| WALLEYE INVESTMENTS FUND | 10/26/2017 | HRG | 2,638 | 15.96 |
| WALLEYE INVESTMENTS FUND | 10/27/2017 | HRG | 2,638 | 15.87 |
| WALLEYE INVESTMENTS FUND | 10/31/2017 | HRG | 2,614 | 16.22 |
| WALLEYE INVESTMENTS FUND | 11/8/2017 | HRG | 128 | 14.85 |
| WALLEYE INVESTMENTS FUND | 11/9/2017 | HRG | 519 | 14.87 |
| WALLEYE INVESTMENTS FUND | 11/13/2017 | HRG | 1,228 | 15.03 |
| WALLEYE INVESTMENTS FUND | 11/15/2017 | HRG | 1,813 | 14.38 |
| WALLEYE INVESTMENTS FUND | 11/16/2017 | HRG | 1,874 | 15.52 |
| WALLEYE INVESTMENTS FUND | 11/30/2017 | HRG | -7,253 | 17.35 |
| WALLEYE INVESTMENTS FUND | 12/1/2017 | HRG | -7,253 | 17.18 |
| WALLEYE INVESTMENTS FUND | 12/6/2017 | HRG | -14,506 | 17.05 |
| WALLEYE INVESTMENTS FUND | 12/14/2017 | HRG | -3,627 | 16.60 |
| WALLEYE INVESTMENTS FUND | 12/15/2017 | HRG | -3,627 | 16.57 |
| WALLEYE INVESTMENTS FUND | 12/18/2017 | HRG | -3,627 | 16.56 |
| WALLEYE INVESTMENTS FUND | 12/19/2017 | HRG | -7,253 | 16.41 |
| WALLEYE INVESTMENTS FUND | 1/22/2018 | HRG | 11,628 | 18.85 |
| WALLEYE INVESTMENTS FUND | 1/26/2018 | HRG | 1,937 | 18.63 |
| WALLEYE INVESTMENTS FUND | 2/6/2018 | HRG | 3,895 | 16.95 |
| WALLEYE INVESTMENTS FUND | 2/14/2018 | HRG | 3,895 | 15.99 |

Jet Capital Funds

| Entity | Date | Security | Qnty | Price |
|---|---|---|---|---|
| WALLEYE INVESTMENTS FUND | 2/16/2018 | HRG | 1,830 | 15.86 |
| WALLEYE INVESTMENTS FUND | 2/20/2018 | HRG | 3,895 | 15.77 |
| WALLEYE INVESTMENTS FUND | 2/22/2018 | HRG | 3,895 | 15.86 |
| WALLEYE INVESTMENTS FUND | 4/26/2018 | HRG | -11,012 | 9.95 |
| WALLEYE INVESTMENTS FUND | 4/30/2018 | HRG | -91,768 | 11.17 |
| WALLEYE INVESTMENTS FUND | 5/1/2018 | HRG | -23,859 | 11.40 |
| WALLEYE INVESTMENTS FUND | 5/3/2018 | HRG | -3,670 | 11.26 |
| WALLEYE INVESTMENTS FUND | 5/8/2018 | HRG | -7,341 | 11.25 |
| WALLEYE INVESTMENTS FUND | 5/14/2018 | HRG | -2,753 | 11.78 |
| WALLEYE INVESTMENTS FUND | 5/15/2018 | HRG | -9,177 | 11.49 |
| WALLEYE INVESTMENTS FUND | 5/16/2018 | HRG | -13,767 | 11.87 |
| Jet Capital Master Fund LP | 2/7/2017 | Old Spectrum | -21,462 | 132.68 |
| Jet Capital Master Fund LP | 2/8/2017 | Old Spectrum | -21,462 | 133.01 |
| Jet Capital Master Fund LP | 2/9/2017 | Old Spectrum | -21,462 | 132.91 |
| Jet Capital Master Fund LP | 2/10/2017 | Old Spectrum | -21,462 | 133.64 |
| Jet Capital Master Fund LP | 2/13/2017 | Old Spectrum | -21,462 | 133.64 |
| Jet Capital Master Fund LP | 2/14/2017 | Old Spectrum | -21,462 | 133.29 |
| Jet Capital Master Fund LP | 2/15/2017 | Old Spectrum | -21,462 | 133.99 |
| Jet Capital Master Fund LP | 2/16/2017 | Old Spectrum | -21,462 | 133.29 |
| Jet Capital Master Fund LP | 2/21/2017 | Old Spectrum | -21,462 | 134.09 |
| Jet Capital Master Fund LP | 2/23/2017 | Old Spectrum | -21,462 | 136.82 |
| Jet Capital Master Fund LP | 2/27/2017 | Old Spectrum | -21,462 | 136.79 |
