**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

|  |  |
|---|---|
| IN RE SPECTRUM BRANDS SECURITIES LITIGATION | No. 19-cv-347-jdp (consolidated with 19-cv-178-jdp)<br><br>Hon. James D. Peterson |

**DECLARATION OF RICHARD A. ROSEN IN SUPPORT OF
DEFENDANTS' REPLY MEMORANDUM OF LAW**

RICHARD A. ROSEN declares as follows:

1.      I am a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019, attorneys for Defendants Spectrum Brands Holdings, Inc., Spectrum Brands Legacy, Inc., HRG Group, Inc., Andreas R. Rouvé, David M. Maura, and Douglas L. Martin (together, "Defendants"). I submit this declaration in support of Defendants' Reply Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint.

2.      Attached hereto is a true and correct copy of the following document referenced in Defendants' Reply Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint:

Exhibit 1:      Excerpts from Spectrum Brands Holdings, Inc., Quarterly Report for the Period Ended December 30, 2018 (dated February 7, 2019). Exhibit 1 is referenced in response to the Amended Complaint at paragraphs 17, 90, and 92 and Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint at pages 9 and 23-24, and incorporated by reference therein.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2019

_____
Richard A. Rosen