**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

|  |  |  |
|---|---|---|
|  | ) | |
|  | ) | |
| IN RE SPECTRUM BRANDS SECURITIES LITIGATION | ) | No. 19-cv-347-jdp |
|  | ) | |
|  | ) | |

**[PROPOSED] ORDER GRANTING PETITION TO INTERVENE & OTHER RELIEF**

Upon consideration of the Petition of Jet Capital Master Fund LP, Jet Capital SRM Master Fund LP, and Walleye Investments Fund (collectively, the "Jet Capital Funds") to Intervene, and their Objection, and all other pleadings and arguments submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

The Jet Capital Funds' Petition to Intervene is **GRANTED**; and

The Jet Capital Funds' Objection is **SUSTAINED**; and

Approval for the Plan of Allocation is **DENIED**; and

[  ] the Plan of Allocation is hereby **MODIFIED** to **STRIKE** "multiplied by 0.25" from Paragraph 61, and the entirety of corresponding footnote 10; or

[  ] the Jet Capital Funds are hereby **APPOINTED** as Liaison Plaintiff and Rolnick Kramer Sadighi LLP is hereby **APPOINTED** as Liaison Counsel to act in favor of the interests of the HRG class members and to negotiate with Lead Counsel and Lead Plaintiffs on a fair and reasonable treatment of HRG claims; and

Lead Plaintiffs are **ORDERED t**o provide to the Jet Capital Funds and their counsel the reports and work files of the Class's expert, the mediation statements exchanged (to be shared under a confidentiality stipulation), and (to be shared under an attorneys'-eyes only stipulation)

Lead Counsel's work product on a 75% discount for HRG claimants' claims and any damages analyses.

**IT IS SO ORDERED.**

Dated _____, 2021

_____
HON. JAMES D. PETERSON
UNITED STATES DISTRICT JUDGE