# Supplemental Exhibit 8B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02546-RM-MEH
Consolidated with Civil Action Nos. 15-cv-02547-RM-MEH,
15-cv-02697-RM-MEH, and 16-cv-00459-RM-MEH

SONNY P. MEDINA, *et al.,*

     Plaintiffs,

v.

CLOVIS ONCOLOGY, INC., *et al.,*

     Defendants.

_____

**ORDER APPROVING PLAN OF ALLOCATION
OF NET SETTLEMENT FUND**
_____

       This matter came on for hearing on October 26, 2017 (the "Settlement Hearing") on Lead

Plaintiff's motion to determine whether the proposed plan of allocation of the Net Settlement

Fund (the "Plan of Allocation") created by the Settlement achieved in the above-captioned class

action (the "Action") should be approved.  The Court having considered all matters submitted to

it at the Settlement Hearing and otherwise; and it appearing that notice of the Settlement Hearing

substantially in the form approved by the Court was mailed to all Settlement Class Members who

could be identified with reasonable effort, and that a summary notice of the hearing substantially

in the form approved by the Court was published in the *Wall Street Journal* and was transmitted

over the *PR Newswire* pursuant to the specifications of the Court; and the Court having

considered and determined the fairness and reasonableness of the proposed Plan of Allocation,

       NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.     This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated June 18, 2017 (Dkt. No. 156-1), as amended (Dkt. No. 170-1) (the "Stipulation"), and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2.     The Court has jurisdiction to enter this Order and over the subject matter of the Action and all parties to the Action, including all Settlement Class Members.

3.     Notice of Lead Plaintiff's motion for approval of the proposed Plan of Allocation was given to all Settlement Class Members who could be identified with reasonable effort.  The form and method of notifying the Settlement Class of the motion for approval of the proposed Plan of Allocation satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause), the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 77z-1(a)(7), as amended, 15 U.S.C. §§ 78u-4(a)(7), as amended, and all other applicable law and rules; constituted the best notice practicable under the circumstances; and constituted due, adequate, and sufficient notice to all persons and entities entitled thereto.

4.     Over 53,900 copies of the Notice, which included the Plan of Allocation, were mailed to potential Settlement Class Members and nominees.  No objections to the Plan of Allocation have been received.

5.     The Court hereby finds and concludes that the formula for the calculation of the claims of Claimants as set forth in the Plan of Allocation mailed to Settlement Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among Settlement Class Members with due consideration having been given to administrative convenience and necessity.

6.      The Court hereby finds and concludes that the Plan of Allocation is, in all respects, fair and reasonable to the Settlement Class.

7.      Finally, due to an oversight on the Court's part, although the Court approved the Plan of Allocation of Net Settlement Fund at the October 26, 2017 Settlement Hearing, the instant Order was not entered at that time.  To remedy that fact, the Court enters the instant Order *nunc pro tunc* to October 26, 2017.

**SO ORDERED.**

Dated this 8th day of March, 2018 *nunc pro tunc* to the 26th day of October, 2017.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

3