# Supplemental Exhibit 14B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TOWER GROUP INTERNATIONAL,
LTD. SECURITIES LITIGATION

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/23/2015

13 Civ. 5852 (AT)

## ORDER APPROVING PLAN OF ALLOCATION

WHEREAS, Lead Plaintiffs' motion for final approval of class action Settlement with the Tower Defendants and approval of Plan of Allocation of Settlement proceeds (the "Motion," ECF Nos. 159, 160) duly came before the Court for hearing on November 23, 2015. The Court has considered the Motion and all supporting and other related materials, including the matters presented at the November 23, 2015 hearing. Due and adequate notice having been given to the Settlement Classes as provided by the Court's Order dated August 13, 2015 preliminarily approving the Settlement and providing for Notice (the "Preliminary Approval Order," ECF No. 152), and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the proceedings and good cause appearing therefor:

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.      This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement with Tower Defendants (the "Stipulation," ECF No. 148), and all capitalized terms used, but not defined herein, shall have the same meanings as in the Stipulation.

2.      This Court has jurisdiction over the subject matter of the Action, and all matters relating to the Settlement, as well as personal jurisdiction over all of the Parties and each of the members of the Settlement Classes.

3.      Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons and entities who are members of the Settlement Classes, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all such persons and entities to be heard with respect to the Plan of Allocation.

4.      The Court hereby finds and concludes that the Plan of Allocation which is set forth in the Notice provides a fair and equitable basis upon which to allocate the proceeds of the Net Settlement Fund among members of the Settlement Classes who submit valid Claim Forms.

5.      The Court hereby finds and concludes that the Plan of Allocation is, in all respects, fair and equitable to the Settlement Classes.  Accordingly, the Court hereby approves the Plan of Allocation proposed by Lead Plaintiffs.

6.      The finality of the Judgment entered with respect to the Settlement shall not be affected in any manner by this Order, or any appeal from this Order approving the Plan of Allocation.

SO ORDERED.

Dated: November 23, 2015
          New York, New York

_____
ANALISA TORRES
United States District Judge

2