**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| IN RE SPECTRUM BRANDS SECURITIES LITIGATION | ) | No. 19-cv-347-jdp |
| | ) | |
| | ) | |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY
APPROVING CLASS ACTION SETTLEMENT AND AUTHORIZING
DISSEMINATION OF NOTICE OF SETTLEMENT**

Lead Plaintiffs, the Public School Teachers' Pension and Retirement Fund of Chicago and the Cambridge Retirement System (collectively, "Lead Plaintiffs"), hereby move this Court, under Rule 23(e)(1) of the Federal Rules of Civil Procedure, for entry of an order: (i) preliminarily approving the proposed settlement of the above-captioned action (the "Settlement"); (ii) approving the form and manner of giving notice of the proposed Settlement to Class Members; and (iii) scheduling a hearing to consider final approval of the Settlement and approval of the Plan of Allocation and Lead Counsel's motion for attorneys' fees and Litigation Expenses. In support of this motion, Lead Plaintiffs submit the Memorandum of Law in Support of Lead Plaintiffs' Unopposed Motion for an Order Preliminarily Approving Class Action Settlement and Authorizing Dissemination of Notice of Settlement, filed herewith, and the Stipulation and Agreement of Settlement dated August 10, 2020 (the "Stipulation"), attached hereto as Exhibit 1.[1] The Parties' agreed-upon [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement is attached hereto as Exhibit 2. Pursuant to the terms of the

---

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings given to them in the Stipulation.

Stipulation, this motion is unopposed by Defendants.

Dated: August 10, 2020                          Respectfully submitted,


                                                */s/ Katherine M. Sinderson*
                                                **BERNSTEIN LITOWITZ BERGER**
                                                  **& GROSSMANN LLP**
                                                Katherine M. Sinderson, admitted *pro hac vice*
                                                Jai Chandrasekhar, admitted *pro hac vice*
                                                Matthew Traylor, admitted *pro hac vice*
                                                1251 Avenue of the Americas
                                                New York, NY 10020
                                                Telephone:  (212) 554-1400
                                                Facsimile:  (212) 554-1444
                                                KatieM@blbglaw.com
                                                Jai@blbglaw.com
                                                Matthew.Traylor@blbglaw.com

                                                -and-

                                                Avi Josefson
                                                875 North Michigan Avenue, Suite 3100
                                                Chicago, Illinois 60611
                                                Telephone: (312) 373-3880
                                                Facsimile: (312) 794-7801
                                                avi@blbglaw.com

                                                *Lead Counsel for Lead Plaintiffs the Public*
                                                *School Teachers' Pension & Retirement Fund of*
                                                *Chicago and the Cambridge Retirement System*
                                                *and the Settlement Class*

                                                **RATHJE WOODWARD LLC**
                                                Douglas M. Poland
                                                State Bar No. 1055189
                                                Alison E. Stites
                                                State Bar No. 1104819
                                                10 E. Doty Street, Suite 507
                                                Madison, WI 53703
                                                Telephone:  (608) 960-7430
                                                Facsimile:  (608) 960-7460
                                                dpoland@rathjewoodward.com
                                                astites@rathjewoodward.com

                                                *Liaison Counsel for Lead Plaintiffs the Public*
                                                *School Teachers' Pension & Retirement Fund of*

2

3

*Chicago and the Cambridge Retirement System and the Settlement Class*