IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| | ) |
| | ) |
| IN RE SPECTRUM BRANDS SECURITIES LITIGATION | )    19-cv-347-jdp |
| | ) |
| | ) |

**SUPPLEMENT TO LEAD PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT AND AUTHORIZING DISSEMINATION OF NOTICE OF SETTLEMENT**

Lead Plaintiffs, the Public School Teachers' Pension and Retirement Fund of Chicago and the Cambridge Retirement System (collectively, "Lead Plaintiffs"), hereby submit this supplement to their unopposed motion for preliminary approval of the proposed Settlement reached in the above-referenced securities class action (the "Action"), which was filed with the Court on August 10, 2020, dkt. 44 (the "Motion").[1]

On August 20, 2020, Dane County Circuit Court Judge Valerie Bailey-Rihn entered a final order and judgment granting final approval to the settlement reached in the action titled *Plymouth County Retirement Association v. Spectrum Brands Holdings, Inc., et al.*, Case No. 2019-CV-000982 (the "State Court Action"). *See* Exhibit 1.

The settlements in both this Action and the State Court Action will compensate Spectrum Brands Holdings, Inc. ("Spectrum") investors for losses suffered in connection with their investments. In this Action, Lead Plaintiffs asserted claims for violations of the Securities Exchange Act of 1934 on behalf of investors in Spectrum Brands and HRG Group, Inc. for the

---

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings given to them in the Stipulation and Agreement of Settlement entered into by the Parties on August 10, 2020, dkt. 44-1.

class period of January 26, 2017 to November 19, 2018.  The State Court Action asserted claims for violations of the Securities Act of 1933 on behalf of investors who purchased Spectrum common stock pursuant or traceable to the Registration Statement for the July 13, 2018 merger of Spectrum Brands Legacy, Inc. and HRG Group, Inc.

If the Court were to grant preliminary approval of the proposed Settlement in this Action, the Claims Administrator retained by Lead Counsel would promptly mail notice to the Settlement Class and allow all Spectrum investors to receive their payments on the same general schedule put in place in the State Court Action.

Accordingly, Lead Plaintiffs respectfully request that the Court enter the Parties' agreed-upon proposed Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement, dkt. 44-2 (the "Preliminary Approval Order"), which will: (i) preliminarily approve the proposed Settlement; (ii) approve the form, manner, and schedule for providing notice of the proposed Settlement to Class Members; and (iii) schedule a hearing to consider final approval of the Settlement and related matters.  As detailed in Lead Plaintiffs' Memorandum of Law filed in support of the Motion, dkt. 45, Lead Plaintiffs respectfully request that the Court adopt the following schedule provided under the proposed Preliminary Approval Order, which, as noted above, will permit all Spectrum investors to receive their payments on the same general schedule put in place in the State Court Action:

| **Event** | **Proposed Timing** |
| --- | --- |
| Deadline to commence mailing of the Notice and Claim Form to potential Class Members (which date shall be the "Notice Date") (Preliminary Approval Order ¶ 7(b)) | No later than 20 business days after entry of Preliminary Approval Order |
| Deadline for publishing the Summary Notice (Preliminary Approval Order ¶ 7(d)) | No later than 10 business days after the Notice Date |

| Event | Proposed Timing |
|---|---|
| Deadline for filing of papers in support of final approval of the Settlement and Plan of Allocation and Lead Counsel's application for attorneys' fees and expenses (Preliminary Approval Order ¶ 27) | 35 calendar days before the date set for the Settlement Fairness Hearing |
| Deadline for receipt of requests for exclusion or objections (Preliminary Approval Order ¶¶ 14, 18) | 21 calendar days before the date set for the Settlement Fairness Hearing |
| Deadline for filing reply papers (Preliminary Approval Order ¶ 27) | 7 calendar days before the date set for the Settlement Fairness Hearing |
| Settlement Fairness Hearing (Preliminary Approval Order ¶ 5) | Week of Monday, November 30, 2020 |
| Postmark deadline for submitting Claim Forms (Preliminary Approval Order ¶ 11) | 120 calendar days after the Notice Date |

Dated: August 27, 2020

Respectfully submitted,


/s/ Katherine M. Sinderson
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Katherine M. Sinderson, admitted *pro hac vice*
Jai Chandrasekhar, admitted *pro hac vice*
Matthew Traylor, admitted *pro hac vice*
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444
KatieM@blbglaw.com
Jai@blbglaw.com
Matthew.Traylor@blbglaw.com

-and-

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
avi@blbglaw.com

*Lead Counsel for Lead Plaintiffs the Public*
*School Teachers' Pension & Retirement Fund of*

*Chicago and the Cambridge Retirement System and the Settlement Class*

**STAFFORD ROSENBAUM LLP**
Douglas M. Poland
State Bar No. 1055189
222 West Washington Ave, Suite 900
P.O. Box 1784
Madison, WI 53701-1784
Telephone:  (608) 256-0226
Facsimile:  (608) 259-2600
dpoland@staffordlaw.com

*Liaison Counsel for Lead Plaintiffs the Public School Teachers' Pension & Retirement Fund of Chicago and the Cambridge Retirement System and the Settlement Class*

4