IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| IN RE SPECTRUM BRANDS SECURITIES LITIGATION | ) | No. 19-cv-347-jdp |
| | ) | |
| | ) | |

**SECOND SUPPLEMENT TO LEAD PLAINTIFFS' UNOPPOSED MOTION FOR ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT AND AUTHORIZING DISSEMINATION OF NOTICE OF SETTLEMENT**

Lead Plaintiffs, the Public School Teachers' Pension and Retirement Fund of Chicago and the Cambridge Retirement System (collectively, "Lead Plaintiffs"), hereby submit this second supplement to their unopposed motion for preliminary approval of the proposed Settlement reached in the above-referenced securities class action (the "Action"), which was filed with the Court on August 10, 2020, dkt. 44 (the "Motion").[1] Lead Plaintiffs submitted a first supplement on August 27, 2020, dkt. 46. Lead Plaintiffs write to provide updated information concerning the schedule for notice to the Class and the hearing on final approval of the settlement.

In the Motion, Lead Plaintiffs proposed a schedule for the final approval hearing that would allow adequate time for Defendants to provide notice to the states' Attorneys General under the Class Action Fairness Act of 2005 ("CAFA"). CAFA requires a 90-day period from notice to the states' Attorneys General until entry of judgment in a class action. 28 U.S.C. § 1715(d). Here, Defendants mailed CAFA notices on August 18, 2020, meaning that CAFA requirements will be satisfied by November 16, 2020.

---

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings given to them in the Stipulation and Agreement of Settlement entered into by the Parties on August 10, 2020 (dkt. 44-1).

Accordingly, if the Court were to grant preliminary approval of the proposed Settlement in this Action within the next week, Lead Plaintiffs can provide proper notice and an adequate period of time for review by the Class under the following schedule, which is altered slightly from the schedule proposed in the Motion:

| Event | Proposed Timing |
|---|---|
| Deadline for mailing the Notice and Claim Form to Class Members (which date shall be the "Notice Date") (Preliminary Approval Order ¶ 7(b)) | No later than 20 business days after entry of Preliminary Approval Order |
| Deadline for publishing the Summary Notice (Preliminary Approval Order ¶ 7(d)) | No later than 10 business days after the Notice Date |
| Deadline for filing of papers in support of final approval of the Settlement and Plan of Allocation and Lead Counsel's application for attorneys' fees and expenses (Preliminary Approval Order ¶ 27) | 35 calendar days before the date set for the Settlement Fairness Hearing |
| Deadline for receipt of requests for exclusion or objections (Preliminary Approval Order ¶¶ 14, 18) | 21 calendar days before the date set for the Settlement Fairness Hearing |
| Deadline for filing reply papers (Preliminary Approval Order ¶ 27) | 7 calendar days before the date set for the Settlement Fairness Hearing |
| Settlement Fairness Hearing (Preliminary Approval Order ¶ 5) | Week of Tuesday, December 15-18, 2020 (or 90 days from the entry of a Preliminary Approval Order) |
| Postmark deadline for submitting Claim Forms (Preliminary Approval Order ¶ 11) | 120 calendar days after the Notice Date |

Dated: September 16, 2020

Respectfully submitted,

*/s/ Katherine M. Sinderson*
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Katherine M. Sinderson, admitted *pro hac vice*
Jai Chandrasekhar, admitted *pro hac vice*
Matthew Traylor, admitted *pro hac vice*
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444
KatieM@blbglaw.com
Jai@blbglaw.com
Matthew.Traylor@blbglaw.com

-and-

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
avi@blbglaw.com

*Lead Counsel for Lead Plaintiffs the Public
School Teachers' Pension & Retirement Fund of
Chicago and the Cambridge Retirement System
and the Settlement Class*

**STAFFORD ROSENBAUM LLP**
Douglas M. Poland
State Bar No. 1055189
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784
Telephone:  (608) 256-0226
Facsimile:  (608) 259-2600
dpoland@staffordlaw.com

*Liaison Counsel for Lead Plaintiffs the Public
School Teachers' Pension & Retirement Fund of
Chicago and the Cambridge Retirement System
and the Settlement Class*

3