## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Alan S. Cooper, of full age, on behalf of Jet Capital Master Fund LP (the "Jet Capital Fund" or the "Fund"), as to the claims asserted by the Jet Capital Fund under the federal securities laws, hereby certify as follows:

1. The Jet Capital Fund is an investment fund with offices in New York, New York. I am a Founder and Managing Partner of the Fund. I am familiar with the matters set forth herein and am duly authorized to make this Certification on behalf of the Fund.

2. The Fund is an institutional investor that is managed by me and others. As an investment fund, it receives money from a variety of investors, including pension plans, college and university endowments, and individuals, and purchases equity securities in public companies.

3. I have reviewed the motion for appointment of the Fund as Lead Plaintiff and Rolnick Kramer Sadighi LLP ("RKS") as lead counsel for the HRG Subclass, and authorize RKS to file the motion.

4. The Fund did not purchase HRG Group, Inc. ("HRG") securities at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

5. The Fund is willing to serve as Lead Plaintiff and a representative party on behalf of the HRG Subclass, including providing testimony at deposition and trial, if necessary. The Fund fully understands the duties and responsibilities of a Lead Plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the HRG Subclass.

6. The Fund's transactions in HRG securities between January 26, 2017 and November 19, 2018, inclusive (the "Class Period") are set forth in the chart attached hereto. The Jet Capital Fund directly purchased 5,406,959 shares of HRG during the Class Period at artificially inflated prices on the open market.

7. The Jet Capital Fund has not sought to serve as a lead plaintiff or representative party in a class action under the federal securities laws filed during the three-year period preceding the date of this Certification.

8. The Fund will not accept any payment for serving as a representative party on behalf of the HRG Subclass beyond its pro rata shares of any recovery, except such reasonable costs and expenses directly relating to the representation of the HRG Subclass, as ordered or approved by the Court.

**EXHIBIT**

A

-2-

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21st day of May, 2021 in New York, New York.

Alan S. Cooper
*Jet Capital Master Fund LP*

-2-