# Jet Capital Master Fund LP Trades in HRG Stock

| | |
|---|---|
| Total Loss on HRG Position* | $27,445,143.59 |
| Loss Directly Attributable to April 26, 2018 Disclosure (Method 1)** | $13,456,866.36 |
| Loss Directly Attributable to April 26, 2018 Disclosure (Method 2)*** | $22,553,528.79 |

| Trade Date | Side | Qnty | Price | Trade Value | Position as of Trade |
|---|---|---|---|---|---|
| 2/7/17 | Buy | 126,241 | $17.28 | $2,180,876.14 | 126,241 |
| 2/8/17 | Buy | 126,241 | $17.33 | $2,188,301.99 | 252,482 |
| 2/9/17 | Buy | 126,241 | $17.38 | $2,194,253.72 | 378,723 |
| 2/10/17 | Buy | 126,241 | $17.32 | $2,186,696.11 | 504,964 |
| 2/13/17 | Buy | 126,241 | $17.42 | $2,198,494.08 | 631,205 |
| 2/14/17 | Buy | 126,241 | $17.41 | $2,197,891.14 | 757,446 |
| 2/15/17 | Buy | 126,241 | $17.64 | $2,227,367.23 | 883,687 |
| 2/16/17 | Buy | 126,241 | $17.58 | $2,219,758.62 | 1,009,928 |
| 2/21/17 | Buy | 126,241 | $18.08 | $2,281,944.94 | 1,136,169 |
| 2/23/17 | Buy | 126,241 | $18.36 | $2,317,393.41 | 1,262,410 |
| 2/24/17 | Buy | 126,241 | $18.32 | $2,312,331.15 | 1,388,651 |
| 2/27/17 | Buy | 126,241 | $18.39 | $2,321,748.73 | 1,514,892 |
| 2/28/17 | Buy | 84,161 | $18.34 | $1,543,592.19 | 1,599,053 |
| 3/7/17 | Buy | 84,348 | $18.65 | $1,573,436.03 | 1,683,401 |
| 3/15/17 | Buy | 84,348 | $18.95 | $1,598,478.95 | 1,767,749 |
| 3/16/17 | Buy | 84,348 | $19.36 | $1,632,818.45 | 1,852,097 |
| 3/17/17 | Buy | 79,986 | $19.43 | $1,554,303.95 | 1,932,083 |
| 3/17/17 | Buy | 4,210 | $19.45 | $81,868.50 | 1,936,293 |
| 3/23/17 | Buy | 84,348 | $19.09 | $1,609,832.19 | 2,020,641 |
| 3/29/17 | Buy | 42,174 | $19.28 | $812,940.63 | 2,062,815 |
| 3/30/17 | Buy | 42,310 | $19.24 | $814,223.75 | 2,105,125 |
| 4/3/17 | Buy | 105,335 | $19.42 | $2,045,637.30 | 2,210,460 |
| 4/4/17 | Buy | 41,124 | $19.44 | $799,615.06 | 2,251,584 |
| 4/7/17 | Buy | 106,178 | $19.53 | $2,073,263.48 | 2,357,762 |
| 4/13/17 | Buy | 84,268 | $19.50 | $1,643,402.96 | 2,442,030 |
| 4/18/17 | Buy | 147,469 | $19.61 | $2,891,279.13 | 2,589,499 |
| 4/19/17 | Buy | 42,135 | $19.61 | $826,385.33 | 2,631,634 |
| 4/19/17 | Buy | 210,670 | $19.56 | $4,120,262.79 | 2,842,304 |
| 4/24/17 | Buy | 92,696 | $19.85 | $1,840,154.64 | 2,935,000 |
| 4/24/17 | Buy | 117,976 | $19.73 | $2,328,020.41 | 3,052,976 |
| 5/12/17 | Buy | 84,301 | $17.85 | $1,504,562.10 | 3,137,277 |
| 5/15/17 | Buy | 42,150 | $17.96 | $757,026.65 | 3,179,427 |

