

*Source:* *Levi & Korsinsky, LLP*

*March 07, 2019 17:14 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Shareholders It Filed a Complaint to Recover Losses Suffered by Spectrum Brands Legacy, Inc. (f/k/a Spectrum Brands Holdings, Inc.) Investors and Sets a Lead Plaintiff Deadline of May 6, 2019

NEW YORK, March 07, 2019 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Spectrum Brands Legacy, Inc. (f/k/a Spectrum Brands Holdings, Inc.) (NYSE:SPB) <u>between June 14, 2016 and April 25, 2018, inclusive (the "Class Period")</u>. You are hereby notified** that Levi & Korsinsky has commenced the class action *Wagner v. Spectrum Brands Holdings, Inc.* (3:19-cv-00178) in the United States District Court for the Western District of Wisconsin. To get more information **go to**:

**https://www.zlk.com/pslra-1/spectrum-brands-holdings-inc-loss-form**

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

The complaint alleges that Spectrum misrepresented and failed to disclose that: (i) Spectrum had been self-inflicting the operational issues at its Ohio and Kansas facilities; (ii) these operational issues were, in fact, recurring in nature; (iii) these operational issues would continuously impact production, shipping levels and sales; and (iv) as a result of the foregoing, the Company's financial statements were materially false and misleading at all relevant times.

**EXHIBIT**

tabbies

D

On April 26, 2018, Spectrum issued a press release announcing its financial and operating results for the second fiscal quarter ended April 1, 2018, reporting a net income of $0.8 million compared to net income of $39.9 million in the previous year's comparable quarter. The same day, Spectrum announced that its CEO was stepping down, effective immediately. Following this news, shares of Spectrum fell from a close of $94.23 per share on April 24, 2018, to a close of $75.01 per share the following day.

**If you suffered a loss in connection with a purchase of Spectrum securities during the Class Period, you have until <u>May 6, 2019</u>** to request that the Court appoint you as lead plaintiff. You need not seek to serve as a lead plaintiff to share in any recovery.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.


Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Toll Free:  (877) 363-5972
Fax: (212) 363-7171
www.zlk.com