**DECLARATION OF ALAN S. COOPER IN SUPPORT OF THE JET CAPITAL FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF OF THE HRG SUBCLASS AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Alan S. Cooper, pursuant to 28 U.S.C. § 1746 and on behalf of Jet Capital Master Fund LP (the "Jet Capital Fund," or the "Fund"), declare as follows:

1.    I respectfully submit this Declaration in support of the Fund's motion for appointment of Lead Plaintiff in the securities class action against Spectrum Brands Legacy, Inc. ("Spectrum Legacy"), HRG Group, Inc. ("HRG") and Spectrum Brands Holdings, Inc. ("Spectrum") and other defendants, including certain of Spectrum's officers.

2.    I am authorized to make this declaration on behalf of the Fund, which is an investment fund with offices in New York, New York.  As an investment fund, it receives money from a variety of investors, including pension plans, college and university endowments and individuals, and purchases equity securities in public companies.

3.    The Jet Capital Fund is a sophisticated institutional investor that understands, appreciates, and accepts the duties and responsibilities with which a Lead Plaintiff is charged under the Private Securities Litigation Reform Act of 1995 ("PSLRA").  The Fund believes its experience in lawsuits under the federal securities laws and directing the counsel it is proposing as lead counsel here will be a significant benefit to the classes of open market purchasers we are seeking to represent.

4.    The Fund is strongly motivated to recover the significant losses that we and the HRG Subclass suffered as a result of defendants' violations of the federal securities laws.  The Jet Capital Fund's principal goal in seeking to serve as Lead Plaintiff in this case is to achieve the best possible recovery for the class from all culpable parties.  We believe that the prosecution of this fraud with multiple sophisticated defendants should be entrusted to experienced

EXHIBIT

tabbies®

F

institutional investors that have a significant financial interest in their claims against defendants and are committed to ensuring the litigation is litigated as zealously and efficiently as possible, in accordance with the duties under the PSLRA.

5.      Furthermore, the Fund recognizes the importance of selecting qualified and experienced counsel to prosecute complex class action litigation, and to ensure that they do so in an efficient and cost-effective manner.  We believe that our selected counsel, Rolnick Kramer Sadighi LLP ("RKS")—including attorneys Lawrence M. Rolnick, Marc B. Kramer, Richard A. Bodnar, Jarett Sena, and Anna Menkova—are well suited to meet these goals.  We are personally familiar with the experience, resources, and successes of the attorneys at RKS, and are aware that they are accomplished securities litigators with a history of achieving significant recoveries in actions they have prosecuted as lead counsel on our behalf.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21st day of May, 2021 in New York, New York.

_____
Alan S. Cooper
*Jet Capital Master Fund LP*