**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| IN RE SPECTRUM BRANDS LITIGATION | No. 19-cv-347-jdp |

**[PROPOSED] ORDER GRANTHING THE JET CAPITAL FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF OF THE HRG SUBCLASS AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Upon consideration of (1) the Motion of Jet Capital Master Fund LP (the "Jet Capital Fund,") for appointment as Lead Plaintiff of the HRG Subclass and approval of its selection of Lead Counsel (the "Motion"); (2) the Memorandum of Law in support thereof; (3) the Declaration of Jarett Sena; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**

1. The Motion is **GRANTED**.

2. The Jet Capital Fund is **APPOINTED** to serve as Lead Plaintiff of the HRG Subclass pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

3. The Jet Capital Fund's selection of Lead Counsel is **APPROVED**.

IT IS SO ORDERED.

Dated: _____, 2021

<table>
<tr><td><b>EXHIBIT</b><br><br>H<br>_____</td></tr>
</table>