**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| IN RE SPECTRUM BRANDS SECURITIES LITIGATION | ) | No. 19-cv-347-jdp |
| | ) | |
| | ) | |

**DECLARATION OF RICHARD A. BODNAR
IN SUPPORT OF OBJECTION TO PLAN OF ALLOCATION**

Pursuant to 28 U.S.C. § 1746, **RICHARD A. BODNAR**, under penalty of perjury, hereby declares as follows:

1.      I am senior counsel at the law firm of Rolnick Kramer Sadighi, counsel to objector Jet Capital Master Fund LP, Jet Capital SRM Master Fund LP, and Walleye Investments Fund (collectively, the "Jet Capital Funds," and hereinafter, "Jet"). I submit this declaration in support of Jet's Objection to Plan of Allocation.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Litigation Expenses, dated October 28, 2020.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the Shareholder Alert: Levi & Korsinsky, LLP Notifies Shareholders It Filed a Complaint to Recover Losses Suffered by Spectrum Brands Legacy, Inc. (f/k/a Spectrum Brands Holdings, Inc.) Investors and Sets a Lead Plaintiff Deadline of May 6, 2019, dated March 7, 2019.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the Opinion and Order appointing lead plaintiffs and lead counsel, dated June 12, 2019.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the Memorandum of Law in Support of Lead Plaintiffs' Unopposed Motion for an Order Preliminary Approving Class Action Settlement and Authorizing Dissemination of Notice of Settlement, dated August 10, 2020.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation, dated December 24, 2020.

7.      Attached hereto as **Exhibit F** is a true and correct copy of the Jet Capital Funds trading history.

8.      Attached hereto as **Exhibit G** is a true and correct copy of redacted brokerage statements for the Jet Capital Funds during the relevant class period.

9.      Attached hereto as **Exhibit H** is a true and correct copy of the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing, and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses in *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, Docket No. MDL No. 2672 dated December 19, 2018.

10.     Attached hereto as **Exhibit I** is a true and correct copy of the Notice of Pendency of Class Action and Proposed Settlement, Final Approval Hearing, and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses in *In re Wells Fargo Mortgage-Backed Certificates Litigation,* Docket No. 09-cv-01376 dated July 26, 2011.

11.     Attached hereto as **Exhibit J** is a true and correct copy of the Notice of Pendency of Class Action and Proposed Settlement, Motion for Attorneys' Fees and Settlement Hearing in *Shanawaz v. Intellipharmaceutics, et al.,* Docket No. 1:17-cv-05761 dated August 13, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed January 8, 2021.

*/s/ Richard A. Bodnar*
Richard A. Bodnar
**ROLNICK KRAMER SADIGHI LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel. 212.597.2800