**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| IN RE SPECTRUM BRANDS SECURITIES | ) | No. 19-cv-347-jdp |
| LITIGATION | ) | |
| | ) | |

**SUPPLEMENTAL DECLARATION OF KATHERINE M. SINDERSON IN SUPPORT
OF (A) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT
AND PLAN OF ALLOCATION AND (B) LEAD COUNSEL'S MOTION FOR AN
AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

1.      I, Katherine M. Sinderson, am a member of the bars of the State of New York, the U.S. District Court for the Southern District of New York, and the U.S. Courts of Appeals for the Second and Third Circuits and am admitted *pro hac vice* in the above-captioned consolidated securities class action (the "Action"). I am a Member of the law firm of Bernstein Litowitz Berger & Grossmann LLP, the Court-appointed Lead Counsel in the Action. BLB&G represents the Court-appointed Lead Plaintiffs, the Public School Teachers' Pension and Retirement Fund of Chicago and the Cambridge Retirement System. I have personal knowledge of the matters stated in this declaration based on my active supervision of and participation in the prosecution and settlement of the Action.

2.      I respectfully submit this supplemental declaration in support (i) Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation (Dkt. 49) and (ii) Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses (Dkt. 51).

3.      Attached hereto as **Supplemental Exhibit 1** is the Proposed Judgment Approving Class Action Settlement.

4.      Attached hereto as **Supplemental Exhibit 2** is the Proposed Order Approving Plan of Allocation of Net Settlement Fund.

5.      Attached hereto as **Supplemental Exhibit 3** is the Proposed Order Awarding Attorneys' Fees and Litigation Expenses.

6.      Attached hereto as **Supplemental Exhibits 4A** and **4B** are true and correct copies of the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses, filed on August 12, 2020 as Dkt. 81-3, and Order Approving Class-Action Settlement, filed on September 16, 2020 as Dkt. 89, in *In re Henry Schein, Inc. Securities Litigation*, No. 18-cv-01428 (E.D.N.Y.).

7.      Attached hereto as **Supplemental Exhibits 5A and 5B** are true and correct copies of the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for An Award of Attorneys' Fees and Reimbursement of Litigation Expenses, filed on April 5, 2019 as Dkt. 6112-3, and Order Granting (I) Motion for Final Approval of Settlement and (II) Motion for Attorneys' Fees and Expenses, filed on May 10, 2019 as Dkt. 6285, in *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, & Product Liability Litigation*, No. 15-md-02672 (N.D. Cal.).

8.      Attached hereto as **Supplemental Exhibits 6A and 6B** are true and correct copies of the Notice of (I) Proposed Settlement and Plan of Allocation; (II) Settlement Fairness Hearing; and (III) Motion for An Award of Attorneys' Fees and Reimbursement of Litigation Expenses, filed on July 2, 2013 as Dkt. 423-5, and Order Approving Plan of Allocation of Net Settlement Fund, filed on October 1, 2013 as Dkt. 438, in *In re Schering-Plough Corp./ENHANCE Securities Litigation*, No. 08-cv-397-DMC-JAD (D.N.J.).

2

9.      Attached hereto as **Supplemental Exhibits 7A and 7B** are true and correct copies of the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Fairness Hearing; and (III) Motion for An Award of Attorneys' Fees and Reimbursement of Litigation Expenses, filed on December 28, 2017, as Dkt. 110-3, and Order Approving Plan of Allocation, filed on February 1, 2018 as Dkt. 117, in *In re CTI Biopharma Corp. Securities Litigation*, No. 16-cv-00216 (W.D. Wash.).

10.     Attached hereto as **Supplemental Exhibits 8A and 8B** are true and correct copies of the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for An Award of Attorneys' Fees and Reimbursement of Litigation Expenses, filed on September 21, 2017 as Dkt. 170-5, and Order Approving Plan of Allocation of Net Settlement Fund, filed on March 8, 2018 as Dkt. 179, in *Medina v. Clovis Oncology, Inc.*, No. 15-cv-02546 (D. Colo.).

