**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| | ) | |
| | ) | |
| IN RE SPECTRUM BRANDS SECURITIES LITIGATION | ) | No. 19-cv-347-jdp |
| | ) | |
| | ) | |

**SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING:**
**(A) MAILING OF THE NOTICE AND CLAIM FORM AND (B) REPORT ON**
**REQUESTS FOR EXCLUSION RECEIVED**

I, Luiggy Segura, hereby declare under penalty of perjury as follows:

1.      I am the Director of Securities Class Actions at JND Legal Administration ("JND"). Pursuant to the Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement entered September 29, 2020 (Dkt. 48) (the "Preliminary Approval Order"), Lead Counsel was authorized to retain JND as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Action").[1]   I submit this Declaration as a supplement to my earlier declaration, the Declaration of Luiggy Segura Regarding: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date and Estimated Notice and Administrative Costs, filed with the Court on December 24, 2020 (Dkt. 53-4) (the "Initial Mailing Declaration").  I am over 21 years of age and am not a party to the Action.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently thereto.

---

[1] Unless otherwise defined in this declaration, all capitalized terms have the meanings defined in the Stipulation and Agreement of Settlement dated August 10, 2020 (Dkt. 44-1).

## CONTINUED MAILING OF THE NOTICE PACKET

2. Since the execution of my Initial Mailing Declaration, JND has continued to disseminate copies of the Notice and Claim Form (together, the "Notice Packet") in response to additional request from potential Class Members and nominees. As of the date of this Declaration, JND has mailed a total of 83,014 Notice Packets to potential Class Members and nominees.

## TELEPHONE HELPLINE AND WEBSITE

3. JND continues to maintain the toll-free telephone helpline (1-833-674-0176) and interactive voice response system to accommodate inquiries from Class Members. JND also continues to maintain the dedicated website for the Action (www.SpectrumBrandsSecuritiesLitigation.com) in order to assist Class Members. JND has posted to the Settlement website copies of the papers filed in support of Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses. JND will continue to maintain and, as appropriate, update the Settlement website and toll-free telephone helpline until the conclusion of this administration.

## REPORT ON REQUESTS FOR EXCLUSION RECEIVED

4. The Notice informed potential members of the Settlement Class that requests for exclusion from the Settlement Class were to be sent to the Claims Administrator, such that they were received no later than January 8, 2021. The Notice also sets forth the information that must be included in each request for exclusion. As of the date of this Declaration, JND has received three (3) requests for exclusion from the Settlement Class. One of those requests, submitted by Jet Capital Funds, has been withdrawn.

5.      Attached hereto as Exhibit 1 is a list of the persons and entities who have requested exclusion from the Settlement Class.  Also attached in Exhibit 1 are copies of each request for exclusion and the request to withdraw the exclusion submitted by Jet Capital Funds received by JND.  In the interest of privacy and security, the requests for exclusion have been redacted to remove the street addresses, telephone numbers, and financial account numbers of the persons and entities requesting exclusion.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed on January 15th, 2021.

_____
Luiggy Segura