**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

|  |  |
|---|---|
| IN RE SPECTRUM BRANDS SECURITIES LITIGATION | No. 19-cv-347-jdp (consolidated with 19-cv-178-jdp)<br><br>Hon. James D. Peterson |

**DECLARATION OF RICHARD A. ROSEN VERIFYING COMPLIANCE
WITH THE NOTICE REQUIREMENTS OF
THE CLASS ACTION FAIRNESS ACT**

RICHARD A. ROSEN, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am a partner of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019, attorneys for Defendants Spectrum Brands Holdings, Inc., Spectrum Brands Legacy, Inc., HRG Group, Inc., Douglas L. Martin, David M. Maura, and Andreas R. Rouvé (collectively, the "Spectrum Defendants").

2.      In accordance with paragraph 10 of this Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement, I submit this declaration to verify that on August 18, 2020, the Spectrum Defendants sent notice of a proposed class action settlement pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 *et seq.* (the "CAFA Notice") by certified mail, return receipt requested to the offices of the Attorney General of the United States; the attorney general for each state, the District of Columbia, and the U.S. Territories; and representatives of the appropriate financial regulators, as listed in the distribution list accompanying the CAFA Notice.  A true and correct copy of the CAFA Notice is attached hereto as Exhibit A.

1

3.      The CAFA Notice was accompanied by the following documents, enclosed in an

unencrypted USB disk drive:

      a.      Copies of the original Complaint and the Amended Complaint;

      b.      Copies of the Stipulation and Agreement of Settlement, and the following exhibits thereto:

      c.      [Proposed] Order Preliminarily Approving Settlement with Defendants and Providing for Notice;

      d.      Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Litigation Expenses;

      e.      Summary Notice;

      f.      Proof of Claim Form; and

      g.      [Proposed] Judgment Approving Class Action Settlement.

4.      The CAFA Notice was sent to the appropriate Federal and State officials within

10 days of Lead Plaintiffs filing their Unopposed Motion for an Order Preliminarily Approving

Class Action Settlement and Authorizing Dissemination of Notice of Settlement, in accordance

with 28 U.S.C. § 1715(b).

5.      More than 90 days have passed since the CAFA Notice was sent to the

appropriate Federal and State officials, and neither counsel for Lead Plaintiffs nor the

undersigned has received a communication from any such federal or state official.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 19, 2021

            /s/ *Richard A. Rosen*
            Richard A. Rosen

2

# Exhibit A

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H. RIFKIND  (1950-1995)
LOUIS S. WEISS  (1927-1950)
JOHN F. WHARTON  (1927-1977)

212-373-3305

WRITER'S DIRECT DIAL NUMBER

212-492-0305

WRITER'S DIRECT FACSIMILE

rrosen@paulweiss.com

WRITER'S DIRECT E-MAIL ADDRESS

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
DAVID J. BALL
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
MARK S. BERGMAN
DAVID M. BERNICK
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
ROBERT BRITTON
DAVID W. BROWN
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
RACHAEL G. COFFEY
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
ANDREW J. FOLEY
ANDREW J. FORMAN*
HARRIS B. FREIDUS
CHRISTOPHER D. FREY
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
MICHELE HIRSHMAN
ROBERT E. HOLO
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
MEREDITH J. KANE
JONATHAN S. KANTER
BRAD S. KARP
PATRICK N. KARSNITZ

JOHN C. KENNEDY
BRIAN KIM
KYLE J. KIMPLER
ALEXIA D. KORBERG
ALAN W. KORNBERG
DANIEL J. KRAMER
CAITH KUSHNER
DAVID K. LAKHDHIR
JOHN E. LANGE
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE S. RHEE*
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM*
AUDRA J. SOLOWAY
SCOTT M. SONTAG
SARAH STASNY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
RICHARD C. TARLOWE
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
JULIA TARVER MASON WOOD
JENNIFER H. WU
BETTY YAP*
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

August 18, 2020

**By U.S. Mail**

Hon. William Barr
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Hon. Jay Clayton
Chair
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

And Those On The Attached Distribution List

**Class Action Fairness Act of 2005 Notification**
*In re Spectrum Brands Securities Litigation*, Case No. 1:19-cv-347-jdp (consolidated with 19-cv-178-jdp), United States District Court for the Western District of Wisconsin

