# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| IN RE SPECTRUM BRANDS SECURITIES LITIGATION | ) | No. 19-cv-347-jdp |
| | ) | |
| | ) | |

## LEAD PLAINTIFFS' MOTION (1) TO STRIKE PORTIONS OF PROPOSED INTERVENORS' JET MASTER CAPITAL FUND LP, JET CAPITAL SRM MASTER FUND, AND WALLEYE INVESTMENTS FUND'S REPLY MEMORANDUM OF LAW IN SUPPORT OF PETITION TO INTERVENE AND ASSOCIATED OBJECTION, OR (2) IN THE ALTERNATIVE, FOR LEAVE TO FILE A SUR-REPLY

**STAFFORD ROSENBAUM LLP**
Douglas M. Poland
State Bar No. 1055189
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784
Telephone:  (608) 256-0226
Facsimile:  (608) 259-2600
dpoland@staffordlaw.com

*Liaison Counsel for Lead Plaintiffs the Public School Teachers' Pension and Retirement Fund of Chicago and the Cambridge Retirement System and the Settlement Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Katherine M. Sinderson
Jai Chandrasekhar
Matthew Traylor
1251 Avenue of Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
KatieM@blbglaw.com
Jai@blbglaw.com
Matthew.Traylor@blbglaw.com

-and-

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
avi@blbglaw.com

*Lead Counsel for Lead Plaintiffs the Public School Teachers' Pension and Retirement Fund of Chicago and the Cambridge Retirement System and the Settlement Class*

Lead Plaintiffs, the Public School Teachers' Pension and Retirement Fund of Chicago ("Chicago Teachers") and the Cambridge Retirement System ("Cambridge," and collectively with Chicago Teachers, "Lead Plaintiffs"), hereby move to strike portions of the Jet Capital Funds' ("Jet Capital") Reply Memorandum of Law in Support of Petition to Intervene and Associated Objection (Dkt. 68, the "Jet Reply"), or, in the alternative, grant Lead Plaintiffs leave to file a sur-reply.[1]

Jet Capital's Reply raises, for the first time, an entirely new due-process argument in support of its Objection. *See*, *e.g.*, Jet Reply at 2-3 (claiming that Lead Plaintiffs fail to address "the fundamental due process deficiency" because "due process requires class representatives to treat them fairly and then subjects their settlements to close scrutiny by the supervising court for fairness.").[2] The Seventh Circuit has held that arguments may not be first raised in a reply brief, as replies should be confined to the issues raised in the opening motion. *See Lin v. Ashcroft*, 385 F.3d 748, 750 (7th Cir. 2004) (citing *Wilson v. O'Leary*, 895 F.2d 378, 384 (7th Cir. 1990) ("Arguments not raised in an opening brief are waived"); *Boyer v. Canterbury School, Inc.*, 2005 WL 2370232, at *3 (N.D. Ind. Sept. 27, 2005) (citing *Rockohr v. Norfolk S. Corp*., 797 F. Supp 664, 665 n.1 (N.D. Ind. 1992)). Specifically, the Seventh Circuit has held that it is substantively unfair for a party to raise a new argument in a reply brief because it deprives the non-moving party of an opportunity to respond. *Wilson*, 895 F.2d at 384; *Boyer*, 2005 WL 2370232, at *3.

Here, for the first time, Jet Capital raises the argument that the Settlement violates Jet Capital's "due process concerns." Jet Reply at 1-3, 12, 15. Indeed, the central theme of Jet

---

[1] A copy of the Lead Plaintiffs' proposed Sur-Reply Memorandum of Law in Further Opposition to Proposed Intervenors Jet Capital Master Fund LP, Jet Capital SRM Master Fund LP, and Walleye Investments Fund's Petition to Intervene is attached hereto as Exhibit 1.

[2] While Jet Capital's Reply is purportedly in further support of its Motion for Intervention, it spends the vast bulk of its brief reiterating and expanding upon arguments it made in its Objection.

Capital's Reply is that the Settlement illustrates "fundamental due process concerns" at issue. Jet Reply at 1-2. Specifically, Jet Capital alleges that the "fundamental due process deficiency" is "that [Lead Plaintiffs] were never approved by the Court to represent the HRG shareholders in a class action." Jet Reply at 2.  While Jet Capital raised procedural objections concerning the initial 2019 notice to HRG shareholders under the Private Securities Litigation Reform Act ("PSLRA") in its Objection, this is the first time Jet Capital is raising a constitutional due-process argument. Accordingly, the Court should strike these arguments as Lead Plaintiffs have not been given an opportunity to respond to them.

However, should the Court deny Lead Plaintiffs' motion to strike portions of Jet Capital's Reply, Lead Plaintiffs respectfully request that in the alternative, the Court grant Lead Plaintiffs' motion for leave to file a sur-reply in response to Jet Capital's new arguments. *See Boyer*, 2005 WL 2370232 at *3 (stating that the "unfairness [of depriving the non-moving party of an opportunity to respond] would be remedied by allowing a surreply.").

Dated: January 22, 2021               Respectfully submitted,

*/s/ Katherine M. Sinderson*
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Katherine M. Sinderson, admitted *pro hac vice*
Jai Chandrasekhar, admitted *pro hac vice*
Matthew Traylor, admitted *pro hac vice*
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444
KatieM@blbglaw.com
Jai@blbglaw.com
Matthew.Traylor@blbglaw.com

-and-

Avi Josefson
875 North Michigan Avenue, Suite 3100

2

Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
avi@blbglaw.com

*Lead Counsel for Lead Plaintiffs the Public School Teachers' Pension & Retirement Fund of Chicago and the Cambridge Retirement System and the Settlement Class*

**STAFFORD ROSENBAUM LLP**
Douglas M. Poland
State Bar No. 1055189
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784
Telephone:  (608) 256-0226
Facsimile:  (608) 259-2600
dpoland@staffordlaw.com

*Liaison Counsel for Lead Plaintiffs the Public School Teachers' Pension & Retirement Fund of Chicago and the Cambridge Retirement System and the Settlement Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Lead Plaintiffs' Motion (1) to Strike Portions of Proposed Intervenors' Jet Master Capital LP, Jet Capital SRM Master Fund, and Walleye Investments Fund's Reply Memorandum of Law in Support of Petition to Intervene and Associated Objection, or (2) in the Alternative, for Leave to File a Sur-Reply was served on counsel for all parties electronically via the CM/ECF system on January 22, 2021.

Dated: January 22, 2021                    By: */s/ Katherine M. Sinderson*
                                                Katherine M. Sinderson