## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| IN RE SPECTRUM BRANDS SECURITIES LITIGATION | ) | No. 19-cv-347-jdp |
| | ) | |
| | ) | |

**LEAD PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO JET CAPITAL MASTER FUND LP, JET CAPITAL SRM MASTER FUND LP, AND WALLEYE INVESTMENTS FUND'S OBJECTION TO THE PLAN OF ALLOCATION AND MOTION TO INTERVENE**

Lead Plaintiffs, the Public School Teachers' Pension and Retirement Fund of Chicago and the Cambridge Retirement System (collectively, "Lead Plaintiffs"), by and through their undersigned counsel, respectfully submit this Notice of Supplemental Authority in support of the arguments already raised by Lead Plaintiffs in their briefs (dkts. 63, 66, 69-1) opposing the objection to the Plan of Allocation and motion to intervene filed by Jet Capital Master Fund LP, Jet Capital SRM Master Fund LP, and Walleye Investments Funds.

In support of their argument that the discount to shares of HRG common stock under the proposed Plan of Allocation is appropriate, *see* dkts. 63 at 2-4, 7-25; 66 at 3-5; 69-1 at 6-8, Lead Plaintiffs would like to bring to the Court's attention a recently issued decision from the U.S. District Court for the District of New Jersey, *In re: Valeant Pharmaceuticals International, Inc. Securities Litigation*, Civil Action No. 15-7658 (MAS) (LHG) (D.N.J. Feb. 1, 2021). In *Valeant Pharmaceuticals*, the court approved a plan of allocation that places a cap on the recovery for options investors, overruling an objection challenging the options cap and lead plaintiff's "preferential treatment" for common stock and debt investors. *See id.* at 4-7. A true and correct copy of the *Valeant Pharmaceuticals* decision is attached hereto as Exhibit 1.

Dated: February 3, 2021

Respectfully submitted,

*/s/ Katherine M. Sinderson*
**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
Katherine M. Sinderson, admitted *pro hac vice*
Jai Chandrasekhar, admitted *pro hac vice*
Matthew Traylor, admitted *pro hac vice*
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444
KatieM@blbglaw.com
Jai@blbglaw.com
Matthew.Traylor@blbglaw.com

-and-

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone:  (312) 373-3880
Facsimile:  (312) 794-7801
avi@blbglaw.com

*Lead Counsel for Lead Plaintiffs the Public School Teachers' Pension & Retirement Fund of Chicago and the Cambridge Retirement System and the Settlement Class*

**STAFFORD ROSENBAUM LLP**
Douglas M. Poland
State Bar No. 1055189
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784
Telephone:  (608) 256-0226
Facsimile:  (608) 259-2600
dpoland@staffordlaw.com

*Liaison Counsel for Lead Plaintiffs the Public School Teachers' Pension & Retirement Fund of Chicago and the Cambridge Retirement System and the Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Lead Plaintiffs' Notice of Supplemental Authority in Opposition to Jet Capital Master Fund LP, Jet Capital SRM Master Fund LP, and Walleye Investments Fund's Objection to the Plan of Allocation and Motion to Intervene was served on counsel for all parties electronically via the CM/ECF system on February 3, 2021.

Dated: February 3, 2021                    By: */s/ Katherine M. Sinderson*
                                           Katherine M. Sinderson