# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| IN RE SPECTRUM BRANDS SECURITIES LITIGATION | ) | No. 19-cv-347-jdp |
| | ) | |
| | ) | |

## JET'S OPPOSITION TO LEAD PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

**ROLNICK KRAMER SADIGHI LLP**
Lawrence M. Rolnick (*admitted pro hac vice*)
Marc B. Kramer (*admitted pro hac vice*)
Richard A. Bodnar
Jarett Sena
1251 Avenue of the Americas
New York, New York 10020
Tel. 212-597-2800

*-and-*

Sheila A. Sadighi
300 Executive Drive, Suite 275
West Orange, New Jersey 07052
Tel. 212-597-2800

**BASSFORD REMELE**
David M. Dahlmeier
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Tel. 612-333-3000

Jet Capital Master Fund LP, Jet Capital SRM Master Fund LP, and Walleye Investments Fund (collectively, the "Jet Capital Funds," and hereinafter, "Jet") respectfully submit this opposition to Lead Plaintiffs' Notice of Supplemental Authority.

In a continuing effort to have the last word, Lead Plaintiffs submit a "Notice Supplemental of Authority" of an out-of-circuit district court opinion that has no effect on the arguments made by Jet in its briefing. Critically, this decision says nothing at all about Lead Plaintiffs' notice failures or their attempt in the proposed settlement to discount the claims of class members it was never actually authorized to represent. Moreover, the *Valeant* decision submitted by Lead Plaintiffs involves a recovery cap, and not a discount; derivative instruments, and not common stock; and was in a significantly different procedural posture.[1] As with Lead Plaintiffs' "motion to strike," the Court should disregard this "Notice of Supplemental of Authority" as improper and yet another attempt to file an improper sur-reply.

Dated: February 4, 2021

Respectfully submitted,

**ROLNICK KRAMER SADIGHI LLP**

*/s/ Richard A. Bodnar*
Richard A. Bodnar
Lawrence M. Rolnick *(admitted pro hac vice)*
Marc B. Kramer *(admitted pro hac vice)*
Jarett Sena
1251 Avenue of the Americas
New York, New York 10020
Tel. 212-597-2800

---

[1] The core of the Court's opinion in *In re: Valeant Pharmaceuticals International, Inc. Securities Litigation*, Civil Action No. 15-7658 (MAS) (LHG) (D.N.J. Feb. 1, 2021) focuses on an expert credibility issue that has no relevance here. The fact that HRG claimants represent 50% of the available damages is taken from Lead Plaintiffs' own briefing and is not disputed by Jet.

*-and-*

Sheila A. Sadighi
300 Executive Drive, Suite 275
West Orange, New Jersey 07052
Tel. 212-597-2800

**BASSFORD REMELE**
David M. Dahlmeier
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Tel. 612-333-3000

2