IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| IN RE SPECTRUM BRANDS LITIGATION | OPINION and ORDER<br><br>19-cv-178-jdp<br>19-cv-347-jdp |

---

These consolidated cases are proposed class actions brought under the Securities Exchange Act of 1934. The parties filed a joint motion to certify the class and approve a settlement agreement, but the court denied the motion after concluding that the lead plaintiffs didn't adequately notify or represent a group of investors who had purchased the stock of defendant HRG Group, Inc., which later merged with another company to become defendant Spectrum Brand Holdings, Inc. The court gave plaintiffs two options: (1) publish a new notice that includes the claims of the HRG class members, in accordance with 15 U.S.C. § 78u-4(a)(3), so that the court could appoint a lead plaintiff to represent those class members; or (2) exclude the claims of the HRG stock purchasers from the class. Dkt. 74.

Plaintiffs have chosen the first option, and they have filed a proposed notice. The court will approve the notice and direct plaintiffs to publish it. The court will set a new schedule after resolving any new motions to serve as a lead plaintiff from investors who purchased HRG stock.

ORDER

IT IS ORDERED that:

1. Plaintiffs' proposed notice, Dkt. 75-3, is APPROVED. Plaintiffs are directed to publish the notice in accordance with 15 U.S.C. § 78u-4(a)(3) no later than April 14, 2021.

2. The court will set a new schedule after deciding any motions to serve as a lead plaintiff.

3. Plaintiffs are directed to notify the court if no one moves to serve as a lead plaintiff within the statutory deadline.

Entered April 2, 2021.

                                          BY THE COURT:

                                          /s/

                                          _____

                                          JAMES D. PETERSON
                                          District Judge