# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

IN RE SPECTRUM BRANDS LITIGATION

No. 19-cv-347-jdp

---

## DECLARATION OF JARETT SENA IN SUPPORT OF THE JET CAPITAL FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF OF THE HRG SUBCLASS AND APPROVAL OF SELECTION OF LEAD COUNSEL

---

I, Jarett Sena, hereby declare as follows:

1. I am an associate at the law firm of Rolnick Kramer Sadighi LLP, counsel for Jet Capital Master Fund LP (the "Jet Capital Fund," and hereinafter, "Jet").

2. I submit this declaration in support of the Motion filed by Jet for: (1) appointment as Lead Plaintiff; and (2) approval of the Jet's selection of Rolnick Kramer Sadighi LLP ("RKS") to serve as Lead Counsel (the "Motion").

3. Attached as **Exhibits A through H** are true and correct copies of the following documents:

> **Exhibit A:** Certification of Alan S. Cooper, dated May 21, 2021, made on behalf of Jet pursuant to the federal Securities Laws;
>
> **Exhibit B:** A chart setting forth Jet's trading and calculating losses;
>
> **Exhibit C:** Amended Class Action Complaint for Violations of the Federal Securities Laws, filed by Bernstein Litowitz Berger & Grossmann LLP on July 12, 2019;
>
> **Exhibit D:** Notice of Deadline for Purchasers of Spectrum Brands Legacy, Inc. Stock to Seek Appointment as Lead Plaintiff in Securities

Class Action, *In re Spectrum Brands Securities Litigation*, No. 19-CV-178 (W.D. Wis.), published via Globe Newswire on March 7, 2019;

**Exhibit E:**     Notice of Deadline for Purchasers of HRG Group, Inc. Stock to Seek Appointment as Lead Plaintiff for HRG Subclass in Securities Class Action, *In re Spectrum Brands Securities Litigation*, No. 19-CV-178, 19-CV-347 (W.D. Wis.), published via PRNewswire on April 2, 2021;

**Exhibit F:**     Declaration of Alan S. Cooper in Support of the Jet Capital Fund's Motion for Appointment of Lead Plaintiff of the HRG Subclass and Approval of Selection of Lead Counsel;

**Exhibit G:**     RKS Firm Resume; and

**Exhibit H:**     Proposed order granting Motion.

4.      RKS routinely represents sophisticated institutional investors like Jet in direct actions to prosecute multi-million dollar claims under the Exchange Act.

5.      Attorneys from RKS have previously served as lead counsel or co-lead counsel in notable, large, complex securities class action lawsuits and achieved exceptional results.

6.      In *In re Chembio Diagnostics, Inc. Securities Litigation*, Civil Action No. 2:20-cv-02706 (E.D.N.Y.) (Ross, J.), RKS attorneys serve as co-lead counsel for a class of public investors, representing Special Situations Funds for a class of public investors, in a securities fraud class action in the Eastern District of New York.

7.      In *In re Nortel Networks Corp. Sec. Litig.*, Civil Action No. 05-MD-1659 (S.D.N.Y.) (Nortel II) (Preska, J.), RKS attorneys and Bernstein Litowitz served as lead counsel, representing New Jersey and another co-lead plaintiff, in a securities fraud class action in the Southern District of New York. In December 2006, the case was settled for $1.3 billion, one of the largest settlements since the inception of the PSLRA.

8.      In *In re Elec. Data Sys. Corp. Sec. Litig.*, Civil Action No. 6:03-MD-1512 (E.D. Tex.) (Davis, J.), RKS attorneys and Bernstein Litowitz served as co-lead counsel, representing

New Jersey in a securities fraud class action filed in the Eastern District of Texas. In 2006, the case was settled for $137.5 million, one of the largest settlements ever against a corporation that had not issued a restatement for the relevant class period.

9. In *In re SFBC Int'l, Inc., Sec. & Derivative Litig.*, Civil Action No. 2:06-165 (D.N.J.) (Chesler, J.), RKS attorneys, along with Bernstein Litowitz, represented an Arkansas public pension fund in a plaintiffs' securities class action asserting Section 10(b)/Rule 10b-5 claims against a company and its officers for misleading statements and omissions.

10. In *The Department of the Treasury of the State of New Jersey and its Division of Investment v. Cliffs Natural Resources Inc.*, Civil Action No. 14-cv-1031 (N.D. Oh.) (Polster, J.), RKS attorneys and Bernstein Litowitz represented the State of New Jersey in a securities fraud class action in the Northern District of Ohio, alleging that a mining company and its executives made numerous false and misleading statements about a failed mine acquisition that crippled its business. The matter resulted in an $84 million settlement for the class.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 26, 2021

*/s/ Jarett Sena*
JARETT SENA