IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

IN RE SPECTRUM BRANDS LITIGATION

ORDER

19-cv-178-jdp
19-cv-347-jdp

---

IT IS ORDERED that:

1. This case is severed in accordance with Fed. R. Civ. P. 21 and the court's inherent authority.

2. The claims on behalf of all persons and entities that (i) purchased common stock of Old Spectrum from January 26, 2017, through July 13, 2018; and/or (ii) purchased common stock of Spectrum from July 13, 2018, through November 19, 2018, which are led by Court-appointed Lead Plaintiffs the Public School Teachers' Pension and Retirement Fund of Chicago and the Cambridge Retirement System (the "Spectrum Action"), will proceed as case No. 19-cv-347-jdp.

3. The Clerk of the Court is directed to assign a new case number to the claims of those persons or entities that purchased common stock of HRG Group, Inc. from January 26, 2017, through July 13, 2018, which are led by Court-appointed Lead Plaintiff Jet Capital Master Fund, L.P. (the "HRG Action").

4. Defendants and Jet Capital Master Fund, L.P. ("Jet Capital") are directed to meet and confer and submit a schedule for (i) Jet Capital to file an amended complaint in the HRG Action; and (ii) Defendants to answer, move to dismiss or otherwise respond to that amended complaint.

5. The Spectrum plaintiffs may have until October 1, 2021, to file a motion for preliminary approval of their settlement; the HRG plaintiffs may have until the same date to file an amended complaint.

Entered August 27, 2021.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge