# Exhibit 5

**EXHIBIT 5**

*In re Spectrum Brands Securities Litigation*
No. 19-cv-347-jdp (W.D. Wis.)

**SUMMARY OF PLAINTIFFS' COUNSEL'S
LODESTAR AND EXPENSES**

| Ex. | FIRM | HOURS | LODESTAR | EXPENSES |
|-----|------|-------|----------|----------|
| 5A | Bernstein Litowitz Berger & Grossmann LLP | 5,078.25 | $3,099,691.25 | $326,111.14 |
| 5B | Stafford Rosenbaum LLP | 49.50 | $24,270.00 | $447.56 |
| | **TOTAL:** | **5,127.75** | **$3,123,961.25** | **$326,558.70** |