# Exhibit 6

**EXHIBIT 6**

*In re Spectrum Brands Securities Litigation*
No. 19-cv-347-jdp (W.D. Wis.)

**BREAKDOWN OF PLAINTIFFS' COUNSEL'S
EXPENSES BY CATEGORY**

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | $2,359.36 |
| PSLRA Notice Costs | $4,310.00 |
| Online Legal Research | $38,867.80 |
| Online Factual Research | $42,056.83 |
| Telephone | $135.82 |
| Local Transportation | $1,905.39 |
| Internal Copying/Printing | $335.70 |
| Outside Copying | $779.64 |
| Working Meals | $905.88 |
| Court Reporting & Transcripts | $109.50 |
| Special Publications | $193.51 |
| Expert | $203,183.75 |
| Mediation | $31,415.52 |
| | |
| **TOTAL EXPENSES:** | **$326,558.70** |