**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| | ) | |
| | ) | |
| IN RE SPECTRUM BRANDS SECURITIES LITIGATION | ) | No. 19-cv-347-jdp |
| | ) | |
| | ) | |

---

**DECLARATION OF LUIGGY SEGURA REGARDING: (A) MAILING OF THE
NOTICE AND CLAIM FORM; (B) PUBLICATION OF THE SUMMARY NOTICE;
AND (C) REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE**

---

I, Luiggy Segura, declare as follows:

1.        I am a Senior Director at JND Legal Administration ("JND").  Pursuant to the Court's November 17, 2021 Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement (ECF No. 98) (the "Preliminary Approval Order"), JND was authorized to act as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Action").[1]  I am over 21 years of age and am not a party to the Action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

**PRIOR SETTLEMENT MAILING**

2.        In connection with the Prior Settlement of the Action reached in August 2020, and pursuant to an Order of the Court entered on September 29, 2020, JND caused notice of the Prior Settlement, including a notice and Claim Form (the "Prior Settlement Notice"), to be mailed to potential members of the settlement class for the Prior Settlement (the "Prior Settlement

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated August 27, 2021 (ECF No. 96-1), (the "Stipulation").

Mailing"). On October 28, 2020, JND mailed the Prior Settlement Notice to potential class members whose names and addresses were (1) obtained from the transfer agents for Spectrum Brands and HRG Group, Inc.; (2) uncovered through JND's research of filings with the U.S. Securities and Exchange Commission (SEC) on Form 13-F of institutions or entities who may have held Spectrum Brands or HRG Group securities during the Class Period; and (3) included in JND's proprietary database of the most common bank and brokerage firms, nominees, and known third party filers (the "Broker Database"). *See* Declaration of Luiggy Segura dated December 22, 2020 (ECF No. 53-4), at ¶¶ 2-5.

3.      As in most securities class actions, a large majority of potential class members in are beneficial purchasers whose securities are held in "street name"—i.e., the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees in the name of the respective nominees, on behalf of the beneficial purchasers. The Prior Settlement Notice directed those who purchased or otherwise acquired HRG and/or Spectrum Common Stock during the Class Period for the beneficial interest of a person or organization other than themselves to either request from JND sufficient copies of the notice packet to forward to all such beneficial owners or to provide to JND the names and addresses of all such beneficial owners. During the course of the Prior Settlement Mailing, JND received names and addresses of potential settlement class members from individuals, brokers, and nominees and received requests from nominees who requested notice packets to forward to their customers. Through January 15, 2021, JND mailed a total of 83,014 copies of the Prior Settlement Notice in the Prior Settlement Mailing. *See* Supplemental Declaration of Luiggy Segura dated January 15, 2021 (ECF No. 65), at ¶ 2.

## MAILING OF THE NOTICE AND CLAIM FORM

4.      Pursuant to the Preliminary Approval Order for the current Settlement, JND mailed the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Litigation Expenses (the "Notice") and the Proof of Claim and Release Form (the "Claim Form" and, collectively with the Notice, the "Notice Packet") to potential Spectrum Class Members.  A copy of the Notice Packet is attached hereto as Exhibit A

5.      On December 9, 2021, JND mailed the Notice Packet to 85,663 potential Spectrum Class Members and nominees, consisting of:  (a) 27,927 persons and entities in JND's mailing database who had been identified in connection with the Prior Settlement Mailing (these names were run through the National Change of Address ("NCOA") database to search for updated addresses before mailing); (b) 2,681 persons and entities who submitted claims in connection with the Prior Settlement that contained a purchase of Spectrum or Old Spectrum common stock during the Class Period and who were not already in JND's mailing database; (c) 4,077 of the most common bank and brokerage firms, nominees, and known third party filers in JND's Broker Database; and (d) 50,978 copies of the Notice Packet that were mailed to nominees who had previously requested copies of the Prior Settlement Notice to forward to their customers in the Prior Settlement Mailing.

6.      As with the Prior Settlement Notice, the Notice directed brokers and other nominees who purchased or otherwise acquired Spectrum or Old Spectrum common stock during the Class Period for the beneficial interest of a person or entity other than themselves, within seven (7) calendar days of receipt of the Notice, to either: (a) request from the Claims Administrator sufficient copies of the Notice Packet to forward to all such beneficial owners and, within seven

3

(7) calendar days of receipt of those Notice Packets, forward them to all such beneficial owners; or (b) provide a list of the names, mailing addresses, and, if available, email addresses, of all such beneficial owners to JND (who would then mail copies of the Notice Packet to those persons). However, nominees were advised that if they had previously provided the names and addresses of potential Spectrum Class Members in connection with the Prior Settlement, they were not required to provide those names and addresses again. *See* Notice ¶ 95.  Brokers and nominees were advised that were only required to provide JND with names and addresses of potential Spectrum Class Members that were not previously provided, or if there are any name or address changes.

