# EXHIBIT B

Case: 3:19-cv-00178-jdp    Document #: 133-2    Filed: 02/08/22    Page 2 of 2

## Mutual Fund Performance Tables

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
|---|---|---|---|---|---|---|
| | **Sit Funds** | | | | | |
| A | $ 3.1 bil 800-332-5580 | | | | | |
| A- | MidCapGrw | +12 | -2 | +105 | 23.24n | +.15 |
| | **Spirit of America** | | | | | |
| A | $ 1.1 bil 800-367-3000 | | | | | |
| A+ | EnergyA | +30 | +1 | +74 | 12.70 | -.09 |
| | **TCM Funds** | | | | | |
| B | $ 552 mil 800-536-3230 | | | | | |
| A+ | SmCapGr | +13 | -4 | +117 | 41.32n | +.24 |
| | **TCW Funds** | | | | | |
| S | $ 24.1 bil 800-386-3829 | | | | | |
| A+ | SelectEqN | +22 | -2 | +190 | 37.60n | -.10 |
| | **Thrivent Funds A** | | | | | |
| A | $ 32.1 bil 800-847-4836 | | | | | |
| A+ | GrowthA | +19 | -1 | +184 | 16.99 | -.08 |
| A+ | LargeCapGrw | +19 | -1 | +191 | 19.63n | -.08 |
| | **Thrivent Funds Instl** | | | | | |
| S | $ 11.0 bil 800-847-4836 | | | | | |
| A- | MidCapStk | +22 | +1 | +95 | 36.36n | -.11 |
| | **TIAA-CREF FUNDS** | | | | | |
| S | $ 49.8 bil 800-842-2252 | | | | | |
| A- | Growth#Inc | +21 | +2 | +110 | 16.65n | -.17 |
| A- | SciChcEqPrm | +22 | +2 | +111 | 27.28n | -.20 |
| | **TIAA-CREF Instl Ret** | | | | | |
| S | $ 73.0 bil 800-842-2252 | | | | | |
| A- | EquityIdx | +21 | +2 | +116 | 33.68n | -.24 |
| A | LgGrwth | +13 | -4 | +160 | 23.07n | -.03 |
| A- | S#P500Idx | +24 | +4 | +118 | 50.14n | -.52 |
| A- | SocialEqty | +22 | +2 | +109 | 27.91n | -.20 |
| | **TIAA-CREF Instl Funds Reta** | | | | | |
| S | $ 48.2 bil 800-842-2252 | | | | | |
| A- | EquityIndex | +21 | +2 | +116 | 33.80n | -.24 |
| A- | Growth#Inc | +21 | +2 | +111 | 25.10n | -.25 |
| A | LrgCpGrowth | +13 | -4 | +160 | 23.21n | -.03 |
| A- | SocialEqty | +22 | +2 | +109 | 23.84n | -.17 |
| | **Touchstone** | | | | | |
| S | $ 38.1 bil 800-543-0407 | | | | | |
| A- | CmmnStkA | +23 | +1 | +119 | 57.50 | -.51 |
| A- | EmrgMrktY | -13 | -16 | +114 | 19.07n | -.29 |
| A- | FocusA | +23 | +1 | +97 | 61.97 | -.41 |
| A- | FocusC | +22 | +1 | +90 | 56.64n | -.38 |
| A- | FocusInstl | +24 | +1 | +99 | 63.19n | -.42 |
| A+ | FocY | +24 | +1 | +99 | 62.86n | -.41 |
| A | GrowthInstl | +19 | -1 | +160 | 49.25n | -.38 |
| A | GrowthOpper | +19 | +1 | +149 | 43.86n | -.12 |
| A- | LrgCapFocsd | +23 | +2 | +121 | 57.46n | -.51 |
| A- | LrgCpFocsdC | +22 | +1 | +110 | 52.11n | -.46 |
| A+ | MidCapA | +11 | -4 | +130 | 36.00 | +.13 |
| A | MidCapGrC | +10 | -4 | +114 | 16.90n | +.06 |
| A | MidCapGrwIn | +11 | -4 | +134 | 38.85n | +.14 |
| A | MidCapGrwth | +11 | -4 | +133 | 38.28n | +.14 |
| | **TrilliumMutualFnds** | | | | | |
| B | $ 509 mil 866-209-1962 | | | | | |
| A- | P21GlblEqty | +18 | +0 | +121 | x66.76n | -2.9 |
| | **UBS Pace Y** | | | | | |
| B | $ 1.5 bil 800-647-1568 | | | | | |
| A | LrgCoGr | +17 | +0 | +150 | 32.02n | -.21 |
| | **USAA Group** | | | | | |
| S | $ 123 bil 800-531-8722 | | | | | |
| A- | 500Index | +24 | +4 | +123 | 60.55n | -.55 |
| A- | 500IndexRew | +24 | +4 | +124 | 60.60n | -.55 |
| A- | ExtnMktIdx | +12 | -4 | +98 | 24.23n | +.18 |
| A | Growth | +14 | -2 | +133 | 35.32n | -.13 |
| A- | GrowthInst | +14 | -2 | +134 | 35.23n | -.12 |
| A | MetalMinrls | -14 | +5 | +52 | 18.44n | +.07 |
| A+ | Nasdaq100 | +23 | +3 | +240 | 41.89n | -.17 |
| A | PrcsMetals | -14 | +5 | +50 | 18.04n | +.07 |
| A+ | Sci#Tech | -7 | -9 | +157 | 28.65n | +.00 |
| A+ | Scienc#Tech | -7 | -9 | +152 | 27.04 | +.00 |

