**EXHIBIT 1**

*In re Spectrum Brands Securities Litigation*
No. 19-cv-347-jdp (W.D. Wis.)

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

**TIME REPORT**

Inception through and including January 31, 2022

| NAME | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| **Partners** | | | |
| Max Berger | 97.00 | $1,300 | $126,100.00 |
| Michael Blatchley | 23.25 | $900 | $20,925.00 |
| Salvatore Graziano | 70.25 | $1,150 | $80,787.50 |
| Avi Josefson | 110.25 | $1,000 | $110,250.00 |
| Gerald Silk | 32.00 | $1,150 | $36,800.00 |
| Katherine Sinderson | 910.50 | $900 | $819,450.00 |
| | | | |
| **Senior Counsel** | | | |
| Jai Chandrasekhar | 364.25 | $800 | $291,400.00 |
| David L. Duncan | 91.25 | $775 | $70,718.75 |
| John Mills | 387.25 | $775 | $300,118.75 |
| | | | |
| **Associates** | | | |
| Catherine Van Kampen | 83.00 | $700 | $58,100.00 |
| Julia Tebor | 124.00 | $575 | $71,300.00 |
| Matthew Traylor | 637.75 | $475 | $302,931.25 |
| | | | |
| **Senior Staff Attorney** | | | |
| David C. Carlet | 13.00 | $425 | $5,525.00 |
| | | | |
| **Staff Attorneys** | | | |
| Lydia Auzoux | 113.75 | $400 | $45,500.00 |
| Steffanie Keim | 44.25 | $400 | $17,700.00 |
| Jeffrey Messinger | 129.25 | $400 | $51,700.00 |
| Jeff Powell | 26.00 | $400 | $10,400.00 |
| | | | |
| **Financial Analysts** | | | |
| Nick DeFilippis | 28.00 | $625 | $17,500.00 |
| Sharon Safran | 43.50 | $335 | $14,572.50 |
| Tanjila Sultana | 21.75 | $425 | $9,243.75 |
| Adam Weinschel | 34.75 | $550 | $19,112.50 |
| | | | |

| Investigators | | | |
|---|---|---|---|
| Robin Barnier | 494.50 | $300 | $148,350.00 |
| Amy Bitkower | 186.00 | $575 | $106,950.00 |
| John Deming | 70.50 | $400 | $28,200.00 |
| Jacob Foster | 133.75 | $300 | $40,125.00 |
| Andrew Thompson | 272.00 | $400 | $108,800.00 |
| | | | |
| **Managing Clerk** | | | |
| Mahiri Buffong | 51.25 | $375 | $19,218.75 |
| | | | |
| **Paralegals** | | | |
| Yvette Badillo | 33.25 | $300 | $9,975.00 |
| Khristine De Leon | 23.00 | $325 | $7,475.00 |
| Janielle Lattimore | 36.50 | $350 | $12,775.00 |
| Michelle Leung | 188.50 | $350 | $65,975.00 |
| Matthew Mahady | 24.50 | $350 | $8,575.00 |
| Virgilio Soler | 167.00 | $350 | $58,450.00 |
| Gary Weston | 12.50 | $375 | $4,687.50 |
| | | | |
| **TOTALS** | **5,078.25** | | **$3,099,691.25** |

2