**EXHIBIT 2**

*In re Spectrum Brands Securities Litigation*
No. 19-cv-347-jdp (W.D. Wis.)

**STAFFORD ROSENBAUM LLP**

**EXPENSE REPORT**

Inception through and including January 31, 2022

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | $400.00 |
| Online Legal Research | $29.56 |
| Online Factual Research | $18.00 |
| **TOTAL EXPENSES:** | **$447.56** |