**EXHIBIT 3**

*In re Spectrum Brands Securities Litigation*
No. 19-cv-347-jdp (W.D. Wis.)

**STAFFORD ROSENBAUM LLP**

**FIRM BIOGRAPHY**

# Practice

Attorney Douglas M. Poland is a partner at Stafford Rosenbaum's Madison office. Doug's practice focuses on appellate law and complex litigation, with emphasis on business, contract, and real estate disputes; election and voting rights law; environmental toxic torts; products liability; and consumer fraud lawsuits.

Doug has decades of significant experience in complex litigation matters in state and federal courts in Wisconsin, Illinois, and throughout the United States. He has served as lead counsel in trials before federal, state, and administrative courts, as well as in alternative dispute resolution proceedings. He is a member of the bars of the United States Supreme Court, Wisconsin Supreme Court, Illinois Supreme Court, and various federal appellate and district courts across the country.

Doug also counsels clients on regulatory and pre-litigation issues. Doug served as co-lead trial counsel for plaintiffs who successfully challenged the Wisconsin Assembly legislative districts before three-judge federal panels in 2012 and 2016, and is one of the members of the legal team that represented the respondents before the U.S. Supreme Court in *Gill v. Whitford*. Doug also served as lead counsel for plaintiffs in *Lewis v. Bostelmann*, who obtained a preliminary injunction in federal court extending the deadline to return mail-in absentee ballots in Wisconsin's 2020 spring election by six days. Doug co-chairs Stafford Rosenbaum's Election and Political Law practice group with Attorney Jeff Mandell.

Doug has been a Best Lawyer since 2010 in the practice areas of Commercial Litigation, Environmental Litigation, Mass Tort Litigation / Class Actions (Defendants), and Product Liability Litigation (Defendants); the added honor of having a Best Lawyers Lawyer of the Year distinction has been awarded to Doug for 2021. He also has been named a Super Lawyer since 2012 in the practice areas of Business Litigation, Class Action/Mass Torts (Defense), Civil Rights, Environmental Litigation, and Products Personal Injury (Defense).

Doug is admitted to practice in Wisconsin; Illinois; the U.S. District Courts for the Eastern and Western Districts of Wisconsin, Northern District of Illinois, Eastern District of Michigan, and District of Colorado; the U.S. Court of Appeals, Seventh Circuit; and the U.S. Supreme Court.

# Education

- Loyola University Chicago School of Law (J.D., 1994, *summa cum laude*)
- U.S. District Court for the Northern District of Illinois/U.S. Circuit Court of Appeals for the Seventh Circuit, Judicial Extern to the Hon. Ilana D. Rovner (1992-1993)
- Northwestern University (B.A., 1988, *departmental honors in History*)

# Presentations and Publications

- Douglas Poland & Jeffrey Mandell, Federal appeals court checks the legislature's expanding power, Wisconsin Examiner, November 19, 2019
- Douglas Poland & Jeffrey Mandell, Partial Veto is a deliberate check on legislative power, Wisconsin Examiner, Aug. 29, 2019
- Democracy in the Balance: The Future of Gerrymandering and What It Means for Your Practice, IADC Midyear Meeting (2019)
- Whitford v. Gill and Ending Partisan Gerrymandering, Milwaukee Rotary Club (2016)
- South-Central Wisconsin Electronic Discovery Summit (2013)
- Yucca Mountain Update/American College of Radiology's Appropriateness Criteria, North Central Chapter Health Physics Society Spring Meeting (2010)

- DRI Toxic Torts and Environmental Law Seminar (Program Chair) (2010)
- Yucca Mountain Update, North Central Chapter Health Physics Society Spring Meeting (2009)
- Radiation Litigation: An Overview and Recent Developments, Health Physics Society 53rd Annual Meeting (2008)
- What They Didn't Teach You In Law School, Meeting of the James E. Doyle Inn of Court (2008)
- The Chemical Products Liability Trial: Winning At Every Stage (2007)
- Managing Product Liability Risk in the U.S. Marketplace Council of Great Lakes Governors' Forum on Chinese Trade & Investment in the Great Lakes Region (2007)
- Evidence of Juror Misconduct and Its Effect on Jury Deliberations and Verdicts, Meeting of the James E. Doyle and Thomas E. Fairchild Inns of Court (2007)
- Recent Developments in Radiation Litigation, Health Physics Society 51st Annual Meeting (2006)
- Recent Developments in Radiation Litigation, Health Physics Society 50th Annual Meeting (2005)
- Douglas M. Poland, People v. DiGuida: Freedom of Expression on Private Property Under the Illinois Constitution, 24 Loyola Univ. Chicago Law Rev. 524 (1993)

# Professional Memberships and Community Involvement

- Downtown Madison, Inc.
    - Board Chair (2019-present)
    - Board Vice-Chair (2017-2018)
    - Board Member (2011-present)
    - Chair, Ad Hoc Inclusiveness Committee (2015-2017)
    - Chair, Transportation and Parking Committee (2012-2016)
    - Chair, Bicycle Subcommittee (2011-2012)
- Madison's Central Business Improvement District
    - Board Member (2019-present)
- James E. Doyle Inn of Court, Member, Programming Committee (2015-present)
- John Knox Presbytery
    - Personnel Committee (2016-present)
    - Presbytery Council, Chair (2015-16)
    - Presbytery Council Member (2011-2016)
    - Presbytery Council Technology Committee, Chair (2011-2016)
- Covenant Presbyterian Church
    - Ruling Elder (2008-present)
    - Chair, Technology Committee (2013-2016)
    - Session, Ruling Elder Member (2008-2011)
- Vilas Neighborhood Association, Member, Edgewood Neighborhood Liaison Committee (2014-2018)
- Monroe Street Fine Arts Center
    - Capital Campaign Committee (2019-2020)
    - Board President (2012-2015)
    - Board Member (2007-2015)
- City of Madison South Capitol District Planning Committee, Citizen Member (2013-2014)
- DRI Toxic Torts and Environmental Law Committee, Annual Seminar Program
    - Chair (2010-2011)