**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

|  |  |
|---|---|
| IN RE SPECTRUM BRANDS SECURITIES LITIGATION | No. 19-cv-347-jdp (consolidated with 19-cv-178-jdp)<br><br>Hon. James D. Peterson |

**DECLARATION OF RICHARD A. ROSEN VERIFYING COMPLIANCE
WITH THE NOTICE REQUIREMENTS OF
THE CLASS ACTION FAIRNESS ACT**

RICHARD A. ROSEN, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am a partner of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019, attorneys for Defendants Spectrum Brands Holdings, Inc., Spectrum Brands Legacy, Inc., HRG Group, Inc., Douglas L. Martin, David M. Maura, and Andreas R. Rouvé (collectively, the "Spectrum Defendants").

2.      In accordance with paragraph 10 of this Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement, I submit this declaration to verify that on August 30, 2021, the Spectrum Defendants sent notice of a proposed class action settlement pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 *et seq.* (the "CAFA Notice") by certified mail, return receipt requested to the offices of the Attorney General of the United States; the attorney general for each state, the District of Columbia, and the U.S. Territories; and representatives of the appropriate financial regulators, as listed in the distribution list accompanying the CAFA Notice.  A true and correct copy of the CAFA Notice is attached hereto as Exhibit A.

1

3.      The CAFA Notice was accompanied by the following documents, enclosed in an unencrypted USB disk drive:

     (a)    Copies of the original Complaint and the Amended Complaint;

     (b)    Copies of the Stipulation and Agreement of Settlement, and the following exhibits thereto:

          (i)    [Proposed] Order Preliminarily Approving Settlement with Defendants and Providing for Notice (no preliminary order approving the settlement has yet been entered);

          (ii)    Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Litigation Expenses;

          (iii)    Summary Notice;

          (iv)    Proof of Claim Form; and

          (v)    [Proposed] Judgment Approving Class Action Settlement (no final judgment has yet been entered)

     (c)    Opinion and Order denying previously proposed settlement without prejudice; and

     (d)    Text Only Orders concerning severance of Spectrum and HRG shareholders' claims

     (e)    Order Severing Case

4.      The CAFA Notice was sent to the appropriate Federal and State officials within 10 days of Lead Plaintiffs filing their Unopposed Motion for an Order Preliminarily Approving Class Action Settlement and Authorizing Dissemination of Notice of Settlement, in accordance with 28 U.S.C. § 1715(b).

5.      More than 90 days have passed since the CAFA Notice was sent to the appropriate Federal and State officials, and neither counsel for Lead Plaintiffs nor the undersigned has received a communication from any such federal or state official.

2

3

I declare under penalty of perjury that the foregoing is true and correct.


Executed on February 28, 2022


      /s/ Richard A. Rosen
      Richard A. Rosen