# Exhibit A

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

212-373-3166

WRITER'S DIRECT DIAL NUMBER

212-492-0166

WRITER'S DIRECT FACSIMILE

aehrlich@paulweiss.com

WRITER'S DIRECT E-MAIL ADDRESS

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ROBERT A. BRITTON
DAVID W. BROWN
WALTER BROWN*+
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
MEREDITH DEARBORN*+
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
ANDREW J. FOLEY
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
CHRISTOPHER D. FREY
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
JOSHUA HILL
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT E. HOLO
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
BRIAN KIM
KYLE J. KIMPLER
ALEXIA D. KORBERG
ALAN W. KORNBERG

DANIEL J. KRAMER
BRIAN KRAUSE
CAITH KUSHNER
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
RANDY LUSKEY*+
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
BRAD R. OKUN
LINDSAY B. PARKS
ANDREW M. PARLEN
DANIELLE C. PENHALL
CHARLES J. PESANT
JESSICA E. PHILLIPS*
AUSTIN POLLET*+
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE S. RHEE*
WALTER G. RICCIARDI
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM*
CULLEN L. SINCLAIR
AUDRA J. SOLOWAY
SCOTT M. SONTAG
SARAH STASNY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
JOHN WEBER
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
ADAM WOLLSTEIN
JULIA TARVER MASON WOOD
JENNIFER H. WU
BETTY YAP*
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR
+ADMITTED ONLY TO THE CALIFORNIA BAR

August 30, 2021

**By U.S. Mail**

Hon. Merrick Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Hon. Gary Gensler
Chair
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

And Those On The Attached Distribution List

**Class Action Fairness Act of 2005 Notification**
*In re Spectrum Brands Securities Litigation*, Case No. 1:19-cv-347-jdp (consolidated with 19-cv-178-jdp), United States District Court for the Western District of Wisconsin

Dear Attorney General Garland, Chair Gensler, Ladies and Gentlemen:

Pursuant to Section 3 of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, you are hereby notified of a proposed settlement (the "Settlement") of the above-captioned class action lawsuit (the "Class Action") currently pending before the United States District Court for the Western District of Wisconsin (the "Court"). This notice is provided on behalf of Defendant Spectrum Brands Holdings, Inc., Spectrum Brands Legacy, Inc., Douglas Martin, David Maura, and Andreas Rouvé (collectively, the "Defendants"). This firm represents the Defendants.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

This notice and the accompanying materials are intended to satisfy any and all notification obligations that the Defendants have pursuant to CAFA with respect to the Class Action.

The following documents associated with the Settlement are provided in the enclosed disk:

1.  Copies of the original Complaint and the Amended Complaint;

2.  Copies of the Stipulation and Agreement of Settlement, and the following exhibits thereto:

    a.  [Proposed] Order Preliminarily Approving Settlement with Defendants and Providing for Notice (no preliminary order approving the settlement has yet been entered);

    b.  Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Litigation Expenses;

    c.  Summary Notice;

    d.  Proof of Claim Form; and

    e.  [Proposed] Judgment Approving Class Action Settlement (no final judgment has yet been entered)

3.  Opinion and Order denying previously proposed settlement without prejudice; and

4.  Text Only Orders concerning severance of Spectrum and HRG shareholders' claims

5.  Order Severing Case

Please note that this Settlement follows a previous settlement that the court rejected without prejudice. Notice of the prior settlement was provided to you in a notice dated August 18, 2020. The prior settlement was entered into on behalf of a proposed class including purchasers of the common stock of Spectrum Brands Holdings, Inc., Spectrum Brands Legacy, Inc. (together, "Spectrum") and HRG Group, Inc. ("HRG"). Following an objection not to the amount of the settlement consideration, but to the allocation of consideration between Spectrum and HRG shareholders in the prior settlement, the court held that Lead Plaintiffs did not have standing to pursue claims on behalf of HRG shareholders because, prior to their appointment, they did not properly provide notice that they sought to represent HRG shareholders. This Settlement resolves the claims only of Spectrum shareholders; the HRG shareholders are represented by a different lead plaintiff

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3

and their claims remain pending.  We anticipate that the HRG shareholders will file a separate amended complaint for their claims.

Please note that the Defendants entered into a confidential supplemental agreement (the "Supplemental Agreement") with Lead Plaintiffs the Public School Teachers' Pension and Retirement Fund of Chicago and the Cambridge Retirement System, on behalf of themselves and the Settlement Class, which is referenced in the Stipulation and Agreement of Settlement and which was not filed with the Court.  *See* 28 U.S.C. § 1715(b)(5).  As described in the Stipulation and Agreement of Settlement, and as is customary in securities class action settlements, the purpose of the confidential Supplemental Agreement is to provide Defendants with the option to withdraw from and terminate the Settlement in its entirety and to render the Stipulation and Agreement of Settlement null and void if timely requests for exclusion from the class are submitted by eligible class members that meet the conditions set forth in the Supplemental Agreement.  It is typical for agreements of this nature to remain confidential because, as explained by a leading treatise dealing with complex litigation, "[k]knowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out."  David F. Herr, MANUAL FOR COMPLEX LITIGATION § 21.631 (4th ed.).

