# Exhibit 2

**Time Records**
**Rathje Woodward LLC (Inception to July 31, 2020)**
**Stafford Rosenbaum LLP (Aug. 1, 2020 to Jan. 31, 2022)**

| Date | Professional | Title | Narrative | Hours | Rate | Lodestar |
|---|---|---|---|---|---|---|
| 4/30/2019 | Douglas M. Poland | Partner | | 2.30 | $500.00 | $1,150.00 |
| 4/30/2019 | Alison E. Stiles | Associate | | 0.70 | $350.00 | $245.00 |
| 5/1/2019 | Alison E. Stiles | Associate | | 0.10 | $350.00 | $35.00 |
| 5/6/2019 | Alison E. Stiles | Associate | | 1.60 | $350.00 | $560.00 |
| 5/7/2019 | Alison E. Stiles | Associate | | 0.30 | $350.00 | $105.00 |
| 5/13/2019 | Alison E. Stiles | Associate | | 0.10 | $350.00 | $35.00 |
| 5/15/2019 | Alison E. Stiles | Associate | | 0.40 | $350.00 | $140.00 |
| 5/22/2019 | Douglas M. Poland | Partner | | 0.40 | $500.00 | $200.00 |
| 6/12/2019 | Douglas M. Poland | Partner | | 0.30 | $500.00 | $150.00 |
| 6/18/2019 | Douglas M. Poland | Partner | | 0.60 | $500.00 | $300.00 |
| 6/19/2019 | Douglas M. Poland | Partner | | 0.70 | $500.00 | $350.00 |
| 6/20/2019 | Douglas M. Poland | Partner | | 0.30 | $500.00 | $150.00 |
| 6/21/2019 | Douglas M. Poland | Partner | | 0.10 | $500.00 | $50.00 |
| 6/24/2019 | Douglas M. Poland | Partner | | 1.00 | $500.00 | $500.00 |

**Time Records**
**Rathje Woodward LLC (Inception to July 31, 2020)**
**Stafford Rosenbaum LLP (Aug. 1, 2020 to Jan. 31, 2022)**

| Date | Professional | Title | Narrative | Hours | Rate | Lodestar |
|---|---|---|---|---|---|---|
| 7/2/2019 | Douglas M. Poland | Partner | | 0.40 | $500.00 | $200.00 |
| 7/11/2019 | Douglas M. Poland | Partner | | 2.80 | $500.00 | $1,400.00 |
| 7/22/2019 | Douglas M. Poland | Partner | | 1.20 | $500.00 | $600.00 |
| 7/24/2019 | Douglas M. Poland | Partner | | 0.70 | $500.00 | $350.00 |
| 7/25/2019 | Douglas M. Poland | Partner | | 0.50 | $500.00 | $250.00 |
| 7/26/2019 | Douglas M. Poland | Partner | | 1.40 | $500.00 | $700.00 |
| 8/12/2019 | Douglas M. Poland | Partner | | 0.30 | $500.00 | $150.00 |
| 8/13/2019 | Douglas M. Poland | Partner | | 0.30 | $500.00 | $150.00 |
| 8/14/2019 | Douglas M. Poland | Partner | | 0.50 | $500.00 | $250.00 |
| 8/15/2019 | Douglas M. Poland | Partner | | 0.20 | $500.00 | $100.00 |
| 8/21/2019 | Douglas M. Poland | Partner | | 0.30 | $500.00 | $150.00 |
| 8/22/2019 | Douglas M. Poland | Partner | | 0.20 | $500.00 | $100.00 |
| 8/26/2019 | Douglas M. Poland | Partner | | 0.40 | $500.00 | $200.00 |
| 8/27/2019 | Douglas M. Poland | Partner | | 4.80 | $500.00 | $2,400.00 |
| 9/11/2019 | Douglas M. Poland | Partner | | 0.10 | $500.00 | $50.00 |
| 9/12/2019 | Douglas M. Poland | Partner | | 0.10 | $500.00 | $50.00 |

**Time Records**
**Rathje Woodward LLC (Inception to July 31, 2020)**
**Stafford Rosenbaum LLP (Aug. 1, 2020 to Jan. 31, 2022)**

| Date | Professional | Title | Narrative | Hours | Rate | Lodestar |
|------|-------------|-------|-----------|-------|------|----------|
| 9/13/2019 | Douglas M. Poland | Partner | | 1.10 | $500.00 | $550.00 |
| 10/9/2019 | Douglas M. Poland | Partner | | 4.10 | $500.00 | $2,050.00 |
| 10/10/2019 | Douglas M. Poland | Partner | | 0.70 | $500.00 | $350.00 |
| 10/24/2019 | Douglas M. Poland | Partner | | 0.10 | $500.00 | $50.00 |
| 10/25/2019 | Douglas M. Poland | Partner | | 0.10 | $500.00 | $50.00 |
| 11/4/2019 | Douglas M. Poland | Partner | | 0.20 | $500.00 | $100.00 |
| 11/6/2019 | Douglas M. Poland | Partner | | 0.70 | $500.00 | $350.00 |
| 11/8/2019 | Douglas M. Poland | Partner | | 1.80 | $500.00 | $900.00 |
| 1/3/2020 | Douglas M. Poland | Partner | | 0.30 | $500.00 | $150.00 |
| 1/6/2020 | Douglas M. Poland | Partner | | 0.60 | $500.00 | $300.00 |
| 1/7/2020 | Douglas M. Poland | Partner | | 0.40 | $500.00 | $200.00 |
| 1/8/2020 | Douglas M. Poland | Partner | | 0.20 | $500.00 | $100.00 |
| 1/9/2020 | Douglas M. Poland | Partner | | 0.50 | $500.00 | $250.00 |
| 1/10/2020 | Douglas M. Poland | Partner | | 0.20 | $500.00 | $100.00 |
| 1/29/2020 | Douglas M. Poland | Partner | | 0.20 | $500.00 | $100.00 |
| 3/18/2020 | Douglas M. Poland | Partner | | 0.30 | $500.00 | $150.00 |

