# Exhibit 3

**EXHIBIT 3**

**BREAKDOWN OF BERNSTEIN LITOWITZ BERGER & GROSSMANN'S
HOURS AND LODESTAR BY CATEGORY**

| Category | Hours | Lodestar |
|---|---|---|
| 1. Investigation & Analysis of Claims | 1,318.50 | $530,935.00 |
| 2. West Palm Beach Complaint | 22.75 | $13,481.25 |
| 3. Lead Plaintiff Application | 61.75 | $33,687.50 |
| 4. Amended Complaint | 775 | $504,668.75 |
| 5. Rule 26(f) Report | 34.50 | $22,068.75 |
| 6. Motion to Dismiss Opposition | 386 | $253,612.50 |
| 7. First Mediation | 601.25 | $490,562.50 |
| 8. Discovery | 288.75 | $122,387.50 |
| 9. Initial Settlement Submission | 397.75 | $238,875.00 |
| 10. Initial Settlement Administration | 81 | $60,937.50 |
| 11. Objection to Plan of Allocation | 292.25 | $207,881.25 |
| 12. Response to Court Order Denying Final Approval | 111.75 | $98,343.75 |
| 13. Second Mediation | 407.75 | $344,050.00 |
| 14. Final Settlement Submission | 86.25 | $67,462.50 |
| 15. Final Settlement Administration | 24.25 | $17,593.75 |
| 16. Severing HRG Claims | 38.25 | $27,606.25 |
| 17. Case Oversight & Administration | 150 | $65,150.00 |
| **TOTAL** | **5,077.75** | **$3,099,303.75** |