# Exhibit 5

**EXHIBIT 1**

*In re Spectrum Brands Securities Litigation*
No. 19-cv-347-jdp (W.D. Wis.)

**STAFFORD ROSENBAUM LLP**

**TIME REPORT**

Inception through and including January 31, 2022

| NAME | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| **Partner** | | | |
| Douglas M. Poland | 46.30 | $500.00 | $23,150.00 |
| | | | |
| **Associate** | | | |
| Alison E. Stites | 3.20 | $350.00 | $1,120.00 |
| | | | |
| **TOTALS** | **49.50** | | **$24,270.00** |