# Exhibit 7

*In re Spectrum Brands Securities Litigation* , No. 19-cv-347-jdp (W.D. Wis.)

**DETAILED EXPENSE REPORT**

Inception through January 31, 2022

| Type of Expense | Transaction Date | Invoice Date | Expense Amount |
|---|---|---|---|
| **Type of Expense - Experts** | | | |
| Global Economics Group LLC Invoice No. 5513 Date: 7/25/19 | 07/25/2019 | | 11,480.00 |
| Global Economics Group LLC Invoice No. 5584 Date: 8/30/19 | 08/30/2019 | | 17,092.50 |
| Global Economics Group LLC Invoice No. 5904 Date: 2/25/20 | 02/25/2020 | | 10,475.00 |
| Global Economics Group LLC Invoice No. 5975 Date: 3/31/20 | 03/31/2020 | | 18,203.75 |
| Global Economics Group LLC Invoice No. 6029 Date: 4/22/20 | 04/22/2020 | | 12,492.50 |
| Global Economics Group LLC Invoice No. 6094 Date: 5/31/20 | 05/31/2020 | | 8,267.50 |
| Global Economics Group LLC Invoice No. 6141 Date: 6/24/20 | 06/24/2020 | | 29,131.25 |
| Global Economics Group LLC Invoice No. 6214 Date: 7/31/20 | 07/31/2020 | | 915.00 |
| Global Economics Group LLC Invoice No. 6261 Date: 8/31/20 | 08/31/2020 | | 33,826.25 |
| Global Economics Group LLC Invoice No. 6440 Date: 11/30/20 | 11/30/2020 | | 225.00 |
| Global Economics Group LLC Invoice No. 6484 Date: 12/18/20 | 12/18/2020 | | 9,150.00 |
| Global Economics Group LLC Invoice No. 6615 Date: 2/28/21 | 02/28/2021 | | 21,120.00 |
| Global Economics Group LLC Invoice No. 6671 Date: 3/31/21 | 03/31/2021 | | 2,346.25 |
| Global Economics Group LLC Invoice No. 6896 Date: 7/31/21 | 07/31/2021 | | 14,676.25 |
| Global Economics Group LLC Invoice No. 6957 Date: 8/31/21 | 08/31/2021 | | 3,512.50 |
| Global Economics Group LLC Invoice No. 6988 Date: 9/29/21 | 09/29/2021 | | 8,320.00 |
| Global Economics Group LLC Invoice No. 7263 Date: 1/31/22 | 01/31/2022 | | 1,950.00 |
| **Total  Experts** | | | **203,183.75** |
| | | | |
| **Type of Expense - Mediation Fees** | | | |
| Check issued to JAMS Inc. Date: 04/14/20 | 04/14/2020 | | 12,100.00 |
| Check issued to JAMS Inc. Date: 07/01/20 | 07/01/2020 | | 10,241.19 |
| Check issued to JAMS Inc. Date: 07/22/21 | 07/22/2021 | | 7,933.34 |
| Check issued to JAMS Inc. Date: 08/13/21 | 08/13/2021 | | 1,140.99 |
| **Total  Mediation Fees** | | | **31,415.52** |
| | | | |

| Type of Expense | Transaction Date | Invoice Date | Expense Amount |
|---|---|---|---|
| **Type of Expense - Court Fees** | | | |
| Filing Fee (paid by Local Counsel) | | | 400.00 |
| Check issued to American Express Amex May 2019. Gary Weston.  (Service charge for paying Court fees.) | 06/11/2019 | | 34.01 |
| Court Fees GARY WESTON AMEX STATEMENT, paid on: 06/11/2019 (W.D. Wis. admission fee) | 06/26/2019 | | 231.00 |
| Court Fees GARY WESTON AMEX STATEMENT, paid on: 06/11/2019 (W.D. Wis. admission fee) | 06/26/2019 | | 231.00 |
| Court Fees GARY WESTON AMEX STATEMENT, paid on: 06/11/2019 (W.D. Wis. admission fee) | 06/26/2019 | | 231.00 |
| Court Fees GARY WESTON AMEX STATEMENT, paid on: 06/11/2019 (W.D. Wis. admission fee) | 06/26/2019 | | 231.00 |
| Court Fees GARY WESTON AMEX STATEMENT, paid on: 06/11/2019 (W.D. Wis. admission fee) | 06/26/2019 | | 231.00 |
| Court Fees GARY WESTON AMEX STATEMENT, paid on: 06/11/2019 (W.D. Wis. admission fee) | 06/26/2019 | | 231.00 |
| AMEX. GPS*DANE COUNTY CLERK MADISON WI; Court Fees; 2020-05-06 (2259-001) Document retrieval fee | 05/06/2020 | 08/18/2020 | 379.35 |
| AMEX. GPS*DANE COUNTY CLERK MADISON WI; Court Fees; Court records pulled from the courthouse and sent to BLBG | 05/22/2020 | 06/24/2020 | 160.00 |
| **Total  Court Fees** | | | **2,359.36** |
| | | | |
| **Type of Expense - PSLRA Notice Costs** | | | |
| Check issued to PR Newswire Association LLC Check #29523 06/18/19 | 06/18/2019 | | 1,605.00 |
| Check issued to Cision US, Inc Check No. 33407 Date: 04/28/21 | 04/28/2021 | | 2,705.00 |
| **Total  PSLRA Notice Costs** | | | **4,310.00** |

