# EXHIBIT A
# DEFICIENCY
# LETTERS

**Spectrum Brands Securities Litigation**
c/o JND Legal Administration
PO Box 91362
Seattle, WA 98111

Email: info@SpectrumBrandsSecuritiesLitigation.com
Toll-Free Number: 833-674-0176
Settlement Website: www.SpectrumBrandsSecuritiesLitigation.com

Mailing Date:
Response Due Date:

Claim ID:

Eligible Security: Old Spectrum and post-Merger Spectrum common stock

Class Period: From January 26, 2017, through November 19, 2018, inclusive

## NOTICE OF DEFICIENT/INELIGIBLE CLAIM SUBMISSION

Dear Claimant:

We received and processed the Proof of Claim and Release ("Claim Form" or "Proof of Claim Form") you submitted in the above-referenced Settlement. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiency or ineligibility, you must submit a written response with any required documentation as specified below postmarked no later than the response due date printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response due date set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that any condition remains uncured. This is the only notice you will receive with respect to this Claim.**

Reason for deficiency/ineligibility (Please see below for explanation):
**NO PURCHASES CLAIMED IN THE CLASS PERIOD**

**Explanation of Ineligibility:**
**NO PURCHASES CLAIMED IN THE CLASS PERIOD**

This Claim does not contain any purchases of Old Spectrum or post-Merger Spectrum common stock during the Class Period, i.e., from January 26, 2017, through November 19, 2018, inclusive.

**HOW TO FIX:**

You can only resolve this deficiency by submitting documentation supporting purchases of Old Spectrum or post-Merger Spectrum common stock during the Class Period.

Please Note: If you have purchase transactions of Old Spectrum or post-Merger Spectrum Brand common stock during this period, you must also provide this and all other information and supporting documentation called for in the Claim Form with respect to your holdings of and transactions in the Spectrum Brands related securities.

**Please note that even if you cure all noted deficiencies, your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible Claims presented to the Court for approval.** If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review, you must send a letter to the Claims Administrator at the address indicated above no later than the response due date set forth above. Your letter, which must be signed, must: (1) specifically state that you "request that the Court review the full or partial rejection of the Claim"; (2) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (3) include any and all documentation supporting your argument(s). A copy of this letter must be included with your request for Court review.

**PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, YOUR CLAIM AND THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. CERTAIN PERSONAL INFORMATION PROVIDED ON YOUR CLAIM FORM AND THE SUPPORTING DOCUMENTATION WILL BE REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or any noted deficiency, or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the telephone number or email address noted above.

Sincerely,

JND Legal Administration

***Spectrum Brands Securities Litigation***
 c/o JND Legal Administration
 PO Box 91362
Seattle, WA 98111

**Email: info@SpectrumBrandsSecuritiesLitigation.com**
**Toll-Free Number: 833-674-0176**
**Settlement Website: www.SpectrumBrandsSecuritiesLitigation.com**

**Mailing Date:**
**Response Due Date:**

**Claim ID:**

**Eligible Security: Old Spectrum and post-Merger Spectrum common stock**

**Class Period: From January 26, 2017, through November 19, 2018, inclusive**

## NOTICE OF DEFICIENT/INELIGIBLE CLAIM SUBMISSION

Dear Claimant:

We received and processed the Proof of Claim and Release ("Claim Form" or "Proof of Claim Form") you submitted in the above-referenced Settlement. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiency or ineligibility, you must submit a written response with any required documentation as specified below postmarked no later than the response due date printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response due date set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that any condition remains uncured. This is the only notice you will receive with respect to this Claim.**

**Reason for deficiency/ineligibility (Please see below for explanation):**
   **NO DOCUMENTATION WAS PROVIDED TO SUPPORT THE CLAIM**

**Explanation of Ineligibility:**

**NO DOCUMENTATION WAS PROVIDED TO SUPPORT THE CLAIM**

You did not provide any documentation for the Claim.

**HOW TO FIX:**

You can resolve this deficiency by submitting acceptable documentation to support the Claim. Opening holding positions, all transactions during the Class Period, and the number of shares held at close of trading on February 15, 2019, must be properly documented.

Specifically, the supporting documentation for each transaction must reflect the purchase (acquisition)/sale date, the number of shares purchased (acquired)/sold, and the price paid/received per share. With respect to the required "holding" positions, the documentation need only support the number of shares held as of the dates set forth in the Claim Form.

Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation (self-generated documents are not acceptable).

**Please note that even if you cure all noted deficiencies, your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible Claims presented to the Court for approval.** If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review, you must send a letter to the Claims Administrator at the address indicated above no later than the response due date set forth above. Your letter, which must be signed, must: (1) specifically state that you "request that the Court review the full or partial rejection of the Claim"; (2) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (3) include any and all documentation supporting your argument(s). A copy of this letter must be included with your request for Court review.

**PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, YOUR CLAIM AND THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. CERTAIN PERSONAL INFORMATION PROVIDED ON YOUR CLAIM FORM AND THE SUPPORTING DOCUMENTATION WILL BE REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or any noted deficiency, or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the telephone number or email address noted above.

Sincerely,

JND Legal Administration