# EXHIBIT B
# DEFICIENCY
# EMAIL

Dear Electronic Claim Filer:

Your Claim submission for the Spectrum Brands Securities Litigation has been reviewed by the Claims Administrator and one or more Claims contained in your submission were found to be deficient/ineligible. A list of the Claim(s), transaction(s), and our determinations is attached. A deficiency/ineligible key has also been enclosed to further describe the claim/transaction status and provide insight on ways to cure your Claim(s), if possible.

You will have 20 calendar days from the date of this email to provide your deficiency response. If no response is provided, your Claim(s) will be presented to the Court in the current status.

If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim. To request Court review, you must send an email to the Claims Administrator. Your email must: (1) specifically state that you "request that the Court review the full or partial rejection of your Claim"; (2) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (3) include any and all documentation supporting your argument(s).

**PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, YOUR CLAIM AND THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. CERTAIN PERSONAL INFORMATION PROVIDED ON YOUR CLAIM FORM AND THE SUPPORTING DOCUMENTATION WILL BE REDACTED TO PROTECT YOUR PRIVACY.**

Please submit all documentation to cure your deficiency/ineligible claim(s) via email to SPCSecurities@jndla.com.

Please reply to this email if you have any questions regarding your deficiency or claim submission.

The attached spreadsheet is password protected. A follow-up email with the password will be sent shortly.


Regards,

Claims Administrator
Spectrum Brands Securities Litigation
833-674-0176
www.SpectrumBrandsSecuritiesLitigation.com