# EXHIBIT C DEFICIENCY SPREADSHEET

| JND ID | Claim ID | Account | Account Name | Deficiency |
|---|---|---|---|---|
| XX | XXX | X | XXXXX | XX |
| XXX | XX | XX | XX | XX |
| XX | XXXXX | XXXXX | XXXXX | X |

| JND ID | Claim ID | Account | Account Name | Transaction Type | Transaction Date | Quantity | Share Price | Total Price | Deficiency |
|---|---|---|---|---|---|---|---|---|---|
| XX | XXX | XX | X | X | X | XXX | XX | XX | XX |
| XX | XXXX | XX | X | XXXX | XX | XX | XX | XXXX | XXX |
| XXX | XX | XX | X | X | XXXX | XX | X | XX | X |
| X | X | XXX | X | XX | X | XXXX | XXX | XX | XXX |
| X | XXX | XXX | X | XX | XX | XX | XXXX | XX | XX |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

| Claim Level Deficiency | | | |
|---|---|---|---|
| Deficiency ID | Deficiency Name | Deficiency Description | How to Fix |
| xx | CLAIM DOES NOT BALANCE | The Claim as submitted was not a balanced Claim. The beginning holdings plus purchases of Old Spectrum common stock do not equal sales plus the number of shares held at the close of trading on July 13, 2018. The total number of shares entered in sections 1 and 2 must equal the total number of shares entered in sections 3 and 4 of the Schedule of Transactions in Old Spectrum common stock. The acquisitions of post-Merger Spectrum common stock do not equal sales plus the number of shares held at close of trading on February | You can resolve this deficiency by supplying all the called-for share amounts in the Schedules of Transactions of Old Spectrum and Spectrum common stock together with the required revised data. |

| | | | |
|---|---|---|---|
| | | 15, 2019. The total number of shares entered in sections 1, 2, and 3 must equal the total number of shares entered in sections 4 and 5 of the Schedule of Transactions in Spectrum common stock. | |
| xx | CLAIM SUBMITTED WAS FOR AN INELIGIBLE SECURITY | One or more securities listed in your Claim are not eligible securities. Old Spectrum and post-Merger Spectrum common stock are the only securities eligible under the Settlement. | You can only resolve this deficiency by submitting documentation supporting purchases of Old Spectrum or post-Merger Spectrum common stock during the Class Period from January 26, 2017, through November 19, 2018, inclusive. Please Note: If you have purchase transactions of Old Spectrum or post-Merger Spectrum common stock during this period, you must also provide this and |

| | | | |
|---|---|---|---|
| | | | all the other information and supporting documentation called for in the Claim Form with respect to your holdings of and transactions in each of these Spectrum Brand related securities. |
| xx | NO PURCHASES CLAIMED IN THE CLASS PERIOD | This Claim does not contain any purchases of Old Spectrum or post-Merger Spectrum common stock during the Class Period, i.e., from January 26, 2017, through November 19, 2018, inclusive. | You can only resolve this deficiency by submitting revised data supporting purchases of Old Spectrum or post-Merger Spectrum common stock during the class period. |
| xx | DUPLICATE CLAIM FILED | The Claim referenced is a duplicate and is therefore, rejected. | You can only resolve this condition of ineligibility if you can demonstrate that this Claim is not a duplicate of the Primary Claim.  You must send an email explaining why you believe this Claim should not be |

| | | | deemed a duplicate along with acceptable documentation to support your position. If you acknowledge that this Claim is a duplicate of the Primary Claim but wish this Claim to be the operative Claim and the Primary Claim to be rejected, a signed, notarized letter from the beneficial owner of the securities stating that this Claim should be considered and that the Primary Claim should be withdrawn must be submitted along with a copy of this email notification. |
|---|---|---|---|

| | | | |
|---|---|---|---|
| xx | CLAIM SUBMITTED BY OR ON BEHALF OF AN EXCLUDED PERSON OR ENTITY | The person or entity on whose behalf this Claim was filed is an excluded person or entity under the terms of this Settlement | Excluded from the Settlement Class are: (i) Defendants (including Spectrum); (ii) the Immediate Family members of the Individual Defendants; (iii) the Officers and directors of Old Spectrum, Spectrum, and HRG currently and during the Class Period and their Immediate Family members; (iv) any entity in which any of the foregoing excluded persons or entities has or had a controlling interest; and (v) the legal representatives, heirs, successors, or assigns of any such excluded person or entity.  If you believe that the person or entity on whose behalf this Claim was filed was incorrectly identified as an Excluded Person, please contact or call the Claims |

