# EXHIBIT E
# LATE BUT OTHERWISE ELIGIBLE CLAIMS



**SPECTRUM BRANDS SECURITIES LITIGATION**
**LATE BUT OTHERWISE ELIGIBLE CLAIMS**

**TOTAL CLAIMS: 408**
**TOTAL RECOGNIZED CLAIMS: $14,644,127.45**

_____

| CLAIM | RECOGNIZED CLAIM | CLAIM | RECOGNIZED CLAIM |
|---|---|---|---|
| D268WFS9RN | $ 1,143.61 | DJ9YWHDBPG | $ 12,381.04 |
| D27AWE3FBZ | $ 1,476.97 | DJAVDXWN7L | $ 656.27 |
| D29E3THLRG | $ 46.30 | DJAZ5TUSEP | $ 759.32 |
| D2ENB3S7P4 | $ 115,645.64 | DJBDCXNUAE | $ 5,822.06 |
| D2FXSQ9JU3 | $ 486.15 | DJFHN285LD | $ 981.75 |
| D2KCLJHWZX | $ 748.70 | DJPNUMGQE6 | $ 23.15 |
| D2KPN7M9SA | $ 416.70 | DJQE8DPS3L | $ 2,871.83 |
| D2LVDZMBAJ | $ 50.93 | DJTF62UNM9 | $ 259.97 |
| D2NXAP53QS | $ 791.73 | DJUNY4PBSL | $ 5,360.77 |
| D2PGQJS3CE | $ 470.00 | DJZUAV8XE5 | $ 540.86 |
| D2QPNWDY6B | $ 1,142.10 | DK2G6LSFTY | $ 86.60 |
| D34XFK5C8J | $ 15,228.00 | DK3T7JCUNA | $ 13.89 |
| D37UJR8S2W | $ 3,491.02 | DK64LCQS7M | $ 143.53 |
| D38HNF5UTP | $ 13.89 | DK6BL84SAC | $ 2,824.32 |
| D3BD7YU8PT | $ 2,029,597.54 | DK937XLCQR | $ 27.78 |
| D3CMX9LTJS | $ 1,400.34 | DKECPDQN3Y | $ 145,488.00 |
| D3FXZYDWTQ | $ 32.41 | DKFNSEATM9 | $ 336.11 |
| D3GEHNZ6UC | $ 3,673.02 | DKFUHVXE6L | $ 10,824.57 |
| D3H8L6MPGY | $ 1,361.07 | DKFYX6SQT2 | $ 50.93 |
| D3J72XP68T | $ 13.89 | DKJT6MR8PH | $ 421.33 |
| D3MAQRZEWG | $ 9.26 | DKMT6NP7WR | $ 1,840.54 |
| D3N7RSVBCD | $ 27.78 | DKNEUF63WG | $ 4.63 |
| D3NXLMPC2G | $ 69.45 | DKSJNXUB2P | $ 17.32 |
| D3Y4B9QTZS | $ 603.11 | DKVGUNDWY5 | $ 1,534.97 |
| D3YK56RZ2M | $ 1,232.80 | DKX7D6H2RW | $ 13.89 |
| D3ZEQ2YUH5 | $ 32.41 | DKXCZLNMUB | $ 527.82 |
| D42376QNZC | $ 885.03 | DL32QVFKCX | $ 291.87 |
| D4D3TCY2WX | $ 9.26 | DL6DA8GHWN | $ 3,464.00 |
| D4DFA6WTNK | $ 126.90 | DL8G63T2UZ | $ 301.27 |
| D4K5HZ6RWY | $ 4,655.11 | DLAMRNS5KY | $ 972.30 |
| D4MU7GKSFZ | $ 3,360,080.00 | DLHAFJUYKV | $ 63.45 |
| D4NDQPH3S7 | $ 1,592.23 | DLKDU6PEFM | $ 1,377,550.52 |
| D4PKJVFDXA | $ 761.40 | DLMDHUSYWB | $ 126.90 |
| D53Q897XSA | $ 4.63 | DLWJKNAVZ8 | $ 63.45 |
| D54RZHMKVD | $ 9.26 | DLWU6VSMJK | $ 106.49 |

