# EXHIBIT G
# INVOICES



Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/29/2021 | 142788 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| SPC - In re Spectrum Brands Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (March 1 - November 30, 2021) | | |
| | | | |
| | FEES: | | |
| 100,000 | Printing 36-Page Notice Packet | 0.59 | 59,000.00 |
| 16,168 | Electronic Claims | 3.50 | 56,588.00 |
| 9 | IVR Maintenance Fee | 50.00 | 450.00 |
| 1,073 | IVR Minutes | 0.32 | 343.36 |
| 5.25 | Contact Center Agent | 60.00 | 315.00 |
| 9 | Website Maintenance Fee | 200.00 | 1,800.00 |
| 21.25 | Quality Assurance and Fraud Review | 250.00 | 5,312.50 |
| 105.5 | Project Management | 160.00 | 16,880.00 |
| 86.25 | Building and Testing Database Calculation Module | 250.00 | 21,562.50 |
| 25.5 | Interactive Website | 125.00 | 3,187.50 |
| 5 | Summary Notice "Production Costs" | 250.00 | 1,250.00 |
| 2.25 | Working with Brokers | 150.00 | 337.50 |
| | | | |
| | EXPENSES: | | |
| 9 | PO Box | 150.00 | 1,350.00 |
| 630,911 | Electronic Storage | 0.006 | 3,785.47 |
| 48 | Box Storage | 1.50 | 72.00 |
| | Copies | 9.00 | 9.00 |
| | Supplies | 6.36 | 6.36 |
| | Postage | 20,429.07 | 20,429.07 |
| | Fedex/Shipping | 1,185.00 | 1,185.00 |
| | | **Invoice Total** | $193,863.26 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/21/2022 | 142900 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| SPC - In re Spectrum Brands Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (December 1 - 31, 2021) | | |
| | | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 891.875 | IVR Minutes | 0.32 | 285.40 |
| 14.5 | Contact Center Agent | 60.00 | 870.00 |
| 1 | Website Maintenance Fee | 200.00 | 200.00 |
| 73.75 | Project Management | 160.00 | 11,800.00 |
| 34 | Interactive Website | 125.00 | 4,250.00 |
| 6 | Summary Notice Production Costs | 250.00 | 1,500.00 |
| 103.75 | Working with DTC/Brokers | 95.00 | 9,856.25 |
| 278 | Acknowledgement Postcards | 0.08 | 22.24 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 150.00 | 150.00 |
| 81,508 | Electronic Storage | 0.006 | 489.05 |
| 6 | Box Storage | 1.50 | 9.00 |
| | Broker Reimbursement | 630.40 | 630.40 |
| | Supplies | 136.09 | 136.09 |
| | Postage | 3,602.81 | 3,602.81 |
| | Investor's Business Daily | 4,400.00 | 4,400.00 |
| | PR Newswire | 3,235.00 | 3,235.00 |

| | **Invoice Total** | **$41,486.24** |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/25/2022 | 143292 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| SPC - In re Spectrum Brands Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (January 1 - 31, 2022) | | |
| | | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 2,133.46 | IVR Minutes | 0.32 | 682.71 |
| 47.75 | Contact Center Agent | 60.00 | 2,865.00 |
| 1 | Website Maintenance Fee | 200.00 | 200.00 |
| 70.75 | Project Management | 160.00 | 11,320.00 |
| 1.25 | Broker Outreach | 95.00 | 118.75 |
| 5.75 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 160.00 | 920.00 |
| 29.5 | Working with DTC/Brokers | 95.00 | 2,802.50 |
| 2.75 | Building and Testing Database Calculation Module | 250.00 | 687.50 |
| 23.25 | Quality Assurance and Fraud Review | 250.00 | 5,812.50 |
| 78 | Claims Processing - Paper Claims | 5.45 | 425.10 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 150.00 | 150.00 |
| 110,218 | Electronic Storage | 0.006 | 661.31 |
| 8 | Box Storage | 1.50 | 12.00 |
| | Broker Reimbursement | 36,622.63 | 36,622.63 |
| | Supplies | 345.94 | 345.94 |
| | Postage | 4,480.91 | 4,480.91 |
| | Address Research | 142.56 | 142.56 |

