# Exhibit 2

| | |
|---|---|
| **From:** | CA - SpectrumBrandsSecuritiesLitigation |
| **Sent:** | Friday, July 1, 2022 6:29 PM |
| **To:** | ████████ CA - SpectrumBrandsSecuritiesLitigation |
| **Subject:** | RE: Spectrum Brands Securities Litigation - Claim DYTUZ-QL7V6 - Request for Court Review |
| | |
| **Categories:** | No Response Needed |

Dear Claimant,

Thank you for your response. We have withdrawn your SPC Claim DYTUZ-QL7V6 and Court Review request for this claim.

We will continue to process your HRG Claim D7ZHX-W9M6U and will reach out to you if we need anything further.

Regards,

Claims Administrator (JL)
Spectrum Brands Securities Litigation
833-674-0176
www.SpectrumBrandsSecuritiesLitigation.com

---

**From:** ███████████████████████████
**Sent:** Friday, July 1, 2022 10:20 AM
**To:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>
**Subject:** Re: Spectrum Brands Securities Litigation - Claim DYTUZ-QL7V6 - Request for Court Review

I have not received any phone calls regarding my deficiency response and request for court review for my Spectrum Brands Claim DYTUZ-QL&V6. Thank you for filing the claim in the HRG Securities Litigation Claim D7ZHX-W9M6U. Please withdraw my Spectrum Claim. Thank you for your explanation and continued efforts to contact me.

████████████████

On Thu, Jun 30, 2022 at 5:19 PM CA - SpectrumBrandsSecuritiesLitigation <info@spectrumbrandssecuritieslitigation.com> wrote:

> Dear Claimant,
>
>
> I am following up from my earlier voicemails regarding your deficiency response and request for court review for Claim DYTUZ-QL7V6. We have verified that your information was entered correctly. As I noted in my voicemail, you received a notification of deficiency because your claim only contains purchases of HRG common stock and no pre-merger Spectrum common stock.

As you may be aware, the Spectrum Brands Securities Litigation originally included claims arising from purchases of Spectrum common stock and HRG common stock. However, it has since split into two separate actions, with the other action relating to claims arising from purchases of HRG common stock. While your claim will no longer be settled by the Spectrum matter, it has been programmatically filed in the HRG Securities Litigation and is being processed in this action. Your HRG claim D7ZHX-W9M6U, which corresponds to your original claim, is currently in good standing, and no further action is required at this time for you to participate in the settlement.

**Please let us know if this explanation satisfies your request for court review and if we can withdraw your request**. We appreciate your time and patience in this matter.

Please let us know if you have any additional questions.

Regards,

Claims Administrator (JL)

Spectrum Brands Securities Litigation

833-674-0176

www.SpectrumBrandsSecuritiesLitigation.com