# Exhibit 3

**From:** CA - SPCSecurities
**Sent:** Thursday, August 11, 2022 4:38 PM
**To:** CA - SPCSecurities;
**Cc:**
**Subject:** RE: ████████████ response to Spectrum Brands Securities Litigation Deficiency Notification (JND ID 5114)

Dear ████,

To follow up from my call earlier, thank you for your confirmation that you received the notice of ineligibility for this claim and that this request for court review can be withdrawn.

We will proceed to withdraw the request as discussed.

Please let us know if you have further questions.

Regards,

Claims Administrator (JL)
Spectrum Brands Securities Litigation
833-674-0176
 www.SpectrumBrandsSecuritiesLitigation.com

---

**From:** CA - SPCSecurities <SPCSecurities@jndla.com>
**Sent:** Thursday, August 11, 2022 11:47 AM
**To:** CA - SPCSecurities <SPCSecurities@jndla.com>;
**Cc:**
**Subject:** RE: ████████████ response to Spectrum Brands Securities Litigation Deficiency Notification (JND ID 5114)

Dear ████,

We are following up regarding your request for court review as the data for this claim has been revised. Based on the updated transaction information, the claim does not calculate to a recognized loss.

**As we are currently working to complete administration in this matter, please let us know as soon as possible if this explanation satisfies your request for court review and if we can withdraw your request.**

Please let us know if you have further questions.

Regards,

Claims Administrator(md)
Spectrum Brands Securities Litigation
833-674-0176

www.SpectrumBrandsSecuritiesLitigation.com

---

**From:** CA - SPCSecurities
**Sent:** Thursday, June 16, 2022 9:57 PM
**To:** ███████████████████████████ CA - SPCSecurities <SPCSecurities@jndla.com>
**Cc:** ███████████████████████████
**Subject:** ███████████████████ response to Spectrum Brands Securities Litigation Deficiency Notification (JND ID 5114)

████,

Thanks for your response. We have resolved the Out of Balance and Price per Share deficiencies, the claim will process accordingly.

Regards,


Claims Administrator (MD)
Spectrum Brands Securities Litigation
1-833-674-0176

---

**From:** ███████████████████████████
**Sent:** Wednesday, June 1, 2022 6:50 PM
**To:** CA - SPCSecurities <SPCSecurities@jndla.com>
**Cc:** ███████████████████████████
**Subject:** ███████████████████ response to Spectrum Brands Securities Litigation Deficiency Notification (JND ID 5114)

**Security Notice:** This email originated outside of JND. Use caution when clicking links or opening attachments.

Hello-

███████████████████ requests that the Court review the full or partial rejection of its Claim; please see email received on 5/13/2022 for reference.

The attached Excel sheet indicates a balanced claim, negating Claim Deficiency ID 20. In addition, I have included an excerpt of the brokerage account statements previously provided as well as trade details provided by the counterparty for each showing that the prices listed for Transaction Dates 2/10/17, 2/13/2017, 2/14/2017, and 2/15/2017 are correct, negating Transaction Deficiency ID 38 for the four transactions.

The password to open each of the files will be provided in a separate email.

Thank you,

████████

████████



3