# Exhibit 4

███████████████████████████████████████████████████████

**From:**                   CA - SpectrumBrandsSecuritiesLitigation
**Sent:**                  Thursday, August 11, 2022 11:36 AM
**To:**                     ██████████████████████ CA - SpectrumBrandsSecuritiesLitigation
**Subject:**            RE: Spectrum Brands Securities Litigation - Claim D5CQB-KPEY8 - Request for Court Review

Dear Claimant,

Thank you for your confirmation. We will withdraw the request for court review for this claim.

Regards,

Claims Administrator (JL)
Spectrum Brands Securities Litigation
833-674-0176
www.SpectrumBrandsSecuritiesLitigation.com

---

**From:** ██████████████████████████████████████████
**Sent:** Thursday, August 11, 2022 7:21 AM
**To:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>
**Subject:** Re: Spectrum Brands Securities Litigation - Claim D5CQB-KPEY8 - Request for Court Review

Thank you for responding to me so quickly; for whatever reason, your prior emails were not received in any fashion. (not even in my spam or junk folder).

I have reviewed the information provided, along with my documentation.

I am withdrawing my request (unhappily) for a court review.

███████████████,
Trustee

----------------------------------------

From: "CA - SpectrumBrandsSecuritiesLitigation"
To:██████████████████████████
Cc: "CA - SpectrumBrandsSecuritiesLitigation"
Sent: Wednesday August 10 2022 4:19:13PM
Subject: Re: Spectrum Brands Securities Litigation - Claim D5CQB-KPEY8 - Request for Court Review

Dear Claimant,

1

We are responding to your contact request form, as you have requested outreach by email. We have confirmed that previous emails sent were to the address provided - if you have not received these, they may be in your spam or junk folder. We have also followed up with a voicemail earlier today.

**As we are working to wrap up the administration in this case, please let us know if the below explanation satisfies your request for court review and if we can withdraw your request**. We appreciate your time and patience in this matter.

Please let us know if you have any additional questions.

Regards,

Claims Administrator (JL)
Spectrum Brands Securities Litigation
833-674-0176
www.SpectrumBrandsSecuritiesLitigation.com

---

**From:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>
**Sent:** Wednesday, August 3, 2022 10:13 AM
**To:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>;
███████████████████████████████████
**Subject:** RE: Spectrum Brands Securities Litigation - Claim D5CQB-KPEY8 - Request for Court Review

Dear Claimant,

We are following up regarding your claim D5CQB-KPEY8 as we have not yet received your response.

**As we are working to wrap up the administration in this case, please let us know if the below explanation satisfies your request for court review and if we can withdraw your request**. We appreciate your time and patience in this matter.

Please let us know if you have any additional questions.

Regards,

Claims Administrator (JL)

Spectrum Brands Securities Litigation

833-674-0176

www.SpectrumBrandsSecuritiesLitigation.com

**From:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>
**Sent:** Thursday, July 14, 2022 9:23 AM
**To:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>;
███████████████████████████
**Subject:** RE: Spectrum Brands Securities Litigation - Claim D5CQB-KPEY8 - Request for Court Review

Dear Claimant,

I am following up from my earlier messages regarding your claim D5CQB-KPEY8 as we have not yet received your response.

As mentioned previously, we have processed your deficiency response and added the May 29, 2018 and May 30, 2018 purchases indicated in your letter to your claim. Your transactions have been updated to the following:

| LineNo | TransactionType | TradeDate | NumberOfShares | PricePerShare | TotalPrice | CurrencyType | SecurityType |
|--------|-----------------|-----------|----------------|---------------|------------|--------------|--------------|
| 1 | Ending | 7/13/2018 | 23 | | | USD | Old Spectrum |
| 2 | Acquisition HRG | 7/13/2018 | 0 | | | USD | Common Stock |
| 3 | Acquisition Old Spectrum | 7/13/2018 | 23 | | | USD | Common Stock |
| 4 | Sales | 11/15/2018 | 23 | 59.04 | 1,357.81 | USD | Common Stock |
| 5 | Ending | 2/15/2019 | 0 | | | USD | Common Stock |
| 6 | Purchases | 5/29/2018 | 6 | 81.3 | 487.79 | USD | Old Spectrum |
| 7 | Purchases | 5/30/2018 | 17 | 83.63 | 1,421.77 | USD | Old Spectrum |

Your claim unfortunately does not calculate to a recognized loss with the above updates.

