# Exhibit 5

**Julie Liu**

| | |
|---|---|
| **From:** | CA - SpectrumBrandsSecuritiesLitigation |
| **Sent:** | Wednesday, August 17, 2022 2:08 PM |
| **To:** | ███████████ |
| **Subject:** | Re: Spectrum Brands Securities Litigation - Claim PMLUJ-HV4FY - Request for Court Review |

Dear Claimant,

Thank you for your confirmation. We will withdraw the court review request for this claim.

Regards,

Claims Administrator (JL)

Spectrum Brands Securities Litigation

833-674-0176

www.SpectrumBrandsSecuritiesLitigation.com

---

**From:** ████████████████████████

**Sent:** Wednesday, August 17, 2022 9:03 AM

**To:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>

**Subject:** Re: Spectrum Brands Securities Litigation - Claim PMLUJ-HV4FY - Request for Court Review

Yes, the below explanation satisfies my request for court review and you may withdraw the request.

█████████

---

**From:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>

**Sent:** Tuesday, August 16, 2022 7:06 PM

**To:** ███████████████████████████; CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>

**Subject:** Re: Spectrum Brands Securities Litigation - Claim PMLUJ-HV4FY - Request for Court Review

Dear Claimant,

We are following up again regarding your claim PMLUJ-HV4FY as we have not yet received your response.

**As we are working to wrap up the administration in this case, please let us know if the below explanation satisfies your request for court review and if we can withdraw your request**. We appreciate your time and patience in this matter.

Please let us know if you have any additional questions.

Regards,

Claims Administrator (JL)

Spectrum Brands Securities Litigation

833-674-0176

www.SpectrumBrandsSecuritiesLitigation.com

---

**From:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>

**Sent:** Thursday, August 11, 2022 11:39 AM

**To:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>;
████████████████████████████████

**Subject:** RE: Spectrum Brands Securities Litigation - Claim PMLUJ-HV4FY - Request for Court Review

Dear Claimant,

1

We are following up again regarding your claim PMLUJ-HV4FY as we have not yet received your response. **As we are working to wrap up the administration in this case, please let us know if the below explanation satisfies your request for court review and if we can withdraw your request**. We appreciate your time and patience in this matter.

Please let us know if you have any additional questions.

Regards,

Claims Administrator (JL)

Spectrum Brands Securities Litigation

833-674-0176

www.SpectrumBrandsSecuritiesLitigation.com

**From:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>

**Sent:** Tuesday, August 2, 2022 5:29 PM

**To:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>;

**Subject:** RE: Spectrum Brands Securities Litigation - Claim PMLUJ-HV4FY - Request for Court Review

Dear Claimant,

We are following up regarding your claim PMLUJ-HV4FY as we have not yet received your response.

**As we are working to wrap up the administration in this case, please let us know if the below explanation satisfies your request for court review and if we can withdraw your request**. We appreciate your time and patience in this matter.

Please let us know if you have any additional questions.

Regards,

Claims Administrator (JL)

Spectrum Brands Securities Litigation

833-674-0176

www.SpectrumBrandsSecuritiesLitigation.com

**From:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>

**Sent:** Thursday, July 14, 2022 9:27 AM

**To:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>;

**Subject:** RE: Spectrum Brands Securities Litigation - Claim PMLUJ-HV4FY - Request for Court Review

Dear Claimant,

We are following up regarding your claim PMLUJ-HV4FY as we have not yet received your response.

As mentioned previously, we have verified that your information was entered correctly and that your transactions are as follows:

| LineNo | TransactionType | TradeDate | NumberOfShares | PricePerShare | TotalPrice | CurrencyType | SecurityType |
|---|---|---|---|---|---|---|---|
| 1 | Purchases | 5/9/2018 | 22 | 72.89 | 1,603.58 | USD | Old Spectrum |
| 2 | Ending | 7/13/2018 | 22 | | | USD | Old Spectrum |
| 3 | Acquisition Old Spectrum | 7/13/2018 | 22 | | | USD | Common Stock |
| 4 | Lookback | | 50 | | | USD | Common Stock |
| 5 | Sales | 10/23/2018 | 22 | 64.55 | 1,420.08 | USD | Common Stock |
| 6 | Ending | 2/15/2019 | 50 | | | USD | Common Stock |

Based on your transaction information, your claim unfortunately does not calculate to a recognized loss.

