# Exhibit 6

## Julie Liu

| | |
|---|---|
| **From:** | CA - SpectrumBrandsSecuritiesLitigation |
| **Sent:** | Monday, August 8, 2022 2:49 PM |
| **To:** | ████████████ CA - SpectrumBrandsSecuritiesLitigation |
| **Subject:** | RE: Spectrum Brands Securities Litigation - Claim DLGDV-MJT2X - Request for Court Review |

Dear Claimant,

Thank you for your confirmation. We will withdraw the request for Court Review for this claim.

Please let us know if you have any additional questions.

Regards,

Claims Administrator (JL)
Spectrum Brands Securities Litigation
833-674-0176
www.SpectrumBrandsSecuritiesLitigation.com

**From:** ████████████████████
**Sent:** Thursday, August 4, 2022 9:48 AM
**To:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>
**Subject:** RE: Spectrum Brands Securities Litigation - Claim DLGDV-MJT2X - Request for Court Review

Hi, all. I am satisfied with the below explanation.

Thanks,

████████████████

On Aug 3, 2022 12:27 PM, CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>
wrote:

> Dear Claimant,
>
>
> We are following up regarding your claim DLGDV-MJT2X as we have not yet received your response.
>
>
> **As we are working to wrap up the administration in this case, please let us know if the below explanation satisfies your request for court review and if we can withdraw your request**. We appreciate your time and patience in this matter.
>
>
> Please let us know if you have any additional questions.

Regards,

Claims Administrator (JL)

Spectrum Brands Securities Litigation

833-674-0176

www.SpectrumBrandsSecuritiesLitigation.com

---

**From:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>
**Sent:** Thursday, July 14, 2022 5:56 PM
**To:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>; ▮▮▮▮▮▮▮▮
**Subject:** RE: Spectrum Brands Securities Litigation - Claim DLGDV-MJT2X - Request for Court Review

Dear Claimant,

We are following up regarding your claim DLGDV-MJT2X as we have not received your response.

As previously mentioned, we have verified that your information was entered correctly and that your transactions are as follows:

| LineNo | TransactionType | TradeDate | NumberOfShares | PricePerShare | TotalPrice | CurrencyType | SecurityType |
|--------|-----------------|-----------|----------------|---------------|------------|--------------|--------------|
| 1 | Purchases | 9/5/2018 | 21 | 85.64 | 1,778.90 | USD | Common Stock |
| 2 | Sales | 11/15/2018 | 21 | 59.04 | 1,239.72 | USD | Common Stock |

Based on your transaction information, your claim unfortunately does not calculate to a recognized loss.

2

As stated in the Plan of Allocation in the Notice available on the settlement website, "For each share of Spectrum common stock purchased after July 13, 2018 but before November 19, 2018, and … sold before November 19, 2018, the Post-Merger Spectrum Recognized Loss Amount is zero" (see paragraph 64a on page 14).

The 21 shares were purchased between July 13, 2018 and November 19, 2018 and sold before November 19, 2018. Therefore, the recognized loss amount for this claim is zero.

Please note that it is possible to have an out-of-pocket loss but not a recognized loss in this matter. Your claim is unfortunately ineligible to participate in this settlement without a recognized loss under the Plan of Allocation.

**Please let us know if this explanation satisfies your request for court review and if we can withdraw your request**. We appreciate your time and patience in this matter.

Please let us know if you have any additional questions.

Regards,

Claims Administrator (JL)

Spectrum Brands Securities Litigation

833-674-0176

www.SpectrumBrandsSecuritiesLitigation.com

**From:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>
**Sent:** Thursday, June 30, 2022 5:09 PM
**To:** ███████████████
**Cc:** CA - SpectrumBrandsSecuritiesLitigation <info@SpectrumBrandsSecuritiesLitigation.com>
**Subject:** Spectrum Brands Securities Litigation - Claim DLGDV-MJT2X - Request for Court Review

Dear Claimant,

I am following up from my earlier voicemails regarding your deficiency response and request for court review for Claim DLGDV-MJT2X. We have verified that your information was entered correctly and that your transactions are as follows:

| LineNo | TransactionType | TradeDate | NumberOfShares | PricePerShare | TotalPrice | CurrencyType | SecurityType |
|---|---|---|---|---|---|---|---|
| 1 | Purchases | 9/5/2018 | 21 | 85.64 | 1,778.90 | USD | Common Stock |
| 2 | Sales | 11/15/2018 | 21 | 59.04 | 1,239.72 | USD | Common Stock |

Based on your transaction information, your claim unfortunately does not calculate to a recognized loss.

As stated in the Plan of Allocation in the Notice available on the settlement website, "For each share of Spectrum common stock purchased after July 13, 2018 but before November 19, 2018, and … sold before November 19, 2018, the Post-Merger Spectrum Recognized Loss Amount is zero" (see paragraph 64a on page 14).

The 21 shares were purchased between July 13, 2018 and November 19, 2018 and sold before November 19, 2018. Therefore, the recognized loss amount for this claim is zero.

Please note that it is possible to have an out-of-pocket loss but not a recognized loss in this matter. Your claim is unfortunately ineligible to participate in this settlement without a recognized loss under the Plan of Allocation.

**Please let us know if this explanation satisfies your request for court review and if we can withdraw your request**. We appreciate your time and patience in this matter.

Please let us know if you have any additional questions.

Regards,

Claims Administrator (JL)

Spectrum Brands Securities Litigation

833-674-0176

www.SpectrumBrandsSecuritiesLitigation.com