| Jet Capital Master Fund LP | 2/28/2017 | Old Spectrum | -14,307 | 136.05 |
| Jet Capital Master Fund LP | 3/7/2017 | Old Spectrum | -14,424 | 137.84 |
| Jet Capital Master Fund LP | 3/23/2017 | Old Spectrum | -11,537 | 140.69 |
| Jet Capital Master Fund LP | 4/13/2017 | Old Spectrum | -8,427 | 140.31 |
| Jet Capital Master Fund LP | 4/18/2017 | Old Spectrum | -14,747 | 141.50 |
| Jet Capital Master Fund LP | 4/19/2017 | Old Spectrum | -14,747 | 142.41 |
| Jet Capital Master Fund LP | 4/24/2017 | Old Spectrum | -21,067 | 144.74 |
| Jet Capital Master Fund LP | 5/12/2017 | Old Spectrum | -8,430 | 129.14 |
| Jet Capital Master Fund LP | 5/15/2017 | Old Spectrum | -4,215 | 130.85 |
| Jet Capital Master Fund LP | 5/16/2017 | Old Spectrum | -16,860 | 129.34 |
| Jet Capital Master Fund LP | 5/18/2017 | Old Spectrum | 14,216 | 129.24 |
| Jet Capital Master Fund LP | 5/18/2017 | Old Spectrum | 2,626 | 129.24 |
| Jet Capital Master Fund LP | 5/19/2017 | Old Spectrum | 2,626 | 130.57 |
| Jet Capital Master Fund LP | 5/19/2017 | Old Spectrum | 14,216 | 130.57 |
| Jet Capital Master Fund LP | 5/25/2017 | Old Spectrum | -5,252 | 133.05 |
| Jet Capital Master Fund LP | 5/25/2017 | Old Spectrum | -28,430 | 133.05 |
| Jet Capital Master Fund LP | 5/26/2017 | Old Spectrum | -1,707 | 131.73 |
| Jet Capital Master Fund LP | 5/26/2017 | Old Spectrum | -9,240 | 131.73 |
| Jet Capital Master Fund LP | 5/31/2017 | Old Spectrum | -14,216 | 133.94 |
| Jet Capital Master Fund LP | 5/31/2017 | Old Spectrum | -2,626 | 133.94 |
| Jet Capital Master Fund LP | 6/1/2017 | Old Spectrum | -12,630 | 136.97 |
| Jet Capital Master Fund LP | 6/21/2017 | Old Spectrum | -3,180 | 128.95 |
| Jet Capital Master Fund LP | 6/21/2017 | Old Spectrum | -17,868 | 128.95 |
| Jet Capital Master Fund LP | 7/27/2017 | Old Spectrum | 6,351 | 118.56 |

Jet Capital Funds

| Entity | Date | Security | Qnty | Price |
|---|---|---|---|---|
| Jet Capital Master Fund LP | 7/27/2017 | Old Spectrum | 35,687 | 118.56 |
| Jet Capital Master Fund LP | 7/31/2017 | Old Spectrum | 1,270 | 115.68 |
| Jet Capital Master Fund LP | 7/31/2017 | Old Spectrum | 7,137 | 115.68 |
| Jet Capital Master Fund LP | 8/1/2017 | Old Spectrum | 42,824 | 115.72 |
| Jet Capital Master Fund LP | 8/1/2017 | Old Spectrum | 7,621 | 115.72 |
| Jet Capital Master Fund LP | 8/2/2017 | Old Spectrum | 26,408 | 112.95 |
| Jet Capital Master Fund LP | 8/2/2017 | Old Spectrum | 4,699 | 112.95 |
| Jet Capital Master Fund LP | 8/3/2017 | Old Spectrum | 2,540 | 112.12 |
| Jet Capital Master Fund LP | 8/3/2017 | Old Spectrum | 14,275 | 112.12 |
| Jet Capital Master Fund LP | 8/16/2017 | Old Spectrum | 7,137 | 109.47 |
| Jet Capital Master Fund LP | 8/16/2017 | Old Spectrum | 1,270 | 109.47 |
| Jet Capital Master Fund LP | 8/17/2017 | Old Spectrum | 28,550 | 108.75 |
| Jet Capital Master Fund LP | 8/17/2017 | Old Spectrum | 5,080 | 108.75 |