EXHIBIT

tabbies®

B
_____

| | | | | | |
|---|---|---|---|---|---|
| 5/16/17 | Buy | 168,601 | $17.89 | $3,015,900.29 | 3,348,028 |
| 5/30/17 | Buy | 21,075 | $18.68 | $393,586.16 | 3,369,103 |
| 5/31/17 | Buy | 5,794 | $18.88 | $109,373.92 | 3,374,897 |
| 5/31/17 | Buy | 36,320 | $18.88 | $ 685,616.27 | 3,411,217 |
| 6/9/17 | Buy | 21,050 | $19.38 | $407,909.85 | 3,432,267 |
| 6/13/17 | Buy | 19,703 | $18.97 | $373,671.34 | 3,451,970 |
| 8/4/17 | Sell | -24,854 | $16.29 | $(404,879.12) | 3,427,116 |
| 8/4/17 | Sell | -143,336 | $16.29 | $(2,334,986.44) | 3,283,780 |
| 8/11/17 | Buy | 2,854 | $15.95 | $45,521.30 | 3,286,634 |
| 9/11/17 | Buy | 83,909 | $15.26 | $1,280,564.78 | 3,370,543 |
| 9/13/17 | Buy | 22,185 | $15.40 | $ 341,644.56 | 3,392,728 |
| 9/26/17 | Buy | 83,909 | $15.40 | $1,292,290.90 | 3,476,637 |
| 9/26/17 | Buy | 83,909 | $15.55 | $1,304,883.28 | 3,560,546 |
| 9/27/17 | Buy | 136,925 | $15.59 | $2,134,414.29 | 3,697,471 |
| 9/29/17 | Buy | 41,954 | $15.58 | $653,777.57 | 3,739,425 |
| 10/2/17 | Buy | 41,819 | $15.39 | $643,657.14 | 3,781,244 |
| 10/16/17 | Buy | 90,974 | $15.98 | $1,453,327.84 | 3,872,218 |
| 10/17/17 | Buy | 2,611 | $16.30 | $ 42,559.30 | 3,874,829 |
| 10/20/17 | Buy | 90,974 | $16.22 | $1,475,222.28 | 3,965,803 |
| 10/23/17 | Buy | 64,591 | $15.95 | $1,030,334.32 | 4,030,394 |
| 10/24/17 | Buy | 12,365 | $16.01 | $197,919.00 | 4,042,759 |
| 10/24/17 | Buy | 75,194 | $16.01 | $1,203,584.41 | 4,117,953 |
| 10/25/17 | Buy | 64,591 | $15.80 | $1,020,684.55 | 4,182,544 |
| 10/26/17 | Buy | 64,594 | $15.96 | $1,031,101.10 | 4,247,138 |
| 10/27/17 | Buy | 64,594 | $15.87 | $1,025,281.18 | 4,311,732 |
| 10/31/17 | Buy | 56,903 | $16.22 | $923,120.30 | 4,368,635 |
| 10/31/17 | Buy | 8,871 | $16.22 | $143,911.57 | 4,377,506 |
| 11/8/17 | Buy | 3,091 | $14.85 | $45,892.39 | 4,380,597 |
| 11/9/17 | Buy | 12,584 | $14.87 | $187,081.29 | 4,393,181 |
| 11/13/17 | Buy | 29,773 | $15.03 | $447,514.99 | 4,422,954 |
| 11/15/17 | Buy | 6,248 | $14.38 | $89,863.00 | 4,429,202 |
| 11/15/17 | Buy | 39,349 | $14.38 | $565,944.19 | 4,468,551 |
| 11/16/17 | Buy | 45,448 | $15.52 | $705,325.69 | 4,513,999 |
| 11/30/17 | Sell | -26,576 | $17.35 | $(461,161.04) | 4,487,423 |
| 11/30/17 | Sell | -155,808 | $17.35 | $(2,703,664.17) | 4,331,615 |
| 12/1/17 | Sell | -26,576 | $17.18 | $(456,612.89) | 4,305,039 |
| 12/1/17 | Sell | -155,808 | $17.18 | $(2,676,999.57) | 4,149,231 |
| 12/6/17 | Sell | -53,153 | $17.05 | $(906,189.55) | 4,096,078 |
| 12/6/17 | Sell | -311,615 | $17.05 | $(5,312,630.65) | 3,784,463 |
| 12/14/17 | Sell | -77,904 | $16.60 | $(1,293,507.05) | 3,706,559 |
| 12/14/17 | Sell | -13,288 | $16.60 | $(220,632.08) | 3,693,271 |