11.     Attached hereto as **Supplemental Exhibits 9A and 9B** are true and correct copies of the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for An Award of Attorneys' Fees and Reimbursement of Litigation Expenses, filed on September 22, 2014 as Dkt. 496-1, and Order Approving Plan of Allocation of Net Settlement Fund, filed on January 8, 2015 as Dkt. 519, in *Hill v. State Street Corporation*, No. 09-cv-12146 (D. Mass.).

12.     Attached hereto as **Supplemental Exhibits 10A and 10B** are true and correct copies the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for An Award of Attorneys' Fees and Reimbursement of Litigation Expenses, filed on May 3, 2018, as Dkt. 268-4 and Order Approving

3

Plan of Allocation of Net Settlement Fund, filed on June 7, 2018 as Dkt. 272, in *Fresno County Employees' Retirement Association v. comScore, Inc.*, No. 16-cv-01820 (S.D.N.Y.).

13.     Attached hereto as **Supplemental Exhibits 11A and 11B** are true and correct copies of the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses, filed on September 25, 2020, as Dkt. 99-4, and Order Approving Plan of Allocation of Net Settlement Fund, filed on November 20, 2020 as Dkt. 105, in *In re Impinj, Inc. Securities Litigation*, No. 18-cv-05704 (W.D. Wash.).

14.     Attached hereto as **Supplemental Exhibit 12** is the true and correct copy of the First Amended Complaint and Jury Demand, filed on April 17, 2015 as Dkt. 15, filed in *Jet Capital Master Fund, L.P., et al. v. American. Realty Capital Properties, Inc., et al.*, No. 15-cv-00307 (S.D.N.Y.).

15.     Attached hereto as **Supplemental Exhibit 13** is a true and correct copy of the Notice of Pendency and Proposed Settlement of Class Action, Motion for Attorneys' Fees and Litigation Expenses, and Settlement Fairness Hearing issued in *In re American Apparel, Inc. Shareholder Litigation*, No. 10-cv-6352 (N.D. Cal), obtained from the settlement website: http://www.americanapparelshareholdersettlement.com/media/73832/ameraprl_notice.pdf.

16.     Attached hereto as **Supplemental Exhibits 14A and 14B** are true and correct copies of the Notice of (I) Pendency of Class Action, Certification of Settlement Classes, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for An Award of Attorneys' Fees and Reimbursement of Litigation Expenses, filed on October 14, 2015, as Dkt. 163-5, and Order Approving Plan of Allocation, filed on November 23, 2015 as Dkt. 177, in *In re Tower Group International, Ltd., Securities Litigation*, No. 13-cv-5852 (S.D.N.Y.).

17.    Attached hereto as **Supplemental Exhibits 15A and 15B** are true and correct copies of the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Motion for An Award of Attorneys' Fees and Payment of Litigation Expenses; and (III) Settlement Fairness Hearing, filed on October 8, 2019, as Dkt. 205-3, and Order Approving Plan of Allocation of Net Settlement Fund, filed on November 21, 2019 as Dkt. 215, in *In Re Banco Bradesco, S.A. Securities Litigation*, No. 16-cv-04155 (S.D.N.Y.).

18.    Attached hereto as **Supplemental Exhibits 16A and 16B** are true and correct copies of the Notice of Pendency and Proposed Settlement of Class Action, filed on February 25, 2020, as Dkt. 170-10, and Order Approving Plan of Allocation of Settlement Proceeds, filed on March 31, 2020 as Dkt. 178, in *Isolde v. Trinity Industries, Inc.*, No. 15-cv-02093-K (N.D. Tex.).

19.    Attached hereto as **Supplemental Exhibit 17** is a true and correct copy of the Notice of Pendency of Class Action and Proposed Settlement, Final Approval Hearing, and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses, filed on September 22, 2011 as Dkt. 453-3, in *In re Wells Fargo Mortgage-Backed Certificates Litigation*, No. 09-cv-1376 (N.D. Cal.).

20.    Attached hereto as **Supplemental Exhibit 18** is a true and correct copy of the Notice of Pendency and Proposed Settlement, Motion for Attorneys' Fees and Settlement Hearing, filed on August 28, 2020 as Dkt. 63-2, in *Shanawaz v. Intellipharmaceutics International Inc.*, No. 17-cv-05761 (S.D.N.Y).

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Dated: January 15, 2021                          */s/ Katherine M. Sinderson*
                                                 Katherine M Sinderson