Dear Attorney General Barr, Chair Clayton, Ladies and Gentlemen:

Pursuant to Section 3 of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, you are hereby notified of a proposed settlement (the "Settlement") of the above-captioned class action lawsuit (the "Class Action") currently pending before the United States District Court for the Western District of Wisconsin (the "Court"). This notice is provided on behalf of Defendant Spectrum Brands Holdings, Inc. ("Spectrum"), Spectrum Brands Legacy, Inc., HRG Group, Inc., Douglas Martin, David Maura, and Andreas Rouvé (collectively, the "Defendants"). This firm represents the Defendants.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

This notice and the accompanying materials are intended to satisfy any and all notification obligations that the Defendants have pursuant to CAFA with respect to the Class Action.

The following documents associated with the Settlement are provided in the enclosed disk:

1.  Copies of the original Complaint and the Amended Complaint;

2.  Copies of the Stipulation and Agreement of Settlement, and the following exhibits thereto:

    a.  [Proposed] Order Preliminarily Approving Settlement with Defendants and Providing for Notice (no preliminary order approving the settlement has yet been entered);

    b.  Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Litigation Expenses;

    c.  Summary Notice;

    d.  Proof of Claim Form; and

    e.  [Proposed] Judgment Approving Class Action Settlement (no final judgment has yet been entered).

No written judicial opinions have been issued relating to the proposed Settlement as of this date.

Please note that the Defendants entered into a confidential supplemental agreement (the "Supplemental Agreement") with Lead Plaintiffs the Public School Teachers' Pension and Retirement Fund of Chicago and the Cambridge Retirement System, on behalf of themselves and the Settlement Class, which is referenced in the Stipulation and Agreement of Settlement and which was not filed with the Court. *See* 28 U.S.C. § 1715(b)(5). As described in the Stipulation and Agreement of Settlement, and as is customary in securities class action settlements, the purpose of the confidential Supplemental Agreement is to provide Defendants with the option to withdraw from and terminate the Settlement in its entirety and to render the Stipulation and Agreement of Settlement null and void if timely requests for exclusion from the class are submitted by eligible class members that meet the conditions set forth in the Supplemental Agreement. It is typical for agreements of this nature to remain confidential because, as explained by a leading treatise dealing with complex litigation, "[k]nowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out." David F. Herr, MANUAL FOR COMPLEX LITIGATION § 21.631 (4th ed.).

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3

Given the nature of the claims in the Class Action, it is not feasible at this time to ascertain the names of all the members of the class who reside in each state or the estimated proportionate share of the claims of such members to the proceeds of the Settlement. *See* 28 U.S.C. § 1715(b)(7)(A). It also is not feasible to provide an estimate of the number of members of the class residing in each state and the estimated proportionate share of the claims of such members to the Settlement. *See* 28 U.S.C. § 1715(b)(7)(B). However, assuming the Settlement is approved by the Court, members of the class who properly submit Proof of Claim and Release forms as well as supporting documentation shall receive a share of the net settlement fund in accordance with the terms of the plan of allocation. We anticipate that, upon the conclusion of the claim process, the claims administrator will provide, upon request, the names of members of the class who reside in each state and the estimated proportionate share of the claims of such members to the Settlement.

On August 10, 2020, Lead Plaintiffs filed a motion for entry of an order preliminarily approving the Settlement and establishing notice procedures to notify members of the class. As of this date, the Court has not entered the proposed order preliminarily approving the Settlement and establishing notice procedures, and the Settlement fairness hearing has not yet been scheduled.

Additional filings in the case are available on the federal court's PACER system at https://ecf.wiwd.uscourts.gov. A PACER login and password are required.

If you have any questions, please feel free to contact me.