7.       As of February 4, 2022, JND has received 4,926 additional names and addresses of potential Spectrum Class Members from individuals or brokerage firms, banks, institutions, and other nominees.  All such requests have been, and will continue to be, complied with and addressed in a timely manner.

8.       As of February 4 2022, a total of 90,589 Notice Packets have been mailed to potential Spectrum Class Members and nominees.  In addition, JND has re-mailed 234 Notice Packets to persons whose original mailings were returned by the U.S. Postal Service ("USPS") and for whom updated addresses were provided to JND by the USPS or were obtained through other means.

### PUBLICATION OF THE SUMMARY NOTICE

9.       In accordance with Paragraph 7(d) of the Preliminary Approval Order, JND caused the Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Litigation Expenses (the "Summary Notice") to be published in *Investor's Business Daily* and released via *PR Newswire*

4

on December 20, 2021.  Copies of proof of publication of the Summary Notice in *Investor's Business Daily* and over *PR Newswire* are attached hereto as Exhibits B and C, respectively.

## TELEPHONE HELPLINE

10.     On October 28, 2020, JND established a case-specific, toll-free telephone helpline, 1-833-674-0176, with an interactive voice response system and live operators, to accommodate potential Class Members with questions about the Action.  On December 9, 2021, JND updated the interactive voice response system to provide information and options about the proposed Settlement.  The automated attendant answers the calls and presents callers with a series of choices to respond to basic questions.  Callers requiring further help have the option to be transferred to a live operator during business hours.  JND continues to maintain the telephone helpline and will update the interactive voice response system as necessary through the administration of the Settlement.

## WEBSITE

11.     On October 28, 2020, JND established a website dedicated to the Action, www.SpectrumBrandsSecuritiesLitigation.com, to provide information and assist potential Class Members.  On December 9, 2021, JND updated the website to provide information about the proposed Settlement, including the exclusion, objection, and claim filing deadlines, and details about the Court's Settlement Hearing.  Copies of the Notice and Claim Form, the Stipulation, Preliminary Approval Order, and other documents related to the Action are posted on the website and are available for downloading.  The website also allows Spectrum Class Members to submit their claims via the website instead of sending them by mail if they prefer.  The website is accessible 24 hours a day, 7 days a week.  JND will update the website as necessary through the administration of the Settlement.

**REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE**

12.     The Notice informs potential Spectrum Class Members that requests for exclusion from the Spectrum Class are to be sent to the Claims Administrator, such that they are received no later than February 22, 2022.  The Notice also sets forth the information that must be included in each request for exclusion.  As of February 7, 2022, JND has received one (1) request for exclusion from the Spectrum Class, which was submitted by an individual who previously requested exclusion from the settlement class in connection with the Prior Settlement.  JND will submit a supplemental declaration after the February 22, 2022 deadline for requesting exclusion that will address all requests for exclusion received.

**REPORT ON CLAIMS RECEIVED TO DATE**

13.     The Notice informed potential members of the Spectrum Class that if they wished to be potentially eligible for a payment from the Settlement they must submit a Claim Form to JND, with supporting documentation, postmarked or submitted on-line no later than January 25, 2022.  Spectrum Class Members were also advised that if they had submitted a Claim Form in connection with the Prior Settlement, they did not need to do so again, and that the earlier Claim Form they submitted would be considered for participation in the Settlement.

14.     As of February 4, 2022, JND has received approximately 18,391 claims from potential members of the Spectrum Class.  This claim count may increase if JND receives mailed additional claims that were postmarked before the deadline or late claims that would not delay a future distribution.  Lead Counsel has the discretion to accept late claims for processing provided such acceptance does not delay the distribution of the Net Settlement Fund to the Spectrum Class.  *See* Preliminary Approval Order ¶ 13.  JND will provide more information on the claims received in a supplemental declaration to be filed on March 4, 2022.

## REPORT ON ESTIMATED NOTICE AND ADMINISTRATION COSTS

15.    As of the date of this declaration, JND estimates that total Notice and Administration Costs will be $400,000.  This is only an estimate and the actual cost may be higher or lower depending on the ultimate factors of the case, including the amount of time required for follow up on and processing of the claims received.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of February 2022, at New Hyde Park, New York.

_____

LUIGGY SEGURA

7