### –V–W–X–

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
|---|---|---|---|---|---|---|
| | **Value Line** | | | | | |
| A | $ 1.2 bil 800-243-2729 | | | | | |
| A- | MidCap | +15 | +2 | +123 | 29.94n | -.28 |
| A | PremierGrw | +20 | +2 | +129 | 39.10n | -.50 |
| | **Vanguard Admiral** | | | | | |
| A | $ 2102 bil 800-523-1036 | | | | | |
| A- | 500Index | +25 | +4 | +121 | 427.80n | -4.4 |
| B- | BalancedIdx | +12 | +1 | +71 | 49.03n | -.18 |
| A- | CapitalOpps | +17 | +2 | +123 | 208.31n | -.32 |
| D+ | EmgMkSt x | -1 | -3 | +48x | 40.26n | -.62 |
| A- | ExtMktIdx | +9 | -5 | +102 | 135.35n | +1.3 |
| A- | Growth#Inc | +25 | +4 | +109 | 116.53n | -1.1 |
| A+ | GrowthIdx | +23 | +2 | +199 | 159.97n | -.59 |

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
|---|---|---|---|---|---|---|
| D+ | HlthCare | +12 | +0 | +66 | 100.43n | -.10 |
| A | IntlGrowth | -4 | -10 | +159 | 135.11n | -.93 |
| E | IntmdTaxEx | +1 | +0 | +18 | 14.72n | +.00 |
| A- | LargeCapIdx | +23 | +3 | +125 | 108.36n | -.94 |
| A- | MidCapIdx | +20 | +1 | +99 | 306.04n | -.71 |
| B+ | Primecap | +18 | +0 | +112 | 181.19n | -1.4 |
| E | ShTrmBdIdx | -1 | -1 | +10 | 10.65n | +.00 |
| A- | SvcAdmiral | +12 | -8 | +51 | 67.81n | +.08 |
| E | TotBdIdx | -2 | +0 | +17 | 11.25n | +.02 |
| E | TotIntBdIdx | -1 | +1 | +14 | 22.94n | +.02 |
| A- | TotStMktIdx | +22 | +2 | +118 | 114.36n | -.80 |
| A- | TxMgtCap | +23 | +3 | +124 | 240.91n | -2.1 |
| A+ | USGrowth | +10 | -5 | +213 | 164.35n | +.51 |
| C- | ValueIdx | +23 | +4 | +66 | 56.20n | -.85 |
| D+ | VangDev x | +8 | -3 | +52x | 15.94n | -.42 |
| D | Wellesley | +8 | +1 | +38 | 72.46n | -.42 |
| B- | Wellington | +17 | +3 | +65 | 88.29n | -.63 |
| B+ | WindsorII | +25 | +2 | +82 | 85.50n | -1.2 |
| | **Vanguard Index** | | | | | |
| B | $ 2978 bil 877-662-7447 | | | | | |
| B- | BalancedInv | +12 | +1 | +70 | 49.02n | -.17 |
| E | BondMrkt | -3 | -1 | +8 | 11.25n | +.02 |
| D+ | EmgMkSt x | -1 | -3 | +48x | 30.61n | -.47 |
| D | EmgMkSt x | -1 | -3 | +47x | 30.67n | -.46 |
| D+ | EmgMkStk x | -1 | -3 | +47x | 101.82n | -1.6 |
| A- | ExtndMkt | +9 | -5 | +101 | 135.41n | +1.3 |
| D+ | FTSEWlldsP | x+5 | -3 | +50x | 124.61n | -3.0 |
| D | IntBdAdm | -2 | +0 | +19 | 12.08n | +.01 |
| D- | IntBdInst | -2 | +0 | +19 | 12.08n | +.01 |
| A | MegaCapIdx | +24 | +4 | +130 | 322.70n | -3.2 |
| E | STBondInv | -1 | -1 | +8 | 10.65n | +.00 |
| E | TotBdMkt | -2 | +0 | +17 | 11.25n | +.02 |
| E | TotBdMrkt | -2 | +0 | +15 | 11.25n | +.02 |
| D | TotIntStk x | +6 | -3 | +50x | 19.89n | -.48 |