Given the nature of the claims in the Class Action, it is not feasible at this time to ascertain the names of all the members of the class who reside in each state or the estimated proportionate share of the claims of such members to the proceeds of the Settlement.  *See* 28 U.S.C. § 1715(b)(7)(A).  It also is not feasible to provide an estimate of the number of members of the class residing in each state and the estimated proportionate share of the claims of such members to the Settlement.  *See* 28 U.S.C. § 1715(b)(7)(B).  However, assuming the Settlement is approved by the Court, members of the class who properly submit Proof of Claim and Release forms as well as supporting documentation shall receive a share of the net settlement fund in accordance with the terms of the plan of allocation.  We anticipate that, upon the conclusion of the claim process, the claims administrator will provide, upon request, the names of members of the class who reside in each state and the estimated proportionate share of the claims of such members to the Settlement.

On August 30, 2021, Lead Plaintiffs filed a motion for entry of an order preliminarily approving the Settlement and establishing notice procedures to notify members of the class.  As of this date, the Court has not entered the proposed order preliminarily approving the Settlement and establishing notice procedures, and the Settlement fairness hearing has not yet been scheduled.

Additional filings in the case are available on the federal court's PACER system at https://ecf.wiwd.uscourts.gov.  A PACER login and password are required.

If you have any questions, please feel free to contact me.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

4

Respectfully submitted,

PAUL WEISS RIFKIND WHARTON
& GARRISON LLP

By:     /s/ Andrew J. Ehrlich
        Andrew J. Ehrlich
        1285 Avenue of the Americas
        New York, NY 10019
        Telephone:  212.373.3000
        Facsimile:  212.492.0305

        *Attorney for Defendants*

Enclosures

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

5

## DISTRIBUTION LIST

Steve Marshall
Attorney General of Alabama
501 Washington Avenue
Montgomery, AL 36104

Treg R. Taylor
Attorney General of Alaska
1031 West 4th Avenue, Suite 200
P.O. Box 110300
Anchorage, AK 99501-1994

Mark Brnovich
Attorney General of Arizona
2005 N. Central Avenue
Phoenix, AZ 85004

Leslie Rutledge
Attorney General of Arkansas
323 Center Street, Suite 200
Little Rock, AR 72201-2610

Rob Bonta
Attorney General of California
1300 I St., Ste. 1740
Sacramento, CA 95814

Phil Weiser
Attorney General of Colorado
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

William Tong
Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06106

Kathy Jennings
Attorney General of Delaware
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

Karl A. Racine
Attorney General of the District of
Columbia
400 6th Street NW
Washington, DC 20001

Ashley Moody
Attorney General of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050

Chris Carr
Attorney General of Georgia
40 Capitol Square, SW
Atlanta, GA 30334-1300

Clare Connors
Attorney General of Hawaii
425 Queen Street
Honolulu, HI 96813

Lawrence G. Wasden
Attorney General of Idaho
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-0010

Kwame Raoul
Attorney General of Illinois
James R. Thompson Center
100 W. Randolph Street
Chicago, IL 60601

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

6

Todd Rokita
Attorney General of Indiana
Indiana Government Center South
302 W. Washington Street, 5th Floor
Indianapolis, IN 46204

Tom Miller
Attorney General of Iowa
Hoover State Office Building
1305 E. Walnut Street
Des Moines, IA 50319

Derek Schmidt
Attorney General of Kansas
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597

Daniel Cameron
Attorney General of Kentucky
Capitol Building
700 Capitol Avenue, Suite 118
Frankfort, KY 40601-3449

Jeff Landry
Attorney General of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Aaron Frey
Attorney General of Maine
6 State House Station
Augusta, ME 04333

Brian E. Frosh
Attorney General of Maryland
200 St. Paul Place
Baltimore, MD  21202-2202

Maura Healey
Attorney General of Massachusetts
1 Ashburton Place 20th Floor
Boston, MA 02108-1518

Dana Nessel
Attorney General of Michigan
G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909

Keith Ellison
Attorney General of Minnesota
Attention:  CAFA Coordinator
445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131

Lynn Fitch
Attorney General of Mississippi
550 High St. Suite 1200
P.O. Box 220
Jackson, MS 39205

Eric Schmitt
Attorney General of Missouri
Supreme Court Bldg.
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102

Austin Knudsen
Attorney General of Montana
Department of Justice
215 N. Sanders Street, 3rd Floor
P.O. Box 201401
Helena, MT 59620-1401

Doug Peterson
Attorney General of Nebraska
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509-8920