**Time Records**
**Rathje Woodward LLC (Inception to July 31, 2020)**
**Stafford Rosenbaum LLP (Aug. 1, 2020 to Jan. 31, 2022)**

| Date | Professional | Title | Narrative | Hours | Rate | Lodestar |
|---|---|---|---|---|---|---|
| 4/9/2020 | Douglas M. Poland | Partner | | 0.10 | $500.00 | $50.00 |
| 5/16/2020 | Douglas M. Poland | Partner | | 0.60 | $500.00 | $300.00 |
| 6/2/2020 | Douglas M. Poland | Partner | | 1.50 | $500.00 | $750.00 |
| 6/3/2020 | Douglas M. Poland | Partner | | 2.40 | $500.00 | $1,200.00 |
| 6/15/2020 | Douglas M. Poland | Partner | | 0.20 | $500.00 | $100.00 |
| 6/29/2020 | Douglas M. Poland | Partner | | 0.60 | $500.00 | $300.00 |
| 7/1/2020 | Douglas M. Poland | Partner | | 0.10 | $500.00 | $50.00 |
| 7/28/2020 | Douglas M. Poland | Partner | | 0.10 | $500.00 | $50.00 |
| 7/29/2020 | Douglas M. Poland | Partner | | 0.10 | $500.00 | $50.00 |
| 8/3/2020 | Douglas M. Poland | Partner | | 0.10 | $500.00 | $50.00 |
| 8/6/2020 | Douglas M. Poland | Partner | | 0.30 | $500.00 | $150.00 |
| 8/10/2020 | Douglas M. Poland | Partner | | 0.30 | $500.00 | $150.00 |
| 8/21/2020 | Douglas M. Poland | Partner | | 0.30 | $500.00 | $150.00 |
| 8/25/2020 | Douglas M. Poland | Partner | | 0.30 | $500.00 | $150.00 |
| 8/26/2020 | Douglas M. Poland | Partner | | 0.20 | $500.00 | $100.00 |
| 8/27/2020 | Douglas M. Poland | Partner | | 0.60 | $500.00 | $300.00 |
| 9/8/2020 | Douglas M. Poland | Partner | | 0.20 | $500.00 | $100.00 |
| 9/16/2020 | Douglas M. Poland | Partner | | 0.30 | $500.00 | $150.00 |
| 12/16/2020 | Douglas M. Poland | Partner | | 0.20 | $500.00 | $100.00 |
| 12/21/2020 | Douglas M. Poland | Partner | | 1.40 | $500.00 | $700.00 |

**Time Records**
**Rathje Woodward LLC (Inception to July 31, 2020)**
**Stafford Rosenbaum LLP (Aug. 1, 2020 to Jan. 31, 2022)**

| Date | Professional | Title | Narrative | Hours | Rate | Lodestar |
|---|---|---|---|---|---|---|
| 12/22/2020 | Douglas M. Poland | Partner | | 0.10 | $500.00 | $50.00 |
| 12/22/2020 | Douglas M. Poland | Partner | | 0.70 | $500.00 | $350.00 |
| 1/8/2021 | Douglas M. Poland | Partner | | 0.20 | $500.00 | $100.00 |
| 1/15/2021 | Douglas M. Poland | Partner | | 0.40 | $500.00 | $200.00 |
| 1/21/2021 | Douglas M. Poland | Partner | | 0.10 | $500.00 | $50.00 |
| 1/22/2021 | Douglas M. Poland | Partner | | 0.40 | $500.00 | $200.00 |
| 1/26/2021 | Douglas M. Poland | Partner | | 0.30 | $500.00 | $150.00 |
| 2/2/2021 | Douglas M. Poland | Partner | | 0.40 | $500.00 | $200.00 |
| 2/4/2021 | Douglas M. Poland | Partner | | 0.10 | $500.00 | $50.00 |
| 2/6/2021 | Douglas M. Poland | Partner | | 0.30 | $500.00 | $150.00 |
| 2/12/2021 | Douglas M. Poland | Partner | | 0.40 | $500.00 | $200.00 |
| 2/17/2021 | Douglas M. Poland | Partner | | 0.20 | $500.00 | $100.00 |
| 3/30/2021 | Douglas M. Poland | Partner | | 0.10 | $500.00 | $50.00 |
| 5/26/2021 | Douglas M. Poland | Partner | | 0.30 | $500.00 | $150.00 |
| 5/27/2021 | Douglas M. Poland | Partner | | 0.10 | $500.00 | $50.00 |
| 6/25/2021 | Douglas M. Poland | Partner | | 0.20 | $500.00 | $100.00 |
| 6/29/2021 | Douglas M. Poland | Partner | | 0.30 | $500.00 | $150.00 |
| 8/3/2021 | Douglas M. Poland | Partner | | 0.20 | $500.00 | $100.00 |
| 8/3/2021 | Douglas M. Poland | Partner | | 0.10 | $500.00 | $50.00 |

**Time Records**
**Rathje Woodward LLC (Inception to July 31, 2020)**
**Stafford Rosenbaum LLP (Aug. 1, 2020 to Jan. 31, 2022)**

| Date | Professional | Title | Narrative | Hours | Rate | Lodestar |
|------|-------------|-------|-----------|-------|------|----------|
| 8/6/2021 | Douglas M. Poland | Partner | ███████████████████████ | 0.10 | $500.00 | $50.00 |
| | | | **TOTAL** | **49.50** | | **$24,270.00** |