| Type of Expense | Transaction Date | Invoice Date | Expense Amount |
|---|---|---|---|
| **Type of Expense - Court Reporting & Transcripts** | | | |
| Check issued to Dane County Legal Notice LLC | 06/18/2020 | | 61.50 |
| Check issued to Rowan Bright Date: 06/28/20 | 07/01/2020 | | 48.00 |
| **Total  Court Reporting & Transcripts** | | | **109.50** |
| | | | |
| **Type of Expense - Telephone** | | | |
| Check issued to LoopUp LLC.  Date: 09/23/20 | 09/23/2020 | | 36.47 |
| Check issued to LoopUp LLC.  Date: 01/27/21 | 01/27/2021 | | 11.85 |
| Check issued to LoopUp LLC.  Date: 02/24/21 | 02/24/2021 | | 9.90 |
| Check issued to LoopUp LLC.  Date: 03/24/21 | 03/24/2021 | | 53.04 |
| Check issued to LoopUp LLC.  Date: 04/28/21 | 04/28/2021 | | 18.93 |
| Check issued to LoopUp LLC.  Date: 06/02/21 | 06/02/2021 | | 2.15 |
| Check issued to LoopUp LLC.  Date: 07/28/21 | 07/28/2021 | | 0.84 |
| Check issued to LoopUp LLC. Date: 08/18/21 | 08/18/2021 | | 0.92 |
| Check issued to LoopUp LLC  Date: 09/15/21 | 09/15/2021 | 09/15/2021 | 1.16 |
| Check issued to LoopUp LLC Date: 12/22/21 | 12/22/2021 | 12/22/2021 | 0.56 |
| **Total  Telephone** | | | **135.82** |
| | | | |
| **Type of Expense - Internal Copying & Printing** | | | |
| A total of 3,357 pages copied at $0.10 per page. | | | 335.70 |
| **Total  Internal Copying & Printing** | | | **335.70** |
| | | | |
| **Type of Expense - Outside Copying & Printing** | | | |
| Check issued to Epiq eDiscovery Solutions, Inc. Date: 08/13/19 | 08/13/2019 | | 429.19 |
| AMEX. GPS*DANE COUNTY CLERK MADISON WI; Copies / Printing | 07/21/2020 | 07/21/2020 | 350.45 |
| **Total  Outside Copying & Printing** | | | **779.64** |