| | | | |
|---|---|---|---|
| | | | Administrator. Also excluded from the Spectrum Class are any persons and entities who or which previously submitted a request for exclusion from the settlement class in connection with the Prior Settlement, or exclude themselves by submitting a request for exclusion in accordance with the requirements set forth in the Notice. |
| xx | CLAIM DOES NOT CALCULATE TO A RECOGNIZED LOSS UNDER THE PLAN OF ALLOCATION | In accordance with the Plan of Allocation set forth in the Notice, the Claim referenced above does not calculate to a Recognized Claim and is, therefore, ineligible to receive a payment from the Net Settlement Fund. | You can resolve this condition of ineligibility only by submitting additional purchase transactions of Old Spectrum or post-Merger Spectrum common stock during the Class Period, i.e., from January 26, 2017, through November 19, 2018, inclusive, that were not previously |

| | | | |
|---|---|---|---|
| | | | reflected in your Claim and which make your Claim calculate to a Recognized Claim. You must also support any additional transactions with acceptable documentation. |
| | | | Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation (self-generated documents are not acceptable). |
| xx | MISSING TRANSACTION INFORMATION | The information as entered on your submission did not include all details for the transaction(s). | You can resolve this deficiency by supplying all called-for transactional information in a revised data file. |

## Transaction Level Deficiency

| Deficiency ID | Deficiency Name | Deficiency Description | How to Fix |
|---|---|---|---|
| xx | TRANSFER IN | The Claim referenced contains one or more transactions that were presented or identified as a gift or transfer into your account (also called a "free receipt") during the Class Period. The data submitted, however, does not reflect when the shares were purchased. | In order for the Claim to be properly calculated, you must submit revised data that provides information regarding the **original** purchase/acquisition of the shares in the noted transactions before they were transferred into the account. Specifically, you must submit, with respect to each transaction, revised data that reflects the date on which the shares in each transaction were purchased/acquired. |
| xx | PRICE PER SHARE OUT OF RANGE | The price per share is outside of the normal range for that day. Please check dates and data. | Please review your data to confirm the price of the transaction. If the data is correct, provide adequate supporting documentation substantiating the price and/or net amount |
| xx | NET OUT OF RANGE | The price multiplied by quantity is outside of the normal range. Please check dates and data. | Please review your data to confirm the net amount of the transaction. If the data is correct, provide adequate supporting documentation substantiating the net amount. |

| | | | |
|---|---|---|---|
| xx | INELIGIBLE SECURITY CLAIMED FOR TRANSACTION | One or more securities claimed for the transaction(s) set forth are not the eligible security for this Settlement. | The only securities eligible in this Settlement are Old Spectrum or post-Merger Spectrum common stock. If you did not purchase Old Spectrum or post-Merger Spectrum common stock during the Class Period, you are not eligible to participate in the Settlement. |
| xx | TRANSACTION OUTSIDE CLASS | The purchase transaction(s) set forth did not occur during the Class Period. Unless a date in the supporting documentation is incorrect, the transaction(s) will not be included in your Claim. | Please review your data to confirm the date of the transaction. If the data is correct, provide adequate supporting documentation substantiating the transaction date. |
| xx | TRANSFER OUT | The Claim referenced contains one or more transactions that were presented or identified as a transfer out of your account (also called a "free delivery") during the Class Period.  The data submitted, however, does not reflect the date and means of final disposition of the shares. | In order to include the shares in the calculation of the Claim, you must submit acceptable supporting documentation demonstrating that the final sale of those shares subsequent to the transfer out of the account occurred during the period of January 26, 2017 through February 15, 2019, both dates inclusive, or held as of close of trading on February 15, 2019. Specifically, if the shares identified as a "Transfer Out" were ultimately sold during the period of January 26, 2017 through February 15, 2019, both dates inclusive, you |

| | | | |
|---|---|---|---|
| | | | must submit, with respect to each transaction, acceptable supporting documentation that reflects the date of the final sale of the shares. |
| xx | MISSING TRANSACTION INFORMATION | The information as entered on your submission did not include all details for the transaction(s). | You can resolve this deficiency by supplying all called-for transactional information in a revised data file. |