**TOTAL CLAIMS: 408**
**TOTAL RECOGNIZED CLAIMS: $14,644,127.45**

_____

| | | | |
|---|---|---|---|
| D57L96J8YP | $ 2,545.34 | DLWXQDNCAP | $ 13.89 |
| D59CR3U68S | $ 4.63 | DM3N87X2S6 | $ 347.43 |
| D5KU6J3TSV | $ 4.63 | DM7ZWTES3N | $ 791.73 |
| D5LU4AQD7C | $ 1,184.27 | DM9QTKX26C | $ 1,007.47 |
| D5MN79TYGH | $ 37.04 | DMGNK43QJL | $ 9.26 |
| D5RHVCWTUS | $ 9.26 | DMJ3X5BW4K | $ 24,127.28 |
| D5VSH8426G | $ 1,240.86 | DMLGYH29TN | $ 265.63 |
| D5YR3H8ZP6 | $ 111.12 | DMPCNY2HV9 | $ 3,408.42 |
| D68L4ZJK7Q | $ 23.15 | DMW6NSKVGU | $ 5,036.15 |
| D6A4UQHG7M | $ 4,630.00 | DMWGRC5H38 | $ 2,448.28 |
| D6ES5VJ4ZA | $ 13.89 | DN4BEDJL9X | $ 5,196.00 |
| D6HMR94UDC | $ 2,776.33 | DN4JV8QGH5 | $ 703.60 |
| D6LJ8SQPB2 | $ 253.80 | DN4L286UCG | $ 13.89 |
| D6LWBAE32X | $ 4.63 | DN62VKSY9D | $ 129.64 |
| D6NVHFAP5S | $ 1,818.60 | DN6QUZD8YC | $ 300.95 |
| D6Q4TV5S2R | $ 9.26 | DN786CRHX9 | $ 694.17 |
| D6TGWFDHB8 | $ 1,171.39 | DNAMGWTFP2 | $ 11,421.00 |
| D6ZM7VR9P4 | $ 27.78 | DNC34ARHED | $ 1,439.93 |
| D6ZRATNGHB | $ 11,755.57 | DNCRDLWEF9 | $ 4.63 |
| D6ZWGE2KA9 | $ 1,446.95 | DNEHQPRM9A | $ 8,974.99 |
| D73X4DV6CP | $ 4,567.31 | DNH86JQR3G | $ 2,805.31 |
| D7B5P8L2JQ | $ 380.70 | DNKDEYXC7V | $ 346.40 |
| D7B8EALFPT | $ 15,519.87 | DNLQTFG4HY | $ 24,923.16 |
| D7LDBRS9W6 | $ 50.93 | DNQAVY3GC7 | $ 22,553.43 |
| D7LNQ63YSK | $ 2,426.33 | DNXH7AQ382 | $ 731.54 |
| D7MARWX5C8 | $ 2,441.68 | DNYZ62LWFX | $ 662.09 |
| D7MRYCDPZK | $ 12,269.18 | DNZ52U6A3H | $ 515.31 |
| D7P3DB582L | $ 819.51 | DP94QULBVM | $ 421.33 |
| D7PHTCEUFK | $ 1,315.30 | DPJ52UD8GT | $ 4.63 |
| D7T4EB8YGH | $ 281.92 | DPJ67ALMY9 | $ 1,492.77 |
| D7VJX8PQA9 | $ 2,639.52 | DPR9SKH82C | $ 23,699.32 |
| D7WXTAC2SV | $ 50.93 | DPS5N7ZFYC | $ 50.93 |
| D7XRSJW8K5 | $ 3,333.31 | DPXU7VK9Z3 | $ 583.38 |
| D7Y6X8HSBM | $ 300.95 | DPZGDLV4C6 | $ 291.01 |
| D873R5MAY6 | $ 568.85 | DQ3GFCRP79 | $ 494.56 |
| D87G6A95XJ | $ 2,980.91 | DQ5UFYMLKX | $ 704.80 |
| D8D2FPNU73 | $ 9.26 | DQ82XFRMZN | $ 18.52 |
| D8F6QUTXLZ | $ 228.42 | DQB9AG7L3K | $ 139.59 |
| D8KCMR3S2L | $ 2,431.82 | DQM6CXL5F7 | $ 2,514.48 |
| D8VQJTCREZ | $ 537.26 | DQWHMRD67Z | $ 5,028.26 |
| D8Y9KQVWNU | $ 861.18 | DR4BLEKZQX | $ 6,636.87 |
| D8YGBD57V2 | $ 99.12 | DR5YD8WNB9 | $ 25,544.97 |