| | **Invoice Total** | $68,299.41 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/28/2022 | 143624 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| SPC - In re Spectrum Brands Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (February 1 - 28, 2022) | | |
| | | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 498.25 | IVR Minutes | 0.32 | 159.44 |
| 5 | Contact Center Agent | 60.00 | 300.00 |
| 1 | Website Maintenance Fee | 200.00 | 200.00 |
| 36.75 | Project Management | 160.00 | 5,880.00 |
| 2 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 160.00 | 320.00 |
| 3.75 | Working with DTC/Brokers | 150.00 | 562.50 |
| 64.75 | Quality Assurance and Fraud Review | 250.00 | 16,187.50 |
| 68 | Claims Processing - Paper Claims | 5.45 | 370.60 |
| 8,345 | Claims Processing - Electronic Claims | 3.50 | 29,207.50 |
| 5 | Building Database Calc Module | 250.00 | 1,250.00 |
| 7.25 | Class Member Communications | 95.00 | 688.75 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 150.00 | 150.00 |
| 123,955 | Electronic Storage | 0.006 | 743.73 |
| 8 | Box Storage | 1.50 | 12.00 |
| | Delivery | 7.83 | 7.83 |
| | Copies | 15.40 | 15.40 |

| | | |
|---|---|---|
| | **Invoice Total** | $56,105.25 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 4/26/2022 | 143864 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
| --- | --- |
| SPC - In re Spectrum Brands Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- |
| | Billing Period (March 1 - 31, 2022) | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 322 | IVR Minutes | 0.32 | 103.04 |
| 6.75 | Contact Center Agent | 60.00 | 405.00 |
| 1 | Website Maintenance Fee | 200.00 | 200.00 |
| 3.5 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 160.00 | 560.00 |
| 1 | Working with DTC/Brokers | 95.00 | 95.00 |
| 12 | Quality Assurance and Fraud Review | 250.00 | 3,000.00 |
| 3 | Claims Processing - Paper Claims | 5.45 | 16.35 |
| 1 | Claims Processing - Electronic Claims | 3.50 | 3.50 |
| 0.5 | Interactive Website | 125.00 | 62.50 |
| 3 | Building Database Calc Module | 250.00 | 750.00 |
| 5 | Working with Institutions, Brokers and Other Electronic Filers | 150.00 | 750.00 |
| | EXPENSES: | | |
| 1 | PO Box | 150.00 | 150.00 |
| 124,340 | Electronic Storage | 0.006 | 746.04 |
| 8 | Box Storage | 1.50 | 12.00 |
| | Copies | 2.40 | 2.40 |
| | Supplies | 5.39 | 5.39 |
| | Broker Reimbursement | 1,418.51 | 1,418.51 |

| | **Invoice Total** | $8,329.73 |
| --- | --- | --- |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 5/19/2022 | 144077 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
| --- | --- |
| SPC - In re Spectrum Brands Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- |
| | Billing Period (April 1 - 30, 2022) | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 190.09 | IVR Minutes | 0.32 | 60.83 |
| 0.25 | Contact Center Agent | 60.00 | 15.00 |
| 1 | Website Maintenance Fee | 200.00 | 200.00 |
| 38.75 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 160.00 | 6,200.00 |
| 1 | Working with DTC/Brokers | 95.00 | 95.00 |
| 45.5 | Quality Assurance and Fraud Review | 250.00 | 11,375.00 |
| 1 | Claims Processing - Paper Claims | 5.45 | 5.45 |
| 1,563 | Claims Processing - Electronic Claims | 3.50 | 5,470.50 |
| 3 | Building and Testing Database Calculation Module | 250.00 | 750.00 |
| 5.75 | Class Member Communications | 95.00 | 546.25 |
| 2.5 | Project Management | 160.00 | 400.00 |
| | EXPENSES: | | |
| 1 | PO Box | 150.00 | 150.00 |
| 126,076 | Electronic Storage | 0.006 | 756.46 |
| 8 | Box Storage | 1.50 | 12.00 |
| | Copies | 17.00 | 17.00 |
| | Supplies | 2.08 | 2.08 |

| | | | |
| --- | --- | --- | --- |
| | | **Invoice Total** | $26,105.57 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/23/2022 | 144357 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| SPC - In re Spectrum Brands Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (May 1 - 31, 2022) | | |
| | | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 2,197.09 | IVR Minutes | 0.32 | 703.07 |
| 31.25 | Contact Center Agent | 60.00 | 1,875.00 |
| 1 | Website Maintenance Fee | 200.00 | 200.00 |
| 45.75 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 160.00 | 7,320.00 |
| 18.5 | Quality Assurance and Fraud Review | 250.00 | 4,625.00 |
| 1 | Claims Processing - Paper Claims | 5.45 | 5.45 |
| 0.75 | Building and Testing Database Calculation Module | 250.00 | 187.50 |
| 9 | Class Member Communications | 95.00 | 855.00 |
| 17.5 | Project Management | 160.00 | 2,800.00 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 150.00 | 150.00 |
| 127,321 | Electronic Storage | 0.006 | 763.93 |
| 8 | Box Storage | 1.50 | 12.00 |
| | Copies | 1,647.60 | 1,647.60 |
| | Supplies | 279.36 | 279.36 |
| | Domain Registration | 249.99 | 249.99 |
| | Postage | 751.36 | 751.36 |