3

As stated in the Plan of Allocation in the Notice available on the settlement website, "For each share of pre-Merger Spectrum common stock purchased from January 26, 2017 through July 13, 2018, and … (b) sold on or after April 26, 2018 but before November 19, 2018, the Pre-Merger Spectrum Recognized Loss Amount is the lesser of: (i) the amount of artificial inflation per share on the date of purchase as stated in Table A-1 less the amount of artificial inflation per share on the date of sale as stated in Table A-1; or (ii) the purchase price per share less the sales price per share" (see paragraph 62b on page 13).

All 23 shares were purchased between January 26, 2017 and July 13, 2018 and sold between April 26, 2018 and November 18, 2018. Since they were sold within this period, they were sold within the same inflation date range as provided in Table A-1 (page 21 of the Notice), so the artificial inflation per share on the purchase date – artificial inflation per share on the sale date = $4.63 - $4.63 = 0.

Please note that it is possible to have an out-of-pocket loss but not a recognized loss in this matter. Your claim is unfortunately ineligible to participate in this settlement without a recognized loss under the Plan of Allocation.

**Please let us know if this explanation satisfies your request for court review and if we can withdraw your request**.

If you have further questions, please feel free to reach back out. We look forward to hearing from you.

Regards,

Claims Administrator (JL)

Spectrum Brands Securities Litigation

833-674-0176

www.SpectrumBrandsSecuritiesLitigation.com

**From:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>
**Sent:** Thursday, June 23, 2022 3:03 PM
**To:**
**Cc:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>
**Subject:** Spectrum Brands Securities Litigation - Claim D5CQB-KPEY8 - Request for Court Review

Dear Claimant,

I am following up from my earlier voicemails to update you on the status of Claim D5CQB-KPEY8. Again, thank you for submitting your deficiency response. We have received your additional documentation and request for court review.

The May 29, 2018 and May 30, 2018 purchases indicated in your letter had not previously been entered in your claim. Your transactions have been updated to the following:

| LineNo | TransactionType | TradeDate | NumberOfShares | PricePerShare | TotalPrice | CurrencyType | SecurityType |
|---|---|---|---|---|---|---|---|
| 1 | Ending | 7/13/2018 | 23 | | | USD | Old Spectrum |
| 2 | Acquisition HRG | 7/13/2018 | 0 | | | USD | Common Stock |
| 3 | Acquisition Old Spectrum | 7/13/2018 | 23 | | | USD | Common Stock |
| 4 | Sales | 11/15/2018 | 23 | 59.04 | 1,357.81 | USD | Common Stock |
| 5 | Ending | 2/15/2019 | 0 | | | USD | Common Stock |
| 6 | Purchases | 5/29/2018 | 6 | 81.3 | 487.79 | USD | Old Spectrum |
| 7 | Purchases | 5/30/2018 | 17 | 83.63 | 1,421.77 | USD | Old Spectrum |

As I mentioned, your claim unfortunately does not calculate to a recognized loss with the above updates.

As stated in the Plan of Allocation in the Notice available on the settlement website, "For each share of pre-Merger Spectrum common stock purchased from January 26, 2017 through July 13, 2018, and … (b) sold on or after April 26, 2018 but before November 19, 2018, the Pre-Merger Spectrum Recognized Loss Amount is the lesser of: (i) the amount of artificial inflation per share on the date of purchase as stated in Table A-1 less the amount of artificial inflation per share on the date of sale as stated in Table A-1; or (ii) the purchase price per share less the sales price per share" (see paragraph 62b on page 13).

All 23 shares were purchased between January 26, 2017 and July 13, 2018 and sold between April 26, 2018 and November 18, 2018. Since they were sold within this period, they were sold within the same inflation date range as provided in Table A-1 (page 21 of the Notice), so the artificial inflation per share on the purchase date – artificial inflation per share on the sale date = $4.63 - $4.63 = 0.

5

Please note that it is possible to have an out-of-pocket loss but not a recognized loss in this matter. Your claim is unfortunately ineligible to participate in this settlement without a recognized loss under the Plan of Allocation.

**Please let us know if this explanation satisfies your request for court review and if we can withdraw your request**. We appreciate your time and patience in this matter.

Please let us know if you have any additional questions.

Regards,

Claims Administrator (JL)

Spectrum Brands Securities Litigation

833-674-0176

www.SpectrumBrandsSecuritiesLitigation.com

6