As stated in the Plan of Allocation in the Notice available on the settlement website, "For each share of pre-Merger Spectrum common stock purchased from January 26, 2017 through July 13, 2018, and … (b) sold on or after April 26,

2018 but before November 19, 2018, the Pre-Merger Spectrum Recognized Loss Amount is the lesser of: (i) the amount of artificial inflation per share on the date of purchase as stated in Table A-1 less the amount of artificial inflation per share on the date of sale as stated in Table A-1; or (ii) the purchase price per share less the sales price per share" (see paragraph 62b on page 13).

The 22 shares were purchased between January 26, 2017 and July 13, 2018 and sold between April 26, 2018 and November 19, 2018. Since they were sold within this period, they were sold within the same inflation date range as provided in Table A-1 (page 21 of the Notice), so the artificial inflation per share on the purchase date – artificial inflation per share on the sale date = $4.63 - $4.63 = 0.

Please note that it is possible to have an out-of-pocket loss but not a recognized loss in this matter. Your claim is unfortunately ineligible to participate in this settlement without a recognized loss under the Plan of Allocation.

**Please let us know if this explanation satisfies your request for court review and if we can withdraw your request**. We appreciate your time and patience in this matter.

Please let us know if you have any additional questions.

Regards,

Claims Administrator (JL)

Spectrum Brands Securities Litigation

833-674-0176

www.SpectrumBrandsSecuritiesLitigation.com

---

**From:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>
**Sent:** Tuesday, June 28, 2022 10:48 AM
**To:** ███████████████████
**Cc:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>
**Subject:** Spectrum Brands Securities Litigation - Claim PMLUJ-HV4FY - Request for Court Review

Dear Claimant,

We are in receipt of your deficiency response and request for court review for Claim PMLUJ-HV4FY. We have verified that your information was entered correctly and that your transactions are as follows:

| LineNo | TransactionType | TradeDate | NumberOfShares | PricePerShare | TotalPrice | CurrencyType | SecurityType |
|---|---|---|---|---|---|---|---|
| 1 | Purchases | 5/9/2018 | 22 | 72.89 | 1,603.58 | USD | Old Spectrum |
| 2 | Ending | 7/13/2018 | 22 | | | USD | Old Spectrum |
| 3 | Acquisition Old Spectrum | 7/13/2018 | 22 | | | USD | Common Stock |
| 4 | Lookback | | 50 | | | USD | Common Stock |
| 5 | Sales | 10/23/2018 | 22 | 64.55 | 1,420.08 | USD | Common Stock |
| 6 | Ending | 2/15/2019 | 50 | | | USD | Common Stock |

Based on your transaction information, your claim unfortunately does not calculate to a recognized loss.

As stated in the Plan of Allocation in the Notice available on the settlement website, "For each share of pre-Merger Spectrum common stock purchased from January 26, 2017 through July 13, 2018, and … (b) sold on or after April 26, 2018 but before November 19, 2018, the Pre-Merger Spectrum Recognized Loss Amount is the lesser of: (i) the amount of artificial inflation per share on the date of purchase as stated in Table A-1 less the amount of artificial inflation per share on the date of sale as stated in Table A-1; or (ii) the purchase price per share less the sales price per share" (see paragraph 62b on page 13).

The 22 shares were purchased between January 26, 2017 and July 13, 2018 and sold between April 26, 2018 and November 19, 2018. Since they were sold within this period, they were sold within the same inflation date range as provided in Table A-1 (page 21 of the Notice), so the artificial inflation per share on the purchase date – artificial inflation per share on the sale date = $4.63 - $4.63 = 0.

Please note that it is possible to have an out-of-pocket loss but not a recognized loss in this matter. Your claim is unfortunately ineligible to participate in this settlement without a recognized loss under the Plan of Allocation. **Please let us know if this explanation satisfies your request for court review and if we can withdraw your request**. We appreciate your time and patience in this matter.

Please let us know if you have any additional questions.

Regards,

Claims Administrator (JL)

Spectrum Brands Securities Litigation

833-674-0176

www.SpectrumBrandsSecuritiesLitigation.com