| Jet Capital Master Fund LP | 8/28/2017 | Old Spectrum | 7,137 | 107.26 |
| Jet Capital Master Fund LP | 8/28/2017 | Old Spectrum | 1,270 | 107.26 |
| Jet Capital Master Fund LP | 9/1/2017 | Old Spectrum | 7,134 | 110.73 |
| Jet Capital Master Fund LP | 9/1/2017 | Old Spectrum | 1,269 | 110.73 |
| Jet Capital Master Fund LP | 9/26/2017 | Old Spectrum | -20,642 | 104.77 |
| Jet Capital Master Fund LP | 9/26/2017 | Old Spectrum | -2,853 | 103.51 |
| Jet Capital Master Fund LP | 9/27/2017 | Old Spectrum | -40,178 | 105.12 |
| Jet Capital Master Fund LP | 9/28/2017 | Old Spectrum | -13,809 | 105.57 |
| Jet Capital Master Fund LP | 9/28/2017 | Old Spectrum | -2,989 | 105.57 |
| Jet Capital Master Fund LP | 9/28/2017 | Old Spectrum | -4,205 | 105.57 |
| Jet Capital Master Fund LP | 9/29/2017 | Old Spectrum | -16,571 | 105.76 |
| Jet Capital Master Fund LP | 9/29/2017 | Old Spectrum | -3,587 | 105.76 |
| Jet Capital Master Fund LP | 9/29/2017 | Old Spectrum | -5,046 | 105.76 |
| Jet Capital Master Fund LP | 10/2/2017 | Old Spectrum | -25,091 | 104.88 |
| Jet Capital Master Fund LP | 10/17/2017 | Old Spectrum | 3,124 | 111.18 |
| Jet Capital Master Fund LP | 10/17/2017 | Old Spectrum | 11,453 | 111.18 |
| Jet Capital Master Fund LP | 10/17/2017 | Old Spectrum | 2,221 | 111.18 |
| Jet Capital Master Fund LP | 10/19/2017 | Old Spectrum | 1,110 | 110.47 |
| Jet Capital Master Fund LP | 10/19/2017 | Old Spectrum | 1,562 | 110.47 |
| Jet Capital Master Fund LP | 10/19/2017 | Old Spectrum | 5,726 | 110.47 |
| Jet Capital Master Fund LP | 10/20/2017 | Old Spectrum | 2,221 | 110.35 |
| Jet Capital Master Fund LP | 10/20/2017 | Old Spectrum | 3,125 | 110.35 |
| Jet Capital Master Fund LP | 10/20/2017 | Old Spectrum | 11,452 | 110.35 |
| Jet Capital Master Fund LP | 10/23/2017 | Old Spectrum | -5,331 | 109.05 |
| Jet Capital Master Fund LP | 10/24/2017 | Old Spectrum | -3,671 | 109.33 |
| Jet Capital Master Fund LP | 10/24/2017 | Old Spectrum | -977 | 109.33 |
| Jet Capital Master Fund LP | 10/24/2017 | Old Spectrum | -695 | 109.33 |
| Jet Capital Master Fund LP | 10/25/2017 | Old Spectrum | -5,331 | 107.51 |
| Jet Capital Master Fund LP | 10/26/2017 | Old Spectrum | -5,331 | 108.10 |
| Jet Capital Master Fund LP | 10/27/2017 | Old Spectrum | -5,331 | 107.58 |
| Jet Capital Master Fund LP | 11/3/2017 | Old Spectrum | -19,199 | 103.93 |
| Jet Capital Master Fund LP | 11/3/2017 | Old Spectrum | -4,766 | 103.93 |
| Jet Capital Master Fund LP | 11/3/2017 | Old Spectrum | -3,387 | 103.93 |

Jet Capital Funds

| Entity | Date | Security | Qnty | Price |
|---|---|---|---|---|
| Jet Capital Master Fund LP | 11/6/2017 | Old Spectrum | -3,387 | 104.35 |
| Jet Capital Master Fund LP | 11/6/2017 | Old Spectrum | -19,199 | 104.35 |
| Jet Capital Master Fund LP | 11/6/2017 | Old Spectrum | -4,766 | 104.35 |
| Jet Capital Master Fund LP | 11/8/2017 | Old Spectrum | 2,258 | 104.08 |