| | | | | | |
|---|---|---|---|---|---|
| 12/15/17 | Sell | -13,288 | $16.57 | $(220,158.79) | 3,679,983 |
| 12/15/17 | Sell | -77,904 | $16.57 | $(1,290,732.28) | 3,602,079 |
| 12/18/17 | Sell | -77,904 | $16.56 | $(1,290,055.84) | 3,524,175 |
| 12/18/17 | Sell | -13,288 | $16.56 | $(220,043.41) | 3,510,887 |
| 12/19/17 | Sell | -26,577 | $16.41 | $(436,071.75) | 3,484,310 |
| 12/19/17 | Sell | -155,807 | $16.41 | $(2,556,459.75) | 3,328,503 |
| 1/22/18 | Buy | 271,761 | $18.85 | $5,123,673.19 | 3,600,264 |
| 1/26/18 | Buy | 45,294 | $18.63 | $843,772.01 | 3,645,558 |
| 2/6/18 | Buy | 90,540 | $16.95 | $1,534,616.78 | 3,736,098 |
| 2/14/18 | Buy | 90,540 | $15.99 | $1,448,123.92 | 3,826,638 |
| 2/16/18 | Buy | 38,703 | $15.86 | $ 613,821.84 | 3,865,341 |
| 2/16/18 | Buy | 6,852 | $15.86 | $108,671.35 | 3,872,193 |
| 2/20/18 | Buy | 90,540 | $15.77 | $1,427,788.64 | 3,962,733 |
| 2/22/18 | Buy | 90,540 | $15.86 | $1,435,722.48 | 4,053,273 |
| 4/26/18 | Sell | -39,264 | $9.95 | $(390,673.19) | 4,014,009 |
| 4/26/18 | Sell | -233,991 | $9.95 | $(2,328,188.92) | 3,780,018 |
| 4/30/18 | Sell | -1,949,921 | $11.17 | $(21,784,517.41) | 1,830,097 |
| 4/30/18 | Sell | -327,198 | $11.17 | $(3,655,456.06) | 1,502,899 |
| 5/1/18 | Sell | -506,980 | $11.40 | $(5,777,391.99) | 995,919 |
| 5/1/18 | Sell | -85,072 | $11.40 | $(969,454.99) | 910,847 |
| 5/3/18 | Sell | -77,997 | $11.26 | $(877,996.63) | 832,850 |
| 5/3/18 | Sell | -13,088 | $11.26 | $(147,329.00) | 819,762 |
| 5/8/18 | Sell | -155,994 | $11.25 | $(1,754,729.71) | 663,768 |
| 5/8/18 | Sell | -26,176 | $11.25 | $(294,445.97) | 637,592 |
| 5/14/18 | Sell | -58,498 | $11.78 | $(689,261.40) | 579,094 |
| 5/14/18 | Sell | -9,816 | $11.78 | $(115,658.48) | 569,278 |
| 5/15/18 | Sell | -194,992 | $11.49 | $(2,240,165.59) | 374,286 |
| 5/15/18 | Sell | -32,720 | $11.49 | $(375,903.72) | 341,566 |
| 5/16/18 | Sell | -292,487 | $11.87 | $(3,472,113.18) | 49,079 |
| 5/16/18 | Sell | -49,079 | $11.87 | $(582,616.81) | 0 |

| |
|---|
| *Loss is computed by taking the total value of each trade, positive for purchases and negative for sales, and totaling it across all trades in HRG stock during the relevant period. |
| **Method "1": For every share purchased before April 26, 2018 and not sold before that date, apply a 'loss' of $3.32, representing the change in closing price from April 25 to April 26. |
| ***Method "2": For every share purchased before April 26, 2018 and not sold before that date, apply a 'loss' of $5.60, representing the difference in closing price from April 25 to the low on April 26, but limit shares sold on April 26, 2018 to their selling price, and not the daily low. |