Respectfully submitted,

PAUL WEISS RIFKIND WHARTON
& GARRISON LLP

By:    /s/ Richard A. Rosen
Richard A. Rosen
1285 Avenue of the Americas
New York, NY 10019
Telephone:  212.373.3000
Facsimile:  212.492.0305

*Attorney for Defendants*

Enclosures

4

**DISTRIBUTION LIST**

| | |
|---|---|
| Steve Marshall<br>Attorney General of Alabama<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | Kevin Clarkson<br>Attorney General of Alaska<br>1031 West 4th Avenue<br>P.O. Box 110300<br>Anchorage, AK 99501-1994 |
| Mark Brnovich<br>Attorney General of Arizona<br>2005 N. Central Avenue<br>Phoenix, AZ 85004 | Leslie Rutledge<br>Attorney General of Arkansas<br>323 Center Street, Suite 200<br>Little Rock, AR 72201-2610 |
| Xavier Becerra<br>Attorney General of California<br>1300 I St., Ste. 1740<br>Sacramento, CA 95814 | Phil Weiser<br>Attorney General of Colorado<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| William Tong<br>Attorney General of Connecticut<br>55 Elm Street<br>Hartford, CT 06106 | Kathy Jennings<br>Attorney General of Delaware<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 |
| Karl A. Racine<br>Attorney General of the District of<br>Columbia<br>441 4th Street NW, Suite 1100S<br>Washington, DC 20001 | Ashley Moody<br>Attorney General of Florida<br>The Capitol, PL-01<br>Tallahassee, FL 32399-1050 |
| Chris Carr<br>Attorney General of Georgia<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 | Clare Connors<br>Attorney General of Hawaii<br>425 Queen Street<br>Honolulu, HI 96813 |
| Lawrence G. Wasden<br>Attorney General of Idaho<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-0010 | Kwame Raoul<br>Attorney General of Illinois<br>James R. Thompson Center<br>100 W. Randolph Street<br>Chicago, IL 60601 |

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

5

Curtis T. Hill, Jr.
Attorney General of Indiana
Indiana Government Center South
302 W. Washington Street, 5th Floor
Indianapolis, IN 46204

Derek Schmidt
Attorney General of Kansas
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597

Jeff Landry
Attorney General of Louisiana
1885 North Third Street
P.O. Box 94095
Baton Rouge, LA 70804-4095

Brian E. Frosh
Attorney General of Maryland
200 St. Paul Place
Baltimore, MD  21202-2202

Dana Nessel
Attorney General of Michigan
G. Mennen Williams Building, 7th Fl.
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909

Lynn Fitch
Attorney General of Mississippi
550 High St. Suite 1200
P.O. Box 220
Jackson, MS 39205

Tim Fox
Attorney General of Montana
Department of Justice
215 N. Sanders Street, 3rd Floor
P.O. Box 201401
Helena, MT 59620-1401

Tom Miller
Attorney General of Iowa
Hoover State Office Building
1305 E. Walnut Street
Des Moines, IA 50319

Daniel Cameron
Attorney General of Kentucky
Capitol Building
700 Capitol Avenue, Suite 118
Frankfort, KY 40601-3449

Aaron Frey
Attorney General of Maine
State House Station 6
Augusta, ME 04333

Maura Healey
Attorney General of Massachusetts
1 Ashburton Place 20th Floor
Boston, MA 02108-1518

Keith Ellison
Attorney General of Minnesota
Attention:  CAFA Coordinator
445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131

Eric Schmitt
Attorney General of Missouri
Supreme Court Bldg.
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102

Doug Peterson
Attorney General of Nebraska
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509-8920

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

6

Aaron Ford
Attorney General of Nevada
Old Supreme Ct. Bldg.
100 North Carson Street
Carson City, NV 89701

Gurbir S. Grewal
Attorney General of New Jersey
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 080
Trenton, NJ 08625-0080

Letitia James
Attorney General of New York
Department of Law
The Capitol, 2nd Floor
Albany, NY  12224-0341

Wayne Stenehjem
Attorney General of North Dakota
State Capitol
600 E. Boulevard Avenue, Dept. 125
Bismarck, ND 58505-0040

Mike Hunter
Attorney General of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105

Josh Shapiro
Attorney General of Pennsylvania
1600 Strawberry Square
Harrisburg, PA 17120

Alan Wilson
Attorney General of South Carolina
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, S.C. 29211-1549

Gordon MacDonald
Attorney General of New Hampshire
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301-6397