| D | TotIntStk x | +6 | -3 | +51x | 33.26n | -.82 |
| D | TotIntStk x | +6 | -3 | +49x | 133.05n | -3.3 |
| E | TotMrktIdx | -3 | -1 | +7 | 11.11n | +.02 |
| A- | TotStkIdx | +22 | +2 | +118 | 114.38n | -.80 |
| A- | TotStMktInv | +22 | +2 | +118 | 114.31n | -.80 |
| C- | ValueIndx | +23 | +4 | +66 | 56.20n | -.85 |
| D+ | VangDevIn x | +8 | -3 | +52x | 24.94n | -.66 |
| D- | VangDevM x | +8 | -3 | +51x | 12.34n | -.32 |
| | **Vanguard Instl** | | | | | |
| B | $ 1150 bil 877-662-7447 | | | | | |
| B- | BalancedIdx | +12 | +1 | +72 | 49.04n | -.17 |
| A | FTSESocIndx | x+24 | +4 | +141x | 32.44n | -.34 |
| D+ | FTSEWlld x | +5 | -3 | +50x | 117.67n | -2.8 |
| A- | IndexExtMkt | +9 | -5 | +102 | 135.34n | +1.3 |
| A+ | IndexGr | +23 | +2 | +196 | 159.98n | -.59 |
| A- | Indexl | +25 | +4 | +120 | 404.84n | -4.2 |
| A- | IndexPlus | +25 | +4 | +120 | 404.87n | -4.2 |
| C- | IndexValue | +23 | +4 | +66 | 56.20n | -.85 |
| A- | LargeCapIdx | +23 | +3 | +122 | 446.00n | -3.9 |
| A- | MktIdx | +22 | +2 | +114 | 89.32n | -.63 |
| E | ShInvGrd | 0 | -1 | +12 | 10.81n | +.00 |
| E | TotBdInstlPl | -2 | +0 | +17 | 11.25n | +.02 |
| E | TotIntBdIdx | -1 | +1 | +14 | 34.43n | +.03 |
| A- | Growth | +5 | -8 | +124 | 119.70n | -1.0 |
| | **Vanguard Funds** | | | | | |
| A | $ 1277 bil 800-523-1036 | | | | | |
| A- | CapOpport | +17 | -2 | +123 | 90.17n | -.14 |
| B | DividendGr | +21 | +2 | +100 | 36.19n | -.28 |
| A+ | ExplorerInv | +12 | -3 | +122 | 144.33n | +1.2 |
| A+ | GrowthInv | +10 | -5 | +210 | 63.45n | +.20 |
| A+ | GrwtIndxInv | +23 | +2 | +194 | 159.98n | -.59 |
| D+ | HlthCareInv | +12 | +0 | +65 | 238.09n | -.24 |
| D | InflProtSec | +5 | +1 | +21 | 14.66n | +.00 |
| A | IntlGrowth | -4 | -10 | +157 | 42.50n | -.29 |
| E | IntmdTaxEx | +1 | +0 | +18 | 14.72n | +.00 |
| A- | LargeCapInv | +23 | +3 | +124 | 86.63n | -.76 |
| B+ | PrimecapInv | +18 | +0 | +114 | 174.74n | -1.3 |
| D+ | TargRet2020 | +7 | +1 | +47 | 36.76n | +.00 |
| E | TotIntBdIdx | -1 | +1 | +14 | 11.48n | +.02 |
| D+ | VanDevMkt x | +8 | -3 | +52x | 15.96n | -.42 |
| B- | WellngtnInv | +17 | +3 | +63 | 51.12n | -.37 |
| D | WellslyInc | +7 | +1 | +37 | 29.91n | -.17 |
| | **Victory Funds** | | | | | |
| S | $ 87.8 bil 877-660-4400 | | | | | |
| A- | DivrsStkA | +30 | +6 | +95 | 21.91 | -.22 |
| A- | DivrsStkC | +30 | +6 | +87 | 19.85n | +.00 |
| A- | DivrsStkI | +32 | +7 | +95 | 22.13n | +.00 |
| A- | DivrsStkR | +30 | +5 | +93 | 15.33n | -.15 |
| A | GrowthA | +16 | +0 | +140 | 25.29 | -.08 |
| A- | MidCapCreGr | +21 | +1 | +61 | 12.06 | +.00 |