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

7

Aaron Ford
Attorney General of Nevada
Old Supreme Ct. Bldg.
100 North Carson Street
Carson City, NV 89701

John Formella
Attorney General of New Hampshire
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301-6310

Gurbir S. Grewal
Attorney General of New Jersey
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 080
Trenton, NJ 08625-0080

Hector Balderas
Attorney General of New Mexico
Villagra Building
408 Galisteo Street
Santa Fe, NM 87501-2645

Letitia James
Attorney General of New York
Department of Law
The Capitol, 2nd Floor
Albany, NY  12224-0341

Josh Stein
Attorney General of North Carolina
Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001

Wayne Stenehjem
Attorney General of North Dakota
State Capitol
600 E. Boulevard Avenue, Dept. 125
Bismarck, ND 58505-0040

Dave Yost
Attorney General of Ohio
30 E. Broad Street, 14th Floor
Columbus, OH 43215

John M. O'Connor
Attorney General of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105

Ellen F. Rosenblum
Attorney General of Oregon
Oregon Department of Justice
1162 Court Street NE
Salem, OR  97301-4095

Josh Shapiro
Attorney General of Pennsylvania
Strawberry Square, 16th Floor
Harrisburg, PA 17120

Peter F. Neronha
Attorney General of Rhode Island
150 South Main Street
Providence, RI 02903

Alan Wilson
Attorney General of South Carolina
P.O. Box 11549
Columbia, S.C. 29211-1549

Jason Ravnsborg
Attorney General of South Dakota
Office of the Attorney General
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501

8

Herbert Slatery III
Attorney General of Tennessee
Office of the Attorney General and
Reporter
P.O. Box 20207
Nashville, TN 37202-0207

Ken Paxton
Attorney General of Texas
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Sean D. Reyes
Attorney General of Utah
P.O. Box 142320
Salt Lake City, UT 84114-2320

TJ Donovan
Attorney General of Vermont
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609-1001

Mark Herring
Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219

Bob Ferguson
Attorney General of Washington
1125 Washington Street SE
P.O. Box 40100
Olympia, WA 98504-0100

Patrick Morrisey
Attorney General of West Virginia
Office of the Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV 25305

Josh Kaul
Attorney General of Wisconsin
Wisconsin Department of Justice
P. O. Box 7857
Madison, WI 53707-7857

Bridget Hill
Attorney General of Wyoming
109 State Capitol
Cheyenne, WY  82002

Domingo Emanuelli Hernandez
Secretary of Justice of Puerto Rico
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, Puerto Rico 00918

Denise N. George
Attorney General of U.S. Virgin Islands
Federal Building & U.S. Courthouse
Room 260
5500 Veterans Drive
St. Thomas, VI 00802-6424

Fainu'ulelei Alailima-Utu
Attorney General of American Samoa
American Samoa Government
Executive Office Building  3rd Floor
P.O. Box 7
Utulei, AS, 96799

Edward Manibusan
Attorney General of Northern Mariana
Islands
Caller Box 10007
Saipan, MP 96950-8907

Leevin T. Camacho
Attorney General of Guam
Office of the Attorney General
ITC Building
590 S. Marine Corps Dr., Ste. 901
Tamuning, Guam 96913

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

9

Joses Gallen
Office of the Secretary
Department of Justice of Micronesia
P.O. Box PS 105
Palikir, Pohnpei State FM 96941

Vice President James Barichi
Ministry of Justice
Palau Office of the Attorney General
P.O. Box 1365
Koror PW 96940

Richard Hickson
Office of the Attorney General
Republic of the Marshall Islands
P.O. Box 890
Majuro MH 96960

Superintendent Linda A. Lacewell
Attention: Class Action Notice
New York State
Department of Financial Services
One State Street
New York NY 10004-1511

John Coates
General Counsel
U.S. Securities and Exchange Commission
100 F Street, NE
Washington DC 20549

Mark E. Van Der Weide
General Counsel
Board of Governors of the
Federal Reserve System
20th Street and Constitution Avenue N.W.
Washington DC 20551

Benjamin W. McDonough
Chief Counsel
Office of the Comptroller of the Currency
Constitution Center
400 7th Street, S.W.
Washington DC 20219

Rob Schwartz
Commodity Futures Trading Commission
Office of the General Counsel
Three Lafayette Centre
1155 21st Street, NW
Washington DC 20581

Michael Held
Executive Vice President and
General Counsel
Federal Reserve Bank of New York
33 Liberty Street New York NY 10045

Manuel P. Alvarez
Commissioner
Department of Financial Protection and
Innovation
Office of the Ombuds
2101 Arena Boulevard
Sacramento CA 95834

Marlene K. Sparkman
General Counsel
Texas State Securities Board
P.O. Box 13167
Austin TX 78711-3167

Leslie Van Buskirk
Administrator
Wisconsin Department of
Financial Institutions
Division of Securities
P.O. Box 1768
Madison, WI 53701-1768