| Type of Expense | Transaction Date | Invoice Date | Expense Amount |
|---|---|---|---|
| | | | |
| **Type of Expense - Local Transportation** | | | |
| AMEX. UBER TRIP HELP.UBER.COM CA; Taxi / Car Service; Taxi ride | 06/29/2019 | 09/18/2019 | 4.70 |
| AMEX. NYC TAXI - VERIFONE LONG ISALND CITY NY; Taxi / Car Service; Taxi | 07/01/2019 | 09/18/2019 | 39.36 |
| AMEX. NYCTAXI2P38 09012460 LONG ISLAND C NY; Taxi / Car Service; Taxi ride | 07/02/2019 | 09/18/2019 | 35.15 |
| AMEX. NYCTAXI6C16 09012460 LONG ISLAND C NY; Taxi / Car Service; Taxi ride | 07/03/2019 | 09/18/2019 | 31.55 |
| AMEX. CURB TAXI APP CURB T LONG IS CITY NY; Taxi / Car Service; car home | 07/10/2019 | 09/07/2019 | 20.76 |
| AMEX. NYCTAXI7A21 09012460 LONG ISLAND C NY; Taxi / Car Service; Taxi ride | 07/11/2019 | 09/18/2019 | 35.15 |
| AMEX. UBER TRIP HELP.UBER.COM CA; Taxi / Car Service; Taxi ride | 07/12/2019 | 09/18/2019 | 44.09 |
| AMEX. CURB TAXI APP CURB T LONG IS CITY NY; Taxi / Car Service; car home | 07/13/2019 | 09/07/2019 | 36.36 |
| AMEX. UBER TRIP HELP.UBER.COM CA; Taxi / Car Service; Taxi ride | 07/13/2019 | 09/18/2019 | 6.78 |
| Vital Transportation Inc. 7/30/19 Virgilio Soler | 07/30/2019 | | 106.50 |
| Vital Transportation Inc. 7/30/19 Laura Marioni | 07/30/2019 | | 95.20 |
| Vital Transportation Inc.  7/30/19 Virgilio Soler | 07/30/2019 | | 66.24 |
| Vital Transportation Inc. 7/30/19 Tammela Doston | 07/30/2019 | | 119.13 |
| Vital Transportation Inc. Mahiri Buffong  8/6/19 | 08/06/2019 | | 74.58 |
| Local Transportation JULIA TEBOR AMEX STATEMENT, paid on: 07/09/2019 | 08/08/2019 | | 30.65 |
| Local Transportation MATTHEW TRAYLOR, date 08/20/19 Taxi Reimbursement | 08/20/2019 | | 141.73 |
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Working late on the case | 08/23/2019 | 09/20/2019 | 64.90 |
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Working late on case | 08/27/2019 | 09/20/2019 | 30.52 |
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Lyft services from office to home, working late | 09/11/2019 | 10/03/2019 | 30.11 |

| Type of Expense | Transaction Date | Invoice Date | Expense Amount |
|---|---|---|---|
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Lyft services from office to home, working late | 09/12/2019 | 10/03/2019 | 29.70 |
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Lyft services from office to home, working late | 09/17/2019 | 10/03/2019 | 28.57 |
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Working late at the office | 09/22/2019 | 10/03/2019 | 33.73 |
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Working late at the office | 09/23/2019 | 10/03/2019 | 30.14 |
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Working late at the office | 09/26/2019 | 10/03/2019 | 30.94 |
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Working late on the case | 10/02/2019 | 11/08/2019 | 27.67 |
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Working late on the case | 10/04/2019 | 11/08/2019 | 27.10 |
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Working late on the case | 10/04/2019 | 11/08/2019 | 30.87 |
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Working late on the case | 10/06/2019 | 11/08/2019 | 27.69 |
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Working late on the case | 10/06/2019 | 11/08/2019 | 6.00 |
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Working late on the case | 10/08/2019 | 11/08/2019 | 31.01 |
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Working late on the case | 10/09/2019 | 11/08/2019 | 31.39 |
| AMEX. CREATIVE MOBILE 0901 LONG ISLAND C NY; Taxi / Car Service; car home | 10/09/2019 | 11/08/2019 | 33.96 |
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Working late on the case | 10/11/2019 | 11/08/2019 | 31.15 |
| AMEX. CURB TAXI APP CURB T LONG IS CITY NY; Taxi / Car Service; car home | 10/11/2019 | 11/08/2019 | 33.96 |
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Working late on the case | 10/12/2019 | 11/08/2019 | 29.88 |

| Type of Expense | Transaction Date | Invoice Date | Expense Amount |
|---|---|---|---|
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Working late on the case | 10/19/2019 | 11/08/2019 | 31.84 |
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Working late on the case | 10/29/2019 | 12/08/2019 | 29.67 |
| Local Transportation Paid to Michelle Leung (Taxi reimbursement) | 10/31/2019 | | 66.39 |
| AMEX. LYFT - RIDERS 0000 SAN FRANCISCO CA; Taxi / Car Service; Working late on the case | 10/31/2019 | 12/08/2019 | 33.08 |
| Vital Transportation Inc. Mahiri Buffong | 11/19/2019 | | 64.01 |
| Vital Transportation Inc. Virgilio Soler | 11/19/2019 | | 109.68 |
| Vital Transportation Inc. Laura Marioni 11/19/19 | 11/21/2019 | | 43.96 |
| Vital Transportation Inc. Jai Chandrasekhar 12/10/19 | 12/10/2019 | | 47.54 |
| Total  Local Transportation | | | **1,903.39** |