**TOTAL CLAIMS: 408**
**TOTAL RECOGNIZED CLAIMS: $14,644,127.45**

_____

| | | | | |
|---|---|---|---|---|
| D8ZQX2TSAU | $ | 4.63 | DR6PVZTB98 | $ | 2,100.51 |
| D9CM68H7JQ | $ | 2,499.93 | DR8GQWTHAS | $ | 1,461.05 |
| D9EUPWLSVK | $ | 1,375.11 | DR95P7ZXBA | $ | 23.15 |
| D9F5Q7VDEN | $ | 14,706.73 | DR972BGLXD | $ | 92.60 |
| D9FBWHSQ5A | $ | 520.29 | DRDYV6WHKG | $ | 2,404.38 |
| D9PXS7LFDB | $ | 9,644.40 | DREAQ5XWNC | $ | 57,875.00 |
| D9PYM8CKR6 | $ | 8,610.05 | DRFABWYNGV | $ | 9,381.04 |
| D9VRDPH8UC | $ | 2,042.72 | DRM73N5WA6 | $ | 9.26 |
| D9XDAGRWT8 | $ | 1,726.16 | DRX25QCHUZ | $ | 4,499.75 |
| D9XPHYKRLN | $ | 189.83 | DS235YQLMB | $ | 648.20 |
| D9Y4HJ3LVT | $ | 963.04 | DS6FEYUK57 | $ | 9,465.76 |
| D9Z584VF2Y | $ | 74.08 | DSG8NJWCPL | $ | 41.67 |
| D9ZNPDQ7UT | $ | 9.26 | DSPCYFT4EX | $ | 276.18 |
| DA2C6K84VR | $ | 18.52 | DSQT53JW28 | $ | 1,732.00 |
| DA4PTGDJM3 | $ | 9.26 | DSQV59RCBL | $ | 9.26 |
| DABC2Y9KZM | $ | 3,742.30 | DSVT4NAX8C | $ | 13.89 |
| DABCDNKPM6 | $ | 625.06 | DSZLXFJ5NA | $ | 4,809.71 |
| DADH92E78R | $ | 4.63 | DSZMKQ4C6N | $ | 1,119.45 |
| DAE7GMXRUV | $ | 185.20 | DT26KHYWFG | $ | 2,025.40 |
| DAJDPHBVE6 | $ | 5,574.78 | DT2RY7PQAC | $ | 2,931.35 |
| DALQK4MDTY | $ | 23.15 | DT4SPWREQ8 | $ | 4,264.47 |
| DAMDSKYTL8 | $ | 10,292.31 | DT5E2MRPVY | $ | 23.15 |
| DANYJ8ZEBQ | $ | 684,429.31 | DT6RLA7M4E | $ | 2,626.83 |
| DAVBP3QSEM | $ | 774.09 | DT7FSJKN9M | $ | 9,916.76 |
| DAVX3T2C6Z | $ | 1,261.92 | DTDLUZE9FH | $ | 245.39 |
| DAWGUX8MYZ | $ | 231.50 | DTDXSN7JZB | $ | 7,526.27 |
| DAYU5ZSV23 | $ | 25,817.46 | DTG9ZNDR76 | $ | 699.13 |
| DB6TA4F7HC | $ | 92.60 | DTJ27N69MG | $ | 1,382.16 |
| DB8EA6L5NJ | $ | 311,760.00 | DTMFEPXDRC | $ | 1,818.59 |
| DB9432JWZ5 | $ | 74.08 | DTMHKA3YX7 | $ | 3,694.97 |
| DBARHLMN67 | $ | 23.15 | DTNA5RUCYK | $ | 126.90 |
| DBD2ZLACKY | $ | 9.26 | DTRAY9QDLJ | $ | 106.49 |
| DBD3CTVGZW | $ | 1,113.79 | DTRUHC3QAL | $ | 406.08 |
| DBEJMNDY3C | $ | 24,178.18 | DTSA5UDWRC | $ | 9,913.33 |
| DBFY87ACGK | $ | 4.63 | DTSP84MCNL | $ | 86,149.68 |
| DBGE5UALX4 | $ | 1,269.00 | DTWC5DMNHF | $ | 2,051.98 |
| DBGWLF2YAN | $ | 1,563.25 | DTXMKY2DF8 | $ | 324.45 |
| DBH9RYLQG3 | $ | 17.32 | DTZ4NBY2DA | $ | 241.11 |
| DBJP5VGDM7 | $ | 148.16 | DU2NH4QWDK | $ | 1,721.53 |
| DBKCPMQU4G | $ | 365.77 | DU3W54ZCRQ | $ | 46.30 |
| DBMRK3UC92 | $ | 981.56 | DU584HFSQE | $ | 1,732.00 |
| DBMYRUWEKQ | $ | 134.27 | DU86J4H25G | $ | 23,050.59 |