| | Invoice Total | $22,475.26 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/29/2022 | 144789 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| SPC - In re Spectrum Brands Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (June 1 - 30, 2022) | | |
| | | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 544.78 | IVR Minutes | 0.32 | 174.33 |
| 3.75 | Contact Center Agent | 60.00 | 225.00 |
| 1 | Website Maintenance Fee | 200.00 | 200.00 |
| 0.75 | Fraud Review and Research | 190.00 | 142.50 |
| 1 | Quality Assurance and Fraud Review | 250.00 | 250.00 |
| 57 | Claims Processing - Electronic Claims | 3.50 | 199.50 |
| 11 | Class Member Communications | 95.00 | 1,045.00 |
| 11.25 | Project Management | 160.00 | 1,800.00 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 150.00 | 150.00 |
| 127,471 | Electronic Storage | 0.006 | 764.83 |
| 8 | Box Storage | 1.50 | 12.00 |
| | Copies | 5.40 | 5.40 |
| | Supplies | 1.83 | 1.83 |

| | Invoice Total | $5,020.39 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 8/26/2022 | 144965 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
| --- | --- |
| SPC - In re Spectrum Brands Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- |
| | Billing Period (July 1 - 31, 2022) | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 15.28 | IVR Minutes | 0.32 | 4.89 |
| 1 | Website Maintenance Fee | 200.00 | 200.00 |
| 13.25 | Quality Assurance and Fraud Review | 250.00 | 3,312.50 |
| 1 | Claims Processing - Electronic Claims | 3.50 | 3.50 |
| 6.5 | Class Member Communications | 95.00 | 617.50 |
| 11.75 | Project Management | 160.00 | 1,880.00 |
| 4 | Building and Testing Database Calculation Module | 250.00 | 1,000.00 |
| 10.25 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 160.00 | 1,640.00 |
| | EXPENSES: | | |
| | PO Box | 150.00 | 150.00 |
| 127,546 | Electronic Storage | 0.006 | 765.28 |
| 8 | Box Storage | 1.50 | 12.00 |
| | Domain Registration | 59.23 | 59.23 |

| | | |
| --- | --- | --- |
| | **Invoice Total** | $9,694.90 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/29/2022 | 145164 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| SPC - In re Spectrum Brands Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (August 1 - 31, 2022) | | |
| | | | |
| | FEES: | | |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 103.07 | IVR Minutes | 0.32 | 32.98 |
| 1 | Website Maintenance Fee | 200.00 | 200.00 |
| 5.75 | Contact Center Agent (Shared)/hour | 60.00 | 345.00 |
| 34 | Quality Assurance and Fraud Review | 250.00 | 8,500.00 |
| 35.75 | Project Management | 160.00 | 5,720.00 |
| 9.25 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 160.00 | 1,480.00 |
| | | | |
| | EXPENSES: | | |
| | PO Box | 165.00 | 165.00 |
| 127,554 | Electronic Storage | 0.006 | 765.32 |
| 8 | Box Storage | 1.50 | 12.00 |

| | Invoice Total | $17,270.30 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**

$80,566.42



Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/29/2022 | 145165 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| SPC - In re Spectrum Brands Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (Distribution Estimate) | | |
| | | | |
| | FEES: | | |
| 9,370 | Check Printing, including reissues | 0.21 | 1,967.70 |
| 10 | Coordinate and Wire Disbursement (2,173 claims across 23 wires) | 150.00 | 1,500.00 |
| 10 | Uncased Check Outreach | 95.00 | 950.00 |
| 20 | Bank Account Reconciliation (Positive Pay Uploads & Check Exception Review) | 125.00 | 2,500.00 |
| 40 | Coordinate Distribution / Project Management / Audit Review | 160.00 | 6,400.00 |
| 4,000 | IVR Minutes | 0.32 | 1,280.00 |
| 30 | Contact Center Agent | 60.00 | 1,800.00 |
| 10 | Claimant Communication | 95.00 | 950.00 |
| 9 | IVR Maintenance Fee | 50.00 | 450.00 |
| 9 | Website Monthly Maintenance Fee | 200.00 | 1,800.00 |
| | | | |
| | EXPENSES: | | |
| 9,370 | Check Postage, including reissues | 0.50 | 4,685.00 |
| 1,147,986 | Electronic Storage (127,554 records/ images stored for 9 months; reflects 75% discount) | 0.0015 | 1,721.98 |
| 72 | Box Storage (8 Boxes stored for 9 months) | 1.50 | 108.00 |
| | FedEx | 75.00 | 75.00 |
| | Supplies | 150.00 | 150.00 |
| | Copy Charges | 50.00 | 50.00 |
| 9 | PO Box | 165.00 | 1,485.00 |
| 1 | Document Destruction | 2,500.00 | 2,500.00 |
| | | **Invoice Total** | $30,372.68 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024