| Jet Capital Master Fund LP | 11/8/2017 | Old Spectrum | 12,799 | 104.08 |
| Jet Capital Master Fund LP | 11/8/2017 | Old Spectrum | 3,177 | 104.08 |
| Jet Capital Master Fund LP | 11/9/2017 | Old Spectrum | -9,635 | 103.21 |
| Jet Capital Master Fund LP | 11/15/2017 | Old Spectrum | -2,201 | 100.93 |
| Jet Capital Master Fund LP | 11/15/2017 | Old Spectrum | -3,554 | 100.93 |
| Jet Capital Master Fund LP | 11/15/2017 | Old Spectrum | -12,479 | 100.93 |
| Jet Capital Master Fund LP | 12/6/2017 | Old Spectrum | -889 | 114.64 |
| Jet Capital Master Fund LP | 12/6/2017 | Old Spectrum | -3,119 | 114.64 |
| Jet Capital Master Fund LP | 12/6/2017 | Old Spectrum | -550 | 114.64 |
| Jet Capital Master Fund LP | 12/14/2017 | Old Spectrum | 1,101 | 110.16 |
| Jet Capital Master Fund LP | 12/14/2017 | Old Spectrum | 6,239 | 110.16 |
| Jet Capital Master Fund LP | 12/14/2017 | Old Spectrum | 1,777 | 110.16 |
| Jet Capital Master Fund LP | 12/15/2017 | Old Spectrum | 1,101 | 110.12 |
| Jet Capital Master Fund LP | 12/15/2017 | Old Spectrum | 1,777 | 110.12 |
| Jet Capital Master Fund LP | 12/15/2017 | Old Spectrum | 6,239 | 110.12 |
| Jet Capital Master Fund LP | 12/18/2017 | Old Spectrum | 1,777 | 109.94 |
| Jet Capital Master Fund LP | 12/18/2017 | Old Spectrum | 1,101 | 109.94 |
| Jet Capital Master Fund LP | 12/18/2017 | Old Spectrum | 6,239 | 109.94 |
| Jet Capital Master Fund LP | 12/19/2017 | Old Spectrum | 2,201 | 108.82 |
| Jet Capital Master Fund LP | 12/19/2017 | Old Spectrum | 3,554 | 108.82 |
| Jet Capital Master Fund LP | 12/19/2017 | Old Spectrum | 12,478 | 108.82 |
| Jet Capital Master Fund LP | 1/3/2018 | Old Spectrum | 8,886 | 118.68 |
| Jet Capital Master Fund LP | 1/3/2018 | Old Spectrum | 31,193 | 118.68 |
| Jet Capital Master Fund LP | 1/3/2018 | Old Spectrum | 5,504 | 118.68 |
| Jet Capital Master Fund LP | 1/4/2018 | Old Spectrum | 5,504 | 120.84 |
| Jet Capital Master Fund LP | 1/4/2018 | Old Spectrum | 31,193 | 120.84 |
| Jet Capital Master Fund LP | 1/4/2018 | Old Spectrum | 8,886 | 120.84 |
| Jet Capital Master Fund LP | 1/10/2018 | Old Spectrum | 31,193 | 119.46 |
| Jet Capital Master Fund LP | 1/10/2018 | Old Spectrum | 5,503 | 119.46 |
| Jet Capital Master Fund LP | 1/10/2018 | Old Spectrum | 8,886 | 119.46 |
| Jet Capital Master Fund LP | 1/19/2018 | Old Spectrum | 135,500 | 115.80 |
| Jet Capital Master Fund LP | 1/19/2018 | Old Spectrum | 6,800 | 115.35 |
| Jet Capital Master Fund LP | 1/19/2018 | Old Spectrum | 4,800 | 115.35 |
| Jet Capital Master Fund LP | 3/12/2018 | Old Spectrum | 1,034 | 96.30 |
| Jet Capital Master Fund LP | 3/12/2018 | Old Spectrum | 1,258 | 96.30 |
| Jet Capital Master Fund LP | 3/12/2018 | Old Spectrum | 2,084 | 96.30 |
| Jet Capital Master Fund LP | 3/13/2018 | Old Spectrum | 2,515 | 95.37 |
| Jet Capital Master Fund LP | 3/13/2018 | Old Spectrum | 4,169 | 95.37 |