Hector Balderas
Attorney General of New Mexico
Villagra Building
408 Galisteo Street
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Josh Stein
Attorney General of North Carolina
Department of Justice
9001 Mail Service Center
Raleigh, NC 27602-0629

Dave Yost
Attorney General of Ohio
State Office Tower
30 E. Broad Street
Columbus, OH 43266-0410

Ellen F. Rosenblum
Attorney General of Oregon
Oregon Department of Justice
1162 Court Street NE
Salem, OR  97301-4096

Peter F. Neronha
Attorney General of Rhode Island
150 South Main Street
Providence, RI 02903

Jason Ravnsborg
Attorney General of South Dakota
Office of the Attorney General
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

7

Herbert Slatery III
Attorney General of Tennessee
Office of the Attorney General and
Reporter
P.O. Box 20207
Nashville, TN 37202-0207

Ken Paxton
Attorney General of Texas
Capitol Station
P.O. Box 12548
Austin, TX 78711-2548

Sean D. Reyes
Attorney General of Utah
P.O. Box 142320
Salt Lake City, UT 84114-2320

TJ Donovan
Attorney General of Vermont
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609-1001

Mark Herring
Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219

Bob Ferguson
Attorney General of Washington
1125 Washington Street SE
P.O. Box 40100
Olympia, WA 98504-0100

Patrick Morrisey
Attorney General of West Virginia
Office of the Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV 25305

Josh Kaul
Attorney General of Wisconsin
Wisconsin Department of Justice
State Capitol, Room 114 East
P. O. Box 7857
Madison, WI 53707-7857

Bridget Hill
Attorney General of Wyoming
Kendrick Building
2320 Capitol Avenue
Cheyenne, WY 82002

Ines Carrau Martinez
Secretary of Justice of Puerto Rico
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192

Denise N. George
Attorney General of U.S. Virgin Islands
34-38 Kronprinsdens Gade
GERS Building, 2nd Floor
St. Thomas, VI 00802

Mitzie Jessop Taase
Attorney General of American Samoa
American Samoa Government
Executive Office Building  3rd Floor
P.O. Box 7
Utulei, AS, 96799

Edward Manibusan
Attorney General of Northern Mariana
Islands
Administration Building
P.O. Box 10007
Saipan, MP 96950-8907

Leevin T. Camacho
Attorney General of Guam
Office of the Attorney General
ITC Building
590 S. Marine Corps Dr., Ste. 706
Tamuning, Guam 96913

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

8

Joses Gallen
Office of the Secretary
Department of Justice of Micronesia
P.O. Box PS 105
Palikir, Pohnpei FM 96941

Office of the Attorney General
Republic of the Marshall Islands
P.O. Box 890
Majuro MH 96960

Robert Stebbins
General Counsel
U.S. Securities and Exchange Commission
100 F Street, NE
Washington DC 20549

Greg Taylor
Director, Litigation Division
Office of the Comptroller of the Currency
Constitution Center
400 7th Street, S.W. Suite 3E-218
Washington DC 20219

Michael Held
Executive Vice President and
General Counsel
Federal Reserve Bank of New York
33 Liberty Street New York NY 10045

Marlene K. Sparkman
General Counsel
Texas State Securities Board
P. O. Box 13167
Austin TX 78711-3167

Vice President Reynold B. Oilouch.
Ministry of Justice
Palau Office of the Attorney General P.O.
Box 1365
Koror PW 96940

Superintendent Linda A. Lacewell
Attention: Class Action Notice
New York State
Department of Financial Services
One State Street, 19th Floor
New York NY 10004

Mark E. Van Der Weide
General Counsel
Board of Governors of the
Federal Reserve System
20th Street and Constitution Avenue N.W.
Washington DC 20551

Daniel J. Davis
Commodity Futures Trading Commission
Office of the General Counsel
Three Lafayette Centre
1155 21st Street, NW
Washington DC 20581

Manuel P. Alvarez
Commissioner
California Department of
Business Oversight
1515 K Street, Suite 200
Sacramento CA 95814-4052

Leslie Van Buskirk
Administrator
Wisconsin Department of
Financial Institutions
Division of Securities
PO Box 176
Madison, WI 53701-1768