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
|---|---|---|---|---|---|---|
| A- | MidCoreGr | +21 | +1 | +67 | 15.86n | +.00 |
| A- | MultiCapY | +30 | +6 | +103 | 60.00n | -.62 |
| A | RSGrwthY | +16 | +0 | +144 | 26.85n | -.09 |
| A- | RSSlctGrwth | +2 | -7 | +83 | 32.90n | +.21 |
| A | **Science** | -11 | -10 | +178 | 30.81n | +.65 |
| | **Virtus Funds A** | | | | | |
| S | $ 69.6 bil 800-243-1574 | | | | | |
| A+ | KARCapGrw | +8 | -4 | +175 | 28.67 | +.00 |
| A+ | KARMCGr | -3 | -12 | +232 | 65.97 | +.00 |
| A- | SmlCapCore | +15 | +3 | +147 | 50.05 | +.00 |
| A | SustI | 0 | -6 | +180 | 53.75n | +.00 |
| A+ | TechA | -8 | -5 | +238 | 59.38 | +.00 |
| A | VirtusSmC | 0 | -6 | +210 | 52.12 | +.00 |
| A+ | ZevInnovtGr | -15 | -15 | +308 | 53.04 | +.00 |
| | **Virtus Funds C** | | | | | |
| S | $ 36.1 bil 800-243-1574 | | | | | |
| A+ | AllFocGrwtC | +17 | -1 | +161 | 31.92n | +.00 |
| A+ | AllzGlTech | +11 | -1 | +210 | 47.98n | +.00 |
| A | GrowthC | -1 | -6 | +199 | 45.19n | +.00 |
| A- | MdCapCore | +20 | +0 | +131 | 51.72n | +.00 |
| A- | SmlCapCoreC | +14 | +3 | +137 | 39.94n | +.00 |
| | **Virtus Funds I** | | | | | |
| S | $ 29.7 bil 800-243-1574 | | | | | |
| A- | SmlCapCore | +15 | +3 | +151 | 53.45n | +.00 |
| A+ | ZevenInnoGr | -15 | -15 | +300 | 56.81n | +.00 |
| | **VOYA Fds C** | | | | | |
| S | $ 12.0 bil 855-337-3064 | | | | | |
| A | LargeGrow | +15 | -1 | +133 | 36.15n | +.00 |
| A- | MidCapOppty | +6 | -9 | +84 | 8.41n | +.00 |
| | **Wasatch** | | | | | |
| A | $ 4.3 bil 800-551-1700 | | | | | |
| A- | IntlOppor | -6 | -12 | +95 | 4.24n | -.09 |
| A+ | MicroCap | 0 | -9 | +210 | 8.89n | +.09 |
| A+ | SmallCapGr | +2 | -11 | +161 | 47.20n | +.60 |
| | **Weitz Funds** | | | | | |
| A | $ 4.3 bil 800-304-9745 | | | | | |
| A- | ValueInv | +25 | +0 | +104 | 60.80n | -.59 |
| | **Wells Fargo** | | | | | |
| A | $ 12.2 bil 800-359-3379 | | | | | |
| A- | OpportAdvA | +20 | +0 | +96 | 53.40 | -.38 |
| | **Wells Fargo A** | | | | | |
| A | $ 39.6 bil 800-359-3379 | | | | | |
| A- | DisUSCor | +26 | +5 | +100 | 22.31 | -.25 |
| A | **EmGrw** | +3 | -1 | +145 | 12.67 | +.27 |
| A+ | GrowthA | +5 | -8 | +155 | 36.15 | +.41 |
| A+ | OmegaGrwA | +1 | -4 | +179 | 72.10 | +.16 |
| | **Wells Fargo Ad** | | | | | |
| S | $ 37.6 bil 800-359-3379 | | | | | |
| A | **Discovery** | -8 | -14 | +138 | 33.32n | +.57 |
| A- | DisUSCor | +26 | +5 | +101 | 23.12n | -.25 |
| A | **EmrgGrw** | +3 | -1 | +147 | 13.62n | +.30 |
| A+ | EndvSelect | +17 | -7 | +178 | 11.46n | +.00 |
| A+ | **Growth** | +5 | -8 | +162 | 46.29n | +.53 |
| A- | OppAdmn | +21 | +0 | +98 | 60.51n | -.42 |
| | **Wells Fargo C** | | | | | |
| S | $ 20.4 bil 800-359-3379 | | | | | |
| A | **EmGrw** | +2 | -12 | +133 | 8.94n | +.20 |
| | **Wells Fargo Inst** | | | | | |
| S | $ 26.7 bil 800-359-3379 | | | | | |
| A+ | **GrInstl** | +6 | -8 | +167 | 53.41n | +.61 |
| | **William Blair I** | | | | | |
| S | $ 6.1 bil 800-742-7272 | | | | | |
| A | EmgGrwA | +5 | -5 | +107 | 15.49n | -.11 |
| A | GlblLeaders | +12 | -4 | +125 | 18.56n | -.17 |
| A- | InstIntlGr | +5 | -8 | +92 | 18.21n | -.25 |
| A- | IntlGrowth | +4 | -8 | +94 | 37.04n | -.53 |
| A- | IntlSmlCpGr | +5 | -11 | +84 | 15.92n | -.23 |
| | **William Blair N** | | | | | |
| S | $ 2.0 bil 800-742-7272 | | | | | |
| A | EmgMktGrw | +1 | -6 | +105 | 15.19n | -.11 |
| A | Growth | +18 | -2 | +151 | 11.46n | -.01 |
| | **Wilmington** | | | | | |
| S | $ 1.1 bil 800-836-2211 | | | | | |
| A- | LgCapStInst | x+22 | +3 | +117x | 31.31n | -.34 |
| | **Wilshire Funds** | | | | | |
| S | $ 2.3 bil 855-626-8281 | | | | | |
| A- | 5000IdxInv | +24 | +3 | +104 | 28.74n | -.21 |
| A+ | LgCoGrInst | +20 | +1 | +148 | 50.14n | +.00 |
| A | LrgCoGrtInv | +19 | +1 | +142 | 42.99n | +.00 |