| Type of Expense | Transaction Date | Invoice Date | Expense Amount |
|---|---|---|---|
| | | | |
| **Type of Expense - Working Meals** | | **Original Amount** | **Capped Amount** |
| Amex charge, Lunch | 07/11/2019 | 12.49 | 12.49 |
| Working Meals, JULIA TEBOR AMEX STATEMENT, paid on: 07/09/2019; Lunch | 08/08/2019 | 22.64 | 20.00 |
| Seamless Order, Dinner | 08/22/2019 | 24.55 | 24.55 |
| Seamless Order, Dinner | 08/26/2019 | 27.39 | 27.39 |
| Seamless Order, Dinner | 08/27/2019 | 23.32 | 23.32 |
| Seamless Order, Dinner | 09/09/2019 | 26.00 | 26.00 |
| Seamless Order, Dinner | 09/10/2019 | 20.85 | 20.85 |
| Seamless Order, Dinner | 09/16/2019 | 23.93 | 23.93 |
| Seamless Order, Dinner | 09/18/2019 | 27.03 | 27.03 |
| Seamless Order, Dinner | 09/21/2019 | 24.62 | 24.62 |
| Seamless Order, Lunch | 09/25/2019 | 17.14 | 17.14 |
| Seamless Order, Dinner | 09/26/2019 | 22.38 | 22.38 |
| Seamless Order, Dinner | 09/30/2019 | 23.93 | 23.93 |
| Amex Seamless Charge; Dinner | 09/30/2019 | 28.00 | 28.00 |
| Amex Seamless Charge; Dinner | 10/01/2019 | 23.00 | 23.00 |
| Seamless Order, Lunch | 10/01/2019 | 24.97 | 20.00 |
| Seamless Order, Dinner | 10/01/2019 | 23.31 | 23.31 |
| Amex Charge; Lunch | 10/02/2019 | 13.34 | 13.34 |
| Seamless Order, Dinner | 10/02/2019 | 28.74 | 28.74 |
| Seamless Order, Dinner | 10/07/2019 | 26.66 | 26.66 |
| Amex Seamless Charge; Dinner | 10/08/2019 | 21.00 | 21.00 |
| Seamless Order, Lunch | 10/08/2019 | 24.97 | 20.00 |
| Seamless Order, Dinner | 10/08/2019 | 25.37 | 25.37 |
| AMEX Charge; Lunch | 10/09/2019 | 15.02 | 15.02 |
| Seamless Order, Lunch | 10/09/2019 | 20.11 | 20.00 |
| Seamless Order, Lunch | 10/09/2019 | 15.71 | 15.71 |
| Seamless Order, Lunch | 10/09/2019 | 15.63 | 15.63 |
| Seamless Order, Dinner | 10/09/2019 | 20.58 | 20.58 |
| Seamless Order, Dinner | 10/09/2019 | 30.14 | 30.00 |
| Seamless Order, Lunch | 10/10/2019 | 19.14 | 19.14 |
| Seamless Order, Lunch | 10/10/2019 | 14.41 | 14.41 |
| Seamless Order, Dinner | 10/10/2019 | 31.49 | 30.00 |
| Seamless Order, Dinner | 10/10/2019 | 21.76 | 21.76 |
| Seamless Order, Dinner | 10/10/2019 | 25.32 | 25.32 |
| Seamless Order, Dinner | 10/10/2019 | 28.23 | 28.23 |
| Seamless Order, Dinner | 02/25/2020 | 27.03 | 27.03 |
| Seamless Order, Lunch | 05/18/2020 | 31.88 | 20.00 |
| Seamless Order, Lunch | 06/29/2021 | 28.25 | 20.00 |
| Seamless Order, Lunch | 07/22/2021 | 27.22 | 20.00 |

| Type of Expense | Transaction Date | Invoice Date | Expense Amount |
|---|---|---|---|
| Seamless Order, Lunch | 08/09/2021 | 30.99 | 20.00 |
| Seamless Order, Lunch | 05/25/2021 | 32.84 | 20.00 |
| Total  Working Meals | | | 905.88 |
| | | | |

**Grand Total:**      **$245,438.56**