**TOTAL CLAIMS: 408**
**TOTAL RECOGNIZED CLAIMS: $14,644,127.45**

_____

| | | | | |
|---|---|---|---|---|
| DBPWC973G6 | $ | 603.11 | DUBKPXC94H | $ | 62.74 |
| DBRMX8ZWP2 | $ | 212.98 | DUENT74YQD | $ | 1,752.40 |
| DBSP7HZUX5 | $ | 2,946.27 | DUS6K3E548 | $ | 717.65 |
| DBW6DVF43G | $ | 64.82 | DUZE5SWA6H | $ | 0.03 |
| DBYGD86HSM | $ | 17,556.21 | DV47BJQ9X2 | $ | 9.26 |
| DC3R6GAMQY | $ | 40,147.59 | DV5JK4MGDX | $ | 97.23 |
| DC4UZS3QDY | $ | 625.05 | DV5LEJS3KD | $ | 765.68 |
| DC56UY4BN8 | $ | 4.63 | DV64SBFNZG | $ | 652.83 |
| DC87VKQGU5 | $ | 603.11 | DV7JA2F45E | $ | 56,036.75 |
| DCBK8UAQNZ | $ | 532.63 | DV9FMQ4TY2 | $ | 1,193.53 |
| DCDLBA9VHZ | $ | 862.92 | DVABFR3H9Q | $ | 2,403.18 |
| DCF6M72UJQ | $ | 32.41 | DVB3QFL8JT | $ | 1,311.71 |
| DCHJVFB5RK | $ | 674.11 | DVD4KBF9PN | $ | 69.45 |
| DCM4J85SFL | $ | 380.70 | DVJ2W6DLPX | $ | 1,616.41 |
| DCPTZE3RKY | $ | 46.30 | DVJECQNX3F | $ | 958.41 |
| DCWLPYX85Z | $ | 1,615.87 | DVMWDXK8L7 | $ | 2,571.92 |
| DCY85ZNGB9 | $ | 522.17 | DVNBLFUEHD | $ | 356.51 |
| DCZ58RAS2Q | $ | 2,452.91 | DVUKBE3QNS | $ | 1,827.85 |
| DD42R76J9W | $ | 852.28 | DVXQ69PFJL | $ | 78.71 |
| DD75X3R26U | $ | 977.46 | DVZ52JLG4H | $ | 173.20 |
| DD78TYHJ5R | $ | 1,149.63 | DW3QAVRTM8 | $ | 1,966.95 |
| DD8GB3UL7K | $ | 101.86 | DW3VETH7BK | $ | 4.63 |
| DD9MSKX7UA | $ | 1,906.39 | DW4MBAJTZD | $ | 101.52 |
| DDEJSQFMV8 | $ | 13,177.00 | DWAMZFNQ8S | $ | 6,328.11 |
| DDJHX6P3AL | $ | 766.02 | DWCKVRJ2XN | $ | 4.63 |
| DDKQVW72U5 | $ | 56,153.41 | DWFEYQRVTA | $ | 581.16 |
| DDLH9QV42S | $ | 86.60 | DWFVHRJZE9 | $ | 13,656.83 |
| DDS87MLRU9 | $ | 2,805.78 | DWPY2HJKDA | $ | 1,611.78 |
| DDYFXC97VM | $ | 101.86 | DWV97KTEN5 | $ | 1,801.27 |
| DE35BJZN9C | $ | 13,679.82 | DWZGKFN6V4 | $ | 7,360.20 |
| DE89QNC6DM | $ | 2,191.56 | DX37VDLQTG | $ | 1,273.25 |
| DEFAXQ9WJD | $ | 27.78 | DX6S74582F | $ | 2,941.64 |
| DEJHNTGMF7 | $ | 63.45 | DXD3AWQP5J | $ | 3,231.74 |
| DEKHRNYZJ2 | $ | 14,491.98 | DXH4VA5BYJ | $ | 16,050.75 |
| DEPBQ58NYA | $ | 4.63 | DXHDY82KQT | $ | 4,232.23 |
| DEUX2NTKA5 | $ | 1,232.80 | DXL89FQAVE | $ | 823.81 |
| DEWTKFN8RJ | $ | 23.15 | DXLFCM8RJG | $ | 13.89 |
| DEYAH7U28B | $ | 912.11 | DXNWV4R6TC | $ | 126.90 |
| DF3AL6RN9P | $ | 3,133.26 | DXNYAMHV5P | $ | 782.31 |
| DF7QBV4JTR | $ | 4.63 | DXTJ8Z9UQD | $ | 217.61 |
| DFADYPKL4T | $ | 3.07 | DXUAGMTVRL | $ | 76.14 |
| DFANGBU2TV | $ | 6,954.20 | DY5EPVNUMK | $ | 667.76 |