| Jet Capital Master Fund LP | 3/13/2018 | Old Spectrum | 2,068 | 95.37 |
| Jet Capital Master Fund LP | 4/20/2018 | Old Spectrum | -18,865 | 97.78 |
| Jet Capital Master Fund LP | 4/20/2018 | Old Spectrum | -15,511 | 97.78 |
| Jet Capital Master Fund LP | 4/20/2018 | Old Spectrum | -31,260 | 97.78 |

Jet Capital Funds

| Entity | Date | Security | Qnty | Price |
|---|---|---|---|---|
| Jet Capital Master Fund LP | 4/23/2018 | Old Spectrum | -18,865 | 96.06 |
| Jet Capital Master Fund LP | 4/23/2018 | Old Spectrum | -15,511 | 96.06 |
| Jet Capital Master Fund LP | 4/23/2018 | Old Spectrum | -31,260 | 96.06 |
| Jet Capital Master Fund LP | 4/24/2018 | Old Spectrum | -12,577 | 94.99 |
| Jet Capital Master Fund LP | 4/24/2018 | Old Spectrum | -20,840 | 94.99 |
| Jet Capital Master Fund LP | 4/24/2018 | Old Spectrum | -10,341 | 94.99 |
| Jet Capital Master Fund LP | 4/25/2018 | Old Spectrum | -6,288 | 94.52 |
| Jet Capital Master Fund LP | 4/25/2018 | Old Spectrum | -5,170 | 94.52 |
| Jet Capital Master Fund LP | 4/25/2018 | Old Spectrum | -10,421 | 94.52 |
| Jet Capital Master Fund LP | 4/26/2018 | Old Spectrum | -44,018 | 65.30 |
| Jet Capital Master Fund LP | 4/26/2018 | Old Spectrum | -48,237 | 65.30 |
| Jet Capital Master Fund LP | 4/26/2018 | Old Spectrum | -72,942 | 65.30 |
| Jet Capital Master Fund LP | 4/30/2018 | Old Spectrum | 197,504 | 71.60 |
| Jet Capital Master Fund LP | 4/30/2018 | Old Spectrum | 57,631 | 71.60 |
| Jet Capital Master Fund LP | 5/1/2018 | Old Spectrum | 61,558 | 73.25 |
| Jet Capital Master Fund LP | 5/1/2018 | Old Spectrum | 110,043 | 73.25 |
| JET CAPITAL SRM MASTER FUND LP | 2/7/2017 | Old Spectrum | -1,961 | 132.68 |
| JET CAPITAL SRM MASTER FUND LP | 2/8/2017 | Old Spectrum | -1,961 | 133.01 |
| JET CAPITAL SRM MASTER FUND LP | 2/9/2017 | Old Spectrum | -1,961 | 132.91 |
| JET CAPITAL SRM MASTER FUND LP | 2/10/2017 | Old Spectrum | -1,961 | 133.64 |
| JET CAPITAL SRM MASTER FUND LP | 2/13/2017 | Old Spectrum | -1,961 | 133.64 |
| JET CAPITAL SRM MASTER FUND LP | 2/14/2017 | Old Spectrum | -1,961 | 133.29 |
| JET CAPITAL SRM MASTER FUND LP | 2/15/2017 | Old Spectrum | -1,961 | 133.99 |
| JET CAPITAL SRM MASTER FUND LP | 2/16/2017 | Old Spectrum | -1,961 | 133.29 |
| JET CAPITAL SRM MASTER FUND LP | 2/21/2017 | Old Spectrum | -1,961 | 134.09 |
| JET CAPITAL SRM MASTER FUND LP | 2/23/2017 | Old Spectrum | -1,961 | 136.82 |
| JET CAPITAL SRM MASTER FUND LP | 2/27/2017 | Old Spectrum | -1,961 | 136.79 |
| JET CAPITAL SRM MASTER FUND LP | 2/28/2017 | Old Spectrum | -1,308 | 136.05 |
| JET CAPITAL SRM MASTER FUND LP | 3/1/2017 | Old Spectrum | 33 | 135.88 |
| JET CAPITAL SRM MASTER FUND LP | 3/7/2017 | Old Spectrum | -1,316 | 137.84 |
| JET CAPITAL SRM MASTER FUND LP | 3/23/2017 | Old Spectrum | -1,053 | 140.69 |
| JET CAPITAL SRM MASTER FUND LP | 4/3/2017 | Old Spectrum | -26 | 140.19 |