---

## LEGAL NOTICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

**IN RE SPECTRUM BRANDS
SECURITIES LITIGATION**

No. 19-cv-347-jdp

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

**TO:** All persons and entities that: (i) purchased common stock of Spectrum Brands Legacy, Inc. (then known as Spectrum Brands Holdings, Inc.) from January 26, 2017 to July 13, 2018; and/or (ii) purchased common stock of Spectrum Brands Holdings, Inc. from July 13, 2018 to November 19, 2018, and were damaged thereby (the "Spectrum Class").[1]

**PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Western District of Wisconsin (the "Court"), that the above-captioned securities class action (the "Action") is pending in the Court.

YOU ARE ALSO NOTIFIED that Lead Plaintiffs Public School Teachers' Pension and Retirement Fund of Chicago and the Cambridge Retirement System, on behalf of themselves and the Spectrum Class, have reached a proposed settlement of all claims asserted in the Action by members of the Spectrum Class for $32,000,000 in cash (the "Settlement").

**PLEASE NOTE:** You may have received notice of a previous proposed settlement of this Action in late 2020. That earlier proposed settlement was not approved by the Court due to the scope of the proposed settlement class. The prior settlement has been withdrawn and is no longer before the Court. The previously proposed settlement included claims arising from purchases of Spectrum Brands Legacy, Inc. ("Old Spectrum") common stock and Spectrum Brands Holdings, Inc. ("Spectrum") common stock, as well as HRG Group, Inc. ("HRG") common stock. The new Settlement relates *only* to claims arising from the purchases of Old Spectrum or Spectrum common stock. The claims arising from purchases of HRG common stock will not be settled or released by this newly proposed Settlement. The claims arising from purchases of HRG common stock will continue to be litigated in a separate action by a new lead plaintiff, Jet Capital Master Fund LP, which was appointed by the Court to serve as a representative for that group of investors in June 2021.