4

**TOTAL CLAIMS: 408**
**TOTAL RECOGNIZED CLAIMS: $14,644,127.45**

_____

| | | | | |
|---|---|---|---|---|
| DFHTDUBYEW | $ | 13.89 | DY5SWHBKE8 | $ | 19,057.08 |
| DFMQX69PJN | $ | 1,250.10 | DY87RWFLNZ | $ | 2,409.01 |
| DFMRHS2BDP | $ | 13.89 | DY8JMUFTSB | $ | 17,041.26 |
| DFMZS5URWJ | $ | 64.82 | DY9BQR7NMK | $ | 11,551.69 |
| DFP3DSYVH8 | $ | 1,393.63 | DYCP8AVWJT | $ | 942.82 |
| DFT97H4XCW | $ | 46.30 | DYET6QNK48 | $ | 1,351.81 |
| DFU4RMKJCX | $ | 1,947.55 | DYH2U5FE8V | $ | 11,711.17 |
| DFVC8AJKTL | $ | 1,466.19 | DYLNHRP478 | $ | 4,310.77 |
| DFYBH9XL8W | $ | 8,546.43 | DYLTCFUZGK | $ | 2,756.78 |
| DG493VJRTD | $ | 2.29 | DYMEQWA5BX | $ | 515.31 |
| DG5DT9K2J6 | $ | 11,091.28 | DYW4E7NKRD | $ | 9.26 |
| DG7DEY6AN5 | $ | 3,467.58 | DYWHKGPN2D | $ | 4,088.20 |
| DG9XH8MBSE | $ | 9.26 | DYX96ZJM57 | $ | 880,876.35 |
| DGE273RVWF | $ | 18.52 | DZ4Q5JWRC2 | $ | 3,018.29 |
| DGEY2KZVD6 | $ | 18.52 | DZ53U8T7GR | $ | 226.87 |
| DGEYSJQH5M | $ | 9.26 | DZ5PML9YR3 | $ | 74.08 |
| DGFZDB95YU | $ | 9.26 | DZ6REGPMCX | $ | 4,016.16 |
| DGH2Y9T8D3 | $ | 10,152.00 | DZ7Y8QA63V | $ | 228.42 |
| DGHRQTYEPJ | $ | 1,030.62 | DZ8YLQJSB3 | $ | 342.63 |
| DGJMBYURV7 | $ | 388.92 | DZBWYAEVM3 | $ | 5,076.00 |
| DGK4YDAP8B | $ | 368.01 | DZCXUYVR8D | $ | 867.71 |