| JET CAPITAL SRM MASTER FUND LP | 4/13/2017 | Old Spectrum | -770 | 140.31 |
| JET CAPITAL SRM MASTER FUND LP | 4/18/2017 | Old Spectrum | -1,347 | 141.50 |
| JET CAPITAL SRM MASTER FUND LP | 4/19/2017 | Old Spectrum | -1,347 | 142.41 |
| JET CAPITAL SRM MASTER FUND LP | 4/24/2017 | Old Spectrum | -1,924 | 144.74 |
| JET CAPITAL SRM MASTER FUND LP | 5/12/2017 | Old Spectrum | -770 | 129.14 |
| JET CAPITAL SRM MASTER FUND LP | 5/15/2017 | Old Spectrum | -385 | 130.85 |
| JET CAPITAL SRM MASTER FUND LP | 5/16/2017 | Old Spectrum | -1,540 | 129.34 |
| JET CAPITAL SRM MASTER FUND LP | 5/18/2017 | Old Spectrum | 1,538 | 129.24 |
| JET CAPITAL SRM MASTER FUND LP | 5/19/2017 | Old Spectrum | 1,538 | 130.57 |
| JET CAPITAL SRM MASTER FUND LP | 5/25/2017 | Old Spectrum | -3,077 | 133.05 |
| JET CAPITAL SRM MASTER FUND LP | 5/26/2017 | Old Spectrum | -1,000 | 131.73 |
| JET CAPITAL SRM MASTER FUND LP | 5/31/2017 | Old Spectrum | -1,538 | 133.94 |
| JET CAPITAL SRM MASTER FUND LP | 6/1/2017 | Old Spectrum | -100 | 134.89 |
| JET CAPITAL SRM MASTER FUND LP | 6/1/2017 | Old Spectrum | -1,160 | 136.97 |

Jet Capital Funds

| Entity | Date | Security | Qnty | Price |
|---|---|---|---|---|
| JET CAPITAL SRM MASTER FUND LP | 6/21/2017 | Old Spectrum | -1,928 | 128.95 |
| JET CAPITAL SRM MASTER FUND LP | 7/5/2017 | Old Spectrum | -686 | 125.80 |
| JET CAPITAL SRM MASTER FUND LP | 7/27/2017 | Old Spectrum | 3,918 | 118.56 |
| JET CAPITAL SRM MASTER FUND LP | 7/31/2017 | Old Spectrum | 784 | 115.68 |
| JET CAPITAL SRM MASTER FUND LP | 8/1/2017 | Old Spectrum | 4,702 | 115.72 |
| JET CAPITAL SRM MASTER FUND LP | 8/2/2017 | Old Spectrum | 2,900 | 112.95 |
| JET CAPITAL SRM MASTER FUND LP | 8/3/2017 | Old Spectrum | 1,567 | 112.12 |
| JET CAPITAL SRM MASTER FUND LP | 8/16/2017 | Old Spectrum | 784 | 109.47 |
| JET CAPITAL SRM MASTER FUND LP | 8/17/2017 | Old Spectrum | 3,135 | 108.75 |
| JET CAPITAL SRM MASTER FUND LP | 8/28/2017 | Old Spectrum | 784 | 107.26 |
| JET CAPITAL SRM MASTER FUND LP | 9/1/2017 | Old Spectrum | -147 | 109.99 |
| JET CAPITAL SRM MASTER FUND LP | 9/1/2017 | Old Spectrum | 789 | 110.73 |
| JET CAPITAL SRM MASTER FUND LP | 9/26/2017 | Old Spectrum | -268 | 103.51 |
| JET CAPITAL SRM MASTER FUND LP | 9/26/2017 | Old Spectrum | -1,937 | 104.77 |
| JET CAPITAL SRM MASTER FUND LP | 9/27/2017 | Old Spectrum | -3,772 | 105.12 |
| JET CAPITAL SRM MASTER FUND LP | 9/28/2017 | Old Spectrum | -1,971 | 105.57 |
| JET CAPITAL SRM MASTER FUND LP | 9/29/2017 | Old Spectrum | -2,366 | 105.76 |
| JET CAPITAL SRM MASTER FUND LP | 10/2/2017 | Old Spectrum | -2,413 | 104.88 |
| JET CAPITAL SRM MASTER FUND LP | 10/17/2017 | Old Spectrum | 1,579 | 111.18 |
| JET CAPITAL SRM MASTER FUND LP | 10/19/2017 | Old Spectrum | 790 | 110.47 |
| JET CAPITAL SRM MASTER FUND LP | 10/20/2017 | Old Spectrum | 1,579 | 110.35 |
| JET CAPITAL SRM MASTER FUND LP | 10/23/2017 | Old Spectrum | 5,860 | 109.26 |