A hearing (the "Settlement Fairness Hearing") will be held on **March 18, 2022 at 10:00 a.m. CT**, before the Honorable James D. Peterson by video conference, to determine, among other things: (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether, for purposes of the proposed Settlement only, the Action should be certified as a class action on behalf of the Spectrum Class, Lead Plaintiffs should be certified as Class Representatives for the Spectrum Class, and Lead Counsel should be appointed as Class Counsel for the Spectrum Class; (iii) whether the claims in the Action asserted by the Spectrum Class should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation and Agreement of Settlement dated August 27, 2021 (and in the Notice) should be granted; (iv) whether the proposed Plan of Allocation should be approved as fair and reasonable; (v) whether Lead Counsel's application for an award of attorneys' fees and expenses should be approved; and (vi) any other matters that may properly be brought before the Court in connection with the Settlement.

The Settlement Fairness Hearing is currently scheduled to be conducted by video conference. The ongoing COVID-19 health emergency is a fluid situation that creates the possibility that the Court may change the date or format of the hearing without further written notice to the Spectrum Class. In order to determine whether the date and time of the Settlement Fairness Hearing have changed, or whether Spectrum Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.SpectrumBrandsSecuritiesLitigation.com, before making any plans to attend the Settlement Fairness Hearing. Any updates regarding the Settlement Fairness Hearing, including any changes to the date or time of the hearing or updates regarding in-person or telephonic appearances at the hearing, will be posted to the Settlement website, www.SpectrumBrandsSecuritiesLitigation. com. Also, if the Court requires or allows Spectrum Class Members to participate in the Settlement Fairness Hearing by telephone or video conference, the information needed to access the conference will be posted to the Settlement website, www.SpectrumBrandsSecuritiesLitigation.com.

**If you are a member of the Spectrum Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Net Settlement Fund.** If you have not yet received the Notice and Claim Form, you may obtain copies of these documents by contacting the Claims Administrator at: Spectrum Brands Securities Litigation, c/o JND Legal Administration, P.O. Box 91362, Seattle, WA 98111, 1-833-674-0176, info@SpectrumBrandsSecuritiesLitigation.com. Copies of the Notice and Claim Form can also be downloaded from the Settlement website, www.SpectrumBrandsSecuritiesLitigation.com.

**If you are a member of the Spectrum Class and previously submitted a Claim Form in connection with the earlier proposed settlement in the Action, do not do so again**. Your earlier Claim Form will be considered for participation in this Settlement. If you are a Spectrum Class Member and did NOT previously submit a Claim Form you must submit a Claim Form *postmarked no later than January 25, 2022* to be eligible to participate in the Settlement. If you are not certain whether you previously submitted a Claim Form, you may contact the Claims Administrator at 1-833-674-0176 to confirm.

If you are a member of the Spectrum Class and wish to exclude yourself from the Spectrum Class, you must submit a request for exclusion such that it is *received no later than* **February 22, 2022**, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Spectrum Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to receive a payment from the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and expenses must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are *received no later than February 22, 2022*, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Office of the Clerk of the Court, Defendants, or their counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to the Claims Administrator or Lead Counsel.**

Requests for the Notice and Claim Form should be made to:

Spectrum Brands Securities Litigation
c/o JND Legal Administration
P.O. Box 91362
Seattle, WA 98111
1-833-674-0176
info@SpectrumBrandsSecuritiesLitigation.com
www.SpectrumBrandsSecuritiesLitigation.com

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

Katherine M. Sinderson, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
1-800-380-8496
settlements@blbglaw.com

By Order of the Court

---

[1]Certain persons and entities are excluded from the Spectrum Class by definition, as set forth in the full Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Litigation Expenses (the "Notice"), available at www.SpectrumBrandsSecuritiesLitigation.com.

www.SpectrumBrandsSecuritiesLitigation.com        1-833-674-0176



# 12 DAYS OF DEALS

December 13-24: Save big on IBD's premium products. New deals every day!

**investors.com/12days**

© 2021 Investor's Business Daily, LLC. Investor's Business Daily, IBD and corresponding logos are registered trademarks owned by Investor's Business Daily, LLC.