| DGP4NSB6HZ | $ | 4,252.28 | DZDW6STRXA | $ | 250.02 |
| DGQ42JB6D3 | $ | 473.47 | DZHCWM6RDF | $ | 63.45 |
| DGQZA392MT | $ | 2,571.92 | DZHPXY8W2B | $ | 92.60 |
| DGSXY8JEB7 | $ | 1,215.48 | DZHRELXKY6 | $ | 3,673.02 |
| DGUJTRCVN4 | $ | 2,435.38 | DZJ3D5CGKP | $ | 2,466.30 |
| DGVDAZQUCP | $ | 115.75 | DZL3S6KPU7 | $ | 217.61 |
| DGYJH3EAFQ | $ | 407.44 | DZMH4GCEKY | $ | 5,720.37 |
| DGZYT294S7 | $ | 19,501.45 | DZN56GPBCV | $ | 2,285.37 |
| DH3W69JC25 | $ | 1,215.48 | DZSBX6M3QD | $ | 3,305.03 |
| DH53DVGB7X | $ | 791,324.26 | DZTXDGLAM3 | $ | 6,928.00 |
| DH7AVEXUM8 | $ | 87.97 | DZUNEL2DF6 | $ | 46.30 |
| DHJF3WP5ME | $ | 3,464,000.00 | DZWGRL6HCS | $ | 509.05 |
| DHJYXMNC3P | $ | 7,289.47 | DZYFQWJ276 | $ | 7,094.13 |
| DHMJDQXFGV | $ | 138.90 | DZYQWHD8V5 | $ | 2,796.05 |
| DHQWYBDA9T | $ | 23.15 | P7FBKV3YJA | $ | 37,809.39 |
| DHVW2K5CMG | $ | 1,625.34 | P7G6CKP9UA | $ | 173.20 |
| DHWGY756AT | $ | 4.63 | PCENS5WAQ2 | $ | 78.71 |
| DJ4TXMDCAW | $ | 673.59 | PGF4CX2KLV | $ | 241.11 |
| DJ56UZT7EC | $ | 9.26 | PJWG3PMZFU | $ | 86.60 |
| DJ64VAW7FB | $ | 120,555.00 | PLYM6Z4CKA | $ | 402.81 |
| DJ87MP2SD6 | $ | 1,319.40 | PN8HKM3TEW | $ | 2,026.44 |

**TOTAL CLAIMS: 408**
**TOTAL RECOGNIZED CLAIMS: $14,644,127.45**

_____

| DJ8U7R5V63 | $ | 35,214.44 | PP4827Y3EQ | $ | 4,592.35 |