| JET CAPITAL SRM MASTER FUND LP | 10/24/2017 | Old Spectrum | 5,860 | 109.45 |
| JET CAPITAL SRM MASTER FUND LP | 10/25/2017 | Old Spectrum | 5,859 | 107.77 |
| JET CAPITAL SRM MASTER FUND LP | 10/26/2017 | Old Spectrum | 5,861 | 108.19 |
| JET CAPITAL SRM MASTER FUND LP | 10/27/2017 | Old Spectrum | 5,860 | 107.67 |
| WALLEYE INVESTMENTS FUND | 2/7/2017 | Old Spectrum | -855 | 132.68 |
| WALLEYE INVESTMENTS FUND | 2/8/2017 | Old Spectrum | -855 | 133.01 |
| WALLEYE INVESTMENTS FUND | 2/9/2017 | Old Spectrum | -855 | 132.91 |
| WALLEYE INVESTMENTS FUND | 2/10/2017 | Old Spectrum | -855 | 133.64 |
| WALLEYE INVESTMENTS FUND | 2/13/2017 | Old Spectrum | -855 | 133.64 |
| WALLEYE INVESTMENTS FUND | 2/14/2017 | Old Spectrum | -855 | 133.29 |
| WALLEYE INVESTMENTS FUND | 2/15/2017 | Old Spectrum | -855 | 133.99 |
| WALLEYE INVESTMENTS FUND | 2/16/2017 | Old Spectrum | -855 | 133.29 |
| WALLEYE INVESTMENTS FUND | 2/21/2017 | Old Spectrum | -855 | 134.09 |
| WALLEYE INVESTMENTS FUND | 2/23/2017 | Old Spectrum | -855 | 136.82 |
| WALLEYE INVESTMENTS FUND | 2/27/2017 | Old Spectrum | -855 | 136.79 |
| WALLEYE INVESTMENTS FUND | 2/28/2017 | Old Spectrum | -570 | 136.05 |
| WALLEYE INVESTMENTS FUND | 3/7/2017 | Old Spectrum | -560 | 137.84 |
| WALLEYE INVESTMENTS FUND | 3/23/2017 | Old Spectrum | -448 | 140.69 |
| WALLEYE INVESTMENTS FUND | 4/13/2017 | Old Spectrum | -330 | 140.31 |
| WALLEYE INVESTMENTS FUND | 4/18/2017 | Old Spectrum | -579 | 141.50 |
| WALLEYE INVESTMENTS FUND | 4/19/2017 | Old Spectrum | -579 | 142.41 |
| WALLEYE INVESTMENTS FUND | 4/24/2017 | Old Spectrum | -827 | 144.74 |
| WALLEYE INVESTMENTS FUND | 5/12/2017 | Old Spectrum | -329 | 129.14 |
| WALLEYE INVESTMENTS FUND | 5/15/2017 | Old Spectrum | -165 | 130.85 |

Jet Capital Funds

| Entity | Date | Security | Qnty | Price |
|---|---|---|---|---|
| WALLEYE INVESTMENTS FUND | 5/16/2017 | Old Spectrum | -659 | 129.34 |
| WALLEYE INVESTMENTS FUND | 5/18/2017 | Old Spectrum | 667 | 129.24 |
| WALLEYE INVESTMENTS FUND | 5/19/2017 | Old Spectrum | 667 | 130.57 |
| WALLEYE INVESTMENTS FUND | 5/25/2017 | Old Spectrum | -1,334 | 133.05 |
| WALLEYE INVESTMENTS FUND | 5/26/2017 | Old Spectrum | -433 | 131.73 |
| WALLEYE INVESTMENTS FUND | 5/31/2017 | Old Spectrum | -667 | 133.94 |
| WALLEYE INVESTMENTS FUND | 6/1/2017 | Old Spectrum | -498 | 136.97 |
| WALLEYE INVESTMENTS FUND | 6/21/2017 | Old Spectrum | -833 | 128.95 |
| WALLEYE INVESTMENTS FUND | 7/27/2017 | Old Spectrum | 1,665 | 118.56 |
| WALLEYE INVESTMENTS FUND | 7/31/2017 | Old Spectrum | 333 | 115.68 |
| WALLEYE INVESTMENTS FUND | 8/1/2017 | Old Spectrum | 1,998 | 115.72 |
| WALLEYE INVESTMENTS FUND | 8/2/2017 | Old Spectrum | 1,232 | 112.95 |
| WALLEYE INVESTMENTS FUND | 8/3/2017 | Old Spectrum | 666 | 112.12 |
| WALLEYE INVESTMENTS FUND | 8/16/2017 | Old Spectrum | 333 | 109.47 |
| WALLEYE INVESTMENTS FUND | 8/17/2017 | Old Spectrum | 1,331 | 108.75 |
| WALLEYE INVESTMENTS FUND | 8/28/2017 | Old Spectrum | 333 | 107.26 |
| WALLEYE INVESTMENTS FUND | 9/1/2017 | Old Spectrum | 332 | 110.73 |
| WALLEYE INVESTMENTS FUND | 9/26/2017 | Old Spectrum | -115 | 103.51 |
| WALLEYE INVESTMENTS FUND | 9/26/2017 | Old Spectrum | -832 | 104.77 |
| WALLEYE INVESTMENTS FUND | 9/27/2017 | Old Spectrum | -1,604 | 105.12 |
| WALLEYE INVESTMENTS FUND | 9/28/2017 | Old Spectrum | -834 | 105.57 |
| WALLEYE INVESTMENTS FUND | 9/29/2017 | Old Spectrum | -1,000 | 105.76 |
| WALLEYE INVESTMENTS FUND | 10/2/2017 | Old Spectrum | -1,028 | 104.88 |
| WALLEYE INVESTMENTS FUND | 10/17/2017 | Old Spectrum | 668 | 111.18 |
| WALLEYE INVESTMENTS FUND | 10/19/2017 | Old Spectrum | 334 | 110.47 |
| WALLEYE INVESTMENTS FUND | 10/20/2017 | Old Spectrum | 668 | 110.35 |
| WALLEYE INVESTMENTS FUND | 10/23/2017 | Old Spectrum | -218 | 109.05 |
| WALLEYE INVESTMENTS FUND | 10/24/2017 | Old Spectrum | -213 | 109.33 |
| WALLEYE INVESTMENTS FUND | 10/25/2017 | Old Spectrum | -218 | 107.51 |
| WALLEYE INVESTMENTS FUND | 10/26/2017 | Old Spectrum | -218 | 108.10 |
| WALLEYE INVESTMENTS FUND | 10/27/2017 | Old Spectrum | -218 | 107.58 |
| WALLEYE INVESTMENTS FUND | 11/3/2017 | Old Spectrum | -1,090 | 103.93 |
| WALLEYE INVESTMENTS FUND | 11/6/2017 | Old Spectrum | -1,090 | 104.35 |
| WALLEYE INVESTMENTS FUND | 11/8/2017 | Old Spectrum | 727 | 104.08 |
| WALLEYE INVESTMENTS FUND | 11/9/2017 | Old Spectrum | -397 | 103.21 |
| WALLEYE INVESTMENTS FUND | 11/15/2017 | Old Spectrum | -727 | 100.93 |
| WALLEYE INVESTMENTS FUND | 12/6/2017 | Old Spectrum | -182 | 114.64 |
| WALLEYE INVESTMENTS FUND | 12/14/2017 | Old Spectrum | 363 | 110.16 |
| WALLEYE INVESTMENTS FUND | 12/15/2017 | Old Spectrum | 363 | 110.12 |
| WALLEYE INVESTMENTS FUND | 12/18/2017 | Old Spectrum | 363 | 109.94 |
| WALLEYE INVESTMENTS FUND | 12/19/2017 | Old Spectrum | 728 | 108.82 |
| WALLEYE INVESTMENTS FUND | 1/3/2018 | Old Spectrum | 1,818 | 118.68 |
| WALLEYE INVESTMENTS FUND | 1/4/2018 | Old Spectrum | 1,818 | 120.84 |
| WALLEYE INVESTMENTS FUND | 1/10/2018 | Old Spectrum | 1,819 | 119.46 |
| WALLEYE INVESTMENTS FUND | 1/19/2018 | Old Spectrum | 2,200 | 116.16 |
| WALLEYE INVESTMENTS FUND | 3/12/2018 | Old Spectrum | 381 | 96.30 |

Jet Capital Funds

| Entity | Date | Security | Qnty | Price |
|---|---|---|---|---|
| WALLEYE INVESTMENTS FUND | 3/13/2018 | Old Spectrum | 762 | 95.37 |
| WALLEYE INVESTMENTS FUND | 4/20/2018 | Old Spectrum | -5,719 | 97.78 |
| WALLEYE INVESTMENTS FUND | 4/23/2018 | Old Spectrum | -5,719 | 96.06 |
| WALLEYE INVESTMENTS FUND | 4/24/2018 | Old Spectrum | -3,813 | 94.99 |
| WALLEYE INVESTMENTS FUND | 4/25/2018 | Old Spectrum | -1,906 | 94.52 |
| WALLEYE INVESTMENTS FUND | 4/30/2018 | Old Spectrum | 15,872 | 71.60 |
| WALLEYE INVESTMENTS FUND | 5/1/2018 | Old Spectrum | 6,916 | 73.25 |